**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ohio Valley University** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0419865** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1 Campus View Drive** <br> **Vienna, WV 26105** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wood** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.ovu.edu/ bv** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

Debtor **Ohio Valley University**
Name
Case 3:22-bk-00056    Doc 1    Filed 02/17/22    Entered 02/17/22 14:14:09    Page 3 of 97
Case number *(if known)*

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district?*** Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

| | |
|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 17, 2022**
                       MM / DD / YYYY

**X** **/s/ Michael W. Ross**                                    **Michael W. Ross**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Martin P. Sheehan**                    Date  **February 17, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Martin P. Sheehan 4812**
Printed name

**SHEEHAN & ASSOCIATES, P.L.L.C.**
Firm name

**1 Community St., Ste 200**
**Wheeling, WV 26003**
Number, Street, City, State & ZIP Code

Contact phone   **304-232-1064**      Email address   **sheehanbankruptcy@wvdsl.net**

**4812 WV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Ohio Valley University**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __February 17, 2022__      X /s/ Michael W. Ross
_____
Signature of individual signing on behalf of debtor

**Michael W. Ross**
_____
Printed name

**President**
_____
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................   $   **6,150,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.........................................................   $   **3,060,122.92**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...........................................................   $   **9,210,122.92**

---

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **16,757,224.12**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **1,623,158.17**

4.   **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b                                                             $   **18,380,382.29**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Unrestricted -- Frozen** | | | **$26,115.49** |
| 3.2. | **Wire transfer -- frozen** | | | **$100,549.69** |
| 3.3. | **Restricted** | | | **$500.00** |
| 3.4. | **Athletics Restricted -- frozen** | | | **$5.00** |
| 3.5. | **Student Gov. Account** | | | **$80.00** |
| 3.6. | **Private loans** | | | **$5.00** |

Debtor   **Ohio Valley University**                                   Case number *(If known)* _____
_____Name_____

| | | | |
|---|---|---|---|
| 3.7. | **Holding account** | | $5.00 |
| 3.8. | **Missions restricted -- frozen** | | $38,634.00 |
| 3.9. | **Payroll** | | $1,290.64 |
| 3.10. | **Perkins** | | $14,288.60 |
| 3.11. | **PEX Debit Card** | | $1,928.00 |

4.       **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **DOE CD** | $423.00 |
| 4.2. | **DOE CD** | $3,843.93 |

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $188,168.35 |

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

| 11a. 90 days old or less: | 427,826.38 | - | 0.00 | = .... | $427,826.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,018,976.19 | - | 0.00 | = .... | $1,018,976.19 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Ohio Valley University**                                          Case number *(If known)*  _____
_____
Name

12.    **Total of Part 3.**                                                                    | $1,446,802.57 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached** | $0.00 | | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                                    | $0.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                         page 3

Debtor **Ohio Valley University**      Case number *(If known)* _____
<br>     Name

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest <br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Ohio Valley University** | | $0.00 | | $6,000,000.00 |
| 55.2.  **Oil & Gas** <br>**See attached** | | $0.00 | | $150,000.00 |
| 55.3.  **Misc. Real Estate -- AT&T rental of land for cell** <br>**Monthly payment of $1,500.0** | | $0.00 | | **Unknown** |

56.     **Total of Part 9.**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
<br>      Copy the total to line 88.

             | **$6,150,000.00** |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest <br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ohio Valley University**                                     Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |
| | Oil Royalties | $0.00 | $152.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| | Millennia Note Apartment Sales | $0.00 | $1,425,000.00 |
| 65. | **Goodwill** | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1,425,152.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**
**3 Remainder Trusts**
**Gill**
**Barr**
**Ramsey**                                                                          Unknown

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor     **Ohio Valley University**                                    Case number *(If known)*
                 Name

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                                          **$0.00**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **Ohio Valley University**
Name

Case number *(If known)*

---

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $188,168.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,446,802.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................................>* | | $6,150,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,425,152.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,060,122.92 | + 91b. $6,150,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,210,122.92 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Date | Document | Book/Pa | Sub | Description | Instrument | County |
|------|----------|---------|-----|-------------|------------|--------|
| 08/31/1993 | DEED | 574 / 265 | GRANTEE | Description QUIT CLAIM DEED OF RELEASE CLAY DIST 08/26/1993 District CLAY | 1410927 | Marshall |
| 10/21/1994 | DEED | 580 / 424 | GRANTOR | Description 268.66AC OLD WV RTE 2 CLAY DIST 09/23/1994 District CLAY | 1408600 | Marshall |
| 11/04/1994 | DEED | 580 / 633 | GRANTOR | Description 57/1000AC; 1.14AC HEIL ADD CLAY DIST 09/26/1994 District CLAY | 1408692 | Marshall |
| 12/06/1994 | DEED | 581 / 194 | GRANTOR | Description 268.66AC OLD WV RTE 2 CLAY DIST 11/04/1994 District CLAY | 1408059 | Marshall |
| 08/25/1995 | DEED | 585 / 672 | GRANTOR | Description LTS 111&112 HEIL ADD CLAY DIST 07/28/1995 District CLAY | 1406759 | Marshall |
| 12/22/1995 | DEED | 587 / 581 | GRANTOR | Description 39.32AC MEADE DIST (REFERRED TO AS | 1405715 | Marshall |
| 08/13/1997 | DEED | 597 / 143 | GRANTOR | Description LT 29 HEIL ADD CLAY DIST 06/20/1997 District CLAY | 1398955 | Marshall |
| 03/25/1998 | DEED | 601 / 9 | GRANTOR | Description LTS 90&91 HEIL ADD CLAY DIST 03/06/1998 District CLAY | 1397470 | Marshall |
| 05/20/1998 | DEED | 601 / 592 | GRANTOR | Description LTS 105&106 HEIL ADD CLAY DIST 05/19/1998 District CLAY | 1397823 | Marshall |
| 03/22/1999 | DEED | 606 / 422 | GRANTOR | Description LT 35 HEIL ADD 03/10/1999 | 1395124 | Marshall |
| 05/07/1999 | DEED | 607 / 475 | GRANTOR | Description LT 28 HEIL ADD 05/04/1999 | 1394546 | Marshall |
| 01/11/2000 | DEED | 612 / 25 | GRANTOR | Description LT 26 HEIL ADDN CLAY DIST 12/23/1999 District CLAY | 1377648 | Marshall |
| 04/14/2000 | DEED | 613 / 317 | GRANTOR | Description LTS 103 & 104 HEIL ADDN CLAY DIST 03/21/2000 District CLAY | 1377025 | Marshall |
| 08/08/2000 | DEED | 616 / 254 | GRANTOR | Description 95.396AC CLAY DIST 04/14/2000 District CLAY | 1375564 | Marshall |
| 08/08/2000 | RELEASE | 175 / 167 | DEBTOR | Description TRUST DEED BOOK 531 502 | 2000007858 | Marshall |
| 08/22/2000 | DEED | 616 / 404 | GRANTOR | Description LT 20 MCKEEFREY CLAY DIST 08/11/2000 | 1375637 | Marshall |
| 09/12/2001 | DEED | 623 / 94 | GRANTOR | Description LOT 88 & 89 HEIL ADD MCKEFFREY CLAY | 5333 | Marshall |
| 11/01/2001 | DEED | 623 / 641 | GRANTOR | Description LTS 22 23 24 25 MAP OF HEIL ADD CLAY DIST10 24 01 Map 6A2 Parcel 22 | 6999 | Marshall |
| 01/24/2002 | DEED | 624 / 656 | GRANTOR | Description LOTS 82 THROUGH 87 HEIL ADD MCKEEFREY CLAY DISTRICT 01032002 | 9725 | Marshall |
| 10/13/2004 | DEED | 641 / 645 | GRANTOR | Description LOTS 107 & 108 HEIL ADD CLAY DISTRICT 10/06/2004 Map 5 Parcel 5.1 | 68803 | Marshall |
| 03/14/2007 | AGREEMENT | 658 / 80 | GRANTOR | Description MEMORANDUM OF LEASE 03/07/2007 | 111853 | Marshall |

| 06/07/2007 | CORPORATION AGREEMNT | 19 / 438 | | Description NAME CHANGE FOR CORP 04/12/2006 | 115430 | Marshall |
|---|---|---|---|---|---|---|
| 09/05/2007 | DEED OF TRUST | 809 / 469 | DEBTOR | Description D/T & ASN OF RENTS & LEASES FOR COAL RESERVE MEADE & CAMERON DISTS. AUGUST 30, 2007 | 120019 | Marshall |
| 03/23/2012 | DEED | 761 / 178 | GRANTOR | Description DEED CLAY DIST LOT 119 & 120 HEIL ADD, 03/19/2012 District CLAY Map 6A2 Parcel 56 | 1320816 | Marshall |
| 06/29/2012 | DEED | 770 / 481 | GRANTOR | Description DEED  CLAY DIST  LOTS 36-41  HEIL ADD  6/25/12 District CLAY Map 6 Map Suffix A2 Parcel 29 | 1326458 | Marshall |
| 01/17/2013 | DEED | 786 / 414 | GRANTOR | Description LT 21 HEIL ADD. CLAY DIST 15 JAN 2013 District CLAY Map 6A2 Parcel 0022 | 1337012 | Marshall |
| 01/22/2013 | DEED | 786 / 483 | GRANTOR | Description LT 27 HEIL ADD. CLAY DIST 15 JAN 2013 District CLAY | 1337106 | Marshall |
| 05/21/2015 | DEED | 863 / 602 | GRANTOR | Description LOT 80 & 81 HEIL ADD CLAY DIST 22 APR 2015 District CLAY Map 6 Map Suffix A2 Parcel 45 | 1379777 | Marshall |
| 06/24/2020 | DEED | 1085 / 45 | GRANTEE | District WASHINGTON District MEADE District CLAY Description .858 AC COAL & O&G RESERVED RIVER HILL-POTTS; 56.43 A COAL SEWICKLEY; 3 COAL J N HICKS & O&G 6-15-2020 | 1468395 | Marshall |
| 08/01/1988 | AGREEMENT | 863 / 907 | GRANTEE | Description MODIFICATION OF RESTRICTIVE COVENANTS - SEE PLAT OF OHIO   VALLEY COLLEGE S/D SECTION B BOOK 12 PAGE 40 | 1974 | Wood |
| 08/23/1991 | AGREEMENT | 515 / 311 | CREDITOR | Description UNRECORDED MORTGAGE DATED APRIL 27, 1987 ON TRACT 0.776-A   COLLEGE PARKWAY PARKERSBURG DISTRICT | 73337 | Wood |
| 09/05/1997 | AGREEMENT | 740 / 97 | CREDITOR | Description AS TO G/L 327/664 | 233744 | Wood |
| 09/05/1997 | AGREEMENT | 740 / 97 | DEBTOR | Description AS TO G/L 327/664 | 233744 | Wood |
| 09/26/2001 | AGREEMENT | 974 / | DEBTOR | Description LOAN AGREEMENT - SEE DOCUMENT | 355896 | Wood |
| 12/29/2006 | AGREEMENT | 1107 / 464 | GRANTEE | Description TCT 7.72-A COLLEGE PARKWAY PARKERSBURG DISTRICT - RENTAL USE AGREEMENT | 518402 | Wood |
| 05/11/2021 | ASSIGNMENT OF LIEN | 2177 / 640 | DEBTOR | Description G/L 1403/628 | 88250264 | Wood |

