**Notice Recipients**

District/Off: 0424–5                 User: ad                          Date Created: 2/18/2022
Case: 5:22–bk–00056              Form ID: 309C                  Total: 195


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ohio Valley University        1 Campus View Drive        Vienna, WV 26105
ust         United States Trustee       2025 United States Courthouse        300 Virginia Street East        Charleston, WV
            25301
tr          Thomas Fluharty        408 Lee Avenue        Clarksburg, WV 26301
aty         Martin P. Sheehan        Sheehan & Associates, PLLC        1 Community Street Suite 200        Wheeling, WV
            26003
1650178     Accuplacer        1800 NW 69th Ave        Fort Lauderdale, FL 33313
1650179     Airgas, Inc.        P.O. Box 734672        Dallas, TX 75373–4672
1650180     Aladdin Food Management Services, LLC        16567 Collections Center        Chicago, IL 60693–1656
1650181     Allegheny Power        P.O. Box 3615        Akron, OH 44309–3615
1650182     Allegheny Power        800 Cabin Hill Rd        Greensburg, PA 15606–0001
1650183     Alvin Huff        219 Glenhill Lane        Chapel Hill, NC 27514–5917
1650184     American AED, Inc.        405 NW 10th Terrace        Hallandale, FL 33009–3105
1650185     Anita Coultrap        910 E. Market Street        Cadiz, OH 43907
1650186     Apex Feed & Supply, Inc.        600 Green Street        Marietta, OH 45750
1650187     Arms Software, LLC        808 Moorefield Park Drive        Suite 250        Richmond, VA 23236
1650188     Army Emergency Relief        2530 Crystal Drive        Suite 13161        Arlington, VA 22202
1650189     Artesian        224 Capitol Street        P.O. Box 3718        Charleston, WV 25301
1650190     Asset Health        2250 Butterfield Drive        Suite 100        Troy, MI 48084
1650191     AT&T Parkersburg        3417 Murdoh Avenue        Parkersburg, WV 26101
1650192     BB&T Commercial Equipment Capital        329 E. 8th Street        Parkersburg, WV 26101
1650193     BB&T of WV        329 E. 8th Street        Parkersburg, WV 26101
1650194     Becky McMahon        2901 Tolar Hwy        Tolar, TX 76476
1650195     BMI General Licensing        P.O. Box 630893        Cincinnati, OH 45263–0893
1650196     Borden & Perlman        200 Princeton South        Corporate Center        Ste 330        Trenton, NJ 08628
1650197     Brewer & Company        3601 7th Avenue        Charleston, WV 25387
1650198     Budget Charters Inc.        173 East Riverside Rd        Adah, PA 15410
1650199     C&E        70 N. Plains Rd        Ste 119        The Plains, OH 45780
1650200     Campus Partners        P.O. Box 184        Winston Salem, NC 27102–1840
1650201     Cardiac Life Products, Inc.        P.O. Box 25755        Rochester, NY 14625
1650202     Carvers Electric, Plumbing & Heating        214 Broughton Avenue        Marietta, OH 45750
1650203     Castle Branch Inc        1844 Sir Tyler Drive        Wilmington, NC 28405
1650204     CEATH Company        1788 Hwy 1016        Suite B        Berea, KY 40403–9110
1650205     Cengage Learning        P.O. Box 936743        Atlanta, GA 31193–6743
1650206     Champion Output Solutions        120 Hills Plaza        Charleston, WV 25387–2438
1650207     Chase Cardmember Service        P.O. Box 15153        Wilmington, DE 19886
