IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **IN RE : OHIO VALLEY UNIVERSITY** | ) | **Chapter 7** |
| | ) | |
| | ) | **Case No. 5:22-bk-00056** |
| **Debtor** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **UNITED BANK,** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **OHIO VALLEY UNIVERSITY** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **THOMAS H. FLUHARTY,** | ) | |
| | ) | |
| **Chapter 7 Trustee,** | ) | |
| | ) | |
| **Respondents** | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Angela L. Beblo, with the law firm of Spilman Thomas & Battle, PLLC, hereby appears as counsel for United Bank, a secured creditor and interested party in the above-captioned bankruptcy case, and pursuant to sections 102(1), 342 and 1109 of title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, request: (i) that she be placed on the matrix and/or service list and be sent copies of all orders, pleadings and papers filed herein; and (ii) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or

required to be given and all papers served or required to be served in this case (and all related cases, if any) be given or served upon her as follows:

>Angela L. Beblo, Esquire
>Spilman Thomas & Battle, PLLC
>300 Kanawha Boulevard, East (ZIP 25301)
>Post Office Box 273
>Charleston, WV  25321-0273
>304.340.3800 / 304.340.3801 (*facsimile*)
>abeblo@spilmanlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed to mail, delivery, telephone, telegraph, telex, or by other means.

**UNITED BANK**

**By Spilman Thomas & Battle, PLLC**

*/s/ Angela L. Beblo*
Angela L. Beblo (WV Bar No. 10345)
300 Kanawha Boulevard, East (ZIP 25301)
Post Office Box 273
Charleston, WV  25321-0273
304.340.3800 / 304.340.3801 (*facsimile*)
abeblo@spilmanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE : OHIO VALLEY UNIVERSITY )<br>)<br>)<br>**Debtor** ) <br>)<br>)<br>_____)<br>)<br>**UNITED BANK,** )<br>)<br>**Movant** )<br>)<br>v. )<br>)<br>)<br>**OHIO VALLEY UNIVERSITY** )<br>)<br>and )<br>)<br>**THOMAS H. FLUHARTY,** )<br>)<br>**Chapter 7 Trustee,** )<br>)<br>**Respondents** )<br>_____) | **Chapter 7**<br><br>**Case No. 5:22-bk-00056** |

## **CERTIFICATE OF SERVICE**

I, Angela L. Beblo, counsel for United Bank, do hereby certify that a copy of the foregoing **Notice of Appearance and Request for Notice and Papers** has been served upon all creditors listed on the mailing matrix on file in the Bankruptcy Clerk's office as of February 24, 2022, as set forth in Rule 9013-1 of the Local Bankruptcy Rules for the Northern District of West Virginia.

*/s/ Angela L. Beblo*
Angela L. Beblo (WV Bar No. 10345)