UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | ) Case No. 5:22-bk-00056 |
| | ) |
| Ohio Valley University, Inc., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Please accept this Notice that Jennie O. Ferretti, Esq. with Shawn P. George, Esq. and George & Lorensen, PLLC, represents UMB Bank, N.A. ("UMB"). In addition to Shawn P. George, Esq., please include Jennie O. Ferretti, Esq. on all ECF filings, pleadings, correspondence and documents by email, jferretti@gandllaw.com, or mail addressed to her attention at George & Lorensen, PLLC, 1526 Kanawha Blvd., East, Charleston, WV, 25311.

UMB BANK, N.A.
By Counsel

/s/ Shawn P. George
Shawn P. George, Esquire (WV Bar #1370)
Jennie O. Ferretti, Esquire (WV Bar #1189)
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, WV 25311
Phone: 304-343-5555
Fax:    304-342-2513
sgeorge@gandllaw.com
jferretti@gandllaw.com

and

Charles E. Nelson (*pro hac vice pending*)
nelsonc@ballardspahr.com
**BALLARD SPAHR LLP**
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.3211
Facsimile: 612.371.3207

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | ) Case No. 5:22-bk-00056 |
| | ) |
| Ohio Valley University, Inc., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I Shawn P. George, hereby certify that I served this Notice of Appearance on counsel of record this 28th day of February, 2022, using the Court's CM/ ECF system, which will serve/send notification of such filing to all CM/ECF counsel of record.


/s/ Shawn P. George
Shawn P. George, Esquire (WV Bar #1370)
Jennie O. Ferretti, Esquire (WV Bar #1189)
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, WV  25311
Phone:  304-343-5555
Fax:    304-342-2513
sgeorge@gandllaw.com
jferretti@gandllaw.com


and

Charles E. Nelson (*pro hac vice pending*)
nelsonc@ballardspahr.com
**BALLARD SPAHR LLP**
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.3211
Facsimile: 612.371.3207