## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University                                    Bk. No.: 22-00056

        Debtor

### DESIGNATION AS AN ASSET CASE
### AND REQUEST TO ISSUE CLAIMS NOTICE

I, Thomas H. Fluharty, Trustee, report that I have reviewed the schedules and statements of the debtor(s) and /or questioned the debtor(s) and believe this case to contain assets administrable for the benefit of creditors of the estate.

The Trustee hereby requests the Clerk of the Bankruptcy Court to notify creditors to file proof of claims pursuant to 11 U.S.C. §501 and FRBP 3002.

Dated: _____3/1/2022_____                    ___/s/ Thomas H. Fluharty___
                                                                                    Thomas H. Fluharty, Trustee
                                                                                    WV Bar No.: 1231
                                                                                    408 Lee Avenue
                                                                                    Clarksburg, WV 26301
                                                                                    (304) 624-7832