# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 3/4/2022 |
| Case: 5:22–bk–00056 | Form ID: pdfdoc | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | wv12@ecfcbis.com |
| aty | Angela Beblo | abeblo@spilmanlaw.com |
| aty | Jennie Ovrom Ferretti | jferretti@gandllaw.com |
| aty | Martin P. Sheehan | sheehanbankruptcy@wvdsl.net |
| aty | Shawn P George | sgeorge@gandllaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ohio Valley University | 1 Campus View Drive   Vienna, WV 26105 |
| cr | UMB Bank, N.A. | 120 South Sixth Street, Suite 1400   Minneapolis, MN 55402 |
| | Charles E. Nelson, Esquire | BallardSpahr LLP   2000 IDS Center   80 South 8th Street   Minneapolis, MN 55402–2119 |

TOTAL: 3