| Debtor | Ohio Valley University | EIN: 55-0419865 | | |
|---|---|---|---|---|
| | Name | | | |
| United States Bankruptcy Court | Northern District of West Virginia | Date case filed for chapter: | 7 | 2/17/22 |
| Case number: | 5:22-bk-00056 | | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | Ohio Valley University | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 1 Campus View Drive<br>Vienna, WV 26105 | |
| 4. Debtor's attorney<br>Name and address | Martin P. Sheehan<br>Sheehan & Associates, PLLC<br>1 Community Street Suite 200<br>Wheeling, WV 26003 | Contact phone 304-232-1064 |
| 5. Bankruptcy trustee<br>Name and address | Thomas Fluharty<br>408 Lee Avenue<br>Clarksburg, WV 26301 | Contact phone (304) 624-7832 |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Northern District Of West Virginia<br>P.O. Box 70 – 12th and Chapline Streets<br>Wheeling, WV 26003-0008 | Hours open:<br>Monday – Friday<br>8:30 AM – 5:00 PM<br><br>Contact phone 304-233-1655<br><br>Date: 2/18/22 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | April 13, 2022 at 11:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>BY TELEPHONIC CONFERENCE,<br>PLEASE CALL 866-675-0153, ENTER<br>PASS CODE: 7747988 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    page 1

# Invoice

**Leedy Elevator Inspection Service LLC**
2878 Stewartstown Rd
Morgantown, WV 26508
304-444-5743

| Date | Invoice # |
|---|---|
| 5/17/2021 | 3072 |

**Bill To**
Ohio Valley University
1 Campus View Drive
Vienna WV 26105

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Annual Inspection | 200.00 | 200.00T |
| 1 | Relief Valve Test | 0.00 | 0.00T |
|  | tax id number | 0.00% | 0.00 |

**Total** $200.00

| PHONE: (304) 444-5743 | **Leedy Elevator Inspection Service** | FAX: | |
|---|---|---|---|
| Lifting and Lowering Devices Inspection Form  FORM #501 | 2878 Stewartstown Road  Morgantown, WV 26508 | EV # 000____1789 | |

| Company Name: | Ohio Valley University | Contact Person: Dayton | |
|---|---|---|---|
| Mailing Address: | 1 Campus View Drive | Telephone: | 304-865-6090 |
| City: Vienna | State: WV | Zip: 26105 | County: Wood |
| Maintenance Company Name: | WVE | | |

*At the time of inspection the following conditions were observed.*
*Repairs shall be made per West Virginia Code §21-3C*

### Device Information

Serial No#: 11680

Location Name: Ohio Valley College/North Campus Main Building

Type: Elevator/Traction

Make: Westinghouse

Capacity: 2500   Landings: 4

Installed: 1963   Modified: 2001   [✓] 01 Compliant   [ ] 02 Repairs Ordered   [ ] 03 Rejected

| A.18.1 2014 | A.17.1 | A.17.2 2014 | Licensed Mechanic Is Required To Make Repair (✓ if applicable) | *All Non-Compliant Check Marks Are To Be Explained Below* |
|---|---|---|---|---|
| Applicable Code Reference | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Comments:** _____

_____

**If Rejected:** _____

PER WEST VIRGINIA CODE §42-21-6.3 YOU HAVE 20 DAYS TO APPEAL THIS REPORT

SIGNATURE OF PERSON RECEIVING FORM: *Sharon Hooner*   DATE 5/17/21

INSPECTOR'S SIGNATURE: _____   WV NUMBER: 104   DATE 5/17/21

WHITE - WV DOL    YELLOW - Inspector's Copy    PINK - Owner/Operator's Copy    Revision Date: 2019

| Registration Number: | | | WV Number: |
|---|---|---|---|
| EV000 1789 | **WEST VIRGINIA DIVISION OF LABOR**<br>**STATE CAPITOL COMPLEX**<br>**BUILDING 6, ROOM 749-B**<br>**CHARLESTON, WEST VIRGINIA 25305** | | ~~64~~<br>104 |

## Safety Tests Report

*After completing this form on site, please forward it to the above listed address.*
*All tests are to be performed in accordance with the requirements of the ASME safety code for*
*for Elevators, Dumbwaiters, Escalators, and Platform Lifts (A17.1, A17.2, A18.1 current adopted code.)*

### Site Data
- **Site Name:** Ohio Valley College North Campus Main
- **Date of Test:** 5/17/21
- **Site Street Address:** 1 Campus ~~Valley~~ View Drive
- **Site County:** Wood
- **Site Telephone No.:** 304-865-6090
- **Site City:** Vienna
- **Zip Code:** 26105
- **Installer/Manufacturer:** Westinghouse

