# Notice Recipients

District/Off: 0424–5         User: ad                      Date Created: 3/11/2022
Case: 5:22–bk–00056          Form ID: pdfdoc               Total: 6

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee    ustpregion04.ct.ecf@usdoj.gov
tr    Thomas Fluharty          wv12@ecfcbis.com
aty   Angela Beblo             abeblo@spilmanlaw.com
aty   Martin P. Sheehan        sheehanbankruptcy@wvdsl.net
aty   Thomas Fluharty          wv12@ecfcbis.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ohio Valley University   1 Campus View Drive   Vienna, WV 26105

TOTAL: 1