# INVOICE

**the YMCA**
FOR YOUTH DEVELOPMENT
FOR HEALTHY LIVING
FOR SOCIAL RESPONSIBILITY

INVOICE #400
DATE 02/18/21

**TO:**
Ohio Valley University
Attn: Justin Boyce
1 Campus View Dr
Vienna WV 26105

**Remit Payment To:**
Robin Dennis
Business Director
YMCA Parkersburg

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| | | | | | TOTAL AMT DUE |
|---|---|---|---|---|---|
| 264 Students | @ $40.00 per | SPRING 2021 | | | $10,560.00 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 264 | Student enrollment SPRING 2021 | 40.00 | $10,560.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $10,560.00 |
| | | SALES TAX | 0.00 |
| | | | |
| | | TOTAL DUE | $10,560.00 |

Make all checks payable to Parkersburg YMCA.
If you have any questions concerning this invoice, contact:
Jeff Olson CEO 3(304) 485-5585 ext 201 or jeff.olson@parkersburgymca.org
Robin Dennis at (304)485-5585 ext. 207 or robin.dennis@parkersburgymca.org.

**THANK YOU FOR YOUR SERVICE TO OUR COMMUNITY!**



**FOR YOUTH DEVELOPMENT®**
**FOR HEALTHY LIVING**
**FOR SOCIAL RESPONSIBILITY**

**Robin Dennis**
**Business Director**
YMCA OF PARKERSBURG
1800 30th Street
Parkersburg, West Virginia 26101
P  304 485 5585 ext 207
F  304 485 5590
E  robin.dennis@parkersburgymca.org

**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | Ohio Valley University Debtor | Case No.: 5:22-bk-00056 Chapter: 7 |

## NOTICE OF NEED TO FILE PROOF OF CLAIM

## DUE TO TRUSTEE'S NOTICE OF ASSETS

NOTICE IS GIVEN THAT:
The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. It now appears that the trustee may recover assets in this case.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court, on or before: 6/2/22. Governmental Agencies must file a proof of claim within 180 days of the Order for Relief or by 6/2/22, whichever is later. There is no fee for filing the proof of claim. Any creditor who has filed a proof of claim already need not file another proof of claim.

A Proof of Claim may be filed electronically through the Court's website. An e-filing login and password is **not** required. To access the Claims E-Filing page, go to www.wvnb.uscourts.gov, click on the Programs & Services tab, and select Claims E-Filing or you can choose the direct link at: http://www.wvnb.uscourts.gov/claims-e-filing.

A Proof of Claim form ("Official Form B10") may also be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office and filed with the Clerk of the Bankruptcy Court by regular mail at P.O. Box 70, Wheeling, WV 26003.

Date of Issuance: 3/1/22

                                                Ryan W. Johnson
                                                Clerk, U.S. Bankruptcy Court
                                                Post Office Box 70
                                                Wheeling, WV 26003
                                                304-233-1655