

Order Entered.

_____

**David L. Bissett**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University                                    Bk. No.: 22-00056

        Debtor

## ORDER AUTHORIZING EMPLOYMENT
## OF ATTORNEY FOR THE TRUSTEE

On this day came Thomas H. Fluharty, Trustee, pursuant to **MOTION TO EMPLOY ATTORNEY FOR THE   TRUSTEE** heretofore filed herein, upon consideration of which, it is **ORDERED** that Thomas H. Fluharty, Trustee, is authorized to employ Thomas H. Fluharty, Esquire, 408 Lee Avenue, Clarksburg, WV 26301, upon the terms described in his application.

Submitted by:

_/s/ Thomas H. Fluharty_____
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832