**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In Re:  Ohio Valley University                                                            Bk. No.: 22-00056

       Debtor

**ORDER ON MOTION TO SELL
PROPERTY FREE AND CLEAR OF LIENS**

On this day came the Trustee, Thomas H. Fluharty, pursuant to his Motion to Sell Property Free and Clear of Liens and Notice of Upset Bids filed herein.

Whereupon this matter came on to be heard upon the Motion to Sell Property Free and Clear of Liens and Notice of Upset Bid Procedures filed herein on the 11th day of May, 2022, and served on creditors and other parties in interest on the 11th day of May, 2022 and from all which the Court makes the following findings of fact and conclusions of law:

1. The Motion to Sell Property Free and Clear of Liens and Notice of Upset Bid Procedures filed herein and served upon creditors and other parties in interest fully complies with the notice requirements of Rule 6004 and 2002 of the Rules of Bankruptcy Procedure and meets the requirements of 11 U.S.C. §363 for the Sale of Assets Free and Clear of Liens and Encumbrances.

2. A sale of the property described in the Trustee's Motion for the sum of $15,000.00 is fair and reasonable and is in the best interest of the Bankruptcy Estate.

It is, accordingly, **ADJUDGED, ORDERED and DECREED** that the Trustee, Thomas H.

Fluharty, be and is hereby authorized to sell and convey the estate's interest in personal property described as a 2015 Toyota Avalon, Hybrid, LTD, 4 door sedan, VIN # 4T1BD1EB1FU044857, to Keith Stotts, 1222 Cisler Drive, Marietta, OH 45750-9450, free and clear of any liens and encumbrances, with valid liens to attach to the proceeds of sale, for the sum of $15,000.00.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(302) 624-7832