IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                    Case No.: 22-00056
                                                                                   Chapter 7
                    Debtor

### NOTICE OF TRUSTEE'S MOTION TO SELL PROPERTY
### (FREE AND CLEAR OF LIENS) AND NOTICE OF UPSET BID PROCEDURES

The Trustee has filed a motion with the Court to sell real property of the estate and establish upset bid procedures. The Trustee proposes to sell real property described as all of the Debtor's coal interests in the following Counties: Barbour County; Boone County; Braxton County; Brooke County; Cabell County; Calhoun County; Fayette County; Gilmer County; Greenbrier County; Harrison County; Jackson County; Kanawha County; Lewis County; Logan County; Marion County; Mason County; McDowell County; Mercer County; Mineral County; Mingo County; Monongalia County; Nicholas County; Ohio County; Pleasants County; Preston County; Putnam County; Raleigh County; Randolph County; Roane County; Taylor County; Upshur County; Wayne County; Webster County; Wetzel County; Wirt County; and Wyoming County, to Tusc Land, LLC, P.O. Box 31, New Philadelphia, OH 44663 (buyer) for a price of $25,000.00. Exhibits with District, Map, Parcel and Description for each County are attached to the Motion as "Exhibit A."

The sale price is $25,000.00 and the purchaser is Tusc Land, LLC, P.O. Box 31, New Philadelphia, Ohio. The purchaser shall pay transfer taxes, recording fees and any unpaid taxes. The Trustee shall prorate the proceeds equally between the counties and provide a separate deed for each county for recording.

For more specific detail concerning acreage, tax district, map and parcel, please review the Trustee's "Motion to Sell Property Free and Clear of Liens and Notice of Upset Bid Procedures" on the Court's PACER website.

The sale would be free and clear of all liens, with valid liens attaching to the proceeds of the sale. If you are interested in purchasing such property, the alternative minimum bid is $25,500.00. The Motion to Sell and Notice of Upset Bid Procedures is on file in the Office of the undersigned Clerk, and you may review the same during regular business hours of the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to approve the sale of the property (free and clear of liens) <u>or</u> you wish to make an upset bid, then you or your attorney must file with the Court a written objection or a written upset bid in accordance with the terms outlined in the motion to sell, within <u>23 days</u> from the date of this notice. You must also mail or deliver a copy of your objection or upset bid to

the Chapter 7 trustee and the United States Trustee.

     If you file an objection within <u>23 days</u>, a hearing on the motion and your objection will be held at a time, date and place to be set by the Court. If you file a qualified upset bid within <u>21 days</u>, the trustee will notice a time and place for an auction of the property.

     If you or your attorney do not take these steps, the court may approve the sale of the property (free and clear of liens) without any further notice or hearing.

Date of Issuance: _____     Clerk of the Court
     U.S. Bankruptcy Court
     Northern District of WV
     Post Office Box 70
     Wheeling, WV 26003
     (304) 233-1655