# Notice Recipients

District/Off: 0424–5     User: ad     Date Created: 6/1/2022
Case: 5:22–bk–00056     Form ID: pdfdoc     Total: 248

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Angela Beblo | abeblo@spilmanlaw.com |
| aty | Jennie Ovrom Ferretti | jferretti@gandllaw.com |
| aty | Martin P. Sheehan | sheehanbankruptcy@wvdsl.net |
| aty | Shawn P George | sgeorge@gandllaw.com |
| aty | Thomas Fluharty | thfaal@aol.com |

                                                                                    TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Ohio Valley University | 1 Campus View Drive | Vienna, WV 26105 |
| cr | UMB Bank, N.A. | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402 |
| cr | Leedy Elevator Inspection Service LLC | 2878 Stewartstown Road | Morgantown, WV 26508 |
| cr | YMCA of Parkersburg | Attn: Robin Dennis    1800 30th Street | Parkersburg, WV 26101 |
| 1650178 | Accuplacer | 1800 NW 69th Ave    Fort Lauderdale, FL 33313 | |
| 1650179 | Airgas, Inc. | P.O. Box 734672    Dallas, TX 75373–4672 | |
| 1650180 | Aladdin Food Management Services, LLC | 16567 Collections Center | Chicago, IL 60693–1656 |
| 1650181 | Allegheny Power | P.O. Box 3615    Akron, OH 44309–3615 | |
| 1650182 | Allegheny Power | 800 Cabin Hill Rd    Greensburg, PA 15606–0001 | |
| 1650183 | Alvin Huff | 219 Glenhill Lane    Chapel Hill, NC 27514–5917 | |
| 1650184 | American AED, Inc. | 405 NW 10th Terrace    Hallandale, FL 33009–3105 | |
| 1650185 | Anita Coultrap | 910 E. Market Street    Cadiz, OH 43907 | |
| 1650186 | Apex Feed & Supply, Inc. | 600 Green Street    Marietta, OH 45750 | |
| 1650187 | Arms Software, LLC | 808 Moorefield Park Drive    Suite 250 | Richmond, VA 23236 |
| 1650188 | Army Emergency Relief | 2530 Crystal Drive    Suite 13161 | Arlington, VA 22202 |
| 1650189 | Artesian | 224 Capitol Street    P.O. Box 3718    Charleston, WV 25301 | |
| 1650190 | Asset Health | 2250 Butterfield Drive    Suite 100    Troy, MI 48084 | |
| 1650191 | AT&T Parkersburg | 3417 Murdoh Avenue    Parkersburg, WV 26101 | |
| 1650192 | BB&T Commercial Equipment Capital | 329 E. 8th Street    Parkersburg, WV 26101 | |
| 1650193 | BB&T of WV | 329 E. 8th Street    Parkersburg, WV 26101 | |
| 1650194 | Becky McMahon | 2901 Tolar Hwy    Tolar, TX 76476 | |
| 1650195 | BMI General Licensing | P.O. Box 630893    Cincinnati, OH 45263–0893 | |
| 1650196 | Borden & Perlman | 200 Princeton South    Corporate Center    Ste 330 | Trenton, NJ 08628 |
| 1650197 | Brewer & Company | 3601 7th Avenue    Charleston, WV 25387 | |
| 1650198 | Budget Charters Inc. | 173 East Riverside Rd    Adah, PA 15410 | |
| 1650199 | C&E | 70 N. Plains Rd    Ste 119    The Plains, OH 45780 | |
| 1650200 | Campus Partners | P.O. Box 184    Winston Salem, NC 27102–1840 | |
| 1650201 | Cardiac Life Products, Inc. | P.O. Box 25755    Rochester, NY 14625 | |
| 1650202 | Carvers Electric, Plumbing & Heating | 214 Broughton Avenue    Marietta, OH 45750 | |
