UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| OHIO VALLEY UNIVERSITY, | ) | |
|     *Debtor* | ) | Case No. 22-00056 |
| | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

United Bank, Inc. gives notice of its withdrawal of Proof of Claim Number 26-1 filed on May 18, 2022.

                                                UNITED BANK, INC.

                                                By:       /s/ Peter M. Pearl
                                                                 Counsel

Peter M. Pearl (VSB #22344)
Spilman Thomas & Battle, PLLC
P.O. Box 90
310 First Street, Suite 1100
Roanoke, Virginia 24002-0090
Telephone:    (540) 512-1800
Facsimile:     (540) 342-4480
Email: ppearl@spilmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

                                                         /s/ Peter M. Pearl