IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 5:22-bk-00056 |
|  | ) |  |
| OHIO VALLEY UNIVERSITY, INC., | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) | Hon. David L. Bissett |
|  | ) |  |

## AMENDED CERTIFICATE OF SERVICE

With respect to service of the *Application of Monongahela Power Company for Allowance and Payment of Administrative Expenses* (Doc. No. 81) on the United States Trustee, a true and correct copy was served upon Assistant United States Trustee Gary O. Kinder by e-mail on August 8, 2022 and by hand-delivery on August 9, 2022.


　　　　　　　　　　　　　　　　　　　　　　/s/ *W. Bradley Sorrells*
　　　　　　　　　　　　　　　　　　　　W. Bradley Sorrells (WV 4991)

　　　　　　　　　　　　　　　　　　　　*Counsel for Monongahela Power Company*