IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University           Case No.: 22-00056
                                        Chapter 7
        Debtor

## REPORT OF SALE

DATE OF SALE:  October 11, 2022

TYPE OF SALE:  Public Auction Sale

PROPERTY SOLD:  Coal Interests in Various Counties In West Virginia

PURCHASER:  Tusc Land, LLC., P.O. Box 31, New Philadelphia, OH 44663

PRICE:  $105,000.00

SALES AGENT, AUCTIONEER, BROKER, ETC.:  None

COMMISSION PAID ON SALE:  N/A

EXPENSES OF SALE:  N/A

DEBTOR'S EXEMPTION:  Not applicable

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS: proceeds to be split with UMB Bank, N.A. (Master Trustee) according to Order (Doc. No. 122) in the amount of $52,500.00

NET TO ESTATE:  $52,500.00

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE OR DEBTOR:  $52,500.00 to UMB Bank, N.A. (Master Trustee)

TRUSTEE'S COMPENSATION:  $8,500.00

Date: __October 25__, 2022             __/s/ Thomas H. Fluharty__
                                       Thomas H. Fluharty, Trustee
                                       WV Bar No.: 1231

                                       __408 Lee Avenue__
                                       Address

                                       __Clarksburg, West Virginia 26301__


                                       __304-624-7832__
                                       Telephone