**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | Ohio Valley University<br>Debtor | Bankruptcy Proceeding No.: 5:22–bk–00056<br><br>Chapter: 7<br>Judge: David L Bissett |

**PLEASE TAKE NOTICE that a telephonic hearing will be held**

on 3/28/23 at 01:30 PM

to consider and act upon the following:

*186* – Motion to Authorize the Trustee to Expend up to $30,000.00 to Preserve Transcript Records with Certificate of Service Filed by Thomas Fluharty on behalf of Thomas Fluharty. (Attachments: # 1 Proposed Order) (Fluharty, Thomas)

**PARTIES MAY PARTICIPATE IN THE CONFERENCE/HEARING TELEPHONICALLY AT THE DIAL IN NUMBER OF: 1–877–848–7030 AND ENTERING ACCESS CODE: 6500181 .**

Dated: 3/15/23

                                              Clerk of Court
                                              U.S. Bankruptcy Court
                                              Northern District of WV
                                              Post Office Box 70
                                              Wheeling, WV 26003
                                              304–233–1655