# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 3/15/2023 |
| Case: 5:22–bk–00056 | Form ID: tphcrtid | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Brandy M. Rapp | brapp@wtplaw.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ohio Valley University | 1 Campus View Drive    Vienna, WV 26105 |
| cr | ABTV Receivership Services, LLC | c/o Brandy M. Rapp, Esq.    Whiteford, Taylor & Preston LLP    10 S. Jefferson St, Suite 1110    Roanoke, VA 24011 |
| aty | Charles E. Nelson | Ballard Spahr, LLP    2000 IDS Center    80 South 8th Street    Minneapolis, MN 55402 |

TOTAL: 3