IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                              Bk. No.: 22-00056

    Debtor.

## NOTICE OF HEARING

To All Creditors and Other Interested Parties:

    Notice is hereby given that Thomas H. Fluharty, Esquire in the above styled matter, has filed with the Court a Motion to Sell Property Free and Clear of Liens.

    The Trustee proposes to sell three (3) parcels of real estate together with personal property considered part of the bankruptcy estate, excluding a variety of described property, for the sum of $42,000.00 to WVU at Parkersburg Foundation, Inc., as a component of a larger sale for the sum of $4,600,00.00, by the Receiver appointed in the Circuit Court of Wood County, WV.  The sum of $42,000.00 will be paid to the Bankruptcy Estate by the Receiver.  For more detailed information, please review the "Motion to Sell Property Free and Clerk of Liens" and the attached "Asset Purchase Agreement."

    You are further advised and notified that a telephonic hearing has been set for this Motion for August 1, 2023 at 10:00 a.m.  Any interested party may participate by calling: **1-877-848-7030, access code: 6500181.**

    For further information you may contact Thomas H. Fluharty, 408 Lee Avenue, Clarksburg, WV 26301, telephone number (304) 624-7832.  A copy of the Motion is on file in the Office of said Clerk and may be inspected during normal business hours.

Dated:    7/5/23                                       By:    /s/ Thomas H. Fluharty
                                                                            Thomas H. Fluharty
                                                                            WV Bar No.: 1231
                                                                            408 Lee Avenue
                                                                            Clarksburg, WV 26301
                                                                            (304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF HEARING ON TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS** was served upon the following individuals at the addresses listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, on this ___5th___ day of _____July_____, 2023.

Creditors mailing matrix attached

Served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*

Office of the U.S. Trustee
ustpregion04.ct.ecf@usdoj.gov

                                                                   /s/ Thomas H. Fluharty
                                                                  Thomas H. Fluharty, Trustee

Label Matrix for local noticing
0424-5
Case 5:22-bk-00056
Northern District of West Virginia
Wheeling
Tue Apr 26 14:57:13 EDT 2022

UMB Bank, N.A.
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402-1807
*Duplicate*

Leedy Elevator Inspection Service LLC
2878 Stewartstown Road
Morgantown, WV 26508-1466

YMCA of Parkersburg
Attn: Robin Dennis
1800 30th Street
Parkersburg, WV 26101-2700

Ohio Valley University
1 Campus View Drive
Vienna, WV 26105-8000

AT&T Parkersburg
3417 Murdoh Avenue
Parkersburg, WV 26101-1004

Accuplacer
1800 NW 69th Ave
Fort Lauderdale, FL 33313-4583

Airgas USA
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144-7802

Airgas, Inc.
P.O. Box 734672
Dallas, TX 75373-4672

Aladdin Food Management Services, LLC
16567 Collections Center
Chicago, IL 60693-1656

Allegheny Power
800 Cabin Hill Rd
Greensburg, PA 15606-0001

Allegheny Power
P.O. Box 3615
Akron, OH 44309-3615

Allen & Melda Dimick
923 N. Wilbur Ln
WichitaKS 67212-3131

Alvin Huff
219 Glenhill Lane
Chapel Hill, NC 27514-5917

American AED, Inc.
405 NW 10th Terrace
Hallandale, FL 33009-3105
*Returned*

Ana DaCosta
1208 Market Street
PARKERSBURG, WV 26101-4323

Anita Coultrap
910 E. Market Street
Cadiz, OH 43907-9799

Apex Feed & Supply, Inc.
600 Green Street
Marietta, OH 45750-3299

Ardeo Education Solutions, LLC
1011 Warrenville Road
Suite 100
Lisle, IL 60532-0906

