IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: Ohio Valley University | ) | CASE NO.: 22-00056 |
| | ) | |
| Debtor. | ) | Chapter 7 |

TO: All Creditors and Parties in Interest

**NOTICE OF PUBLIC SALE OF PROPERTY FREE AND
CLEAR OF LIENS AND OF TELEPHONIC AUCTION**

By Motion filed herein on August 8, 2023 (Doc. No. 207), the Trustee requested authority to sell certain valuable real estate described as an undivided interest in 17.69 acres, more or less, oil and gas, Parcel No. 12-60-32.1, Mannington District, Marion County, WV, an undivided interest in 8 acres more or less, oil and gas, Mannington District, Marion County, WV; an undivided interest in 105.7626 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) an undivided interest in 92 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) (the "Property"), together with all other known and unknown interests in oil and gas, whether now owned or acquired in the future by the debtor**.**

The Trustee provided that in the event of an upset bid that he would convene an auction to determine the high bidder and the back up bidder.  The Trustee has received upset bids.

**YOU ARE HEREBY NOTIFIED** that the Trustee proposes to conduct an oral telephonic auction of the property to determine the high bidder and any qualified back up bidder according to the terms and conditions state below.  A Motion to sell has been filed with the Clerk of the Court regarding this sale.  A telephonic auction for the sale and determination of the back up bidder will be held on:

DATE: September 6, 2023
TIME: 2:00 p.m.

Telephonic conference number: **866-675-0153**, enter access code: **7747988**.

All bidders are requested to call the conference number at 2:00 p.m. on September 6, 2023 and when prompted dial the access code followed by the # sign.

TYPE OF SALE: Public

PROPERTY TO BE SOLD: real property commonly described as an undivided interest in 17.69

acres, more or less, oil and gas, Parcel No. 12-60-32.1, Mannington District, Marion County, WV, an undivided interest in 8 acres more or less, oil and gas, Mannington District, Marion County, WV; an undivided interest in 105.7626 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) an undivided interest in 92 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) (the "Property"), together with all other known and unknown interests in oil and gas, whether now owned or acquired in the future by the debtor

PRICE:      The upset offers received to prompt this Notice was $12,000.00 & $18,551.00

APPRAISAL VALUE:            Minimum value $10,000.00

BUYER:    The Trustee has received multiple offers, the highest offer received is $18,551.00

PLACE AND TIME OF SALE:    Auction will take place by telephone on the day and time listed above.

SALES AGENT/AUCTIONEER/BROKER:    The Trustee, Thomas H. Fluharty will conduct the auction on the day and time listed above.

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:      N/A

ESTIMATED TRUSTEE'S COMPENSATION:    Reasonable compensation to be determined by the court (but not to exceed the limits set in 11 U.S.C. §326(a)  .

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:    N/A

DEBTORS'S EXEMPTION:             N/A

Date:      August 9     , 2023            /s/ Thomas H. Fluharty
                                          Thomas H. Fluharty, Trustee
                                          WV Bar No.: 1231

                                              408 Lee Avenue
                                          Address

                                              Clarksburg, West Virginia

                                              304-624-7832
                                          Telephone