IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: Ohio Valley University | ) | CASE NO.: 22-00056 |
| | ) | |
| Debtor. | ) | Chapter 7 |

TO: All Creditors and Parties in Interest

### RESCHEDULED NOTICE OF PUBLIC SALE OF PROPERTY FREE AND CLEAR OF LIENS AND OF TELEPHONIC AUCTION

By Motion filed herein on August 8, 2023 (Doc. No. 207), the Trustee requested authority to sell certain valuable real estate described as an undivided interest in 17.69 acres, more or less, oil and gas, Parcel No. 12-60-32.1, Mannington District, Marion County, WV, an undivided interest in 8 acres more or less, oil and gas, Mannington District, Marion County, WV; an undivided interest in 105.7626 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) an undivided interest in 92 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) (the "Property"), together with all other known and unknown interests in oil and gas, whether now owned or acquired in the future by the debtor.

The Trustee provided that in the event of an upset bid that he would convene an auction to determine the high bidder and the back up bidder. The Trustee has received upset bids.

The Trustee formerly set this sale on September 6, 2023 at 2:00 p.m. and conducted an auction with only one participant. Another bidder has advised the Trustee that he was unaware of the "E.D.T." delineation but also attempted to participate but was unable to access the number.

**YOU ARE HEREBY NOTIFIED** that the Trustee proposes to conduct an oral telephonic auction of the property to determine the high bidder and any qualified back up bidder according to the terms and conditions state below. A Motion to sell has been filed with the Clerk of the Court regarding this sale. A telephonic auction for the sale and determination of the back up bidder will be held on:

DATE:     September 28, 2023
TIME:        11:00 a.m. E.D.T.

Telephonic conference number: **866-675-0153**, enter access code: **7747988**.

All bidders are requested to call the conference number at 11:00 a.m. on September 28, 2023 and when prompted dial the access code followed by the # sign.

TYPE OF SALE:     Public

PROPERTY TO BE SOLD:   real property commonly described as an undivided interest in 17.69 acres, more or less, oil and gas, Parcel No. 12-60-32.1, Mannington District, Marion County, WV, an undivided interest in 8 acres more or less, oil and gas, Mannington District, Marion County, WV; an undivided interest in 105.7626 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) an undivided interest in 92 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) (the "Property"), together with all other known and unknown interests in oil and gas, whether now owned or acquired in the future by the debtor

PRICE:     The upset offers received to prompt this Notice was $12,000.00 & $18,551.00

APPRAISAL VALUE:     Minimum value $10,000.00

BUYER:   The Trustee has received multiple offers, the highest offer received is $18,551.00

PLACE AND TIME OF SALE:   Auction will take place by telephone on the day and time listed above.

SALES AGENT/AUCTIONEER/BROKER:   The Trustee, Thomas H. Fluharty will conduct the auction on the day and time listed above.

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:     N/A

ESTIMATED TRUSTEE'S COMPENSATION:     Reasonable compensation to be determined by the court (but not to exceed the limits set in 11 U.S.C. §326(a)  .

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:     N/A

DEBTORS'S EXEMPTION:     N/A

Date:   September 20  , 2023          /s/   Thomas H. Fluharty
                                      Thomas H. Fluharty, Trustee
                                      WV Bar No.: 1231

                                          408 Lee Avenue
                                      Address

                                          Clarksburg, West Virginia

                                          304-624-7832
                                      Telephone

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above-referenced **RESCHEDULED NOTICE OF PUBLIC SALE OF PROPERTY FREE AND CLEAR OF LIENS AND OF TELEPHONIC AUCTION** was served on the parties that receive electronic notification in these proceedings. The Motion was also served on the parties listed below via U.S. Mail, postage prepaid, on   September 20, 2023   .

