# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 10/11/2023 |
| Case: 5:22−bk−00056 | Form ID: pdfdoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| intp | McCulliss Oil & Gas Inc. | PO Box 221515 | Denver, CO 80222 |

TOTAL: 1