IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                              Case No.: 22-00056
                                                            Chapter 7
       Debtor

**REPORT OF SALE**

DATE OF SALE:    October 11, 2023

TYPE OF SALE:    Public Sale

PROPERTY SOLD:    undivided interest in 17.69 acres, more or less, oil and gas, Parcel No. 12-60-32.1, Mannington District, Marion County, WV; an undivided interest in 8 acres more or less, oil and gas, Mannington District, Marion County, WV; an undivided interest in 105.7626 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176); an undivided interest in 92 acres more or less in Center District, Wetzel County, WV, (Deed Bk 92, Page 176) (the "Property"), together with all other known and unknown interests in oil and gas, whether now owned or acquired in the future by the debtor.

PURCHASER:   Brian McCulliss, McCulliss Oil & Gas, Inc., P.O. Box 221515, Denver, CO 80222

PRICE:    $38,000.00

SALES AGENT, AUCTIONEER, BROKER, ETC.:    None

COMMISSION PAID ON SALE:    N/A

EXPENSES OF SALE:    N/A

DEBTOR'S EXEMPTION:    Not applicable

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:   N/A

NET TO ESTATE:    $38,000,00

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE OR DEBTOR:   None

TRUSTEE'S COMPENSATION:    $4,550.00

Date: _____November 2_____, 2023     __/s/ Thomas H. Fluharty_____
                                      Thomas H. Fluharty, Trustee
                                      WV Bar No.: 1231

                                      __408 Lee Avenue_____
                                      Address

                                      __Clarksburg, West Virginia 26301__


                                      __304-624-7832_____
                                      Telephone