IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University                             Bk. No.: 22-00056

    Debtor.

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM
NO. 13 FILED BY EDNA MAE LINDAMOOD ESTATE**

    The Trustee, Thomas H. Fluharty, hereby objects to the following claim for the reasons more particularly set forth herein:

    Trustee objects to Claim No. 13 filed by Edna Mae Lindamood Estate in the amount of $$8,720.00, for the reason that said claim fails to contain sufficient supporting documentation to evidence the claim.

    **WHEREFORE**, your Trustee has issued notice of the Objection and requests that a hearing be scheduled in the matter or absent a request for a hearing, that the above claim be denied.

Submitted by:

   /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 13 FILED BY EDNA MAE LINDAMOOD ESTATE** was served upon the individuals listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, to the addresses listed below, this ____16th____ day of ____November____, 2023.

Edna Mae Lindamood Estate
2758 St Rt 93 S E
New Lexington, OH 43764

served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*

U.S. Trustee Office
ustpregion04.ct.ecf@usdoj.gov

    /s/ Thomas H. Fluharty
    Thomas H. Fluharty, Trustee