WVNB Form 420B (Notice of Objection to Claim) (12/17)

# United States Bankruptcy Court
# Northern District of West Virginia

In re:  )
**Ohio Valley University**  )
                            Debtor(s).  )
_____  )  Case No. 22-00056
Address:  )
3  )  Chapter: 7
  )
  )
If this Notice is being filed by the Debtor(s), then include the  )
last four digits of the Social Security or Individual Tax-Payer  )
Identification Number, if any, of the Debtor(s): [        ]  )

## NOTICE OF OBJECTION TO CLAIM

An objection to your proof of claim in the above captioned bankruptcy case has been filed by:
Thomas H. Fluharty, Trustee

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or your lawyer must file with the court a written response to the objection, explaining your position, at:

United States Bankruptcy Court
P.O. Box 70
Wheeling, WV 26003

Pursuant to Federal Rule of Bankruptcy Procedure 3007(a), unless otherwise ordered by the court, you must be afforded at least a 30-day period to file a response to the objection to your claim. Your written response deadline is: December 16, 2023

In addition to the court, you must also send a copy of your response, if any, to the entity objecting to your claim, and to any other entity specifically listed below:

Thomas H. Fluharty, Truste, 408 Lee Avenue, Clarksburg, WV 26301

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or opportunity for a hearing.

Date of Service: 11/16/23

Signature: [signature]
Printed Name: Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832