**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In Re: Ohio Valley University                              Bk. No.: 22-00056

    Debtor.

**ORDER ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM**
**NO. 13 FILED BY EDNA MAE LINDAMOOD ESTATE**

On November 16, 2023, the Trustee, Thomas H. Fluharty issued Notice regarding the Trustee's Objection to Proof of Claim No. 13. There being no written response filed to the Trustee's Objection to Proof of Claim No. 13, it is, accordingly, **ADJUDGED, ORDERED** and **DECREED** that the Trustee's Objection to Proof of Claim No. 13 filed by Edna Mae Lindamood Estate in the amount of $8,720.00, be and is hereby sustained.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832