**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**


In Re:  Ohio Valley University                                                  Bk. No.: 22-00056

       Debtor.


**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**
**NO. 14 FILED BY DIRECT ENERGY**


       The Trustee, Thomas H. Fluharty, hereby objects to the following claim for the reasons more particularly set forth herein:

       Trustee objects to Claim No. 14   filed by Direct Energy in the amount of $1,995.28, for the reason that said creditor claims a §503(b)(9) priority for services that do not appear to fit within the definition of "goods."

       **WHEREFORE**, your Trustee has issued notice of the Objection and requests that a hearing be scheduled in the matter or absent a request for a hearing, that the above claim be allowed as a general unsecured claim..


Submitted by:


   /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY DIRECT ENERGY** was served upon the individuals listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, to the addresses listed below, this _____16th_____ day of _____November_____, 2023.

Direct Energy
P.O. Box 32179
New York, NY 10087-2719

served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*

U.S. Trustee Office
ustpregion04.ct.ecf@usdoj.gov

_____/s/ Thomas H. Fluharty_____
Thomas H. Fluharty, Trustee