IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                        Bk. No.: 22-00056

    Debtor.

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM
## NO. 23 FILED BY LEAF CAPITAL FUNDING, LLC.

    The Trustee, Thomas H. Fluharty, hereby objects to the following claim for the reasons more particularly set forth herein:

    Trustee objects to Claim No. 23 filed by LEAF Capital Funding, LLC. in the amount of $5,873.60, for the reason that said claim is a duplicate of Claim No. 22.

    **WHEREFORE**, your Trustee has issued notice of the Objection and requests that a hearing be scheduled in the matter or absent a request for a hearing, that the above claim be denied.

Submitted by:

   /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 23 FILED BY LEAF CAPITAL FUNDING, LLC.** was served upon the individuals listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, to the addresses listed below, this  16th  day of   November  , 2023.

LEAF Capital Funding, LLC.
c/o Legal Department
2005 Market St, 14th Floor
Philadelphia, PA 19103


served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*


U.S. Trustee Office
ustpregion04.ct.ecf@usdoj.gov


　　　　　　　　　　　　　　　　　　　　　 /s/ Thomas H. Fluharty　　　
　　　　　　　　　　　　　　　　　　　　　Thomas H. Fluharty, Trustee