| 05/31/2007 | CORPORATION | 52 / 793 | | Description CERTIFICATE OF AMENDMENT TO THE ARTILCES OF INCORPORATION | 534950 | Wood |
| 12/01/2000 | CORRECTION DEED | 1020 / 368 | GRANTEE | Description TCT 9.900-A PARKERSBURG DISTRICT Map PA150 Parcel D | 332479 | Wood |
| 12/01/2000 | CORRECTION DEED | 1020 / 370 | GRANTOR | Description TCT 9.90-A & EASEMENTS LESS EASEMENT W/EXHIBITPARKERSBURG DISTRICT Map PA150 Parcel D | 332480 | Wood |
| 02/08/2010 | COUNTY COMMISSION ORDER | 69 / 141 | | Description PRECINCT 40A MOVED | 635743 | Wood |
| 09/25/1984 | DEED | 809 / 750 | GRANTOR | Description TCT 5.82-A EDGEWOOD DRIVE SOUTH & TCT 0.18-A WITH PLAT PARKERSBURG DISTRICT | 8798929 | Wood |
| 02/26/1985 | DEED | 815 / 624 | GRANTOR | Description LOT 60 & 61 SOUTH ACRES ADN CITY OF PARKERSBURG | 8761292 | Wood |
| 05/31/1985 | DEED | 819 / 253 | GRANTOR | Description TCT 0.344-A & R/W & EASEMENT W/EXHIBIT'S PARKERSBURG DISTRICT District PARKERSBURG | 8710324 | Wood |
| 12/17/1986 | DEED | 843 / 36 | GRANTOR | Description ALL INT TCTS CO RT 4 & R/W LESS R/W W/PLT PKS | 11996600 | Wood |
| 07/25/1990 | DEED | 887 / 519 | GRANTOR | Description LOT 37 BENNETT COOKS ADN CITY OF PARKERSBURG | 48239 | Wood |
| 06/24/1991 | DEED | 897 / 293 | GRANTEE | Description TRACT 1.85-A JUG RUN (BRISCOE) ROAD PER EXHIBIT APARKERSBURG DISTRICT Map PA150 Parcel F2A& Consideration 272,000.00 | 69019 | Wood |
| 12/31/1992 | DEED | 915 / 171 | GRANTEE | Description LOTS 16 & 18 FRED MORLAN'S S/D OF LOTS, PT LOT 96 ST. MARYS COURT ADN & PART LOTS 3,4 & 5 HOLMES PARK ADN #2 CITY OF PKS Map CN26 Parcel 173 | 107931 | Wood |
| 05/15/1996 | DEED | 955 / 835 | GRANTOR | Description LOTS 16 & 18 FRED MORLAN'S S/D OF LOTS ST. MARYS COURT ADN  & HOLMES PARK ADN #2 CITY  OF PARKERSBURG Map CN26 Parcel 173,175 Consideration 2,300.00 | 196738 | Wood |
| 09/05/1997 | DEED | 972 / 549 | GRANTEE | Description TCT 57.156-A PARKERSBURG DISTRICTW/EXHIBIT Map PA150 Parcel A | 233735 | Wood |
| 09/05/1997 | DEED | 972 / 553 | GRANTOR | Description TCT 13.904-A W/EXHIBIT PARKERSBURG DISTRICT Map PA150 Parcel C Consideration 243,320.00 | 233737 | Wood |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/20/1997 | DEED | 975 / 598 | GRANTEE | Description 9 PARCELS LESS EXCEPTION PARKERSBURG DISTRICT & CITY OFVIENNA - SEE DOCUMENT Map PA110& Parcel P1ETC Consideration 3,500,000.00 | 239950 | Wood |
| 02/11/1998 | DEED | 978 / 134 | GRANTEE | Description SEVERAL TRACTS & EASEMENT LESS EXCEPTIONS PARKERSBURGDISTRICT Map PA150 Parcel A1,B&E Consideration 400,000.00 | 246316 | Wood |
| 10/09/1998 | DEED | 989 / 569 | GRANTOR | Description TCT 10.154-A 12TH STREET W/EXHIBIT PARKERSBURG DISTRICT Map PA150 Parcel D Consideration 174,483.20 | 268040 | Wood |
| 07/29/1999 | DEED | 1001 / 352 | GRANTOR | Description TCT 9.900-A & EASEMENTS LESS R/W W/EXHIBITPARKERSBURG DISTRICT Map PA150 Parcel PTD Consideration 173,181.60 | 293484 | Wood |
| 12/01/2000 | DEED | 1020 / 365 | GRANTOR | Description TCT 5.70-A & EASEMENTS LESS EASEMENT W/EXHIBITPARKERSBURG DISTRICT Map PA150 Parcel PTD Consideration 99,6 | 332478 | Wood |
| 04/06/2001 | DEED | 1024 / 426 | GRANTEE | Description TCT 0.004-A & TCT 0.48-A COLLEGE PARKWAY W/EXHIBITPARKERSBURG DISTRICT Map PA150 Parcel F8& | 341598 | Wood |
| 10/31/2001 | DEED | 1032 / 337 | GRANTOR | Description TCT 10.007-A W/EXHIBIT PARKERSBURG DISTRICT Map PA150 Parcel D Consideration 175,121.96 | 358616 | Wood |
| 10/31/2001 | DEED | 1032 / 345 | GRANTOR | Description TCT 5.70-A DIMPSIE AVENUE W/EXHIBIT PARKERSBURG DISTRICT Map PA150 Parcel PTD Consideration 99,750.00 | 358621 | Wood |
| 09/08/2003 | DEED | 1057 / 409 | GRANTOR | Description TCT 3,859-SQ FT W/EXHIBIT PARKERSBURG DISTRICT Map CN173 Parcel E | 418523 | Wood |
| 06/29/2004 | DEED | 1069 / 361 | GRANTEE | Description SEVERAL TRACTS & ALL INT INTERVENING STREETS AND STRIPSLESS EXCEPTIONS PARKERSBURG DISTRICT - SEE DOCUMENT Map PA150 Parcel K1& | 444187 | Wood |
| 10/19/2005 | DEED | 1088 / 606 | GRANTOR | Description TCT 2,604 SQ FT & TCT 12,767 SQ FT PARKERSBURG DISTRICT Map PA150 Parcel D& Consideration 6,350.00 | 482321 | Wood |
| 03/22/2006 | DEED | 1094 / 294 | GRANTOR | Description TCT 0.776-A COLLEGE PARKWAY PARKERSBURG DISTRICT Map PA150 Parcel F8 Consideration 202,500.00 | 493972 | Wood |

| 06/14/2006 | DEED | 1098 / 86 | GRANTOR | Description TCT 0.175-A WOOD COUNTY ROUTE 4, TCT 1.602-A ACCESS ROAD   PARKERSBURG DISTRICT Map PA150 Parcel E1& | 500683 | Wood |
| 12/26/2006 | DEED | 1107 / 359 | GRANTOR | Description TCT 7.72-A COLLEGE PARKWAY PARKERSBURG DISTRICT District PARKERSBURG Map 150 Parcel F7 Consideration 1,750,000.00 | 518079 | Wood |
| 07/03/2018 | DEED | 1280 / 466 | GRANTOR | Description PART HILL LAND LOTS 11 & 12 JOHN COOK ESTATE CONT 4.312-A PARKERSBURG DISTRICT District PARKERSBURG Map 150 Parcel K1 Consideration 400,000.00 | 8790633 | Wood |
| 07/03/2018 | DEED | 1280 / 470 | GRANTEE | Description ACROSS PART HILL LAND LOTS 11 & 12 JOHN COOK ESTATE CONT 0.209-A W/EXHIBIT PARKERSBURG DISTRICT | 8790637 | Wood |
| 03/30/1992 | EASEMENT | 905 / 393 | GRANTOR | Description ACROSS 1.85-A SEC RT 4 D/B 897/293 PARKERSBURG DISTRICT | 87369 | Wood |
| 02/08/1999 | EASEMENT | 993 / 932 | GRANTOR | Description ACROSS TCT 28-A D/B 426/274 W/PLAT PARKERSBURG DISTRICT Consideration 1.00 | 278758 | Wood |
| 06/30/1999 | EASEMENT | 1000 / 266 | GRANTOR | Description ACROSS TCT PARKERSBURG DISTRICT Map PA150 Parcel PTD | 291019 | Wood |
| 12/16/1986 | EASEMENT | 842 / 651 | GRANTOR | Description & R/W 40' ACCESS TO JUG RUN RD W/PLT PKSBG DST | 11989500 | Wood |
| 01/27/1994 | EASEMENT | 927 / 957 | GRANTOR | Description ACROSS TRACT 1.85-A JUG RUN ROAD D/B 897/293 PARKERSBURG   DISTRICT | 136971 | Wood |
| 06/16/1989 | FINANCING STATEMENTS | 13 / 2279 | DEBTOR | Description SONY EDITING SYSTER & ACCESSORIES | 22570 | Wood |
| 11/06/1989 | FINANCING STATEMENTS | 13 / 708 | DEBTOR | Description ACCOUNTS, CONTRACT RIGHTS, COMMERCIAL PAPER, GENERALINTANGIBLES ETC. | 31799 | Wood |
| 04/15/1991 | FINANCING STATEMENTS | 13 / 1651 | DEBTOR | Description EQUIPMENT PER ATTACHED SCHEDULE "A" | 64098 | Wood |
| 05/12/1994 | FINANCING STATEMENTS | 13 / 1489 | DEBTOR | Description CONTINUATION 708 DATED 11/6/89 BOOK 13 | 145239 | Wood |
| 07/05/1994 | FINANCING STATEMENTS | 13 / 9 | DEBTOR | Description ALL INVENTORY, MERCHANDISE, ACCOUNTS ETC | 149331 | Wood |
| 09/21/1995 | FINANCING STATEMENTS | 13 / 400 | DEBTOR | Description TELEPHONE SYSTEM | 180083 | Wood |
| 06/02/1997 | FINANCING STATEMENTS | 13 / 1537 | DEBTOR | Description CONTINUATION 793 DATED 11/18/92 BOOK 13 | 226030 | Wood |

| 09/02/1997 | FINANCING STATEMENTS | 13 / 311 | DEBTOR | Description DECALPHASERVER 300 COMPUTER & EQUIPMENT | 233331 | Wood |
| 11/20/1997 | FINANCING STATEMENTS | 13 / 582 | DEBTOR | Description EQUIPMENT FIXTURES BUILDING MATERIALS PER ATTACHMENT | 239953 | Wood |
| 05/07/1998 | FINANCING STATEMENTS | 13 / 1306 | DEBTOR | Description MASSEY FERGUSON TRACTOR | 253587 | Wood |
| 12/21/1998 | FINANCING STATEMENTS | 13 / 495 | DEBTOR | Description EQUIPMENT PER ATTACHMENT | 274508 | Wood |
| 02/22/1999 | FINANCING STATEMENTS | 13 / 622 | DEBTOR | Description CONTINUATION NO 9 DATED 7/5/94 BOOK 13 | 279657 | Wood |
| 05/17/1999 | FINANCING STATEMENTS | 13 / 858 | DEBTOR | Description CONTINUATION #708 DATED 11/6/89 BOOK 13 | 287214 | Wood |
| 10/04/2001 | FINANCING STATEMENTS | 13 /12 | DEBTOR | Description ALL INT BUILDINGS, STRUCTURES, IMPROVEMENTS, LEASES & SUB- LEASES OF EQUIPMENT, FURNITURE, ETC. | 356523 | Wood |
| 08/16/2002 | FINANCING STATEMENTS | 13 / 6 | DEBTOR | Description CONTINUATION #1537 DATED 11/18/92 BOOK 13 | 384513 | Wood |
| 08/16/2002 | FINANCING STATEMENTS | 13 / 6 | DEBTOR | Description CONTINUATION #793 DATED 11/18/92 BOOK 13 | 386202 | Wood |
| 12/20/2000 | FIXTURE FILING | 922 / 162 | DEBTOR | Description SEVERAL LOTS LESS EXCEPTIONS & EASEMENT CITY OF VIENNA &   CITY OF PARKERSBURG | 334034 | Wood |
| 05/01/2001 | FIXTURE FILING | 940 / 784 | DEBTOR | Description G/L 922/162 - AMENDMENT | 343331 | Wood |
| 02/13/2003 | FIXTURE FILING | 1088 / 2 | DEBTOR | Description SEVERAL LOTS LESS EXCEPTIONS & EASEMENTS PARKERSBURGDISTRICT & CITY OF VIENNA - SEE DOCUMENT | 399089 | Wood |
| 04/03/2003 | FIXTURE FILING | 1099 / 141 | DEBTOR | Description 9 LOTS LESS EXCEPTIONS CITY OF VIENNA & PARKERSBURGDISTRICTS | 403206 | Wood |
| 01/14/2004 | FIXTURE FILING | 1179 / 671 | DEBTOR | Description SEVERAL LOTS LESS EXCEPTIONS CITY OF VIENNA - SEE DOCUMENT | 429718 | Wood |
| 09/05/2007 | FIXTURE FILING | 1449 / 95 | DEBTOR | Description SEVERAL LOTS LESS EXCEPTIONS & R/W'S CITY OF VIENNA AND PARKERSBURG DISTRICT - SEE DOCUMENT | 544372 | Wood |
| 10/16/2007 | FIXTURE FILING | 1455 / 538 | DEBTOR | Description G/L 1088/2 - CONTINUATION | 548477 | Wood |
| 02/01/2008 | FIXTURE FILING | 1474 / 175 | DEBTOR | Description G/L 1099/141 - CONTINUATION | 559570 | Wood |
| 04/22/2010 | FIXTURE FILING | 1600 / 264 | DEBTOR | Description G/L 1088/2 - AMENDMENT | 640124 | Wood |
| 11/08/2012 | FIXTURE FILING | 1732 / 1 | DEBTOR | Description G/L 1099/141 - CONTINUATION | 768549 | Wood |
| 11/26/2012 | FIXTURE FILING | 1734 / 764 | DEBTOR | Description G/L 1088/2 - CONTINUATION | 770351 | Wood |