1650208     Christian Copyright Licensing Internatio        P.O. Box 6729        Portland, OR 97230–5941
1650209     City Net        100 Citynet Drive        Bridgeport, WV 26330
1650210     City of Vienna        P.O. Box 5097        Vienna, WV 26105
1650211     Clark Hill PLC        c/o Mario Richard Bordogna        1290 Suncrest Town Center Drive        Morgantown, WV
            26505
1650212     Collegiate Pacific        8616 Snowy Owl Way        Tampa, FL 33647
1650213     Crescendo Interactive, Inc        110 Camino Ruise        Camarillo, CA 93012
1650214     Crescent–McConnel Supply, LLC        P.O. Box 6219        Kinston, NC 28501
1650215     Crown Florals        1933 Ohio Avenue        Parkersburg, WV 26101
1650216     CST Co        2007 Lake Point Way        Louisville, KY 40223
1650217     Dan Blair        ACE Educatonal Foundation        3201 E. 32nd Street        Edmond, OK 73013
1650218     David & Emma Anderson        4372 Steuben Wood Drive        Steubenville, OH 43953
1650219     Davis Pickering & Co., Inc        165 Enterprise Drive        Marietta, OH 45750
1650220     De Lage Landen Financial Services        P.O. Box 41602        Philadelphia, PA 19101–1602
1650221     Deluxe Business Checks and Solutions        P.O. Box 742572        Cincinnati, OH 45274–2572
1650222     Devon Gosnell        9192 Chestwick Drive        Germantown, TN 38139
1650223     Direct Energy        P.O. Box 32179        New York, NY 10087–2719
1650224     Dodson Pest Control        P.O. Box 10249        Lynchburg, VA 24506–0249
1650225     Dominion Hope        PO Box 26783        Richmond, VA 23261–6783
1650226     Don Lallathin        1703 McGill Rd        Belpre, OH 45714
1650227     Dunbar Printing and Graphics        1310 Ohio Avenue        Dunbar, WV 25064
1650228     Dye Willis        C/o Peoples Savings Bank        P.O. Box 246        New Matamoras, OH 45767
1650229     Eagle Research Corporation        1076 State Route 34        Hurricane, WV 25526–7049
1650230     Easy DNS Technologies, Inc.        304A 219 Dufferin Street        Toronto, Ontario        Canada M6K3JL
1650231     Edna Mae Lindamood        2758 St RR 93 SE        New Lexington, OH 43764
1650232     Educational Computer Systems, Inc.        P.O. Box 936565        Atlanta, GA 31193–6565
1650233     Educational Testing Service        4897 Collestion Center Drive        Chicago, IL 60693
1650234     Educause        Educause Lockbox        Denver, CO 80291–0781
1650235     Ellucian (Sungard)        62578 Collections Center Drive        Chicago, IL 60693–0625
1650236     Environmental Marketing Services, LLC        107 Wall Street        Suite 1        Clemson, SC 29631
1650237     ETS        P.O. Box 371986        Pittsburgh, PA 15251–7986
1650238     Explanation Age LLC        John Lewis, EdD        11804 Alder Ridge Place        Dixie, WV 25059
1650239     Favil or Verna Miller        538 Highland Avenue        Cambridge, OH 43725–2057

1650240  Frazier-Hall Group, LLC    121 Fifth St    Marietta, OH 45750
1650241  Frontier Communications    P.O. Box 20550    Rochester, NY 14602–0550
1650242  Gary G. Chamblee    Shumard Family Office    45 Technology Parkway South    Suite 205    Norcross, GA 30092
1650243  Gerald A. Isom    817 Pennstone Road    Bryn Mawr, PA 19010
1650244  Grande Pointe Conference & Reception    1500 Grand Central Avenue    Suite 118    Vienna, WV 26105