### General Data
- **Unit Class:** ☒ Pass. ☐ Frght. ☐ Escalator ☐ DW. ☐ Other
- **Emergency Standby Power Tested:** ☐ Yes ☐ No ☒ NA
- **Unit Serial Number:** 11680
- **Fireman Service Tested?** ☒ Yes ☐ No ☐ NA
- **Rated Capacity:** 2500 Lbs.
- **Type of Rails:** ☒ Steel ☐ Wood
- **Type of Mechanism:** ☒ Traction ☐ Bsmt. Drum ☐ Hyd. Roped ☐ Ceiling Drum ☐ Hyd. Plunger ☐ Screw ☐ Ovh. Drum ☐ Rack & Pinion ☐ Other
- **Type of Test:** ☐ 5Yr. Full Load ☐ Annual Gov. ☐ Relief Valve ☐ Oil Buffers ☐ Replace Gov. ☐ Ct Wgt Safeties ☒ Car Safeties ☐ Other
- **Car Run By:** Top 12 Ft. / In., Bottom 12 Ft. / In.
- **Safety Tested With —** N/a Lbs. Load
- **Safety Tested At —** N/a F.P.M.

### Traction Unit
- **Rated Speed:** 100 F.P.M.
- **125% Rated Load Tested:** ☐ Yes ☐ No ☒ NA
- **Gov Sealed:** ☒ Yes ☐ No
- **Gov. Seal Numbers:** N/a
- **Actual Gov. Trip Speed:** Car 130 F.P.M / CWT N/a F.P.M
- **Type of Governor:** ☒ Centrifugal ☐ Rack & Pinion ☐ Flyball ☐ None
- **Gov. Jaw Pull Through:** N/a Lbs.
- **Release Carrier Pullout:** N/a Lbs.
- **Overspeed Switch Tripping Speed:** Car N/a F.P.M / CWT N/a F.P.M
- **Gov. Data Plate Trip Speed:** 175 F.P.M.
- **Type Of Safety:** ☒ Inst. Roll ☐ Wedge Clamp ☐ Flex Guide Clamp ☐ Drum Operated ☐ Broken Rope ☐ Rack & Pinion ☐ Other ☐ N/A
- **Remaining Turns On Drum:** ☒ N/A
- **Slack Cable Switch:** ☐ On Car ☐ On Machine ☒ N/A
- **Type Car Buffer:** ☐ Oil ☐ Other ☒ Spring ☐ N/A
- **Type Cwt. Buffer:** ☐ Oil ☐ Other ☒ Spring ☐ N/A
- **Buffer Stroke:** CAR N/a Inches / CWT N/a Inches

### Hydro.
- Empty Pressure ___ Psi.
- Working Pressure ___ Psi.
- Static Pressure ___ Psi.
- Relief Valve Opened At — ___ Psi.
- Pist. Dia ___ Inches
- 15 Min. StandTest ☐ Yes ☐ No
- Working Press. Posted? ☐ Yes ☐ No
- The Relief Valve Was Tested By — ☐ Engaging The Stop Ring ☐ Using Shutoff Valve
- Rated Speed ___ F.P.M.
- Was there any change in car position which cannot be accounted for by visible leakage or temperature change? ☐ Yes ☐ No

### ESC. Safety Devices Tested
- ☐ Step/Skirt Performance Index
- ☐ Broken Step / Chain Device
- ☐ Drive Chain / Tread. Device
- ☐ Governor (If provided)
- ☐ Stop Switch
- ☐ Skirt Obstruct. Switch
- ☐ Step Level
- ☐ Handrail Safety/Speed Monitoring
- ☐ Reversal Stop Device
- ☐ Step Up Thrust Device
- ☐ Comb/Step Impact
- ☐ Other Devices
- Torque of Brake ___ Ft. Lbs.
- Number of Exposed Steps ___
- Number of Comb Plate Teeth Missing: Top Land ___ Bottom Land ___

*I certify that the above test(s) have been performed in accordance with the ASME codes and all applicable seals and tags are in there proper place.*

- **Name of Elevator Company:** WV Elevator
- **Mechanic's Name:** Jeremy Hull
- **Mechanic's Signature:** [signature]
- **Mechanic's License#:** 1482
- **Signature of Witnessing Inspector:** [signature]
- **WV#:** 104
- **Date:** 5/17/21

FORM #100
Revised Date: 6/1/11

# CHECKLIST FOR INSPECTION OF ELECTRIC ELEVATORS

## GENERAL NOTES:
(a) See ASME A17.2-2014 for detailed Code requirements.
(b) OK = Meets requirements; NG = Insert number to identify comment on back of this Checklist; NA = Not applicable.

EV#: 1789
Serial#: 11680
Address: Ohio Valley College North Campus
1 Campus View Dr
Vienna WV 26105

[X] Passenger   Rated Load: 2500
[ ] Freight Class ____   Speed: 100

[X] Routine inspection and test
[ ] Periodic inspection and test
[ ] Acceptance inspection and test