| 1650203 | Castle Branch Inc | 1844 Sir Tyler Drive    Wilmington, NC 28405 | |
| 1650204 | CEATH Company | 1788 Hwy 1016    Suite B    Berea, KY 40403–9110 | |
| 1650205 | Cengage Learning | P.O. Box 936743    Atlanta, GA 31193–6743 | |
| 1650206 | Champion Output Solutions | 120 Hills Plaza    Charleston, WV 25387–2438 | |
| 1650207 | Chase Cardmember Service | P.O. Box 15153    Wilmington, DE 19886 | |
| 1650208 | Christian Copyright Licensing Internatio | P.O. Box 6729    Portland, OR 97230–5941 | |
| 1650209 | City Net | 100 Citynet Drive    Bridgeport, WV 26330 | |
| 1650210 | City of Vienna | P.O. Box 5097    Vienna, WV 26105 | |
| 1650211 | Clark Hill PLC | c/o Mario Richard Bordogna    1290 Suncrest Town Center Drive    Morgantown, WV 26505 | |
| 1650212 | Collegiate Pacific | 8616 Snowy Owl Way    Tampa, FL 33647 | |
| 1650213 | Crescendo Interactive, Inc | 110 Camino Ruise    Camarillo, CA 93012 | |
| 1650214 | Crescent–McConnel Supply, LLC | P.O. Box 6219    Kinston, NC 28501 | |
| 1650215 | Crown Florals | 1933 Ohio Avenue    Parkersburg, WV 26101 | |
| 1650216 | CST Co | 2007 Lake Point Way    Louisville, KY 40223 | |
| 1650217 | Dan Blair | ACE Educatonal Foundation    3201 E. 32nd Street    Edmond, OK 73013 | |
| 1650218 | David & Emma Anderson | 4372 Steuben Wood Drive    Steubenville, OH 43953 | |
| 1650219 | Davis Pickering & Co., Inc | 165 Enterprise Drive    Marietta, OH 45750 | |
| 1650220 | De Lage Landen Financial Services | P.O. Box 41602    Philadelphia, PA 19101–1602 | |
| 1650221 | Deluxe Business Checks and Solutions | P.O. Box 742572    Cincinnati, OH 45274–2572 | |
| 1650222 | Devon Gosnell | 9192 Chestwick Drive    Germantown, TN 38139 | |
| 1650223 | Direct Energy | P.O. Box 32179    New York, NY 10087–2719 | |
| 1650224 | Dodson Pest Control | P.O. Box 10249    Lynchburg, VA 24506–0249 | |
| 1650225 | Dominion Hope | PO Box 26783    Richmond, VA 23261–6783 | |
| 1650226 | Don Lallathin | 1703 McGill Rd    Belpre, OH 45714 | |
| 1650227 | Dunbar Printing and Graphics | 1310 Ohio Avenue    Dunbar, WV 25064 | |
| 1650228 | Dye Willis | C/o Peoples Savings Bank    P.O. Box 246    New Matamoras, OH 45767 | |
| 1650229 | Eagle Research Corporation | 1076 State Route 34    Hurricane, WV 25526–7049 | |

```
1650230    EasyDNS Technologies, Inc.    304A Dupont Street        Toronto, Canada M5R 3K1
1650231    Edna Mae Lindamood            2758 St RR 93 SE          New Lexington, OH 43764
1650232    Educational Computer Systems, Inc.    P.O. Box 936565   Atlanta, GA 31193–6565
1650233    Educational Testing Service    4897 Collestion Center Drive    Chicago, IL 60693
1650234    Educause    Educause Lockbox    Denver, CO 80291–0781
1650235    Ellucian (Sungard)    62578 Collections Center Drive    Chicago, IL 60693–0625
1650236    Environmental Marketing Services, LLC    107 Wall Street    Suite 1    Clemson, SC 29631
1650237    ETS    P.O. Box 371986    Pittsburgh, PA 15251–7986
1650238    Explanation Age LLC    John Lewis, EdD    11804 Alder Ridge Place    Dixie, WV 25059