Arms Software, LLC
808 Moorefield Park Drive
Suite 250
Richmond, VA 23236-3673

(p)ARMY EMERGENCY RELIEF
2530 CRYSTAL DR SUITE 13161 13TH FLOOR
ARLINGTON VA 22202-3964

Artesian
224 Capitol Street
P.O. Box 3718
Charleston, WV 25337-3718

Asset Health
2250 Butterfield Drive
Suite 100
Troy, MI 48084-3411

BB&T Commercial Equipment Capital
329 E. 8th Street
Parkersburg, WV 26101-4616

BB&T of WV
329 E. 8th Street
Parkersburg, WV 26101-4616
*Duplicate*

BMI General Licensing
P.O. Box 630893
Cincinnati, OH 45263-0893

Becky McMahon
2901 Tolar Hwy
Tolar, TX 76476-2047

Bob Lane
925 Hickory Hills
Franklin TN 37067-7959

Borden & Perlman
200 Princeton South
Corporate Center
Ste 330
Trenton, NJ 08628

Brewer & Company
3601 7th Avenue
Charleston, WV 25387-2200

| | | |
|---|---|---|
| Bruce & Cathy Rampy<br>CHEMetrics, Inc.<br>7476 Admiral Nelson Drive<br>Warrenton VA 20186-9703 | Budget Charters Inc.<br>173 East Riverside Rd<br>Adah, PA 15410-1149 | C&H<br>70 N. Plains Rd<br>Ste 119<br>The Plains, OH 45780-1095 |
| CEATH Company<br>1788 Hwy 1016<br>Suite B<br>Berea, KY 40403-9110 | CST Co<br>2007 Lake Point Way<br>Louisville, KY 40223-4221 | Campus Partners  *Returned*<br>P.O. Box 184<br>Winston Salem, NC 27102-0184 |
| Cardiac Life Products, Inc.<br>P.O. Box 25755<br>Rochester, NY 14625-0755 | Carvers Electric, Plumbing & Heating<br>214 Broughton Avenue<br>Marietta, OH 45750-9509 | Castle Branch Inc<br>1844 Sir Tyler Drive<br>Wilmington, NC 28405-8305 |
| Cengage Learning<br>P.O. Box 936743<br>Atlanta, GA 31193-6743 | Champion Output Solutions<br>120 Hills Plaza<br>Charleston, WV 25387-2438 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Christian Copyright Licensing Internatio<br>P.O. Box 6729<br>Portland, OR 97228-6729 | City Net<br>100 Citynet Drive<br>Bridgeport, WV 26330-1784 | City of Vienna<br>P.O. Box 5097<br>Vienna, WV 26105-5097 |
| Clark Hill PLC<br>c/o Mario Richard Bordogna<br>1290 Suncrest Town Center Drive<br>Morgantown, WV 26505-1828 | Collegiate Pacific<br>8616 Snowy Owl Way<br>Tampa, FL 33647-3411 | Crescendo Interactive, Inc<br>110 Camino Ruise<br>Camarillo, CA 93012-6700 |
| Crescent-McConnel Supply, LLC<br>P.O. Box 6219<br>Kinston, NC 28501-0219 | Crown Florals<br>1933 Ohio Avenue<br>Parkersburg, WV 26101-2533 | DaCosta & Toloza<br>c/o Walt Auvil and Kirk Auvil<br>The Employment Law Center<br>1208 Market Street<br>Parkersburg WV 26101-4323 |
| Dan Blair<br>ACE Educatonal Foundation<br>3201 E. 32nd Street<br>Edmond, OK 73013-7823 | David & Emma Anderson<br>4372 Steuben Wood Drive<br>Steubenville, OH 43953-2301 | Davis Pickering & Co., Inc<br>165 Enterprise Drive<br>Marietta, OH 45750-8051 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deluxe Business Checks and Solutions  *Returned*<br>P.O. Box 742572<br>Cincinnati, OH 45274-2572 | Devon Gosnell<br>9192 Chestwick Drive<br>Germantown, TN 38139-5511 |
| Direct Energy<br>P.O. Box 32179<br>New York, NY 10087-2719 | (p)DODSON PEST CONTROL<br>P O BOX 10249<br>LYNCHBURG VA 24506-0249 | Dominion Hope<br>PO Box 26783<br>Richmond, VA 23261-6783 |