Creditors mailing matrix

Richard Armstrong
102 Vista Drive
Bridgeport, WV 26330

Clarence & Mary Mutschelknaus
P.O. Box 351
Salem, WV 26426
robert@mutenergyresources.com

Tusc Land, LLC.
P.O. Box 31
New Philadelphia, OH 44663
mkitchen1515@yahoo.com

Shawn P. George, Esquire
George & Lorensen, PLLc
1526 Kanawha Blvd, East
Charleston, WV 25311
sgeorge@gandllaw.com

Charles E. Nelson, Esquire
Ballard Spahr, LLP
2000 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
nelsonc@ballardspahr.com

Ryan C. Scott
Terre Verte Company, Inc.
1110 Oliver Avenue
San Diego, CA 92109
ryan@terreverteco.com


Joel Pearce
3406 Via Lido, Suite 1A-400
Newport Beach, CA 92663
joel.pearce@outlook.com


Spencer Brant
LHB Ventures, LLC
Littleton, CO 80127
info@lhbcompanies.com


David Pullman
The Pullman Group
dpullman@pullmanbonds.com


Brian McCulliss
McCulliss Oil & Gas, Inc.
P.O. Box 221515
Denver, CO 80222
bpm@mccullissoil.com


Served electronically on:

Dan Ungheanu
danungheanu@shaffersquareholdings.com


Greg Mullen
gmullen@cranehill.com


Jeff Nelson
jwnandassociates@gmail.com

Mike Kain
mkain@abtv.com


Nathan Jankowiak
nathan@keystonebuckeye.com


Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*


Office of the U.S. Trustee
ustpregion04.ct.ecf@usdoj.gov


                                                                              /s/ Thomas H. Fluharty
                                                                             Thomas H. Fluharty, Trustee

```
Label Matrix for local noticing         ABTV Receivership Services, LLC        Clearwater Royalty
0424-5                                   c/o Brandy M. Rapp, Esq.               Justin Ezell, Manager
Case 5:22-bk-00056                       Whiteford, Taylor & Preston LLP        6608 N. Western Ave PMB 183
Northern District of West Virginia       10 S. Jefferson St, Suite 1110         Oklahoma City, OK 73116-7326
Wheeling                                 Roanoke, VA 24011-1317
Thu Jun 29 15:18:18 EDT 2023

(p)CRANEHILL CAPITAL LLC                 EQT Production Company                 Joe R. Pyle Complete Auction & Realty Servic
5206 MCKINNEY AVE                        Attn:  Mark S. Kidder                  546 Benedum Drive
DALLAS TX 75205-3388                     625 Liberty Avenue                     Shinnston, WV 26431
                                         Suite 1700
                                         Pittsburgh, PA 15222-3114


Leedy Elevator Inspection Service LLC    McCulliss Oil & Gas Inc.               Ohio Valley University
2878 Stewartstown Road                   PO Box 221515                          1 Campus View Drive
Morgantown, WV 26508-1466                Denver, CO 80222-1014                  Vienna, WV 26105-8000


Terre Verte Company, Inc.                UMB Bank, N.A.                         YMCA of Parkersburg
Attn:  Ryan C. Scott                     120 South Sixth Street, Suite 1400     Attn:  Robin Dennis
PO Box 90265                             Minneapolis, MN 55402-1807             1800 30th Street
San Diego, CA 92169-2265                                                        Parkersburg, WV 26101-2700


AT&T Parkersburg                         Accuplacer                             Airgas USA
3417 Murdoh Avenue                       1800 NW 69th Ave                       2015 Vaughn Road, Bldg 400
Parkersburg, WV 26101-1004               Fort Lauderdale, FL 33313-4583         Kennesaw, GA 30144-7802


Airgas, Inc.                             Aladdin Food Management Services, LLC  Allegheny Power
P.O. Box 734672                          16567 Collections Center               800 Cabin Hill Rd
Dallas, TX 75373-4672                    Chicago, IL 60693-1656                 Greensburg, PA 15606-0001


Allegheny Power                          Allen & Melda Dimick                   Alvin Huff
P.O. Box 3615                            923 N. Wilbur Ln                       219 Glenhill Lane
Akron, OH 44309-3615                     WichitaKS 67212-3131                   Chapel Hill, NC 27514-5917


American AED, Inc.  Returned             Ana DaCosta                            Anita Coultrap
405  NW 10th Terrace                     1208 Market Street                     910 E. Market Street
Hallandale, FL 33009-3105                PARKERSBURG, WV 26101-4323             Cadiz, OH 43907-9799


Apex Feed & Supply, Inc.                 Ardeo Education Solutions, LLC         Arms Software, LLC
600 Green Street                         1011 Warrenville Road                  808 Moorefield Park Drive
Marietta, OH 45750-3299                  Suite 100                              Suite 250
                                         Lisle, IL 60532-0906                   Richmond, VA 23236-3673


(p)ARMY EMERGENCY RELIEF                 Artesian                               Asset Health
2530 CRYSTAL DR SUITE 13161 13TH FLOOR   224 Capitol Street                     2250 Butterfield Drive
ARLINGTON VA 22202-3964                  P.O. Box 3718                          Suite 100
                                         Charleston, WV 25337-3718              Troy, MI 48084-3411
```