| 12/15/2014 | FIXTURE FILING | 1850 / 696 | DEBTOR | Description TCT 25.06-A LESS EXCEPTION | 8600392 | Wood |
|---|---|---|---|---|---|---|
| 11/23/2020 | FIXTURE FILING | 2146 / 706 | DEBTOR | Description G/L 1906/437 - CONTINUATION | 88226755 | Wood |
| 09/26/2001 | INDENTURE | 974 / 150 | DEBTOR | Description TRUST INDENTURE - SEE DOCUMENT | 355897 | Wood |
| 11/20/1989 | JUDGMENT LIEN | 470 / 914 | CREDITOR | Description 714.50 W/INTEREST & COST | 32755 | Wood |
| 07/26/1990 | JUDGMENT LIEN | 487 / 631 | CREDITOR | Description 851.14 W/INTEREST & COSTS | 48245 | Wood |
| 06/11/2001 | JUDGMENT LIEN | 949 / 772 | CREDITOR | Description 2,187.29 W/INTEREST & COSTS | 346669 | Wood |
| 10/27/2020 | JUDGMENT LIEN | 2141 / 805 | DEBTOR | Description $1,212,774.27 W/INT & COST | 88224590 | Wood |
| 06/29/2004 | LEASE | 1069 / 367 | GRANTOR | Description SEVERAL LOTS & ALL INT INTERVENING STREETS & STRIPS LESS EXCPTS & R/W'S PKSBG DISTRICT & CITY OF VIENNA-SEE DOCUMENT | 444189 | Wood |
| 06/29/2004 | LEASE | 1069 / 367 | GRANTEE | Description SEVERAL LOTS & ALL INT INTERVENING STREETS & STRIPS LESS EXCPTS & R/W'S PKSBG DISTRICT & CITY OF VIENNA-SEE DOCUMENT | 444190 | Wood |
| 09/18/2020 | LEASE | 1312 / 203 | GRANTOR | Description LOT 0.230-A CAMPUS VIEW DRIVE AND ROSEMAR ROAD CITY OF VIENNA | 88221353 | Wood |
| 09/18/2020 | LEASE | 1312 / 203 | GRANTEE | Description LOT 0.230-A CAMPUS VIEW DRIVE AND ROSEMAR ROAD CITY OF VIENNA | 88221353 | Wood |
| 04/28/2021 | LEASE | 1322 / 567 | GRANTOR | Description TCT 5-A & TCT 33.32-A & 2 TCTS  TCT 18 1/10-A & TCT 25.06-A LESS EXCEPTIONS PARKERSBURG DISTRICT AND CITY OF VIENNA<br>- CORRECTIVE MEMORANDUM OF LEASE AGREEMENT | 88248549 | Wood |
| 11/17/2020 | MECHANICS LIEN | 2146 / 115 | CREDITOR | Description 17100  D/B 975/598 | 88226308 | Wood |
| 07/11/1959 | PLAT | 011 / 40 | | Description PLAT OHIO VALLEY COLLEGE ADDITION TO VIENNA SECTION A PARKERSBURG DISTRICT | 8636374 | Wood |
| 04/06/1961 | PLAT | 011 / 5 | | Description PLAT OF OHIO VALLEY COLLEGE ADDITION SECTION A PARKERSBURG DISTRICT | 8635701 | Wood |
| 08/28/1961 | PLAT | 012 / 11 | | Description REDIVISION OF LOTS 5 6 & 7 OF OHIO VALLEY COLLEGE ADDITION SECTION A VIENNA | 8635731 | Wood |
| 08/01/1963 | PLAT | 012 / 40 | | Description PLAT OHIO VALLEY COLLEGE ADDITION SECTION B VIENNA PARKERSBURG DISTRICT | 8635911 | Wood |
| 07/03/2018 | PLAT | 29 / 43 | | Description 5 TCTS JUG RUN RD & EASEMENT LESS EXCEPTIONS PARKERSBURG DISTRICT<br>District PARKERSBURG Map 150 Parcel K1& | 8790631 | Wood |

| Date | Type | Book / Page | Party | Description | Number | |
|---|---|---|---|---|---|---|
| 10/31/2001 | RELEASE DEED | 1032 / 340 | GRANTOR | Description D/B 962/273 & 972/570 - RELEASE AGREEMENT | 358618 | Wood |
| 12/08/2004 | RELEASE DEED | 1076 / 17 | GRANTOR | Description D/B 962/273 | 457157 | Wood |
| 04/06/1989 | RELEASE LIEN | 455 / 769 | DEBTOR | Description G/L 91 PAGE 628 | 17870 | Wood |
| 07/24/1991 | RELEASE LIEN | 512 / 907 | DEBTOR | Description G/L 91 PAGE 628 | 71301 | Wood |
| 09/27/1991 | RELEASE LIEN | 517 / 717 | DEBTOR | Description G/L 293 PAGE 92 | 75394 | Wood |
| 05/03/2007 | RELEASE LIEN | 1425 / 599 | DEBTOR | Description T/M 431/266 & G/L 28/361 & 28/365 | 531791 | Wood |
| 09/14/2007 | RELEASE LIEN | 1450 / 578 | DEBTOR | Description G/L 857/364 | 545459 | Wood |
| 09/17/2007 | RELEASE LIEN | 1450 / 824 | DEBTOR | Description G/L 1220/528 | 545609 | Wood |
| 10/05/2007 | RELEASE LIEN | 1454 / 297 | DEBTOR | Description G/L 974/211 | 547616 | Wood |
| 09/17/1987 | RIGHT OF WAY | 853 / 533 | GRANTOR | Description 8-A SEC RT 4 D/B 419/339 & 560/25 PER EX A PKSBG | 13719200 | Wood |
| 01/15/1988 | RIGHT OF WAY | 857 / 664 | GRANTEE | Description OVER 0.18-A BEING 40' IN WIDTH PKSBG DIST | 14346300 | Wood |
| 01/02/2002 | RIGHT OF WAY | 1034 / 593 | GRANTOR | Description ACROSS TCT Map CN173 Parcel 4&5 | 364092 | Wood |
| 09/21/2005 | RIGHT OF WAY | 1087 / 485 | GRANTOR | Description ACROSS TCT PARKERSBURG DISTRICT Map PA150 Parcel EI& | 480251 | Wood |
| 09/26/2001 | SUBORDINATION | 974 / 238 | DEBTOR | Description G/L 761/40 - SUBORDINATION | 355899 | Wood |
| 12/26/2006 | SUBORDINATION | 1403 / 622 | CREDITOR | Description G/L 1403/594 - SUBORDINATION | 518086 | Wood |
| 12/26/2006 | TRUST | 1403 / 628 | CREDITOR | Description TCT 7.72-A COLLEGE PARKWAY PARKERSBURG DISTRICT | 518088 | Wood |
| 08/14/2008 | TRUST | 1509 / 81 | DEBTOR | Description G/L 1449/70 - MODIFICATION | 579459 | Wood |

| 6/25/2020 | QUIT CLAIM DEED | 982 / 415 | GRANTEE | Description INT IN 91 76/100A COAL EX PITTS VIEW #8 NATL ROAD, 82A COAL N VALLEY GROVE, 40.002 AC SURFACE COAL, 2 ACRES + OR - B&H ROAD, 37A COAL ONLY, Description 282A S F S CREEK COAL ONLY EX PGH VEIN, COAL LTS PTS 1-2-3-4-5, 410.00 AC MINED OUT COA, 4-1/4 ACRES COAL NEAR TRIADELPHIA, 146 ACRES PORTERS FARM MINED OUT COAL, Description 30 512 NATL RD COAL ONLY, 43 ACRES PGH #8 VIEN COAL ONLY & 2.5 ACRES PORTERS FARM, AND COAL LOTS PTS 1-2-3-4-5 District LIBERTY District RICHLAND District RITCHIE District TRIADELPHIA COUNTRY Additional... | 19717001 | Ohio |
| 6/18/2020 | DEED | 521 / 518 | GRANTEE | Description QUITCLAIM DEED ** H3 LLC, AS GRANTOR TO OHIO VALLEY UNIVERSITY, GRANTEE ** BARBOUR COUNTY COAL PROPERTIES CONVEYED ** ELK, PLEASANT, UNION, AND VALLEY DISTRICTS ** SEE DOCUMENT FOR FURTHER INF Description ORMATION | 256405 | Barbour |
| 6/23/2020 | DEED | 326 / 491 | GRANTEE | Description COAL ONLY IN SEVERAL DISTRICTS | 202002044 | Boone |
| 6/23/2020 | DEED | 637 / 151 | GRANTEE | Description QUITCLAIM Coal Strange Creek | 202002139 | Braxton |
| 6/23/2020 | DEED | 403 / 240 | GRANTEE | SEE EXHIBIT | 95066 | Brooke |
| 6/23/2020 | QUIT CLAIM DEED | 1425 / 719 | GRANTEE | Description COAL PROPERTIES (SEE ATTACHMENT) District GRANT Map 9999 Parcel 0003.423 Parcel 0003.53 Parcel 0003.64 Parcel 0003.93 Additional… | 6064879 | Cabell |
| 6/23/2020 | QUIT CLAIM DEED | 284 / 307 | GRANTEE | Description COAL LEE, SHERIDAN, SHERMAN AND WASHINGTON DISTRICTS | 1950423 | Calhoun |
| 9/9/1969 | DEED | 156 / 20 | GRANTEE | Description LOT NOS: 28 AND 29 OF AVONDALE. PLAT OF AVONDALE IS OF RECORD IN DEED BOOK 82, PAGE 287. WEST UNION MAGISTERIAL DIST. DODDRIDGE CO. District WEST UNION MAGISTERIAL | 193457 | Doddridge |
| 2/23/2004 | Oil & Gas Lease | 196 / 548 | GRANTOR | Description O&G LEASE, 79.75 AC, GROUSE RUN OF LICK RUN, NEW MILTON DISTRICT | 22081 | Doddridge |

| Date | Type | Book/Page | Party | Description | Number | County |
|---|---|---|---|---|---|---|
| 6/23/2020 | DEED | 587 / 620 | GRANTEE | Description VARIOUS TRACTS GILMER COUNTY COAL Description ASSD AS: H3 LLC, SEE ATTACHMENT FOR DESCRIPTION OF TRANSFER, ONLY COAL IS TO BE TRANSFERRED | 90480 | Gilmer |
| 6/24/2020 | DEED | 616 / 744 | GRANTEE | Description 37.457 ACRES District FALLING SPRING DIST. Description 55 ACRES District FORT SPRING DIST Description 140.87 ACRES District LEWISBURG CORP Description 100 ACRES Additional… | 279239 | Greenbrier |
| 6/25/2020 | DEED | 871 / 1669 | GRANTEE | District: BUTLER Lot 00000 Block 00000 Remarks 1 PARCEL 1: LOT 49 LAUREL HILLS Remarks 2 2ND ADD MINERALS ONLY + | 202000002464.00 | Hancock |
| 8/28/2019 | LEASE | 1658 / 174 | GRANTOR | Description MEM O&G LEASE CLAY OUTSIDE | 201900019273.00 | Harrison |
| 6/26/2020 | DEED | 1680 / 505 | GRANTEE | Description INT IN COAL ONLY Description COAL OUTSIDE, EAGLE OUTSIDE, ELK OUTSIDE, GRANT OUTSIDE Description CLAY OUTSIDE, UNION OUTSIDE, SARDIS & SARDIS OUTSIDE | 202000011721.00 | Harrison |
| 6/18/2020 | DEED | 754 / 233 | GRANTEE | Description QUITCLAIM DEED - RTI COAL ESTATE UNDERLYING VARIOUS TRACTS, CHD & FCD SEE EXHIBITS A & B District COURTHOUSE RURAL Map 9999 Map Suffix 0000 2292 0000 District FREEMANS CREEK RURAL Map 9999 Map Suffix 0003 4773 3001 | 180600 | Lewis |
| 7/28/2020 | SALES LISTING FORM | 7 / 748 | GRANTEE | Description SALES LISTING FORM FOR DB 754/233 | 181588 | Lewis |
| 8/5/1998 | DEED | 530 / 71 | GRANTOR | PAR A & B & TR SURROUNDING PAR B BUFFALO CT ADN MAN TRIA DT | | Logan |
| 4/10/1998 | DEED | 528 / 218 | GRANTEE | PAR A & B SIT BUFFALO COURT ADN TO TOWN OF MAN TRIA DT MAP ATT | | Logan |
| 6/24/2020 | DEED | 1264 / 1015 | GRANTEE | SEE INSTRUMENT | 6545 | Marion |
| 8/30/2013 | LEASE | 1137 / 433 | GRANTOR | | 12036 | Marion |
| 11/4/2013 | LEASE | 1145 / 19 | GRANTOR | | 15445 | Marion |
| | | | GRANTOR | | | Monongalia |
| 01/10/19 | DEED | 1653 / 75 | | Description MINERAL DEED ALL INT OIL, GAS, COALBED METHANE GAS, CONSTITUENTS, HYDROCARBON, NON-HYDROCARBON TRACT District CLAY Map Suffix 17A Parcel 44 Consideration 1,000.01 | 747406 | |
| 05/06/21 | RECORD OF DELINQ | 15 / 287 | GRANTOR | Description CERTIFICATE OF REDEMPTION OF LANDS STATE CERTIFICATE # 004452 | 826162 | Monongalia |
| 07/21/21 | RECORD OF DELINQ | 20 / 11 | GRANTOR | Description CERTIFICATE OF REDEMPTIONS OF LANDS 2021-0332 | 83697 | Monongalia |