1650245  Great Midwest Athletic Conference, Inc.    200 S. Meridian St    Suite 343    Indianapolis, IN 46225
1650246  Growing Leaders, Inc.    270 Scientific Drive NW    Norcross, GA 30092
1650247  Hallmark Management Service    1 Campus View Drive    Vienna, WV 26105
1650248  Harold or Marjorie Ebert    821 Woodrow St NW    North Canton, OH 44720–1861
1650249  Henry Schein    135 Duryea Rd.    Melville, NY 11747–3824
1650250  Higher Learning Commission    230 S. La Salle Street    Suite 750    Chicago, IL 60640–1411
1650251  HigherED Consulting & Tours, LLC    1323 Frideriki Drive    Columbia, MO 65202
1650252  Hobart Inc    1623 Garfield Avenue    Parkersburg, WV 26101
1650253  Home Depot Credit Services    Dept 32–2505629463    P.O. Box 9055    Des Moines, IA 50368–9055
1650254  Hope for Haiti's Children    P.O. Box 62328    Cincinnati, OH 45262–0328
1650255  HubSpot, Inc.    P.O. Box 419842    Boston, MA 02241–9842
1650256  HUDL    29775 Network Place    Chicago, IL 60673–1775
1650257  IACBE    11374 Strang Lane Rd.    Lenexa, KS 66215
1650258  Ice Miller LLP    P.O. Box 68    Indianapolis, IN 46206–0068
1650259  Indiana University    IU Accounts Receivable    Dept 78896    P.O. Box 78000    Detroit, MI 48278–0896
1650260  Innovative Learning Solutions    520 W. Summit Hill Drive    Suite 701    Knoxville, TN 37902
1650261  InState Limited    99 Upper Georges St    Dun Laoghaire Co    Dublin, Ireland
1650262  IntelliCorp    PO Box 27903    New York, NY 10087
1650263  Jabo Supply    P.O. Box 238    Huntington, WV 25705
1650264  John Hancock (U.S.A)    P.O. Box 7247–0274    Philadelphia, PA 19170–0274
1650265  John R. Keating, Esq.    Amato and Keating, P.C.    107 N. Commerce Way    Bethlehem, PA 18017
1650266  Joy Jones    6585 S. Black burn Rd.    Athens, OH 45701
1650267  Keith Stotts    1222 Cisler Drive    Marietta, OH 45750
1650268  Kincheloe's Motors, Inc.    14th and Pearcy Avenue    Parkersburg, WV 26101
1650269  Kohl's    189 Bosley Pkwy    Parkersburg, WV 26101
1650270  Komax    500 D. Street    Charleston, WV 25303
1650271  Komax, LLC    500 D Street    Charleston, WV 25303
1650272  Lacrosse Unlimited    59 Gilpin Avenue    Hauppauge, NY 11788
1650273  Lads to Leaders Inc    5280 West Alabama Christian Drive    Montgomery, AL 36109
1650274  Lakefront Lines    13315 Brookpark Rd.    P.O. Box 81172    Cleveland, OH 44181–0172
1650275  Lawson Family Investments, Ltd.    100 Great Oaks Blvd    Suite 125    Albany, NY 12203–7925
1650276  Laxcom, LLC    345 Wilson Avenue    Norwalk, CT 06854
1650277  Lee Jones    6585 S. Black Burn Rd    Athens, OH 45701
1650278  Leedy Elevator Inspection Service    2878 Stewatstown Rd    Morgantown, WV 26508
1650279  Linda Mayfield    2276 Cow Creek Rd    Saint Marys, WV 26170
1650280  Linda Mayfield    P.O. Box 109    Arthurdale    Arthurdale, WV 26520
1650281  Linda Watson    2213 Midway Avenue NE    Canton, OH 44705
1650282  Lloyd Shockey    P.O. Box 211    Lodi, OH 44254–0211
1650283  LogMeIn.Com    Attn: Accounts Receivable    333 Summer Street    Boston, MA 02210
1650284  Longhouse Capital Advisors    1240 W. Barry Avenue    Chicago, IL 60657
1650285  Longhouse Capital Advisors    1240 West Barry Avenue    Chicago, IL 60657
1650286  LRAP Association    1011 Warrenville Rd    Suite 60532
1650287  Lumos    Convergent    925 Weschester Avenue    West Harrison, NY 10604