Code Edition: ____
Inspected By: ~~John~~ Leedy, CHAIS
Signature: _____   Date: 5/17/21
QEI No: ~~517~~ C-6552   Certifying Organization: ~~QEIPE~~ NACSA

| # | Item | OK | NG | NA |
|---|------|----|----|----|
| **1** | **INSIDE OF CAR** | | | |
| 1.1 | Door Reopening Device | X | | |
| 1.2 | Stop Switches | X | | |
| 1.3 | Operating Control Devices | X | | |
| 1.4 | Car Floor and Landing Sill | X | | |
| 1.5 | Car Lighting and Receptacles | X | | |
| 1.6 | Car Emergency Signal | X | | |
| 1.7 | Car Door or Gate | X | | |
| 1.8 | Door Closing Force | X | | |
| 1.9 | Power Closing of Doors or Gates | X | | |
| 1.10 | Power Opening of Doors or Gates | X | | |
| 1.11 | Car Vision Panels and Glass Car Doors | | | X |
| 1.12 | Car Enclosure | X | | |
| 1.13 | Emergency Exit | X | | |
| 1.14 | Ventilation | X | | |
| 1.15 | Signs and Operating Device Symbols | X | | |
| 1.16 | Rated Load, Platform Area, and Data Plate | X | | |
| 1.17 | Standby Power Operation | | | X |
| 1.18 | Restricted Opening of Car or Hoistway Doors | | | X |
| 1.19 | Car Ride | X | | |
| 1.20 | Earthquake Inspection and Tests (Seismic Zone 2 or Greater) | | | X |
| **2** | **MACHINE ROOM** | | | |
| 2.1 | Means of Access | X | | |
| 2.2 | Headroom | X | | |
| 2.3 | Lighting and Receptacles | X | | |
| 2.4 | Enclosure of Machine Room/Spaces, Control Room/Spaces | X | | |
| 2.5 | Housekeeping | X | | |
| 2.6 | Ventilation | X | | |
| 2.7 | Fire Extinguisher | X | | |
| 2.8 | Pipes, Wiring, and Ducts | X | | |
| 2.9 | Guarding of Exposed Auxiliary Equipment | X | | |
| 2.10 | Numbering of Elevators, Machines, Controllers and Disconnect Switches | X | | |
| 2.11 | Disconnecting Means and Control | X | | |
| 2.12 | Controller Wiring, Fuses, Grounding, etc. | X | | |
| 2.13 | Governor, Overspeed Switch, and Seal | X | | |
| 2.14 | Code Data Plate | X | | |
| 2.15 | Circuit Controls, Including Static Control | X | | |
| 2.16 | Machinery Supports and Fastenings | X | | |
| 2.17 | Braking System | X | | |
| 2.18 | Drive Machines | X | | |
| 2.19 | Gears, Bearings, and Flexible Connections | X | | |
| 2.20 | Winding Drum Machine and Slack Rope Device, Stop Motion Switch and Rope Fastening | | | X |
| 2.21 | Belt or Chain Drive Machine | X | | |
| 2.22 | Motor Generator | | | X |
| 2.23 | Absorption of Regenerated Power | | | X |
| 2.24 | AC Drive from a DC Source | | | X |
| 2.25 | Traction Sheaves | X | | |
| 2.26 | Secondary and Deflector Sheaves | X | | |
| 2.27 | Rope Fastenings | X | | |
| 2.28 | Terminal Stopping Devices | X | | |
| 2.29 | Car and Counterweight Safeties | X | | |
| 2.40 | Maintenance Records | X | | |
| 2.42 | Rope Retainers or Restraints for Seismic Risk Zones, Seismic and Displacement Switches, Operation, and Door Operation | | | X |
| **3** | **TOP OF CAR** | | | |
| 3.1 | Top of Car Stop Switch | X | | |
| 3.2 | Car Top Light and Outlet | X | | |
| 3.3 | Top of Car Operating Device and Working Platforms | X | | |
| 3.4 | Top of Car Clearance and Refuge Space | X | | |
| 3.5 | Normal Terminal Stopping Devices | X | | |
| 3.6 | Final and Emergency Terminal Stopping Devices | X | | |
| 3.7 | Car Leveling Devices | X | | |
| 3.8 | Top Emergency Exit | X | | |
| 3.9 | Floor & Emergency Identification Numbering | X | | |
| 3.10 | Hoistway Construction | X | | |
| 3.11 | Hoistway Smoke Control | | | X |
| 3.12 | Pipes, Wiring, and Ducts | X | | |
| 3.13 | Windows, Projections, Recesses, & Setbacks | | | X |
| 3.14 | Hoistway Clearances | X | | |
| 3.15 | Multiple Hoistways | | | X |
| 3.16 | Traveling Cables and Junction Boxes | X | | |
| 3.17 | Door and Gate Equipment | X | | |
| 3.18 | Frame, Counterweight Guides, and Stiles | X | | |
| 3.19 | Guide Rails, Fastening, and Equipment | X | | |
| 3.20 | Governor Rope | X | | |
| 3.21 | Governor Releasing Carrier | X | | |
| 3.22 | Wire Rope Fastening and Hitch Plate | X | | |
| 3.23 | Suspension Means | X | | |
| 3.24 | Top Counterweight Clearance | X | | |
| 3.25 | Car, Overhead, and Deflector Sheaves | X | | |
| 3.26 | Broken Rope, Chain, or Tape Switch | | | X |
| 3.26 | Broken Rope, Chain, or Tape Switch | | | X |