1650239    Favil or Verna Miller    538 Highland Avenue    Cambridge, OH 43725–2057
1650240    Frank–Collins Group, LLC    421 Fifth St    Marietta, OH 45750
1650241    Frontier Communications    P.O. Box 20550    Rochester, NY 14602–0550
1650242    Gary G. Chamblee    Shumard Family Office    45 Technology Parkway South    Suite 205    Norcross, GA 30092
1650243    Gerald A. Isom    817 Pennstone Road    Bryn Mawr, PA 19010
1650244    Grande Pointe Conference & Reception    1500 Grand Central Avenue    Suite 118    Vienna, WV 26105
1650245    Great Midwest Athletic Conference, Inc.    200 S. Meridian St    Suite 343    Indianapolis, IN 46225
1650246    Growing Leaders, Inc.    270 Scientific Drive NW    Norcross, GA 30092
1650247    Hallmark Management Service    1 Campus View Drive    Vienna, WV 26105
1650248    Harold or Marjorie Ebert    821 Woodrow St NW    North Canton, OH 44720–1861
1650249    Henry Schein    135 Duryea Rd.    Melville, NY 11747–3824
1650250    Higher Learning Commission    230 S. La Salle Street    Suite 750    Chicago, IL 60640–1411
1650251    HigherED Consulting & Tours, LLC    1323 Frideriki Drive    Columbia, MO 65202
1650252    Hobart Inc    1623 Garfield Avenue    Parkersburg, WV 26101
1650253    Home Depot Credit Services    Dept 32–2505629463    P.O. Box 9055    Des Moines, IA 50368–9055
1650254    Hope for Haiti's Children    P.O. Box 62328    Cincinnati, OH 45262–0328
1650255    HubSpot, Inc.    P.O. Box 419842    Boston, MA 02241–9842
1650256    HUDL    29775 Network Place    Chicago, IL 60673–1775
1650257    IACBE    11374 Strang Lane Rd.    Lenexa, KS 66215
1650258    Ice Miller LLP    P.O. Box 68    Indianapolis, IN 46206–0068
1650259    Indiana University    IU Accounts Receivable    Dept 78896    P.O. Box 78000    Detroit, MI 48278–0896
1650260    Innovative Learning Solutions    520 W. Summit Hill Drive    Suite 701    Knoxville, TN 37902
1650261    InState Limited    99 Upper Georges St    Dun Laoghaire Co    Dublin, Ireland
1650262    IntelliCorp    PO Box 27903    New York, NY 10087
1650263    Jabo Supply    P.O. Box 238    Huntington, WV 25705
1650264    John Hancock (U.S.A)    P.O. Box 7247–0274    Philadelphia, PA 19170–0274
1650265    John R. Keating, Esq.    Amato and Keating, P.C.    107 N. Commerce Way    Bethlehem, PA 18017
1650266    Joy Jones    6585 S. Black burn Rd.    Athens, OH 45701
1650267    Keith Stotts    1222 Cisler Drive    Marietta, OH 45750
1650269    Kohl's    189 Bosley Pkwy    Parkersburg, WV 26101
1650270    Komax    500 D. Street    Charleston, WV 25303
1650271    Komax, LLC    500 D Street    Charleston, WV 25303
1650272    Lacrosse Unlimited    59 Gilpin Avenue    Hauppauge, NY 11788
1650273    Lads to Leaders Inc    5280 West Alabama Christian Drive    Montgomery, AL 36109
1650274    Lakefront Lines    13315 Brookpark Rd.    P.O. Box 81172    Cleveland, OH 44181–0172
1650275    Lawson Family Investments, Ltd.    100 Great Oaks Blvd    Suite 125    Albany, NY 12203–7925