| | | |
|---|---|---|
| Dominion Hope Gas<br>48 Columbia Blvd<br>Clarksburg WV 26301-9606 | Don Lallathin<br>1703 McGill Rd<br>Belpre, OH 45714-8152 | Dunbar Printing and Graphics<br>1310 Ohio Avenue<br>Dunbar, WV 25064-2997 |
| Dye Willis<br>C/o Peoples Savings Bank<br>P.O. Box 246<br>New Matamoras, OH 45767-0246 | ETS<br>P.O. Box 371986<br>Pittsburgh, PA 15251-7986 | Eagle Research Corporation<br>1076 State Route 34<br>Hurricane, WV 25526-7049 |
| Easy DNS Technologies, Inc.<br>304A 219 Dufferin Street<br>Toronto, Ontario<br>Canada M6K3JL | Edna Mae Lindamood ✗ *Duplicate*<br>2758 St Rt 93 SE<br>New Lexington, OH 43764 | Edna Mae Lindamood Estate<br>2758 St Rt 93 S E<br>New Lexington, Ohio 43764-9667 |
| Educational Computer Systems, Inc.<br>P.O. Box 936565<br>Atlanta, GA 31193-6565 | Educational Testing Service ✗ *Returned*<br>4897 Collestion Center Drive<br>Chicago, IL 60693-0001 | Educause<br>Educause Lockbox<br>Denver, CO 80291-0781 |
| Ellucian (Sungard)<br>62578 Collections Center Drive<br>Chicago, IL 60693-0625 | Environmental Marketing Services, LLC<br>107 Wall Street<br>Suite 1<br>Clemson, SC 29631-2921 | Explanation Age LLC ✗ *Returned*<br>John Lewis, EdD<br>11804 Alder Ridge Place<br>Dixie, WV 25059 |
| Favil or Verna Miller<br>538 Highland Avenue<br>Cambridge, OH 43725-2057 | Fernanda Araya Toloza<br>1208 Market Street<br>PARKERSBURG, WV 26101-4323 | Frank-Collins Group, LLC<br>421 Fifth St<br>Marietta, OH 45750-2012 |
| (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | Gary G. Chamblee<br>Shumard Family Office<br>45 Technology Parkway South<br>Suite 205<br>Norcross, GA 30092-3453 | Gerald A. Isom ✗ *Returned*<br>817 Pennstone Road<br>Bryn Mawr, PA 19010-2914 |
| Grande Pointe Conference & Reception<br>1500 Grand Central Avenue<br>Suite 118<br>Vienna, WV 26105-1079 | Great Midwest Athletic Conference, Inc.<br>200 S. Meridian St<br>Suite 343<br>Indianapolis, IN 46225-1076 | Growing Leaders, Inc.<br>270 Scientific Drive NW<br>Norcross, GA 30092-2923 |
| HUDL<br>29775 Network Place<br>Chicago, IL 60673-1775 | Hallmark Management Service<br>1 Campus View Drive<br>Vienna, WV 26105-8000 | Harold or Marjorie Ebert<br>821 Woodrow St NW<br>North Canton, OH 44720-1861 |
| Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747-3834 | Higher Learning Commission<br>230 S. La Salle Street<br>Suite 750<br>Chicago, IL 60604-1411 | HigherED Consulting & Tours, LLC ✗ *Returned*<br>1323 Frideriki Drive<br>Columbia, MO 65202-2997 |

Hobart Inc
1623 Garfield Avenue
Parkersburg, WV 26101-3214

Home Depot Credit Services ✗ Returned
Dept 32-2505629463
P.O. Box 9055
Des Moines, IA 50368-9055

Hope for Haiti's Children
P.O. Box 62328
Cincinnati, OH 45262-0328

HubSpot, Inc.
P.O. Box 419842
Boston, MA 02241-9842

IACBE
11374 Strang Lane Rd.
Lenexa, KS 66215-4041

Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068

InState Limited
99 Upper Georges St
Dun Laoghaire Co
Dublin, Ireland

Indiana University
IU Accounts Receivable
Dept 78896
P.O. Box 78000
Detroit, MI 48278-0896

Innovative Learning Solutions
520 W. Summit Hill Drive
Suite 701
Knoxville, TN 37902-2006

IntelliCorp
PO Box 27903
New York, NY 10087-7903

Jabo Supply
P.O. Box 238
Huntington, WV 25707-0238

Jacqulyn Moore ✗ Returned
18 Cameron Road
Clarksburg WV 26301

James Shewmaker
7303 Walden Road
Paragould AR 72450-8324

Jan Swensen
234 Shelter Lane
JupiterFL 33469-3532

Jim Smith
5902 Pratt St
Alexandria VA 22310-1839

John Hancock (U.S.A)
P.O. Box 7247-0274
Philadelphia, PA 19170-0274

John R. Keating, Esq.
Amato and Keating, P.C.
107 N. Commerce Way
Bethlehem, PA 18017-8913