BB&T Commercial Equipment Capital
329 E. 8th Street
Parkersburg, WV 26101-4616

BB&T of WV
329 E. 8th Street
Parkersburg, WV 26101-4616

*Duplicate*

BMI General Licensing
P.O. Box 630893
Cincinnati, OH 45263-0893

Becky A. Ingram
aka Becky A. McMahon
2901 Tolar Hwy.
Tolar TX 76476-2047

Becky McMahon
2901 Tolar Hwy
Tolar, TX 76476-2047

Bob Lane
925 Hickory Hills
Franklin TN 37067-7959

Borden & Perlman
200 Princeton South
Corporate Center
Ste 330
Trenton, NJ 08628

Brewer & Company
3601 7th Avenue
Charleston, WV 25387-2200

Bruce & Cathy Rampy
CHEMetrics, Inc.
7476 Admiral Nelson Drive
Warrenton VA 20186-9703

Budget Charters Inc.
173 East Riverside Rd
Adah, PA 15410-1149

C&E
70 N. Plains Rd
Ste 119
The Plains, OH 45780-1095

CEATH Company
1788 Hwy 1016
Suite B
Berea, KY 40403-9110

CST Co
2007 Lake Point Way
Louisville, KY 40223-4221

Campus Partners
P.O. Box 184 *Returned*
Winston Salem, NC 27102-0184

Cardiac Life Products, Inc.
P.O. Box 25755
Rochester, NY 14625-0755

Carvers Electric, Plumbing & Heating
214 Broughton Avenue
Marietta, OH 45750-9509

Castle Branch Inc
1844 Sir Tyler Drive
Wilmington, NC 28405-8305

Cengage Learning
P.O. Box 936743
Atlanta, GA 31193-6743

Champion Output Solutions
120 Hills Plaza
Charleston, WV 25387-2438

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Christian Copyright Licensing Internatio
P.O. Box 6729
Portland, OR 97228-6729

City Net
100 Citynet Drive
Bridgeport, WV 26330-1784

City of Vienna
P.O. Box 5097
Vienna, WV 26105-5097

Citynet LLC
3600 University Ave
Morgantown, WV 26505-3049

Clark Hill PLC
c/o Mario Richard Bordogna
1290 Suncrest Town Center Drive
Morgantown, WV 26505-1828

Collegiate Pacific
8616 Snowy Owl Way *Returned*
Tampa, FL 33647-3411

Crescendo Interactive, Inc
110 Camino Ruise
Camarillo, CA 93012-6700

Crescent-McConnel Supply, LLC
P.O. Box 6219
Kinston, NC 28501-0219

Crown Florals
1933 Ohio Avenue
Parkersburg, WV 26101-2533

DaCosta & Toloza
c/o Walt Auvil and Kirk Auvil
The Employment Law Center
1208 Market Street
Parkersburg WV 26101-4323