| 6/22/2020 | DEED | 531 / 202 | GRANTEE | 1/4 INT LOTS 14-19 INC MIN BRUSH FK HAMILTON 1/4 OF 1/4 INT 10 MIN KEENAN BRANCH GRANT DIST | | Nicholas |
|---|---|---|---|---|---|---|
| 6/24/2020 | DEED | 386 / 174 | GRANTEE | Description OLD FIELD ELK 50 ACRES Description BROWN MOUNTAIN MINERALS 12 ACRES District EDRAY District HUNTERSVILLE | 205971 | Pocahontas |
| 6/24/2020 | DEED | 827 / 468 | GRANTEE | Description RIGHT TITLE & INT IN COAL LISTED IN EXHIBIT A (SEE DEED) District GRANT District KINGWOOD District KINGWOOD CORPORATION District LYON District PLEASANT District PORTLAND Additional… | 21607163 | Preston |
| 6/22/2020 | DEED | 609 / 292 | GRANTEE | Description TRANSFER OF COAL- MULTIPLE DISTRICTS | 2020014513 | Randolph |
| 6/23/2020 | DEED | 380 / 628 | GRANTEE | Description COAL, MULTIPLE TRACTS, HARRISVILLE, CLAY, MURPHY, GRANT AND UNION DISTRICTS (SEE WRITING) | 202000006202.00 | Ritchie |
| 6/23/2020 | DEED | 612 / 575 | GRANTEE | Description VARIOUS DIST & ACRES OG | 2166753 | Roane |
| 9/23/1999 | JUDGEMENT | 14 /6 | CREDITOR | Description $5,557.59 | 1999008376 | Upshur |
| 6/22/2020 | DEED | 569 / 419 | GRANTEE | District BUCKHANNON DISTRICT Location BRUSHY FORK Description COAL 40.50 ACRES UF & SEAMS BETWEEN UF & PB Description (TR 82) District BUCKHANNON DISTRICT Location BRUSHY FORK Description COAL 28.032 ACRE UF & ABOVE Additional… | 202000005903.00 | Upshur |
| 6/25/2020 | DEED | 479 / 326 | GRANTEE | Description INT COAL 20A-31 1/2A-40A-95A-32 1/2A-51 1/8A-1A-46 9/20A CENTER DISTRICT - 28 1/2A-74 67/160A-78 3/4A-51 1/2A CHURCH DISTRICT - 90 1/2A CLAY DISTRICT - 376 2/5A-48A-40A-124 1/2A-41 1/2A-67 5/8A-36 5/8 Description A-55 3/4A-52 1/2A-42 3/4A-108 5/16A-39 5/8A-56 3/8A-38A-10A-80A-125 1/4A-46A-50A-100A-4A-14 15/16A-30A-122A-60A-64 10/160A-84A-6A-112A-25 17/100A-17A-7 26/100A-10 18/160A-36A-14 25/160A-78 37/100A- Description 8 9/100A-43A-50 13/60A-47 1/10A-38 62/160A-56A-29 103/160A-19 67/100A-79 23/100A-28A-37 1/8A-75 28/100A-51 3/5A-48 1/4A-13 1/2A-7 3/10A-4 66/100A-1 68/100A-4 24/100A | 288681 | Wetzel |

| 6/25/2020 | QUIT CLAIM DEED | 500 / 706 | GRANTEE | Description COAL ONLY IN 1 (M) BRIER CREEK, 2.26 (M) CORINNE, 2.99 (M) LESS GAS EXCEPT POCA #3 COAL BEAR HOLE FORK, 2 (M) MUZZLE CREEK, 0.952 AC (M) UPPER ROAD BRANCH, 1.01 (M) CLEAR FORK, Description 18.5 (M) & 2 (M) LAUREL FORK SEE INSTRUMENT District BAILEYSVILLE DISTRICT District BARKERS RIDGE DISTRICT District HUFF CREEK DISTRICT District CENTER DISTRICT District OCEANA DISTRICT | 215622 | Wyoming |

| Vehicles | | | | |
|---|---|---|---|---|
| **Make** | **Model** | **Year** | **Use** | **Ownership** |
| Ford | | 2019 | 12 passenger Van - Athletics | Lease - Merchant Fleet |
| Ford | | 2019 | 12 passenger Van - Athletics | Lease -  Merchant Fleet |
| Ford | | 2006 | 15 passenger Van - Athletics | OVU |
| Toyota | Prius | 2012 | Admission | OVU |
| Toyota | Prius | 2013 | Admission | OVU |
| Toyota | Prius | 2013 | Admission | OVU |
| Toyota | Prius | 2015 | President | OVU |
| Bus | | ? | 25 Passenger - Athletics | OVU |
| Toyota | Avalon | 2015 | Chancellor | OVU |
| Chevy | S-10 | 2004 | Maintenance | OVU |
| Subaru | Outback | 2006 | Security | OVU |

## Student Receivable Fall 2021

| First | Last | Other Last | Balance |
|-------|------|------------|---------|
| Chelsea | Mederes | | $ 16,585.00 |
| Crystal-Ann | Mogase | | $ 16,485.00 |
| Brandon | Brammer | | $ 16,385.00 |
| Kenneth | Bennett | | $ 16,360.00 |
| Evan | Byrd | | $ 16,005.00 |
| Ethan | Cochran | | $ 15,980.00 |
| Kamara | Goodluck | | $ 15,955.00 |
| Michelle | Huffman | | $ 15,955.00 |
| Yuliana | Herrera | | $ 15,805.00 |
| Jonathan | Torres | | $ 13,775.00 |
| Christopher | Allen | | $ 12,562.00 |
| Tyson | Burke | | $ 12,560.00 |
| Braden | Barnhart | | $ 11,375.00 |
| Emily | Meeks | | $ 11,375.00 |
| Nicholas | Puzzonia | | $ 11,375.00 |
| Algenis | Lorenzo | | $ 10,205.00 |
| Klark | Waterman | | $ 9,475.00 |
| David | McCullough | | $ 7,953.00 |
| Trenda | Ridgeway | | $ 7,705.00 |
| Kevin | Torres | | $ 6,733.00 |
| Dakota | Parsons | | $ 6,205.00 |
| Chandler | McAfee | | $ 5,983.00 |
| Kervin | Montanez Delgado | | $ 5,983.00 |
| Christian | Duniver | | $ 5,955.00 |
| Kentavis | Chestnutt | | $ 5,783.00 |
| Madalyn | Cutshall | | $ 5,613.00 |
| Hope | Auxier | | $ 5,555.00 |
| Josiah | Stewart | | $ 5,535.00 |
| Jessica | Smith | | $ 5,479.00 |
| Brianna | Escalante | | $ 5,313.00 |
| Levi | Snyder | | $ 5,283.00 |
| Lynden | Starkey | | $ 4,403.00 |
| Camryn | Wolfe | | $ 4,212.00 |
| Mark | Ross | | $ 3,878.00 |
| Tyler | Javins | | $ 3,878.00 |
| Ana | Beatriz | Rodrigues | $ 3,875.00 |
| Colin | Bryant | | $ 3,875.00 |
| Savannah | Watson | | $ 3,858.00 |
| Jean | Valentin | | $ 3,787.50 |
| Maripaz | Quiros | | $ 3,736.66 |
| Kaia | Edwards | | $ 3,711.00 |
| Wesley | Jenkins | | $ 3,711.00 |
| Ximena | Agosto | | $ 3,635.00 |
| Aria | Cowder | | $ 3,513.00 |
| Gage | Huffman | | $ 3,125.00 |

| | | | | |
|---|---|---|---|---|
| Maddox | Kruger | | $ | 3,000.00 |
| Jacob | Hernandez | | $ | 2,926.00 |
| Quinn | Hiles | | $ | 2,824.00 |
| Leah | Sneed | | $ | 2,771.00 |
| Dustin | Corley | | $ | 2,721.00 |
| Manuela | Filipe | | $ | 2,555.00 |
| Mya | Tucker | | $ | 2,403.00 |
| Dalton | Hayes | | $ | 2,400.00 |
| Gavin | Kennard | | $ | 2,400.00 |
| Thierno | Doucoure | | $ | 2,125.00 |
| Sergio | Natera | | $ | 2,091.71 |
| Kennedy | Martin | | $ | 1,817.00 |
| Ashlynn | Jarvis | | $ | 1,659.00 |
| Trevonte | Burrell - Jones | | $ | 1,628.00 |
| Marissa | Judge | | $ | 1,583.00 |
| Omokheafe | Jawad | Esivue | $ | 1,435.00 |
| Agustin | Aranki | | $ | 1,375.00 |
| Gregory | Moler | | $ | 1,375.00 |
| Kimberly | Edgell | | $ | 1,245.00 |
| Kimberly | Martin | | $ | 1,245.00 |
| Billie | Wildman | | $ | 1,245.00 |
| Micaha | Marbury | | $ | 1,211.00 |
| Christian | Shaklee | | $ | 1,148.00 |
| Alejandra | Mesa | Eusse | $ | 950.00 |
| Courtney | Bee | | $ | 900.00 |
| Leonardo | Diaz | | $ | 703.00 |
| Arminas | Griska | | $ | 640.00 |
| Marina | Lima | Queiroz | $ | 587.50 |
| Madison | Logan | | $ | 550.00 |
| Isaac | Bowen | | $ | 500.00 |
| Emily | Rittenhouse | | $ | 453.00 |
| Kyle | Sexton | | $ | 286.00 |
| Augustine | Ngalia | | $ | 205.00 |
| Katherine | Rittenhouse | | $ | 65.00 |
| Juan | Lopez | | $ | 60.00 |
| Sparkle | Leigh | | $ | 50.00 |
| Neresha | Miller | | $ | 50.00 |
| Theresha | Miller | | $ | 50.00 |
| Samantha | Owens | | $ | 35.00 |
| Juan | Fernandez | | $ | 25.00 |
| Pedro | Rodriguez | | $ | 21.00 |
| Alexandra | Lidstone | | $ | 20.00 |
| Shelby | Nichols | | $ | 0.01 |
| | | | $ | 427,826.38 |

## AR as of June 30, 2021

| FIRST_NAME | LAST_NAME | CURRENT_BALANCE |
|---|---|---|
| Kenneth | Miller | $ 30,405.00 |
| Devin | Layton | $ 28,195.00 |
| Tyra | West | $ 23,917.06 |
| Raegan | McDonald | $ 15,790.00 |
| Darrian | Lee | $ 15,650.00 |
| Todd | Goocey | $ 14,509.12 |
| Augustine | Nkemakolam | $ 13,628.12 |
| Danielle | Rodgers | $ 13,519.50 |
| Konnor | Roberts | $ 12,580.00 |
| Juan | Sarmiento Rojas | $ 11,475.00 |
| Jasson | Leon Aguillón | $ 11,400.00 |
| Janessa | Adams | $ 11,350.00 |
| Anneke | Larsen | $ 11,325.00 |
| Taylor | Sheppy | $ 10,682.12 |
| Haley | Archer | $ 10,667.50 |
| Kerrie | Bearse | $ 10,400.00 |
| Coltin | Borthwick | $ 10,074.37 |
| Ty | Dobson | $ 9,999.00 |
| Blake | Welch | $ 9,824.64 |
| Julian | Ortiz | $ 9,560.00 |
| Kloria | Bennett | $ 8,185.00 |
| Astraya | Romine | $ 7,989.00 |
| Amora | Wilson | $ 7,796.87 |
| Jhoan | Londono | $ 7,565.00 |
| Julian | Veloza Cano | $ 7,357.00 |
| Katheryn | Beckett | $ 6,961.00 |
| Malik | McClary | $ 6,600.00 |
| Kenan | Brown | $ 6,598.12 |
| Aidan | Kent | $ 6,534.43 |
| Clara | Moore | $ 6,465.00 |
| Ritesh | Khadgi | $ 6,080.00 |
| Chantal | Lewis | $ 6,067.00 |
| Stevens | Vélez Osorio | $ 5,840.00 |
| Julian | Hunt | $ 5,759.00 |
| Thomas | Pease | $ 5,722.00 |
| Elijah | Ross | $ 5,630.00 |
| John | Ivy | $ 5,534.00 |
| Abby | Auxier | $ 5,500.00 |
| Laura | León Torres | $ 5,455.00 |
| Dorian | Herron | $ 5,250.00 |
| Chandler | Wood | $ 5,230.00 |
| Federico | Gil Espinosa | $ 5,130.00 |
| Gavin | Fury | $ 5,100.00 |
| Matthew | McLaughlin | $ 5,056.00 |