1650288  Manos de Esperanza    3960 E. San Pedro Avenue    Gilbert, AZ 85234
1650289  Matheny Motors    18 12th Street    Parkersburg, WV 26101
1650290  Merchant Fleet    14 Central Park Drive First Floor    Hooksett, NH 03106
1650291  Miller & Isaly Home Services LLC    10105 St. Rt. 60    Lowell, OH 45744
1650292  MON POWER    P.O. Box 3615    Akron, OH 44309–3615
1650293  Mongoose Research    6506 E. Quaker Rd.    Suite 202    Orchard Park, NY 14127
1650294  Motivis Learning Systems, Inc    25 Pelham Road    Suite 204    Salem, NH 03079
1650295  Mountaineer Mechanical Co.    16594 Canaanville Road    Suite 100    Athens, OH 45701–8076
1650296  National Benefit Services, Inc.    300 W. Adams Street    Suite No 415    Chicago, IL 60606
1650297  National Research Center for College    75 Remittance Drive    Dept. 1020    Chicago, IL 60675–1020
1650298  NCS Pearson, Inc.    5601 Green Valley Dr    Minneapolis, MN 55437–1099
1650299  Oak Hall Industries    840 Union St.    PO Box 1078    Salem, VA 24153
1650300  OCLC, Inc.    840 Union Street    Salem, VA 24153
1650301  Office Depot Inc.    P.O. Box 88040    Chicago, IL 60680–1040
1650302  Office of Navajo Nation Scholarship    P.O. Box 1870    Attn: Shiela Tsosie, Accountant    Window Rock, AZ 86515
1650303  Orphan's International Worldwide    40 Exchange Place    12th Floor    New York, NY 10005
1650304  Otter Creek Golf Course    11522 E. 50 N.    Columbus, IN 47203
1650305  Papa Johns    4421 Emerson Avenue    Suite 107    Parkersburg, WV 26101
1650306  Parkersburg Lodging    Holiday Inn Express & Suites Parkersburg    10057 Emerson Ave    Parkersburg, WV 26104
1650307  Parkersburg Utility Board    P.O. Box 1629    Parkersburg, WV 26101
1650308  Philadelphia Insurance Companies    P.O. Box 70251    Philadelphia, PA 19176–0251

1650309    Piggy Bk - Reserve Account   Attn: Mick   120 Hill Plaza   Charleston, WV 25387-2438
1650310    Postmaster   401 Juliana Street   Parkersburg, WV 26101
1650311    Premier Speakers Bureau   109 International Drive,   Suite 300   Franklin, TN 37067
1650312    PrestoSports   P.O. Box 936415   Atlanta, GA 31193-6412
1650313    PT or Edith Halstead   520 Carriage Drive   Beckley, WV 25801-2810
1650314    Regents Capital Corporation   3200 Bristol St UNIT 400   Costa Mesa, CA 92626
1650315    Robertson Heating Supply CO   2155 West Main Street   Alliance, OH 44601
1650316    Rotary Club of Parkersburg   P.O. Box 11   Parkersburg, WV 26102
1650317    Ruffalo Cody   Attn: Controller   P.O. Box 718   Des Moines, IA 50303-0718
1650318    Safelite Auto Glass   P.O. Box 633197   Cincinnati, OH 45263-3197
1650319    Salesforce.org   Department #34293   P.O. Box 39000   San Francisco, CA 94139
1650320    Savannah Watson   08 Mae Lane   Gamerco, NM 87317
1650321    Sheppard's Auto Supply   1903 7th Street   Parkersburg, WV 26101
1650322    Sherwin Williams   605 Grand Center Avenue, Ste 105   Vienna, WV 26105
1650323    Sidearm Sports, LLC   C/o Learfield Communications   P.O. Box 843038   Kansas City, MO 64184-3038
1650324    SMC Communications   452 Casteel Rd   Bruceton Mills, WV 26525
1650325    Softchoice Corporation   16609 Collections Center Drive   Chicago, IL 60693
1650326    Source One Digital   1137 N. Gateway Blvd.   Muskegon, MI 49441
1650327    St. Paul Travelers   CL & Specialtty Remittance Ctr   Hartford, CT 06183-1008