1650276    Laxcom, LLC    345 Wilson Avenue    Norwalk, CT 06854
1650277    Lee Jones    6585 S. Black Burn Rd    Athens, OH 45701
1650279    Linda Mayfield    2276 Cow Creek Rd    Saint Marys, WV 26170
1650280    Linda Mayfield    P.O. Box 109    Arthurdale    Arthurdale, WV 26520
1650281    Linda Watson    2213 Midway Avenue NE    Canton, OH 44705
1650282    Lloyd Shockey    P.O. Box 211    Lodi, OH 44254–0211
1650283    LogMeIn.Com    Attn: Accounts Receivable    333 Summer Street    Boston, MA 02210
1650284    Longhouse Capital Advisors    1240 W. Barry Avenue    Chicago, IL 60657
1650285    Longhouse Capital Advisors    1240 West Barry Avenue    Chicago, IL 60657
1650286    LRAP Association    1011 Warrenville Rd    Suite 60532
1650287    Lumos    Convergent    925 Weschester Avenue    West Harrison, NY 10604
1650288    Manos de Esperanza    3960 E. San Pedro Avenue    Gilbert, AZ 85234
1650289    Matheny Motors    18 12th Street    Parkersburg, WV 26101
1650290    Merchant Fleet    14 Central Park Drive First Floor    Hooksett, NH 03106
1650291    Miller & Isaly Home Services LLC    10105 St. Rt. 60    Lowell, OH 45744
1650292    MON POWER    P.O. Box 3615    Akron, OH 44309–3615
1650293    Mongoose Research    6506 E. Quaker Rd.    Suite 202    Orchard Park, NY 14127
1650294    Motivis Learning Systems, Inc    25 Pelham Road    Suite 204    Salem, NH 03079
1650295    Mountaineer Mechanical Co.    16594 Canaanville Road    Suite 100    Athens, OH 45701–8076
1650296    National Benefit Services, Inc.    300 W. Adams Street    Suite No 415    Chicago, IL 60606
1650297    National Research Center for College    75 Remittance Drive    Dept. 1020    Chicago, IL 60675–1020
1650298    NCS Pearson, Inc.    5601 Green Valley Dr    Minneapolis, MN 55437–1099
1650299    Oak Hall Industries    840 Union St.    PO Box 1078    Salem, VA 24153
1650300    OCLC, Inc.    840 Union Street    Salem, VA 24153
1650301    Office Depot Inc.    P.O. Box 88040    Chicago, IL 60680–1040
```

| | | | | |
|---|---|---|---|---|
| 1650302 | Office of Navajo Nation Scholarship | P.O. Box 1870 | Attn: Shieda Todea, Accountant | Window Rock, AZ 86515 |
| 1650303 | Orphan's International Worldwide | 40 Exchange Place | 12th Floor | New York, NY 10005 |
| 1650304 | Otter Creek Golf Course | 11522 E. 50 N. | Columbus, IN 47203 | |
| 1650305 | Papa Johns | 4421 Emerson Avenue | Suite 107 | Parkersburg, WV 26101 |
| 1650306 | Parkersburg Lodging | Holiday Inn Express & Suites Parkersburg | 10057 Emerson Ave | Parkersburg, WV 26104 |
| 1650307 | Parkersburg Utility Board | P.O. Box 1629 | Parkersburg, WV 26101 | |
| 1650308 | Philadelphia Insurance Companies | P.O. Box 70251 | Philadelphia, PA 19176–0251 | |
| 1650309 | Pitney Bowes Reserve Account | Attn: Vicki Samples | 120 Hill Plaza | Charleston, WV 25387–2438 |
| 1650310 | Postmaster | 401 Juliana Street | Parkersburg, WV 26101 | |
| 1650311 | Premier Speakers Bureau | 109 International Drive, | Suite 300 | Franklin, TN 37067 |