Joy Jones
6585 S. Black burn Rd.
Athens, OH 45701-3847

KJS Holdings, LP
45 Technology Parkway, South
Norcross GA 30092-3453

Keith Stotts
1222 Cisler Drive
Marietta, OH 45750-9450

Kincheloe's Motors, Inc.
PO Box 169
Parkersburg, WV 26102-0169

Kohl's
189 Bosley Pkwy
Parkersburg, WV 26101-8669

Komax
500 D. Street
Charleston, WV 25303-3110

LRAP Association
1011 Warrenville Rd
Suite 60532-0906

Lacrosse Unlimited ✗ Returned
59 Gilpin Avenue
Hauppauge, NY 11788-4754

Lads to Leaders Inc
5280 West Alabama Christian Drive
Montgomery, AL 36109-3343

Lakefront Lines ✗ Returned
13315 Brookpark Rd
P.O. Box 81172
Cleveland, OH 44181-0172

Lawson Family Investments, Ltd
Richard Lawson
14816 Winnwood Rd
Dallas TX 75254-7626

Lawson Family Investments, Ltd. ✗ Returned
100 Great Oaks Blvd
Suite 125
Albany, NY 12203-7925

Laxcom, LLC
345 Wilson Avenue
Norwalk, CT 06854-4666

Lee Jones
6585 S. Black Burn Rd
Athens, OH 45701-3847

Linda Mayfield
2276 Cow Creek Rd
Saint Marys, WV 26170-8022

Linda Mayfield
P.O. Box 109
Arthurdale
Arthurdale, WV 26520-0109

Linda Watson
2213 Midway Avenue NE
Canton, OH 44705-3453

Linda White
55 Private Dr 10010
Proctorville OH 45669-9211

Lloyd Shockey
P.O. Box 211
Lodi, OH 44254-0211

Llyod Shockey
7600 Avon Lake Road
Lodi OH 44254-9700

LogMeIn.Com
Attn: Accounts Receivable
333 Summer Street
Boston, MA 02210-1702

Longhouse Capital Advisors
1240 W. Barry Avenue
Chicago, IL 60657-4210
*Duplicate*

Longhouse Capital Advisors
1240 West Barry Avenue
Chicago, IL 60657-4210

Lumos
Convergent
925 Weschester Avenue
West Harrison, NY 10604-3507

MON POWER
P.O. Box 3615
Akron, OH 44309-3615

Manos de Esperanza
3960 E. San Pedro Avenue
Gilbert, AZ 85234-3018

Mark & Kimberly Haynes
98 Cherry Blossom Lane
Little Hocking OH 45742-5137

Mary Ann Thorn
5229 Briscoe rd
ViennaWV 26105-8124

Matheny Motors
18 12th Street
Parkersburg, WV 26101-4340

Merchant Fleet
14 Central Park Drive First Floor
Hooksett, NH 03106-2507

Miller & Isaly Home Services LLC
10105 St. Rt. 60
Lowell, OH 45744-7272

Minsker Family, LLC
Morgan & Tonya Miller
1422 Washinton Avenue
Milton WV 25541-1426

Mongoose Research
6506 E. Quaker Rd.
Suite 202
Orchard Park, NY 14127-2562

Motivis Learning Systems, Inc
25 Pelham Road
Suite 204
Salem, NH 03079-4851
*Returned*

Mountaineer Mechanical Co.
16594 Canaanville Road
Suite 100
Athens, OH 45701-8076

NCS Pearson, Inc.
5601 Green Valley Dr
Minneapolis, MN 55437-1187

National Benefit Services, Inc.
300 W. Adams Street
Suite No 415
Chicago, IL 60606-5101
*Returned*

National Research Center for College
75 Remittance Drive
Dept. 1020
Chicago, IL 60675-1020

Norman Shivener
Pat Cronin
16 Beehavin Drive
Wheeling WV 26003-4902

OCLC, Inc.
840 Union Street
Salem, VA 24153-5121

Oak Hall Industries
840 Union St.
PO Box 1078
Salem, VA 24153-1078

Office Depot Inc.
P.O. Box 88040
Chicago, IL 60680-1040

Office of Navajo Nation Scholarship
P.O. Box 1870
Attn: Shiela Tsosie, Accountant
Window Rock, AZ 86515-1870