Dan Blair  
ACE Educatonal Foundation  
3201 E. 32nd Street  
Edmond, OK 73013-7823

David Ezzell Anderson  
4372 Steuben Wood Drive  
Steubenville, OH 43953-2301

Davis Pickering & Co., Inc.  
165 Enterprise Drive  
Marietta, OH 45750-8051

(p)DE LAGE LANDEN FINANCIAL  
ATTN LITIGATION & RECOVERY  
1111 OLD EAGLE SCHOOL ROAD  
WAYNE PA 19087-1453

Deluxe Business Checks and Solutions  ✗ Returned
P.O. Box 742572  
Cincinnati, OH 45274-2572

Devon Gosnell  
9192 Chestwick Drive  
Germantown, TN 38139-5511

Devon L Gosnell  
9192 Chestwick Dr  
Germantown, TN 38139-5511

Direct Energy  
P.O. Box 32179  
New York, NY 10087-2719

(p)DODSON BROTHERS EXTERMINATING  
ATTN ATTN BRANDI EVANS CREDIT & COLLECTIONS M  
3712 CAMPBELL AVENUE  
LYNCHBURG VA 24501-4504

Dominion Hope  
PO Box 26783  
Richmond, VA 23261-6783

Dominion Hope Gas  
48 Columbia Blvd  
Clarksburg WV 26301-9606

Don Lallathin  
1703 McGill Rd  
Belpre, OH 45714-8152

Dunbar Printing and Graphics  
1310 Ohio Avenue  
Dunbar, WV 25064-2997

ETS  
P.O. Box 371986  
Pittsburgh, PA 15251-7986

Eagle Research Corporation  
1076 State Route 34  
Hurricane, WV 25526-7049

Easy DNS Technologies, Inc.  
304A 219 Dufferin Street  
Toronto, Ontario  
Canada M6K3JL

Edna Mae Lindamood   ✗ Dupl
2758 St RR 93 SE  
New Lexington, OH 43764

Edna Mae Lindamood Estate  
2758 St Rt 93 S E  
New Lexington, Ohio 43764-9667

Educational Computer Systems, Inc.  
P.O. Box 936565  
Atlanta, GA 31193-6565

Educational Testing Service  
4897 Collestion Center Drive  
Chicago, IL 60693-0001

Educause  
Educause Lockbox  
Denver, CO 80291-0781

Ellucian (Sungard)  
62578 Collections Center Drive  
Chicago, IL 60693-0625

Environmental Marketing Services, LLC  
107 Wall Street  
Suite 1  
Clemson, SC 29631-2921

Explanation Age LLC   ✗ Returned
John Lewis, EdD  
11804 Alder Ridge Place  
Dixie, WV 25059

Favil or Verna Miller  
538 Highland Avenue  
Cambridge, OH 43725-2057

Fernanda Araya Toloza  
1208 Market Street  
PARKERSBURG, WV 26101-4323

Frank-Collins Group, LLC  
421 Fifth St  
Marietta, OH 45750-2012

(p)FRONTIER COMMUNICATIONS  
BANKRUPTCY DEPT  
19 JOHN STREET  
MIDDLETOWN NY 10940-4918

Gary G. Chamblee  
Shumard Family Office  
45 Technology Parkway South  
Suite 205  
Norcross, GA 30092-3453

Gerald A. Isom   ✗ Returned
817 Pennstone Road  
Bryn Mawr, PA 19010-2914

Grande Pointe Conference & Reception
1500 Grand Central Avenue
Suite 118
Vienna, WV 26105-1079

Great Midwest Athletic Conference, Inc
200 S. Meridian St
Suite 343
Indianapolis, IN 46225-1076

Growing Leaders, Inc.
270 Scientific Drive NW
Norcross, GA 30092-2923

HUDL
29775 Network Place
Chicago, IL 60673-1775

Hallmark Management Service   X Returned
1 Campus View Drive
Vienna, WV 26105-8000