| | | | |
|---|---|---|---|
| Melissa | Moore | $ | 5,026.50 |
| Meghan | Anders | $ | 4,990.00 |
| Christian | Smith | $ | 4,960.00 |
| Hannah | Beros | $ | 4,769.00 |
| Troy | Victory | $ | 4,600.00 |
| Jovan | Fussell | $ | 4,544.00 |
| Tyliv | Bonaparte | $ | 4,523.66 |
| Evan | Ludwick | $ | 4,170.00 |
| Alexus | Metheney | $ | 3,928.00 |
| Mason | Waycaster | $ | 3,840.00 |
| Joseph | Evra | $ | 3,818.75 |
| Mileidys | Sáenz Varela | $ | 3,772.50 |
| Andrea | O'Brien | $ | 3,709.00 |
| Myesha | Jones | $ | 3,659.00 |
| Taylor | Craig | $ | 3,553.00 |
| Derek | Layton | $ | 3,510.00 |
| Celso | Riveros Martinez | $ | 3,385.00 |
| Andre | Norman | $ | 3,030.00 |
| Joel | Swisher | $ | 3,026.17 |
| Rachel | Brunelle | $ | 2,945.00 |
| Lindsay | Bush | $ | 2,875.00 |
| Megan | Wright | $ | 2,680.00 |
| Gabrielle | Lazzarino | $ | 2,625.00 |
| Kyle | Dunklee | $ | 2,549.00 |
| Arianna | Escobar | $ | 2,525.00 |
| Dwayne | Merritt | $ | 2,490.00 |
| Christopher | Snell | $ | 2,490.00 |
| Hadyn | Dudley | $ | 2,480.00 |
| Jessica | Cook | $ | 2,338.15 |
| Jaevon | Johnson | $ | 2,276.01 |
| Thais | Gomes dos Santos | $ | 2,219.66 |
| Natalie | Hertz | $ | 2,155.00 |
| Aysia | Ashley | $ | 2,132.22 |
| Meshack | Tiony | $ | 2,120.00 |
| Taylor | George | $ | 2,108.00 |
| Justin | Andujar | $ | 2,100.00 |
| John | Wetzel | $ | 1,850.00 |
| Javier | Cortes Canto | $ | 1,825.00 |
| Kennith | Rogers | $ | 1,805.00 |
| Sydney | Montoya | $ | 1,765.00 |
| Michael | Kelly | $ | 1,743.91 |
| Jolan | Bennett | $ | 1,636.13 |
| Kaleb | Graham | $ | 1,579.00 |
| Lola | Patterson | $ | 1,471.00 |
| Jason | Crull | $ | 1,465.00 |
| Ariel | Johnson | $ | 1,407.00 |
| Marcus | Mayle | $ | 1,399.00 |

| Angela | Shank | $ | 1,395.00 |
|--------|-------|---|----------|
| Lauren | Miller | $ | 1,349.50 |
| Chloe | Rogers | $ | 1,295.00 |
| Mischa | Johnson | $ | 1,245.00 |
| William | Cunningham | $ | 1,200.00 |
| Christian | Galindo | $ | 1,200.00 |
| David | Bercedo Testillano | $ | 1,128.00 |
| Orgen | Martinez | $ | 1,082.31 |
| Jason | Jackson | $ | 1,050.00 |
| Antonio | Blanco | $ | 1,003.00 |
| Morgan | Samuels | $ | 947.50 |
| Jacob | Ashton | $ | 900.00 |
| Gabriel | Cabrera | $ | 876.00 |
| Evan | Schob | $ | 863.00 |
| Juan | Muñoz Gonzalez | $ | 830.00 |
| Indeka | Hess | $ | 820.00 |
| Jared | Shipley | $ | 817.50 |
| Elizabeth | Vance | $ | 793.33 |
| Alexis | Hamel | $ | 713.00 |
| Kevin | Franc | $ | 632.50 |
| Thomas | Couillard | $ | 590.00 |
| Tyler | Parsons | $ | 540.00 |
| Robert | Todokou | $ | 525.00 |
| Nicholas | Villazon | $ | 460.00 |
| Camye | Rogers | $ | 450.00 |
| Cameron | Coffman | $ | 443.00 |
| Daniela | Arias Rojas | $ | 400.00 |
| Brinna | Hathaway | $ | 375.00 |
| Juan | Hoyos Rave | $ | 375.00 |
| Terran | Tuttle | $ | 375.00 |
| Tia | Shelton | $ | 366.87 |
| Trey | Davis | $ | 330.00 |
| Camden | Huck | $ | 330.00 |
| Garrett | Napier | $ | 330.00 |
| Mattie | Newsom | $ | 330.00 |
| Cole | Plants | $ | 320.00 |
| Briar | Shively | $ | 318.00 |
| Benjamin | Willard | $ | 277.00 |
| Megan | Hupp | $ | 255.00 |
| Anna | Dunn | $ | 250.00 |
| Elizabeth | Fenn | $ | 250.00 |
| Anna | Ferguson | $ | 250.00 |
| Wade | Garrett | $ | 250.00 |
| Alydia | Hutson | $ | 250.00 |
| Alexis | Moore | $ | 250.00 |
| Zachary | Smith | $ | 250.00 |
| Isabelle | Stauffer | $ | 250.00 |

| | | | |
|---|---|---|---|
| Robert | Bonar | $ | 225.00 |
| Zachary | Doughty | $ | 225.00 |
| Kate | Middleton | $ | 225.00 |
| Kyra | Petty | $ | 225.00 |
| Ciera | Older | $ | 218.12 |
| Sharice | Johnson | $ | 203.00 |
| Kaleb | Creamer | $ | 180.00 |
| Benjamin | Ferrebee | $ | 180.00 |
| Gavin | Wise | $ | 180.00 |
| Nolan | Brace | $ | 172.00 |
| Leonard | Ball | $ | 150.00 |
| Sydnee | Shipley | $ | 150.00 |
| Melinda | Koppinger | $ | 125.00 |
| Abby | McKee | $ | 125.00 |
| Benjamin | Menarchek | $ | 125.00 |
| Nicholas | Sears | $ | 125.00 |
| Joseph | Warman | $ | 125.00 |
| Dalton | George | $ | 124.50 |
| Austin | Lewis | $ | 112.50 |
| Sydney | Johnson | $ | 100.00 |
| Bryant | Ball | $ | 75.00 |
| Ashley | Johnson | $ | 75.00 |
| Abby | Lockhart | $ | 75.00 |
| Aaron | Myers-Bergstresser | $ | 75.00 |
| Roberto | Pinanez | $ | 75.00 |
| Augustine | Ngalia | $ | 74.37 |
| Austin | Bissell | $ | 62.50 |
| Daishaun | Ford | $ | 43.00 |
| Andrew | Hadley | $ | 35.00 |
| Evan | Lynch | $ | 35.00 |
| Tanaka | Runesu | $ | 30.00 |
| Devinne | Sparks | $ | 20.00 |
| Eduardo | Capote del Barrio | $ | 10.00 |
| Jessica | Dutro | $ | 10.00 |
| Michael | Garcia | $ | 1.00 |
| | | $ | 603,746.01 |
| | | | |
| Money owed for bookstore payroll ----> | Bookstore Receivable 20 | $ | 304,810.44 |
| In house student loans   ---> | OVU Loans | $ | 110,419.74 |
| | Total | $ | 1,018,976.19 |

| | |
|---|---|
| Bookstore Recieva | ####### |
| OVU Loans | ####### |
| | ####### |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Aladdin Food Management Services, LLC** | Describe debtor's property that is subject to a lien | **$1,257,224.12** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**16567 Collections Center Chicago, IL 60693-1656**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Regents Capital Corporation** | Describe debtor's property that is subject to a lien **Found on UCC search** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3200 Bristol St UNIT 400 Costa Mesa, CA 92626**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**   **The Huntington National Bank**

Creditor's Name

**5555 Cleveland Avenue Columbus, OH 43231**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien      **$0.00**      **$0.00**
**Found on UCC search**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**   **The Shumard Foundation, Inc.**

Creditor's Name

**3520 Piedmont Rd NE Ste 200 Atlanta, GA 30305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien      **$500,000.00**      **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**   **UMB Bank, N.A.**

Creditor's Name

**c/o Michael Slade 120 South Sixth Street, Suite 1400 Minneapolis, MN 55402**

Creditor's mailing address

Describe debtor's property that is subject to a lien      **$15,000,000.00**      **$0.00**

**Describe the lien**

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **VARS Resources LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Found on UCC search**

**2330 Interstate 30
Mesquite, TX 75150**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$16,757,224.12** |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gary G. Chamblee
Shumard Family Office
45 Technology Parkway South
Suite 205
Norcross, GA 30092** | Line  **2.4** | |
| **William P. Wassweiler
Ballard Spahr
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119** | Line  **2.5** | |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Accuplacer**<br>**1800 NW 69th Ave**<br>**Fort Lauderdale, FL 33313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$230.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas, Inc.**<br>**P.O. Box 734672**<br>**Dallas, TX 75373-4672**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$612.29** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Allegheny Power**<br>**P.O. Box 3615**<br>**Akron, OH 44309-3615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,945.21** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Allegheny Power**<br>**P.O. Box 3615**<br>**Akron, OH 44309-3615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,654.07** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,136.72 |
|---|---|---|---|

**Allegheny Power**
**800 Cabin Hill Rd**
**Greensburg, PA 15606-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,361.23 |
|---|---|---|---|

**Allegheny Power**
**P.O. Box 3615**
**Akron, OH 44309-3615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,353.00 |
|---|---|---|---|

**Alvin Huff**
**219 Glenhill Lane**
**Chapel Hill, NC 27514-5917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,887.20 |
|---|---|---|---|

**American AED, Inc.**
**405  NW 10th Terrace**
**Hallandale, FL 33009-3105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,317.41 |
|---|---|---|---|

**Anita Coultrap**
**910 E. Market Street**
**Cadiz, OH 43907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Apex Feed & Supply, Inc.**
**600 Green Street**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |
|---|---|---|---|

**Arms Software, LLC**
**808 Moorefield Park Drive**
**Suite 250**
**Richmond, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Army Emergency Relief**
**2530 Crystal Drive**
**Suite 13161**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,032.68** |
|---|---|---|---|

**Artesian**
**224 Capitol Street**
**P.O. Box 3718**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,200.00** |
|---|---|---|---|

**Asset Health**
**2250 Butterfield Drive**
**Suite 100**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,067.83** |
|---|---|---|---|

**BB&T Commercial Equipment Capital**
**329 E. 8th Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,403.00** |
|---|---|---|---|

**BB&T of WV**
**329 E. 8th Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,625.00** |
|---|---|---|---|

**Becky McMahon**
**2901 Tolar Hwy**
**Tolar, TX 76476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,391.50** |
|---|---|---|---|

**BMI General Licensing**
**P.O. Box 630893**
**Cincinnati, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,127.00 |
|---|---|---|---|

**Borden & Perlman**
**200 Princeton South**
**Corporate Center**
**Ste 330**
**Trenton, NJ 08628**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brewer & Company**
**3601 7th Avenue**
**Charleston, WV 25387**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,180.00 |
|---|---|---|---|

**Budget Charters Inc.**
**173 East Riverside Rd**
**Adah, PA 15410**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,651.88 |
|---|---|---|---|

**C&E**
**70 N. Plains Rd**
**Ste 119**
**The Plains, OH 45780**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,992.05 |
|---|---|---|---|

**Campus Partners**
**P.O. Box 184**
**Winston Salem, NC 27102-1840**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**Cardiac Life Products, Inc.**
**P.O. Box 25755**
**Rochester, NY 14625**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,988.75 |
|---|---|---|---|

**Carvers Electric, Plumbing & Heating**
**214 Broughton Avenue**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.88 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Castle Branch Inc**
**1844 Sir Tyler Drive**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,500.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**CEATH Company**
**1788 Hwy 1016**
**Suite B**
**Berea, KY 40403-9110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,502.73 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Cengage Learning**
**P.O. Box 936743**
**Atlanta, GA 31193-6743**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,027.40 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**Champion Output Solutions**
**120 Hills Plaza**
**Charleston, WV 25387-2438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,264.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Chase Cardmember Service**
**P.O. Box 15153**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Christian Copyright Licensing Internatio**
**P.O. Box 6729**
**Portland, OR 97230-5941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,727.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**City Net**
**100 Citynet Drive**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

No. 5:22-bk-00056   Doc 1   Filed 02/17/22   Entered 02/17/22 14:14:09   Page 43 of 97

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,041.20 |
|---|---|---|---|

**City of Vienna**
P.O. Box 5097
Vienna, WV 26105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Clark Hill PLC**
c/o Mario Richard Bordogna
1290 Suncrest Town Center Drive
Morgantown, WV 26505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Collegiate Pacific**
8616 Snowy Owl Way
Tampa, FL 33647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Crescendo Interactive, Inc**
110 Camino Ruise
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,039.02 |
|---|---|---|---|

**Crescent-McConnel Supply, LLC**
P.O. Box 6219
Kinston, NC 28501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|---|

**Crown Florals**
1933 Ohio Avenue
Parkersburg, WV 26101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.48 |
|---|---|---|---|

**CST Co**
2007 Lake Point Way
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

No. 5:22-bk-00056    Doc 1    Filed 02/17/22    Entered 02/17/22 14:14:09    Page 44 of 97

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,022.12 |
|---|---|---|---|

**Dan Blair**
**ACE Educatonal Foundation**
**3201 E. 32nd Street**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.25 |
|---|---|---|---|

**David & Emma Anderson**
**4372 Steuben Wood Drive**
**Steubenville, OH 43953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,230.76 |
|---|---|---|---|

**Davis Pickering & Co., Inc**
**165 Enterprise Drive**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,735.20 |
|---|---|---|---|

**De Lage Landen Financial Services**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.87 |
|---|---|---|---|

**Deluxe Business Checks and Solutions**
**P.O. Box 742572**
**Cincinnati, OH 45274-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,486.16 |
|---|---|---|---|

**Devon Gosnell**
**9192 Chestwick Drive**
**Germantown, TN 38139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,175.59 |
|---|---|---|---|

**Direct Energy**
**P.O. Box 32179**
**New York, NY 10087-2719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

No. 5:22-bk-00056   Doc 1   Filed 02/17/22   Entered 02/17/22 14:14:09   Page 45 of 97