1650328    State Fire Marshal   1207 Quarrier St., 2nd Floor   Charleston, WV 25301
1650329    State Journal   13 Kanawha Blvd   Suite 100   Charleston, WV 25302
1650330    Statewide Service   603 Main Avenue   Nitro, WV 25143
1650331    Steers Heating and Cooling   3311 Dudley Avenue   Parkersburg, WV 26104
1650332    Stonewall Retail Marketing, Inc.   154 1/2 Loft Front Street   Marietta, OH 45750
1650333    Suttle & Stalnaker   201 Third St, Towne Square   P.O. Box 149   Parkersburg, WV 26102-0149
1650334    SW Resources, Inc.   1007 Mary Street   Parkersburg, WV 26101
1650335    Synergy Sports Technology   1004 Commercial Avenue PMB 264   Anacortes, WA 98221
1650336    Team Fitz Graphics   11320 Mosteller Rd.   Cincinnati, OH 45241
1650337    The Christian Chronicle   P.O. Box 11000   Oklahoma City, OK 73136-1100
1650338    The Goals Group   640 Lakeview Plaza   Suite D   Columbus, OH 43085
1650339    The Huntington National Bank   5555 Cleveland Avenue   Columbus, OH 43231
1650340    The Shumard Foundation, Inc.   3520 Piedmont Rd NE Ste 200   Atlanta, GA 30305
1650341    TruGreen   1790 Kirby Pkwy   Ste 300   Germantown, TN 38138
1650342    UMB Bank   P.O. Box 419226   Kansas City, MO 64141
1650343    UMB Bank, N.A.   c/o Michael Slade   120 South Sixth Street, Suite 1400   Minneapolis, MN 55402
1650344    UNITED BANK   514 Market Street   Parkersburg, WV 26101
1650345    United Bank   Corporate Trust Department   P.O. Box 393   Charleston, WV 25326
1650346    University of Charleston   2300 MacCorkle Avenue SE   Charleston, WV 25304
1650347    Unum Life Insurance Company of America   P.O. Box 406990   Atlanta, GA 30384-6990
1650348    UPS   55 Glenlake Parkway NE   Atlanta, GA 30328
1650349    USA Ultimate   5825 Delmonico Dr   Suite 350   Colorado Springs, CO 80919
1650350    VARS Resources LLC   2330 Interstate 30   Mesquite, TX 75150
1650351    Verizon   2504 Murdoch Ave   Parkersburg, WV 26104
1650352    VTZ   304 W. Main St.   Shawnee, OK 74801
1650353    Walsh University   2020 E. Maple Street   North Canton, OH 44720
1650354    Washington County Schools Career Center   21740 St. Route 767   Marietta, OH 45750
1650355    Waste Management of WV   P.O. Box 13648   Philadelphia, PA 19101
1650356    Wellspring International Education LLC   Greg Schrader   729 Main St.   Longmont, CO 80501
1650357    West Virginia Elevator, LLC   P.O. Box 57   Amma, WV 25005
1650358    West Virginia Independent College   1411 Virginia St. E   Charleston, WV 25301
1650359    West Virginia Potato Chip Co.   512 W. Virginia Ave   Parkersburg, WV 26101
1650360    West Virginia University   P.O. Box 6090   Morgantown, WV 26506
1650361    West Virginia Weslyan College   59 College Avenue   Buckhannon, WV 26201
1650362    White Ferry Rd. Church of Christ   3201 N. 7th   West Monroe, LA 71291
1650363    William P. Wassweiler   Ballard Spahr   2000 IDS Center   80 South 8th Street   Minneapolis, MN 55402-2119
1650364    William Phillis   1019 Torrey Hill Drive   Columbus, OH 43228
1650365    Winner's Choice, Inc.   2018 Pleasant Valley Rd.   Fairmont, WV 26554
1650366    Wood County Development Authority   P.O. Box 1683   Parkersburg, WV 26102-1683
1650367    WV Secretary of State   Building 1, Suite 157-K   1900 Kanawha Blvd. East   Charleston, WV 25305
1650368    YCWV of Parkersburg   1800 30th St.   Parkersburg, WV 26101

TOTAL: 195