| 1650312 | PrestoSports | P.O. Box 936415 | Atlanta, GA 31193–6412 | |
| 1650313 | PT or Edith Halstead | 520 Carriage Drive | Beckley, WV 25801–2810 | |
| 1650314 | Regents Capital Corporation | 3200 Bristol St UNIT 400 | Costa Mesa, CA 92626 | |
| 1650315 | Robertson Heating Supply CO | 2155 West Main Street | Alliance, OH 44601 | |
| 1650316 | Rotary Club of Parkersburg | P.O. Box 11 | Parkersburg, WV 26102 | |
| 1650317 | Ruffalo Cody | Attn: Controller | P.O. Box 718 | Des Moines, IA 50303–0718 |
| 1650318 | Safelite Auto Glass | P.O. Box 633197 | Cincinnati, OH 45263–3197 | |
| 1650319 | Salesforce.org | Department #34293 | P.O. Box 39000 | San Francisco, CA 94139 |
| 1650320 | Savannah Watson | 08 Mae Lane | Gamerco, NM 87317 | |
| 1650321 | Sheppard's Auto Supply | 1903 7th Street | Parkersburg, WV 26101 | |
| 1650322 | Sherwin Williams | 605 Grand Center Avenue, Ste 105 | Vienna, WV 26105 | |
| 1650323 | Sidearm Sports, LLC | C/o Learfield Communications | P.O. Box 843038 | Kansas City, MO 64184–3038 |
| 1650324 | SMC Communications | 452 Casteel Rd | Bruceton Mills, WV 26525 | |
| 1650325 | Softchoice Corporation | 16609 Collections Center Drive | Chicago, IL 60693 | |
| 1650326 | Source One Digital | 1137 N. Gateway Blvd. | Muskegon, MI 49441 | |
| 1650327 | St. Paul Travelers | CL & Specialtty Remittance Ctr | Hartford, CT 06183–1008 | |
| 1650328 | State Fire Marshal | 1207 Quarrier St., 2nd Floor | Charleston, WV 25301 | |
| 1650329 | State Journal | 13 Kanawha Blvd | Suite 100 | Charleston, WV 25302 |
| 1650330 | Statewide Service | 603 Main Avenue | Nitro, WV 25143 | |
| 1650331 | Steers Heating and Cooling | 3311 Dudley Avenue | Parkersburg, WV 26104 | |
| 1650332 | Stonewall Retail Marketing, Inc. | 154 1/2 Loft Front Street | Marietta, OH 45750 | |
| 1650333 | Suttle & Stalnaker | 201 Third St, Towne Square | P.O. Box 149 | Parkersburg, WV 26102–0149 |
| 1650334 | SW Resources, Inc. | 1007 Mary Street | Parkersburg, WV 26101 | |
| 1650335 | Synergy Sports Technology | 1004 Commercial Avenue PMB 264 | Anacortes, WA 98221 | |
| 1650336 | Team Fitz Graphics | 11320 Mosteller Rd. | Cincinnati, OH 45241 | |
| 1650337 | The Christian Chronicle | P.O. Box 11000 | Oklahoma City, OK 73136–1100 | |
| 1650338 | The Goals Group | 640 Lakeview Plaza | Suite D | Columbus, OH 43085 |
| 1650339 | The Huntington National Bank | 5555 Cleveland Avenue | Columbus, OH 43231 | |
| 1650340 | The Shumard Foundation, Inc. | 3520 Piedmont Rd NE Ste 200 | Atlanta, GA 30305 | |
| 1650341 | TruGreen | 1790 Kirby Pkwy | Ste 300 | Germantown, TN 38138 |
| 1650342 | UMB Bank | P.O. Box 419226 | Kansas City, MO 64141 | |
| 1650343 | UMB Bank, N.A. | c/o Michael Slade | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402 |
| 1650344 | UNITED BANK | 514 Market Street | Parkersburg, WV 26101 | |
| 1650345 | United Bank | Corporate Trust Department | P.O. Box 393 | Charleston, WV 25326 |
| 1650346 | University of Charleston | 2300 MacCorkle Avenue SE | Charleston, WV 25304 | |