Orphan's International Worldwide  *Returned*
40 Exchange Place
12th Floor
New York, NY 10005-2701

Otter Creek Golf Course
11522 E. 50 N.
Columbus, IN 47203-9305

PT of Edith Halstead  *Returned*
520 Carriage Drive
Beckley, WV 25801-2810

Papa Johns
4421 Emerson Avenue
Suite 107
Parkersburg, WV 26104-1200

Parkersburg Lodging
Holiday Inn Express & Suites Parkersburg
10057 Emerson Ave
Parkersburg, WV 26104-8536

Parkersburg Lodging LLC
10057 Emerson Ave
Parkersburg, WV 26104-8536

Parkersburg Utility Board
P.O. Box 1629
Parkersburg, WV 26102-1629

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Philadelphia Insurance Company
c/o Bernadette Raguini Claims Specialist
P.O. Box 950
Bala Cynwyd PA 19004-0950

Phillip Hudson
35099 Hudson Rd
LaurelDE  19956-3080

Pitney Bowes Reserve Account
Attn: Vicki Samples
120 Hill Plaza
Charleston, WV 25387-2438

Postmaster
401 Juliana Street
Parkersburg, WV 26101-7503

Premier Speakers Bureau
109 International Drive,
Suite 300
Franklin, TN 37067-1764

PrestoSports
P.O. Box 936415
Atlanta, GA 31193-6412

R. Benjamin & Stephanie Moore
7405 Truman Ct
Mentor  OH 44060-4757

Regents Capital Corporation
3200 Bristol St UNIT 400
Costa Mesa, CA 92626-1800

Riley Dougan
1801 Standord Rd
Columbus OH 43212-1028

Robert Kendrick
1144 Brookmeade Dr
Nashville TN 37204-4105

Robertson Heating Supply CO
2155 West Main Street
Alliance, OH 44601-2190

Roger & Carolyn Dye  *Returned*
2805 Alkire Rd
Columbus OH 43212

Ron Laughery
5103 School House Rd
Little Hocking OH 45742-5250

Ronald Eugene White
16631 S.R. 243
Chesapeake, OH 45619

Ronald White  *Duplicate*
16631 St. Rt. 243
Chesapeake OH 45619-8518

Rotary Club of Parkersburg
P.O. Box 11
Parkersburg, WV 26102-0011

Ruffalo Cody
Attn: Controller
P.O. Box 718
Des Moines, IA 50303-0718

SMC Communications
452 Casteel Rd
Bruceton Mills, WV 26525-5708

SW Resources, Inc.
1007 Mary Street
Parkersburg, WV 26101-5223

Safelite Auto Glass
P.O. Box 633197
Cincinnati, OH 45263-3197

Salesforce.org  *Returned*
Department #34293
P.O. Box 39000
San Francisco, CA 94139-0001