Harold or Marjorie Ebert
821 Woodrow St NW
North Canton, OH 44720-1861

Henry Schein
135 Duryea Rd.
Melville, NY 11747-3834

Higher Learning Commission
230 S. La Salle Street
Suite 750
Chicago, IL 60604-1411

HigherED Consulting & Tours, LLC   X Returned
1323 Frideriki Drive
Columbia, MO 65202-2997

Hobart Inc
1623 Garfield Avenue
Parkersburg, WV 26101-3214

Home Depot Credit Services
Dept 32-2505629463   X R
P.O. Box 9055
Des Moines, IA 50368-9055

Hope for Haiti's Children
P.O. Box 62328
Cincinnati, OH 45262-0328

HubSpot, Inc.
P.O. Box 419842
Boston, MA 02241-9842

IACBE   X Returned
11374 Strang Lane Rd.
Lenexa, KS 66215-4041

Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068

InState Limited
99 Upper Georges St
Dun Laoghaire Co
Dublin, Ireland

Indiana University
IU Accounts Receivable
Dept 78896
P.O. Box 78000
Detroit, MI 48278-0896

Innovative Learning Solutions
520 W. Summit Hill Drive   X Returned
Suite 701
Knoxville, TN 37902-2006

IntelliCorp
PO Box 27903
New York, NY 10087-7903

Jabo Supply
P.O. Box 238
Huntington, WV 25707-0238

Jacqulyn Moore
18 Cameron Road   X Returned
Clarksburg WV 26301

James Shewmaker
7303 Walden Road
Paragould AR 72450-8324

Jan Swensen
234 Shelter Lane
JupiterFL 33469-3532

Jim Smith
5902 Pratt St
Alexandria VA 22310-1839

John Hancock (U.S.A)
P.O. Box 7247-0274
Philadelphia, PA 19170-0274

John R. Keating, Esq.
Amato and Keating, P.C.
107 N. Commerce Way
Bethlehem, PA 18017-8913

Joy Jones
6585 S. Black burn Rd.
Athens, OH 45701-3847

KJS Holdings, LP
45 Technology Parkway, South
Norcross GA 30092-3453

Keith Stotts
1222 Cisler Drive
Marietta, OH 45750-9450

Kincheloe's Motors, Inc.
PO Box 169
Parkersburg, WV 26102-0169

Kohl's
189 Bosley Pkwy
Parkersburg, WV 26101-8669

Komax
500 D. Street
Charleston, WV 25303-3110

LEAF Capital Funding, LLC
c/o Legal Department
2005 Market St. 14th Floor
Philadelphia PA 19103-7009

LRAP Association
1011 Warrenville Rd
Suite 60532-0903

Lacrosse Unlimited *Returned*
59 Gilpin Avenue
Hauppauge, NY 11788-4754

Lads to Leaders Inc
5280 West Alabama Christian Drive
Montgomery, AL 36109-3343

Lakefront Lines *Returned*
13315 Brookpark Rd.
P.O. Box 81172
Cleveland, OH 44181-0172

Lawson Family Investments, Ltd *Returned*
Richard Lawson
14816 Winnwood Rd
Dallas TX 75254-7626

Lawson Family Investments, Ltd.
100 Great Oaks Blvd
Suite 125
Albany, NY 12203-7925