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,320.00 |
|---|---|---|---|

**Dodson Pest Control**
P.O. Box 10249
Lynchburg, VA 24506-0249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,523.37 |
|---|---|---|---|

**Dominion Hope**
PO Box 26783
Richmond, VA 23261-6783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Don Lallathin**
1703 McGill Rd
Belpre, OH 45714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|---|---|---|---|

**Dunbar Printing and Graphics**
1310 Ohio Avenue
Dunbar, WV 25064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,469.72 |
|---|---|---|---|

**Dye Willis**
C/o Peoples Savings Bank
P.O. Box 246
New Matamoras, OH 45767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.05 |
|---|---|---|---|

**Eagle Research Corporation**
1076 State Route 34
Hurricane, WV 25526-7049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|

**Easy DNS Technologies, Inc.**
304A 219 Dufferin Street
Toronto, Ontario
Canada M6K3JL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,180.00 |
|---|---|---|---|

**Edna Mae Lindamood**
**2758 St RR 93 SE**
**New Lexington, OH 43764**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,213.79 |
|---|---|---|---|

**Educational Computer Systems, Inc.**
**P.O. Box 936565**
**Atlanta, GA 31193-6565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Educational Testing Service**
**4897 Collestion Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Educause**
**Educause Lockbox**
**Denver, CO 80291-0781**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,658.00 |
|---|---|---|---|

**Ellucian (Sungard)**
**62578 Collections Center Drive**
**Chicago, IL 60693-0625**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,770.00 |
|---|---|---|---|

**Environmental Marketing Services, LLC**
**107 Wall Street**
**Suite 1**
**Clemson, SC 29631**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,766.00 |
|---|---|---|---|

**ETS**
**P.O. Box 371986**
**Pittsburgh, PA 15251-7986**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Ohio Valley University    Doc 1    Filed 02/17/22    Entered 02/17/22 14:14:09    Page 47 of 97

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,430.00 |
|---|---|---|---|

**Explanation Age LLC**
John Lewis, EdD
11804 Alder Ridge Place
Dixie, WV 25059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|

**Favil or Verna Miller**
538 Highland Avenue
Cambridge, OH 43725-2057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Frank-Collins Group, LLC**
421 Fifth St
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,331.43 |
|---|---|---|---|

**Frontier Communications**
P.O. Box 20550
Rochester, NY 14602-0550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

**Gerald A. Isom**
817 Pennstone Road
Bryn Mawr, PA 19010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Grande Pointe Conference & Reception**
1500 Grand Central Avenue
Suite 118
Vienna, WV 26105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,148.84 |
|---|---|---|---|

**Great Midwest Athletic Conference, Inc.**
200 S. Meridian St
Suite 343
Indianapolis, IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address<br>**Growing Leaders, Inc.**<br>**270 Scientific Drive NW**<br>**Norcross, GA 30092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,800.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address<br>**Hallmark Management Service**<br>**1 Campus View Drive**<br>**Vienna, WV 26105** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,684.04 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address<br>**Harold or Marjorie Ebert**<br>**821 Woodrow St NW**<br>**North Canton, OH 44720-1861** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address<br>**Henry Schein**<br>**135 Duryea Rd.**<br>**Melville, NY 11747-3824** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,488.32 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address<br>**Higher Learning Commission**<br>**230 S. La Salle Street**<br>**Suite 750**<br>**Chicago, IL 60640-1411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,694.80 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address<br>**HigherED Consulting & Tours, LLC**<br>**1323 Frideriki Drive**<br>**Columbia, MO 65202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,694.80 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address<br>**Hobart Inc**<br>**1623 Garfield Avenue**<br>**Parkersburg, WV 26101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,818.03 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,582.76** |

3.75

**Nonpriority creditor's name and mailing address**
**Home Depot Credit Services**
Dept 32-2505629463
P.O. Box 9055
Des Moines, IA 50368-9055

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,582.76**

---

3.76

**Nonpriority creditor's name and mailing address**
**Hope for Haiti's Children**
P.O. Box 62328
Cincinnati, OH 45262-0328

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,024.00**

---

3.77

**Nonpriority creditor's name and mailing address**
**HubSpot, Inc.**
P.O.  Box 419842
Boston, MA 02241-9842

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

3.78

**Nonpriority creditor's name and mailing address**
**HUDL**
29775 Network Place
Chicago, IL 60673-1775

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

3.79

**Nonpriority creditor's name and mailing address**
**IACBE**
11374 Strang Lane Rd.
Lenexa, KS 66215

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,150.00**

---

3.80

**Nonpriority creditor's name and mailing address**
**Ice Miller LLP**
P.O. Box 68
Indianapolis, IN 46206-0068

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

3.81

**Nonpriority creditor's name and mailing address**
**Indiana University**
IU Accounts Receivable
Dept 78896
P.O. Box 78000
Detroit, MI 48278-0896

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|------|---|---|---|
| | **Innovative Learning Solutions** | ☐ Contingent | |
| | **520 W. Summit Hill Drive** | ☐ Unliquidated | |
| | **Suite 701** | ☐ Disputed | |
| | **Knoxville, TN 37902** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|------|---|---|---|
| | **InState Limited** | ☐ Contingent | |
| | **99 Upper Georges St** | ☐ Unliquidated | |
| | **Dun Laoghaire Co** | ☐ Disputed | |
| | **Dublin, Ireland** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,234.76 |
|------|---|---|---|
| | **IntelliCorp** | ☐ Contingent | |
| | **PO Box 27903** | ☐ Unliquidated | |
| | **New York, NY 10087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.40 |
|------|---|---|---|
| | **Jabo Supply** | ☐ Contingent | |
| | **P.O. Box 238** | ☐ Unliquidated | |
| | **Huntington, WV 25705** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,597.69 |
|------|---|---|---|
| | **John Hancock (U.S.A)** | ☐ Contingent | |
| | **P.O. Box 7247-0274** | ☐ Unliquidated | |
| | **Philadelphia, PA 19170-0274** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,620.01 |
|------|---|---|---|
| | **Joy Jones** | ☐ Contingent | |
| | **6585 S. Black burn Rd.** | ☐ Unliquidated | |
| | **Athens, OH 45701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,257.62 |
|------|---|---|---|
| | **Keith Stotts** | ☐ Contingent | |
| | **1222 Cisler Drive** | ☐ Unliquidated | |
| | **Marietta, OH 45750** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,086.30 |
|---|---|---|---|
| | **Kincheloe's Motors, Inc.**<br>**14th and Pearcy Avenue**<br>**Parkersburg, WV 26101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.41 |
|---|---|---|---|
| | **Kohl's**<br>**189 Bosley Pkwy**<br>**Parkersburg, WV 26101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $782.64 |
|---|---|---|---|
| | **Komax**<br>**500 D. Street**<br>**Charleston, WV 25303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Lacrosse Unlimited**<br>**59 Gilpin Avenue**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.00 |
|---|---|---|---|
| | **Lads to Leaders Inc**<br>**5280 West Alabama Christian Drive**<br>**Montgomery, AL 36109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,560.00 |
|---|---|---|---|
| | **Lakefront Lines**<br>**13315 Brookpark Rd.**<br>**P.O. Box 81172**<br>**Cleveland, OH 44181-0172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,698.48 |
|---|---|---|---|
| | **Lawson Family Investments, Ltd.**<br>**100 Great Oaks Blvd**<br>**Suite 125**<br>**Albany, NY 12203-7925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |

**3.96**

**Nonpriority creditor's name and mailing address**

Laxcom, LLC
345 Wilson Avenue
Norwalk, CT 06854

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

Lee Jones
6585 S. Black Burn Rd
Athens, OH 45701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,293.38**

---

**3.98**

**Nonpriority creditor's name and mailing address**

Leedy Elevator Inspection Service
2878 Stewatstown Rd
Morgantown, WV 26508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

Linda Mayfield
2276 Cow Creek Rd
Saint Marys, WV 26170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

Linda Watson
2213 Midway Avenue NE
Canton, OH 44705

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,080.00**

---

**3.101**

**Nonpriority creditor's name and mailing address**

Lloyd Shockey
P.O. Box 211
Lodi, OH 44254-0211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,560.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**

LogMeIn.Com
Attn: Accounts Receivable
333 Summer Street
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,499.99**

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,918.22 |
|---|---|---|---|
| | **Longhouse Capital Advisors**<br>**1240 W. Barry Avenue**<br>**Chicago, IL 60657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Longhouse Capital Advisors**<br>**1240 West Barry Avenue**<br>**Chicago, IL 60657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,793.30 |
|---|---|---|---|
| | **LRAP Association**<br>**1011 Warrenville Rd**<br>**Suite 60532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | **Lumos**<br>**Convergent**<br>**925 Weschester Avenue**<br>**West Harrison, NY 10604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.00 |
|---|---|---|---|
| | **Manos de Esperanza**<br>**3960 E. San Pedro Avenue**<br>**Gilbert, AZ 85234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,836.49 |
|---|---|---|---|
| | **Matheny Motors**<br>**18 12th Street**<br>**Parkersburg, WV 26101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.86 |
|---|---|---|---|
| | **Miller & Isaly Home Services LLC**<br>**10105 St. Rt. 60**<br>**Lowell, OH 45744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,874.97 |
|---|---|---|---|

**MON POWER**
P.O. Box 3615
Akron, OH 44309-3615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,844.26 |
|---|---|---|---|

**MON POWER**
P.O. Box 3615
Akron, OH 44309-3615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Mongoose Research**
6506 E. Quaker Rd.
Suite 202
Orchard Park, NY 14127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Motivis Learning Systems, Inc**
25 Pelham Road
Suite 204
Salem, NH 03079

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,174.75 |
|---|---|---|---|

**Mountaineer Mechanical Co.**
16594 Canaanville Road
Suite 100
Athens, OH 45701-8076

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,357.50 |
|---|---|---|---|

**National Benefit Services, Inc.**
300 W. Adams Street
Suite No 415
Chicago, IL 60606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,054.16 |
|---|---|---|---|

**National Research Center for College**
75 Remittance Drive
Dept. 1020
Chicago, IL 60675-1020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

No. 5:22-bk-00056   Doc 1   Filed 02/17/22   Entered 02/17/22 14:14:09   Page 55 of 97

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**NCS Pearson, Inc.**
**5601 Green Valley Dr**
**Minneapolis, MN 55437-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.55 |
|---|---|---|---|

**Oak Hall Industries**
**840 Union St.**
**PO Box 1078**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407.55 |
|---|---|---|---|

**OCLC, Inc.**
**840 Union Street**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,228.39 |
|---|---|---|---|

**Office Depot Inc.**
**P.O. Box 88040**
**Chicago, IL 60680-1040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.08 |
|---|---|---|---|

**Orphan's International Worldwide**
**40 Exchange Place**
**12th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Otter Creek Golf Course**
**11522 E. 50 N.**
**Columbus, IN 47203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Papa Johns**
**4421 Emerson Avenue**
**Suite 107**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,080.00 |
|---|---|---|---|

**Parkersburg Lodging**
**Holiday Inn Express & Suites Parkersburg**
**10057 Emerson Ave**
**Parkersburg, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,593.87 |
|---|---|---|---|

**Parkersburg Utility Board**
**P.O. Box 1629**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,460.74 |
|---|---|---|---|

**Philadelphia Insurance Companies**
**P.O. Box 70251**
**Philadelphia, PA 19176-0251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,987.12 |
|---|---|---|---|

**Pitney Bowes Reserve Account**
**Attn: Vicki Samples**
**120 Hill Plaza**
**Charleston, WV 25387-2438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |
|---|---|---|---|

**Postmaster**
**401 Juliana Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Premier Speakers Bureau**
**109 International Drive,**
**Suite 300**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

**PrestoSports**
**P.O. Box 936415**
**Atlanta, GA 31193-6412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**PT or Edith Halstead**
**520 Carriage Drive**
**Beckley, WV 25801-2810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.88 |
|---|---|---|---|

**Robertson Heating Supply CO**
**2155 West Main Street**
**Alliance, OH 44601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**Rotary Club of Parkersburg**
**P.O. Box 11**
**Parkersburg, WV 26102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,509.00 |
|---|---|---|---|

**Ruffalo Cody**
**Attn: Controller**
**P.O. Box 718**
**Des Moines, IA 50303-0718**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.29 |
|---|---|---|---|

**Safelite Auto Glass**
**P.O. Box 633197**
**Cincinnati, OH 45263-3197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,680.00 |
|---|---|---|---|

**Salesforce.org**
**Department #34293**
**P.O. Box 39000**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Savannah Watson**
**08 Mae Lane**
**Gamerco, NM 87317**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,718.41 |
|---|---|---|---|

**Sheppard's Auto Supply**
**1903 7th Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.78 |
|---|---|---|---|

**Sherwin Williams**
**605 Grand Center Avenue, Ste 105**
**Vienna, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,150.00 |
|---|---|---|---|

**Sidearm Sports, LLC**
**C/o Learfield Communications**
**P.O. Box 843038**
**Kansas City, MO 64184-3038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,035.62 |
|---|---|---|---|

**SMC Communications**
**452 Casteel Rd**
**Bruceton Mills, WV 26525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,768.24 |
|---|---|---|---|