| 1650347 | Unum Life Insurance Company of America | P.O. Box 406990 | Atlanta, GA 30384–6990 | |
| 1650348 | UPS | 55 Glenlake Parkway NE | Atlanta, GA 30328 | |
| 1650349 | USA Ultimate | 5825 Delmonico Dr | Suite 350 | Colorado Springs, CO 80919 |
| 1650350 | VARS Resources LLC | 2330 Interstate 30 | Mesquite, TX 75150 | |
| 1650351 | Verizon | 2504 Murdoch Ave | Parkersburg, WV 26104 | |
| 1650352 | VTZ | 304 W. Main St. | Shawnee, OK 74801 | |
| 1650353 | Walsh University | 2020 E. Maple Street | North Canton, OH 44720 | |
| 1650354 | Washington County Schools Career Center | 21740 St. Route 767 | Marietta, OH 45750 | |
| 1650355 | Waste Management of WV | P.O. Box 13648 | Philadelphia, PA 19101 | |
| 1650356 | Wellspring International Education LLC | Greg Schrader | 729 Main St. | Longmont, CO 80501 |
| 1650357 | West Virginia Elevator, LLC | P.O. Box 57 | Amma, WV 25005 | |
| 1650358 | West Virginia Independent College | 1411 Virginia St. E | Charleston, WV 25301 | |
| 1650359 | West Virginia Potato Chip Co. | 512 W. Virginia Ave | Parkersburg, WV 26101 | |
| 1650360 | West Virginia University | P.O. Box 6090 | Morgantown, WV 26506 | |
| 1650361 | West Virginia Weslyan College | 59 College Avenue | Buckhannon, WV 26201 | |
| 1650362 | White Ferry Rd. Church of Christ | 3201 N. 7th | West Monroe, LA 71291 | |
| 1650363 | William P. Wassweiler | Ballard Spahr | 2000 IDS Center | 80 South 8th Street | Minneapolis, MN 55402–2119 |
| 1650364 | William Phillis | 1019 Torrey Hill Drive | Columbus, OH 43228 | |
| 1650365 | Winner's Choice, Inc. | 2018 Pleasant Valley Rd. | Fairmont, WV 26554 | |
| 1650366 | Wood County Development Authority | P.O. Box 1683 | Parkersburg, WV 26102–1683 | |
| 1650367 | WV Secretary of State | Building 1, Suite 157–K | 1900 Kanawha Blvd. East | Charleston, WV 25305 |
| 1650368 | YCWV of Parkersburg | 1800 30th St. | Parkersburg, WV 26101 | |
| 1650597 | United Bank, Inc. | Peter M. Pearl, Spilman Thomas & Battle | 310 First Street, Suite 1100 | Roanoke VA 24011 |
| 1651190 | Airgas USA | 2015 Vaughn Road, Bldg 400 | Kennesaw, GA 30144 | |

| | | | | |
|---|---|---|---|---|
| 1651250 | UnitedHealthcare Insurance Company | ATTN: CDM Bankruptcy | 185 Asylum Street 03B | Hartford CT 06103 |
| 1651305 | Parkersburg Lodging LLC | 10057 Emerson Ave | Parkersburg, WV 26104 | |
| 1651372 | Ardeo Education Solutions, LLC | 1011 Warrenville Road | Suite 100 | Lisle, IL 60532–0906 |
| 1651651 | Walt Auvil | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1651652 | Ana DaCosta | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1651653 | Fernanda Araya Toloza | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1650278 | Leedy Elevator Inspection Service | 2878 Stewartstown Rd | Morgantown, WV 26508 | |
| 1650268 | Kincheloe's Motors, Inc. | PO Box 169 | Parkersburg, WV 26102–0169 | |
| 1651757 | Edna Mae Lindamood Estate | 2758 St Rt 93 S E | New Lexington, Ohio 43764 | , |
| 1652542 | Dominion Hope Gas | 48 Columbia Blvd | Clarksburg WV 26301 | |