Savannah Watson
08 Mae Lane
Gamerco, NM 87317-3302

```
Sheppard's Auto Supply              Sherwin Williams                    Sidearm Sports, LLC
1903 7th Street                     605 Grand Center Avenue, Ste 105    C/o Learfield Communications
Parkersburg, WV 26101-4238          Vienna, WV 26105-2188               P.O. Box 843038
                                                                        Kansas City, MO 64184-3038


Softchoice Corporation              Source One Digital                  St. Paul Travelers
16609 Collections Center Drive      1137 N. Gateway Blvd.               CL & Specialtty Remittance Ctr
Chicago, IL 60693-0001              Muskegon, MI 49441-6099             Hartford, CT 06183-1008


State Fire Marshal                  State Journal                       Statewide Service
1207 Quarrier St., 2nd Floor        13 Kanawha Blvd         Returned    603 Main Avenue         Returned
Charleston, WV 25301-1826           Suite 100                           Nitro, WV 25143-2137
                                    Charleston, WV 25302-2350


Steers Heating and Cooling          Stonewall Retail Marketing, Inc.    Suttle & Stalnaker
3311 Dudley Avenue                  154 1/2 Loft Front Street           201 Third St, Towne Square
Parkersburg, WV 26104-1896          Marietta, OH 45750                  P.O. Box 149
                                                                        Parkersburg, WV 26102-0149


Suttle & Stalnaker, PLLC            Synergy Sports Technology           Team Fitz Graphics
1411 Virginia Street, East          1004 Commercial Avenue PMB 264      11320 Mosteller Rd.
Charleston WV 25301-3016            Anacortes, WA 98221-4117            Cincinnati, OH 45241-5807


The Christian Chronicle             The Goals Group                     The Huntington National Bank
P.O. Box 11000                      640 Lakeview Plaza                  5555 Cleveland Avenue
Oklahoma City, OK 73136-1100        Suite D                             Columbus, OH 43231-4048
                                    Columbus, OH 43085-4782


The Shumard Foundation, Inc.        TruGreen                            UMB Bank
3520 Piedmont Rd NE Ste 200         1790 Kirby Pkwy                     P.O. Box 419226
Atlanta, GA 30305-1511              Ste 300                             Kansas City, MO 64141-6226
                                    Germantown, TN 38138-7411


UMB Bank, N.A.                      UNITED BANK                         UPS
c/o Michael Slade                   514 Market Street                   55 Glenlake Parkway NE
120 South Sixth Street, Suite 1400  Parkersburg, WV 26101-5341          Atlanta, GA 30328-3474
Minneapolis, MN 55402-1807


USA Ultimate                        United Bank                         United Bank, Inc.
5825 Delmonico Dr                   Corporate Trust Department          Peter M. Pearl, Spilman Thomas & Battle
Suite 350                           P.O. Box 393                        310 First Street, Suite 1100
Colorado Springs, CO 80919-2245     Charleston, WV 25322-0393           Roanoke VA 24011-1916


United States Trustee               UnitedHealthcare Insurance Company  University of Charleston
2025 United States Courthouse       ATTN:  CDM/Bankruptcy               2300 MacCorkle Avenue SE
300 Virginia Street East            185 Asylum Street -  03B            Charleston, WV 25304-1099
Charleston, WV 25301-2503           Hartford CT 06103-3408
```

Unum Life Insurance Company of America
P.O. Box 406990
Atlanta, GA 30384-6990

VARS Resources LLC
2330 Interstate 30
Mesquite, TX 75150-2720

VTZ
304 W. Main St.
Shawnee, OK 74801-6838
*Returned*

Verizon
2504 Murdoch Ave
Parkersburg, WV 26104-2511
*Returned*

WV Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0001

Walsh University
2020 E. Maple Street
North Canton, OH 44720-3336

Walt Auvil
1208 Market Street
PARKERSBURG, WV 26101-4323

Washington County Schools Career Center
21740 St. Route 767
Marietta, OH 45750

Waste Management of WV
P.O. Box 13648
Philadelphia, PA 19101-3648

Wellspring International Education LLC
Greg Schrader
729 Main St.
Longmont, CO 80501-4920
*Returned*

West Virginia Elevator, LLC
P.O. Box 57
Amma, WV 25005-0057

West Virginia Independent College
1411 Virginia St. E
Charleston, WV 25301-3086

West Virginia Potato Chip Co.
512 W. Virginia Ave
Parkersburg, WV 26101-1647

West Virginia University
P.O. Box 6090
Morgantown, WV 26506-6090

West Virginia Weslyan College
59 College Avenue
Buckhannon, WV 26201-2600

White Ferry Rd. Church of Christ
3201 N. 7th
West Monroe, LA 71291-2229

William Ingram
471 Next Rd
Sistersville WV 26175-7087

William P. Wassweiler
Ballard Spahr
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2117

William Phillis
1019 Torrey Hill Drive
Columbus, OH 43228-3529

Winner's Choice, Inc.
2018 Pleasant Valley Rd.
Fairmont, WV 26554-9459

Wood County Development Authority
P.O. Box 1683
Parkersburg, WV 26102-1683

YCWV of Parkersburg
1800 30th St.
Parkersburg, WV 26101-2700

Martin P. Sheehan
Sheehan & Associates, PLLC
1 Community Street Suite 200
Wheeling, WV 26003-5250

Thomas Fluharty
408 Lee Avenue
Clarksburg, WV 26301-3638

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Army Emergency Relief
2530 Crystal Drive
Suite 13161
Arlington, VA 22202

Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602