Laxcom, LLC
345 Wilson Avenue
Norwalk, CT 06854-4666

Lee Jones
6585 S. Black Burn Rd
Athens, OH 45701-3847

Linda Mayfield
2276 Cow Creek Rd
Saint Marys, WV 26170-8022

Linda Mayfield
P.O. Box 109
Arthurdale
Arthurdale, WV 26520-0109

Linda Watson
2213 Midway Avenue NE
Canton, OH 44705-3453

Linda White
55 Private Dr 10010
Proctorville OH 45669-9211

Lloyd Shockey
P.O. Box 211
Lodi, OH 44254-0211

Llyod Shockey
7600 Avon Lake Road
Lodi OH 44254-9700

LogMeIn.Com
Attn: Accounts Receivable
333 Summer Street
Boston, MA 02210-1702

Longhouse Capital Advisors *Dupl.*
1240 W. Barry Avenue
Chicago, IL 60657-4210

Longhouse Capital Advisors
1240 West Barry Avenue
Chicago, IL 60657-4210

Lumos
Convergent *Returned*
925 Weschester Avenue
West Harrison, NY 10604-3507

MON POWER
P.O. Box 3615
Akron, OH 44309-3615

Manos de Esperanza
3960 E. San Pedro Avenue
Gilbert, AZ 85234-3018

Mark & Kimberly Haynes
98 Cherry Blossom Lane
Little Hocking OH 45742-5137

Mary Ann Thorn
5229 Briscoe rd
ViennaWV 26105-8124

Matheny Motors
18 12th Street
Parkersburg, WV 26101-4340

Merchant Fleet
14 Central Park Drive First Floor
Hooksett, NH 03106-2507

Miller & Isaly Home Services LLC
10105 St. Rt. 60
Lowell, OH 45744-7272

Minsker Family, LLC
Morgan & Tonya Miller
1422 Washinton Avenue
Milton WV 25541-1426

Mon Power
5001 NASA Blvd
Fairmont, WV 26554-8248

```
Mongoose Research                  Motives Learning Systems, Inc.   Montgomery Mechanical Co.
6506 E. Quaker Rd.                 25 Pelham Road         X Returned 16594 Canaanville Road      X Returned
Suite 202                          Suite 204                        Suite 100
Orchard Park, NY 14127-2562        Salem, NH 03079-4851             Athens, OH 45701-8076


NCS Pearson, Inc.                  National Benefit Services, Inc.  National Research Center for College
5601 Green Valley Dr               300 W. Adams Street    X Returned 75 Remittance Drive
Minneapolis, MN 55437-1187         Suite No 415                     Dept. 1020
                                   Chicago, IL 60606-5101           Chicago, IL 60675-1020


Norman Shivener                    OCLC, Inc.                       Oak Hall Industries
Pat Cronin                         840 Union Street                 840 Union St.
16 Beehavin Drive                  Salem, VA 24153-5121             PO Box 1078
Wheeling WV 26003-4902                                              Salem, VA 24153-1078


Office Depot Inc.                  Office of Navajo Nation Scholarship  Orphan's International Worldwide
P.O. Box 88040                     P.O. Box 1870                    40 Exchange Place        X Returned
Chicago, IL 60680-1040             Attn: Shiela Tsosie, Accountant  12th Floor
                                   Window Rock, AZ 86515-1870       New York, NY 10005-2971


Otter Creek Golf Course            PT or Edith Halstead   X Returned Papa Johns
11522 E. 50 N.                     520 Carriage Drive               4421 Emerson Avenue
Columbus, IN 47203-9305            Beckley, WV 25801-2810           Suite 107
                                                                    Parkersburg, WV 26104-1200


Parkersburg Lodging                Parkersburg Lodging LLC          Parkersburg Utility Board
Holiday Inn Express & Suites Parkersburg  10057 Emerson Ave  Dupli. P.O. Box 1629
10057 Emerson Ave                  Parkersburg, WV 26104-8536  X    Parkersburg, WV 26102-1629
Parkersburg, WV 26104-8536


Philadelphia Indemnity Insurance Company  Philadelphia Insurance Companies  Philadelphia Insurance Company
TMNA Services, LLC    Attn:  Legal        P.O. Box 70251           c/o Bernadette Raguini Claims Specialist
3 Bala Plaza , Suite 400                  Philadelphia, PA 19176-0251  P.O. Box 950
Bala Plaza  PA 19004-3481                                          Bala Cynwyd PA 19004-0950


Phillip Hudson                     Pitney Bowes Reserve Account    Postmaster
35099 Hudson Rd                    Attn: Vicki Samples             401 Juliana Street
LaurelDE  19956-3080               120 Hill Plaza                  Parkersburg, WV 26101-7503
                                   Charleston, WV 25387-2438


Premier Speakers Bureau            PrestoSports                    R. Benjamin & Stephanie Moore
109 International Drive,           P.O. Box 936415                 7405 Truman Ct
Suite 300                          Atlanta, GA 31193-6412          Mentor  OH 44060-4757
Franklin, TN 37067-1764


Regents Capital Corporation        Riley Dougan                    Robert Kendrick
3200 Bristol St UNIT 400           1801 Standord Rd                1144 Brookmeade Dr
Costa Mesa, CA 92626-1800          Columbus OH 43212-1028          Nashville TN 37204-4105
```