**Softchoice Corporation**
**16609 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.60 |
|---|---|---|---|

**Source One Digital**
**1137 N. Gateway Blvd.**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,235.70 |
|---|---|---|---|

**St. Paul Travelers**
**CL & Specialtty Remittance Ctr**
**Hartford, CT 06183-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.32 |
|---|---|---|---|

**State Fire Marshal**
**1207 Quarrier St., 2nd Floor**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.65 |
|---|---|---|---|

**State Journal**
**13 Kanawha Blvd**
**Suite 100**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.33 |
|---|---|---|---|

**Statewide Service**
**603 Main Avenue**
**Nitro, WV 25143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,988.44 |
|---|---|---|---|

**Steers Heating and Cooling**
**3311 Dudley Avenue**
**Parkersburg, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.00 |
|---|---|---|---|

**Stonewall Retail Marketing, Inc.**
**154 1/2 Loft Front Street**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,305.03 |
|---|---|---|---|

**Suttle & Stalnaker**
**201 Third St, Towne Square**
**P.O. Box 149**
**Parkersburg, WV 26102-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,609.80 |
|---|---|---|---|

**SW Resources, Inc.**
**1007 Mary Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  No. 5:22-bk-00056   Doc 1   Filed 02/17/22   Entered 02/17/22 14:14:09   Page 60 of 97

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.00 |
|---|---|---|---|

**Synergy Sports Technology**
**1004 Commercial Avenue PMB 264**
**Anacortes, WA 98221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.00 |
|---|---|---|---|

**Team Fitz Graphics**
**11320 Mosteller Rd.**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,495.00 |
|---|---|---|---|

**The Christian Chronicle**
**P.O. Box 11000**
**Oklahoma City, OK 73136-1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $662.14 |
|---|---|---|---|

**The Goals Group**
**640 Lakeview Plaza**
**Suite D**
**Columbus, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.00 |
|---|---|---|---|

**TruGreen**
**1790 Kirby Pkwy**
**Ste 300**
**Germantown, TN 38138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,356.00 |
|---|---|---|---|

**UMB Bank**
**P.O. Box 419226**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,144.90 |
|---|---|---|---|

**UNITED BANK**
**514 Market Street**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   No. 5:22-bk-00056   Doc 1   Filed 02/17/22   Entered 02/17/22 14:14:09   Page 61 of 97

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,144.90 |
|---|---|---|---|

**United Bank**
**Corporate Trust Department**
**P.O. Box 393**
**Charleston, WV 25326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**University of Charleston**
**2300 MacCorkle Avenue SE**
**Charleston, WV 25304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,641.50 |
|---|---|---|---|

**Unum Life Insurance Company of America**
**P.O. Box 406990**
**Atlanta, GA 30384-6990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.40 |
|---|---|---|---|

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,930.50 |
|---|---|---|---|

**USA Ultimate**
**5825 Delmonico Dr**
**Suite 350**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.28 |
|---|---|---|---|

**Verizon**
**2504 Murdoch Ave**
**Parkersburg, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**VTZ**
**304 W. Main St.**
**Shawnee, OK 74801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Walsh University**
**2020 E. Maple Street**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,145.00 |
|---|---|---|---|

**Washington County Schools Career Center**
**21740 St. Route 767**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,185.00 |
|---|---|---|---|

**Washington County Schools Career Center**
**21740 St. Route 767**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $817.35 |
|---|---|---|---|

**Waste Management of WV**
**P.O. Box 13648**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,262.50 |
|---|---|---|---|

**Wellspring International Education LLC**
**Greg Schrader**
**729 Main St.**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,739.25 |
|---|---|---|---|

**West Virginia Elevator, LLC**
**P.O. Box 57**
**Amma, WV 25005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,699.00 |
|---|---|---|---|

**West Virginia Independent College**
**1411 Virginia St. E**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

No. 5:22-bk-00056    Doc 1    Filed 02/17/22    Entered 02/17/22 14:14:09    Page 63 of 97

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.50 |
|---|---|---|---|

**West Virginia Potato Chip Co.**
512 W. Virginia Ave
Parkersburg, WV 26101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**West Virginia University**
P.O. Box 6090
Morgantown, WV 26506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**West Virginia Weslyan College**
59 College Avenue
Buckhannon, WV 26201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.07 |
|---|---|---|---|

**White Ferry Rd. Church of Christ**
3201 N. 7th
West Monroe, LA 71291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,613.67 |
|---|---|---|---|

**William Phillis**
1019 Torrey Hill Drive
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.30 |
|---|---|---|---|

**Winner's Choice, Inc.**
2018 Pleasant Valley Rd.
Fairmont, WV 26554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Wood County Development Authority**
P.O. Box 1683
Parkersburg, WV 26102-1683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |
|---|---|---|---|
| | **WV Secretary of State** **Building 1, Suite 157-K** **1900 Kanawha Blvd. East** **Charleston, WV 25305** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,900.00 |
|---|---|---|---|
| | **YCWV of Parkersburg** **1800 30th St.** **Parkersburg, WV 26101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John R. Keating, Esq.** **Amato and Keating, P.C.** **107 N. Commerce Way** **Bethlehem, PA 18017** | Line **3.106** ☐ Not listed. Explain ____ | **0195** |
| 4.2 | **Linda Mayfield** **P.O. Box 109** **Arthurdale** **Arthurdale, WV 26520** | Line **3.99** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of Navajo Nation Scholarship** **P.O. Box 1870** **Attn: Shiela Tsosie, Accountant** **Window Rock, AZ 86515** | Line **3.137** ☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,623,158.17 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,623,158.17 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest      **land for cell tower** <br><br> State the term remaining <br><br> List the contract number of any government contract | **AT&T Parkersburg** <br> **3417 Murdoh Avenue** <br> **Parkersburg, WV 26101** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest      **Printers** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Komax, LLC** <br> **500 D Street** <br> **Charleston, WV 25303** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest      **2 Vans** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Merchant Fleet** <br> **14 Central Park Drive First Floor** <br> **Hooksett, NH 03106** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **Ohio Valley University** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                                       *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name   **Ohio Valley University**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Hallmark Management Service**<br>**1 Campus View Drive**<br>**Vienna, WV 26105** | | **$204,167.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Brown Asphalt** | | **$37,089.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Ohio Valley University     Doc 1     Filed 02/17/22     Entered 02/17/22 14:14:09     Page 68 of 97

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. Wood County Fire Fee | | $10,508.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Komax<br>500 D. Street<br>Charleston, WV 25303 | | $6,920.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. MON POWER<br>P.O. Box 3615<br>Akron, OH 44309-3615 | | $11,608.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Dominion Hope<br>PO Box 26783<br>Richmond, VA 23261-6783 | | $5,029.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. River States | | $12,228.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. SMC Communications<br>452 Casteel Rd<br>Bruceton Mills, WV 26525 | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. United Health | | $38,811.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. GA | Dec. 2021 | $21,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Ohio Valley University    Doc 1    Filed 02/17/22    Entered 02/17/22 14:14:09    Page 69 of 97

| Creditor's Name and Address | Dates | Total of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.11.  **Nationwide** | **January 2022** | **$10,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Hallmark v. Debtor** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Ana DaCosta & Fernanda Araya Toloza v. Ohio Valley University**<br>**20-C-152** | | **Circuit Court of Wood County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
   |---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | SHEEHAN & ASSOCIATES, P.L.L.C.<br>1 Community St., Ste 200<br>Wheeling, WV 26003 | Attorney Fees | | $25,262.00 |
   | | Email or website address<br>sheehanbankruptcy@wvdsl.net | | | |
   | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   |---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Ohio Valley University<br>Windup Trust | To complete the provision of education<br>through the Spring Semester of 2022 | February 22 | $0.00 |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
|  |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Moore | 7405 Truman Court Mentor, OH 44060 | Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Nathan Greene | 148 Betsy Kabe Belpre, OH 45714 | Vice Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Cecelia Goff | 2807 26th Street Parkersburg, WV 26104 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Pat Cronin | 16 Beehavin Drive Wheeling, WV 26003 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ron Laughery | 5103 School House Rd Little Hocking, OH 45742 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| William Phillis | 1019 Torrey  Hill Dr. Columbus, OH 43228 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Lorna Hutcheson | 414 Cleer Rd Bridgeport, WV 26330 | Trustee | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Bill Garrett | | Trustee | Resigned in October 2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ **No**

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ **No**

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2022**

**/s/ Michael W. Ross**                                        **Michael W. Ross**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Ohio Valley University**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,262.00 |
| Prior to the filing of this statement I have received | $ | 25,262.00 |
| Balance Due | $ | 0.00 |

2.  $ __**1,738.00**__  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **A friend of the University**

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  File and complete student loan action.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 17, 2022**

*Date*

**/s/ Martin P. Sheehan**

**Martin P. Sheehan 4812**
*Signature of Attorney*
**SHEEHAN & ASSOCIATES, P.L.L.C.**
**1 Community St., Ste 200**
**Wheeling, WV 26003**
**304-232-1064  Fax: 304-232-1066**
**sheehanbankruptcy@wvdsl.net**
*Name of law firm*

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   __Ohio Valley University__                                    Case No. _____
                                            Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **February 17, 2022**                          **/s/ Michael W. Ross**
        _____                     _____
                                                      **Michael W. Ross**/**President**
                                                      Signer/Title

Ohio Valley University
1 Campus View Drive
Vienna, WV 26105


Martin P. Sheehan
SHEEHAN & ASSOCIATES, P.L.L.C.
1 Community St., Ste 200
Wheeling, WV 26003


Accuplacer
1800 NW 69th Ave
Fort Lauderdale, FL 33313


Airgas, Inc.
P.O. Box 734672
Dallas, TX 75373-4672


Aladdin Food Management Services, LLC
16567 Collections Center
Chicago, IL 60693-1656


Allegheny Power
P.O. Box 3615
Akron, OH 44309-3615


Allegheny Power
800 Cabin Hill Rd
Greensburg, PA 15606-0001


Alvin Huff
219 Glenhill Lane
Chapel Hill, NC 27514-5917


American AED, Inc.
405 NW 10th Terrace
Hallandale, FL 33009-3105


Anita Coultrap
910 E. Market Street
Cadiz, OH 43907


Apex Feed & Supply, Inc.
600 Green Street
Marietta, OH 45750

Arms Software, LLC
808 Moorefield Park Drive
Suite 250
Richmond, VA 23236


Army Emergency Relief
2530 Crystal Drive
Suite 13161
Arlington, VA 22202


Artesian
224 Capitol Street
P.O. Box 3718
Charleston, WV 25301


Asset Health
2250 Butterfield Drive
Suite 100
Troy, MI 48084


AT&T Parkersburg
3417 Murdoh Avenue
Parkersburg, WV 26101


BB&T Commercial Equipment Capital
329 E. 8th Street
Parkersburg, WV 26101


BB&T of WV
329 E. 8th Street
Parkersburg, WV 26101


Becky McMahon
2901 Tolar Hwy
Tolar, TX 76476


BMI General Licensing
P.O. Box 630893
Cincinnati, OH 45263-0893


Borden & Perlman
200 Princeton South
Corporate Center
Ste 330
Trenton, NJ 08628

Brewer & Company
3601 7th Avenue
Charleston, WV 25387


Budget Charters Inc.
173 East Riverside Rd
Adah, PA 15410


C&E
70 N. Plains Rd
Ste 119
The Plains, OH 45780


Campus Partners
P.O. Box 184
Winston Salem, NC 27102-1840


Cardiac Life Products, Inc.
P.O. Box 25755
Rochester, NY 14625


Carvers Electric, Plumbing & Heating
214 Broughton Avenue
Marietta, OH 45750


Castle Branch Inc
1844 Sir Tyler Drive
Wilmington, NC 28405


CEATH Company
1788 Hwy 1016
Suite B
Berea, KY 40403-9110


Cengage Learning
P.O. Box 936743
Atlanta, GA 31193-6743


Champion Output Solutions
120 Hills Plaza
Charleston, WV 25387-2438


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

Christian Copyright Licensing Internatio
P.O. Box 6729
Portland, OR 97230-5941


City Net
100 Citynet Drive
Bridgeport, WV 26330


City of Vienna
P.O. Box 5097
Vienna, WV 26105


Clark Hill PLC
c/o Mario Richard Bordogna
1290 Suncrest Town Center Drive
Morgantown, WV 26505


Collegiate Pacific
8616 Snowy Owl Way
Tampa, FL 33647


Crescendo Interactive, Inc
110 Camino Ruise
Camarillo, CA 93012


Crescent-McConnel Supply, LLC
P.O. Box 6219
Kinston, NC 28501


Crown Florals
1933 Ohio Avenue
Parkersburg, WV 26101


CST Co
2007 Lake Point Way
Louisville, KY 40223


Dan Blair
ACE Educatonal Foundation
3201 E. 32nd Street
Edmond, OK 73013


David & Emma Anderson
4372 Steuben Wood Drive
Steubenville, OH 43953

Davis Pickering & Co., Inc
165 Enterprise Drive
Marietta, OH 45750

De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

Deluxe Business Checks and Solutions
P.O. Box 742572
Cincinnati, OH 45274-2572

Devon Gosnell
9192 Chestwick Drive
Germantown, TN 38139

Direct Energy
P.O. Box 32179
New York, NY 10087-2719

Dodson Pest Control
P.O. Box 10249
Lynchburg, VA 24506-0249

Dominion Hope
PO Box 26783
Richmond, VA 23261-6783

Don Lallathin
1703 McGill Rd
Belpre, OH 45714

Dunbar Printing and Graphics
1310 Ohio Avenue
Dunbar, WV 25064

Dye Willis
C/o Peoples Savings Bank
P.O. Box 246
New Matamoras, OH 45767

Eagle Research Corporation
1076 State Route 34
Hurricane, WV 25526-7049

Easy DNS Technologies, Inc.
304A 219 Dufferin Street
Toronto, Ontario
Canada M6K3JL