| 1652667 | Suttle & Stalnaker, PLLC | 1411 Virginia Street, East | Charleston WV 25301 | |
| 1652766 | Allen & Melda Dimick | 923 N. Wilbur Ln | Wichita KS 67212–3131 | |
| 1652767 | Bob Lane | 925 Hickory Hills | Franklin TN 37065 | |
| 1652768 | Bruce & Cathy Rampy | CHEMetrics, Inc. | 7476 Admiral Nelson Drive | Warrenton VA 20186 |
| 1652769 | DaCosta & Toloza | c/o Walt Auvil and Kirk Auvil | The Employment Law Center | 1208 Market Street Parkersburg WV 26101 |
| 1652770 | Jacqulyn Moore | 18 Cameron Road | Clarksburg WV 26301 | |
| 1652771 | James Shewmaker | 7303 Walden Road | Paragould AR 72450 | |
| 1652772 | Jan Swensen | 234 Shelter Lane | Jupiter FL 33469 | |
| 1652773 | Jim Smith | 5902 Pratt St | Alexandria VA 22310 | |
| 1652774 | KJS Holdings, LP | 45 Technology Parkway, South | Norcross GA 30092 | |
| 1652775 | Lawson Family Investments, Ltd | Richard Lawson | 14816 Winnwood Rd | Dallas TX 75254–7626 |
| 1652776 | Linda White | 55 Private Dr 10010 | Proctorville OH 45669–9211 | |
| 1652777 | Llyod Shockey | 7600 Avon Lake Road | Lodi OH 44254 | |
| 1652778 | Mark & Kimberly Haynes | 98 Cherry Blossom Lane | Little Hocking OH 45742 | |
| 1652779 | Mary Ann Thorn | 5229 Briscoe rd | Vienna WV 26105 | |
| 1652780 | Minsker Family, LLC | Morgan & Tonya Miller | 1422 Washinton Avenue | Milton WV 25541 |
| 1652781 | Norman Shivener | Pat Cronin | 16 Beehavin Drive | Wheeling WV 26003 |
| 1652782 | Philadelphia Insurance Company | c/o Bernadette Raguini Claims Specialist | P.O. Box 950 | Bala Cynwyd PA 19004 |
| 1652783 | Phillip Hudson | 35099 Hudson Rd | Laurel DE 19956–3080 | |
| 1652784 | R. Benjamin & Stephanie Moore | 7405 Truman Ct | Mentor OH 44060 | |
| 1652785 | Riley Dougan | 1801 Standord Rd | Columbus OH 43212 | |
| 1652786 | Robert Kendrick | 1144 Brookmeade Dr | Nashville TN 37204 | |
| 1652787 | Roger & Carolyn Dye | 2805 Alkire Rd | Columbus OH 43212 | |
| 1652788 | Ron Laughery | 5103 School House Rd | Little Hocking OH 45742 | |
| 1652789 | Ronald White | 16631 St. Rt. 243 | Chesapeake OH 45619 | |
| 1652790 | William Ingram | 471 Next Rd | Sistersville WV 26175 | |
| 1653544 | Ronald Eugene White | 16631 S.R. 243 | Chesapeake, OH 45619 | |
| 1653921 | Mon Power | 5001 NASA Blvd | Fairmont, WV 26554 | |
| 1654043 | Longhouse Capital Advisors, LLC | 1240 W. Barry Avenue | Chicago, IL 60657 | |
| 1654082 | LEAF Capital Funding, LLC | c/o Legal Department | 2005 Market St. 14th Floor | Philadelphia PA 19103 |
| 1654400 | Frontier Communications | Bankruptcy Dept | 19 John St | Middletown, NY 10940 |
| 1654421 | Tonya Miller | 1422 Washington Avenue | Milton WV 25541 | |
| 1654528 | Citynet LLC | 3600 University Ave | Morgantown, WV 26505 | |
| 1654594 | The Christian Chronicle | 2801 E. Memorial Road | Edmond, OK 73013 | |
| 1654735 | Becky A. Ingram | aka Becky A. McMahon | 2901 Tolar Hwy. | Tolar TX 76476 |
| 1654736 | Philadelphia Indemnity Insurance Company | TMNA Services, LLC Attn: Legal | 3 Bala Plaza , Suite 400 | Bala Plaza PA 19004 |

TOTAL: 241