Robertson Heating Supply CO
2155 West Main Street
Alliance, OH 44601-2190

Roger & Carolyn Doe  *Returned*
2805 Alkire Rd
Columbus OH 43212

Ron Laughery
5103 School House Rd
Little Hocking OH 45742-5250

Ronald Eugene White
16631 S.R. 243
Chesapeake, OH 45619

Ronald White  *Duplicate*
16631 St. Rt. 243
Chesapeake OH 45619-8518

Rotary Club of Parkersburg
P.O. Box 11
Parkersburg, WV 26102-0011

Ruffalo Cody
Attn: Controller
P.O. Box 718
Des Moines, IA 50303-0718

Ruth I Wharton Estate
Lisa A. Warton-Turner, Executrix
261 Shiloh Lane
Buckhannon WV 26201-3208

SMC Communications
452 Casteel Rd
Bruceton Mills, WV 26525-5708

SW Resources, Inc.
1007 Mary Street
Parkersburg, WV 26101-5223

Safelite Auto Glass
P.O. Box 633197
Cincinnati, OH 45263-3197

Salesforce.org  *Returned*
Department #34273
P.O. Box 39000
San Francisco, CA 94139-0001

Sarah Alicer Warner
54 Willow Brook Way N
Delaware OH 43015-3820

Savannah Watson
08 Mae Lane
Gamerco, NM 87317-3302

Sheppard's Auto Supply
1903 7th Street
Parkersburg, WV 26101-4238

Sherwin Williams
605 Grand Center Avenue, Ste 105
Vienna, WV 26105-2188

Sidearm Sports, LLC
C/o Learfield Communications
P.O. Box 843038
Kansas City, MO 64184-3038

Softchoice Corporation
16609 Collections Center Drive
Chicago, IL 60693-0001

Source One Digital
1137 N. Gateway Blvd.
Muskegon, MI 49441-6099

St. Paul Travelers
CL & Specialtty Remittance Ctr
Hartford, CT 06183-1008

State Fire Marshal
1207 Quarrier St., 2nd Floor
Charleston, WV 25301-1826

State Journal  *Returned*
13 Kanawha Blvd
Suite 100
Charleston, WV 25302-2350

Statewide Service  *Returned*
603 Main Avenue
Nitro, WV 25143-2137

Steers Heating and Cooling
3311 Dudley Avenue
Parkersburg, WV 26104-1896

Stonewall Retail Marketing, Inc.
154 1/2 Loft Front Street
Marietta, OH 45750

Suttle & Stalnaker
201 Third St, Towne Square
P.O. Box 149
Parkersburg, WV 26102-0149

Suttle & Stalnaker, PLLC
1411 Virginia Street, East
Charleston WV 25301-3016

Synergy Sports Technology
1004 Commercial Avenue PMB 264
Anacortes, WA 98221-4117

Team Fitz Graphics
11320 Mosteller Rd.
Cincinnati, OH 45241-5807

The Christian Chronicle
2801 E. Memorial Road
Edmond, OK 73013-6474

The Christian Chronicle
P.O. Box 11000
Oklahoma City, OK 73136-1100

The Goals Group
640 Lakeview Plaza
Suite D
Columbus, OH 43085-4782

The Huntington National Bank
5555 Cleveland Avenue
Columbus, OH 43231-4048

The Shumard Foundation, Inc. ✗ Returned
3520 Piedmont Rd NE Ste 200
Atlanta, GA 30305-1511