Edna Mae Lindamood
2758 St RR 93 SE
New Lexington, OH 43764


Educational Computer Systems, Inc.
P.O. Box 936565
Atlanta, GA 31193-6565


Educational Testing Service
4897 Collestion Center Drive
Chicago, IL 60693


Educause
Educause Lockbox
Denver, CO 80291-0781


Ellucian (Sungard)
62578 Collections Center Drive
Chicago, IL 60693-0625


Environmental Marketing Services, LLC
107 Wall Street
Suite 1
Clemson, SC 29631


ETS
P.O. Box 371986
Pittsburgh, PA 15251-7986


Explanation Age LLC
John Lewis, EdD
11804 Alder Ridge Place
Dixie, WV 25059


Favil or Verna Miller
538 Highland Avenue
Cambridge, OH 43725-2057

Frank-Collins Group, LLC
421 Fifth St
Marietta, OH 45750


Frontier Communications
P.O. Box 20550
Rochester, NY 14602-0550


Gary G. Chamblee
Shumard Family Office
45 Technology Parkway South
Suite 205
Norcross, GA 30092


Gerald A. Isom
817 Pennstone Road
Bryn Mawr, PA 19010


Grande Pointe Conference & Reception
1500 Grand Central Avenue
Suite 118
Vienna, WV 26105


Great Midwest Athletic Conference, Inc.
200 S. Meridian St
Suite 343
Indianapolis, IN 46225


Growing Leaders, Inc.
270 Scientific Drive NW
Norcross, GA 30092


Hallmark Management Service
1 Campus View Drive
Vienna, WV 26105


Harold or Marjorie Ebert
821 Woodrow St NW
North Canton, OH 44720-1861


Henry Schein
135 Duryea Rd.
Melville, NY 11747-3824

Higher Learning Commission
230 S. La Salle Street
Suite 750
Chicago, IL 60640-1411


HigherED Consulting & Tours, LLC
1323 Frideriki Drive
Columbia, MO 65202


Hobart Inc
1623 Garfield Avenue
Parkersburg, WV 26101


Home Depot Credit Services
Dept 32-2505629463
P.O. Box 9055
Des Moines, IA 50368-9055


Hope for Haiti's Children
P.O. Box 62328
Cincinnati, OH 45262-0328


HubSpot, Inc.
P.O. Box 419842
Boston, MA 02241-9842


HUDL
29775 Network Place
Chicago, IL 60673-1775


IACBE
11374 Strang Lane Rd.
Lenexa, KS 66215


Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068


Indiana University
IU Accounts Receivable
Dept 78896
P.O. Box 78000
Detroit, MI 48278-0896

Innovative Learning Solutions
520 W. Summit Hill Drive
Suite 701
Knoxville, TN 37902


InState Limited
99 Upper Georges St
Dun Laoghaire Co
Dublin, Ireland


IntelliCorp
PO Box 27903
New York, NY 10087


Jabo Supply
P.O. Box 238
Huntington, WV 25705


John Hancock (U.S.A)
P.O. Box 7247-0274
Philadelphia, PA 19170-0274


John R. Keating, Esq.
Amato and Keating, P.C.
107 N. Commerce Way
Bethlehem, PA 18017


Joy Jones
6585 S. Black burn Rd.
Athens, OH 45701


Keith Stotts
1222 Cisler Drive
Marietta, OH 45750


Kincheloe's Motors, Inc.
14th and Pearcy Avenue
Parkersburg, WV 26101


Kohl's
189 Bosley Pkwy
Parkersburg, WV 26101

Komax
500 D. Street
Charleston, WV 25303


Komax, LLC
500 D Street
Charleston, WV 25303


Lacrosse Unlimited
59 Gilpin Avenue
Hauppauge, NY 11788


Lads to Leaders Inc
5280 West Alabama Christian Drive
Montgomery, AL 36109


Lakefront Lines
13315 Brookpark Rd.
P.O. Box 81172
Cleveland, OH 44181-0172


Lawson Family Investments, Ltd.
100 Great Oaks Blvd
Suite 125
Albany, NY 12203-7925


Laxcom, LLC
345 Wilson Avenue
Norwalk, CT 06854


Lee Jones
6585 S. Black Burn Rd
Athens, OH 45701


Leedy Elevator Inspection Service
2878 Stewatstown Rd
Morgantown, WV 26508


Linda Mayfield
2276 Cow Creek Rd
Saint Marys, WV 26170

Linda Mayfield
P.O. Box 109
Arthurdale
Arthurdale, WV 26520


Linda Watson
2213 Midway Avenue NE
Canton, OH 44705


Lloyd Shockey
P.O. Box 211
Lodi, OH 44254-0211


LogMeIn.Com
Attn: Accounts Receivable
333 Summer Street
Boston, MA 02210


Longhouse Capital Advisors
1240 W. Barry Avenue
Chicago, IL 60657


Longhouse Capital Advisors
1240 West Barry Avenue
Chicago, IL 60657


LRAP Association
1011 Warrenville Rd
Suite 60532


Lumos
Convergent
925 Weschester Avenue
West Harrison, NY 10604


Manos de Esperanza
3960 E. San Pedro Avenue
Gilbert, AZ 85234


Matheny Motors
18 12th Street
Parkersburg, WV 26101

Merchant Fleet
14 Central Park Drive First Floor
Hooksett, NH 03106


Miller & Isaly Home Services LLC
10105 St. Rt. 60
Lowell, OH 45744


MON POWER
P.O. Box 3615
Akron, OH 44309-3615


Mongoose Research
6506 E. Quaker Rd.
Suite 202
Orchard Park, NY 14127


Motivis Learning Systems, Inc
25 Pelham Road
Suite 204
Salem, NH 03079


Mountaineer Mechanical Co.
16594 Canaanville Road
Suite 100
Athens, OH 45701-8076


National Benefit Services, Inc.
300 W. Adams Street
Suite No 415
Chicago, IL 60606


National Research Center for College
75 Remittance Drive
Dept. 1020
Chicago, IL 60675-1020


NCS Pearson, Inc.
5601 Green Valley Dr
Minneapolis, MN 55437-1099


Oak Hall Industries
840 Union St.
PO Box 1078
Salem, VA 24153

OCLC, Inc.
840 Union Street
Salem, VA 24153


Office Depot Inc.
P.O. Box 88040
Chicago, IL 60680-1040


Office of Navajo Nation Scholarship
P.O. Box 1870
Attn: Shiela Tsosie, Accountant
Window Rock, AZ 86515


Orphan's International Worldwide
40 Exchange Place
12th Floor
New York, NY 10005


Otter Creek Golf Course
11522 E. 50 N.
Columbus, IN 47203


Papa Johns
4421 Emerson Avenue
Suite 107
Parkersburg, WV 26101


Parkersburg Lodging
Holiday Inn Express & Suites Parkersburg
10057 Emerson Ave
Parkersburg, WV 26104


Parkersburg Utility Board
P.O. Box 1629
Parkersburg, WV 26101


Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251


Pitney Bowes Reserve Account
Attn: Vicki Samples
120 Hill Plaza
Charleston, WV 25387-2438

Postmaster
401 Juliana Street
Parkersburg, WV 26101


Premier Speakers Bureau
109 International Drive,
Suite 300
Franklin, TN 37067


PrestoSports
P.O. Box 936415
Atlanta, GA 31193-6412


PT or Edith Halstead
520 Carriage Drive
Beckley, WV 25801-2810


Regents Capital Corporation
3200 Bristol St UNIT 400
Costa Mesa, CA 92626


Robertson Heating Supply CO
2155 West Main Street
Alliance, OH 44601


Rotary Club of Parkersburg
P.O. Box 11
Parkersburg, WV 26102


Ruffalo Cody
Attn: Controller
P.O. Box 718
Des Moines, IA 50303-0718


Safelite Auto Glass
P.O. Box 633197
Cincinnati, OH 45263-3197


Salesforce.org
Department #34293
P.O. Box 39000
San Francisco, CA 94139

Savannah Watson
08 Mae Lane
Gamerco, NM 87317


Sheppard's Auto Supply
1903 7th Street
Parkersburg, WV 26101


Sherwin Williams
605 Grand Center Avenue, Ste 105
Vienna, WV 26105


Sidearm Sports, LLC
C/o Learfield Communications
P.O. Box 843038
Kansas City, MO 64184-3038


SMC Communications
452 Casteel Rd
Bruceton Mills, WV 26525


Softchoice Corporation
16609 Collections Center Drive
Chicago, IL 60693


Source One Digital
1137 N. Gateway Blvd.
Muskegon, MI 49441


St. Paul Travelers
CL & Specialtty Remittance Ctr
Hartford, CT 06183-1008


State Fire Marshal
1207 Quarrier St., 2nd Floor
Charleston, WV 25301


State Journal
13 Kanawha Blvd
Suite 100
Charleston, WV 25302


Statewide Service
603 Main Avenue
Nitro, WV 25143

Steers Heating and Cooling
3311 Dudley Avenue
Parkersburg, WV 26104


Stonewall Retail Marketing, Inc.
154 1/2 Loft Front Street
Marietta, OH 45750


Suttle & Stalnaker
201 Third St, Towne Square
P.O. Box 149
Parkersburg, WV 26102-0149


SW Resources, Inc.
1007 Mary Street
Parkersburg, WV 26101


Synergy Sports Technology
1004 Commercial Avenue PMB 264
Anacortes, WA 98221


Team Fitz Graphics
11320 Mosteller Rd.
Cincinnati, OH 45241


The Christian Chronicle
P.O. Box 11000
Oklahoma City, OK 73136-1100


The Goals Group
640 Lakeview Plaza
Suite D
Columbus, OH 43085


The Huntington National Bank
5555 Cleveland Avenue
Columbus, OH 43231


The Shumard Foundation, Inc.
3520 Piedmont Rd NE Ste 200
Atlanta, GA 30305

```
TruGreen
1790 Kirby Pkwy
Ste 300
Germantown, TN 38138


UMB Bank
P.O. Box 419226
Kansas City, MO 64141


UMB Bank, N.A.
c/o Michael Slade
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402


UNITED BANK
514 Market Street
Parkersburg, WV 26101


United Bank
Corporate Trust Department
P.O. Box 393
Charleston, WV 25326


University of Charleston
2300 MacCorkle Avenue SE
Charleston, WV 25304


Unum Life Insurance Company of America
P.O. Box 406990
Atlanta, GA 30384-6990


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


USA Ultimate
5825 Delmonico Dr
Suite 350
Colorado Springs, CO 80919


VARS Resources LLC
2330 Interstate 30
Mesquite, TX 75150
```

Verizon
2504 Murdoch Ave
Parkersburg, WV 26104


VTZ
304 W. Main St.
Shawnee, OK 74801


Walsh University
2020 E. Maple Street
North Canton, OH 44720


Washington County Schools Career Center
21740 St. Route 767
Marietta, OH 45750


Waste Management of WV
P.O. Box 13648
Philadelphia, PA 19101


Wellspring International Education LLC
Greg Schrader
729 Main St.
Longmont, CO 80501


West Virginia Elevator, LLC
P.O. Box 57
Amma, WV 25005


West Virginia Independent College
1411 Virginia St. E
Charleston, WV 25301


West Virginia Potato Chip Co.
512 W. Virginia Ave
Parkersburg, WV 26101


West Virginia University
P.O. Box 6090
Morgantown, WV 26506


West Virginia Weslyan College
59 College Avenue
Buckhannon, WV 26201

White Ferry Rd. Church of Christ
3201 N. 7th
West Monroe, LA 71291


William P. Wassweiler
Ballard Spahr
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119


William Phillis
1019 Torrey Hill Drive
Columbus, OH 43228


Winner's Choice, Inc.
2018 Pleasant Valley Rd.
Fairmont, WV 26554


Wood County Development Authority
P.O. Box 1683
Parkersburg, WV 26102-1683


WV Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305


YCWV of Parkersburg
1800 30th St.
Parkersburg, WV 26101

# United States Bankruptcy Court
## Northern District of West Virginia

In re   __Ohio Valley University__                                                                  Case No. _____
                                             Debtor(s)                              Chapter    __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Ohio Valley University__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 17, 2022__
Date

/s/ Martin P. Sheehan
**Martin P. Sheehan 4812**
Signature of Attorney or Litigant
Counsel for   **Ohio Valley University**
**SHEEHAN & ASSOCIATES, P.L.L.C.**
**1 Community St., Ste 200**
**Wheeling, WV 26003**
**304-232-1064 Fax:304-232-1066**
**sheehanbankruptcy@wvdsl.net**