Tonya Miller
1422 Washington Avenue
Milton WV 25541-1426

TruGreen
1790 Kirby Pkwy
Ste 300
Germantown, TN 38138-7411

U.S. Department of Education
400 Maryland Avenue SW
Washington DC 20202-0008

UMB Bank
P.O. Box 419226
Kansas City, MO 64141-6226

UMB Bank, N.A.
c/o Michael Slade
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402-1807

UNITED BANK
514 Market Street
Parkersburg, WV 26101-5341

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328-3474

USA Ultimate
5825 Delmonico Dr
Suite 350
Colorado Springs, CO 80919-2245

United Bank
Corporate Trust Department
P.O. Box 393
Charleston, WV 25322-0393

United Bank, Inc.
Peter M. Pearl, Spilman Thomas & Battle
310 First Street, Suite 1100
Roanoke VA 24011-1916

United States Trustee
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301-2503

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford CT 06103-3408

University of Charleston
2300 MacCorkle Avenue SE
Charleston, WV 25304-1099

Unum Life Insurance Company of America
P.O. Box 406990
Atlanta, GA 30384-6990

VARS Resources LLC
2330 Interstate 30
Mesquite, TX 75150-2720

VTZ ✗ Returned
304 W. Main St.
Shawnee, OK 74801-6838

Verizon ✗ Returned
2504 Murdoch Ave
Parkersburg, WV 26104-2511

WV Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0001

Walsh University
2020 E. Maple Street
North Canton, OH 44720-3336

Walt Auvil
1208 Market Street
PARKERSBURG, WV 26101-4323

Washington County Schools Career Center
21740 St. Route 767
Marietta, OH 45750

Waste Management of WV
P.O. Box 13648
Philadelphia, PA 19101-3648

Wellspring International Education LLC
Greg Schrader
729 Main St. ✗ Returned
Longmont, CO 80501-4920

West Virginia Elevator, LLC
P.O. Box 57
Amma, WV 25005-0057

West Virginia Independent College
1411 Virginia St. E ✗ Returned
Charleston, WV 25301-3086

West Virginia Potato Chip Co.
512 W. Virginia Ave
Parkersburg, WV 26101-1647

West Virginia University
P.O. Box 6090
Morgantown, WV 26506-6090

West Virginia Wesleyan College
59 College Avenue
Buckhannon, WV 26201-2600

White Perry Rd. Church of Christ
3201 N. 7th
West Monroe, LA 71291-2229

William Ingram
471 Next Rd
Sistersville WV 26175-7087

William P. Wassweiler
Ballard Spahr
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2117

William Phillis
1019 Torrey Hill Drive
Columbus, OH 43228-3529

Willis Dye Family Planning Trust
Katherine Williams, Trustee
549 Deer Lake Drive
Findlay, OK 45840-8002

Winner's Choice, Inc.
2018 Pleasant Valley Rd.
Fairmont, WV 26554-9459

Wood County Development Authority
P.O. Box 1683
Parkersburg, WV 26102-1683

YCWV of Parkersburg
1800 30th St.
Parkersburg, WV 26101-2700

John Lantzy
Smith, Elliott, Kearns & Company, LLC
19405 Emerald Square
Suite 1400
Hagerstown, MD 21742-3666

Martin P. Sheehan
Sheehan & Associates, P.L.L.C.
1140 Main St., Ste 333
26003
Wheeling, WV 26003-2742

Thomas Fluharty
408 Lee Avenue
Clarksburg, WV 26301-3638

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cranehill Capital LLC
5206 McKinney Avenue
Suite 204
Dallas, TX 75225

Army Emergency Relief
2530 Crystal Drive
Suite 13161
Arlington, VA 22202

Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

Dodson Pest Control
P.O. Box 10249
Lynchburg, VA 24506-0249

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940

(d)Frontier Communications
P.O. Box 20550
Rochester, NY 14602-0550

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.