WVNB Form 420B (Notice of Objection to Claim) (12/17)

# United States Bankruptcy Court
# Northern District of West Virginia

In re: )
Ohio Valley University )
                                Debtor(s). )
_____ )   Case No. 22-00056
Address: )
3 )   Chapter: 7
 )
 )
If this Notice is being filed by the Debtor(s), then include the )
last four digits of the Social Security or Individual Tax-Payer )
Identification Number, if any, of the Debtor(s): 2042 )

## NOTICE OF OBJECTION TO CLAIM

An objection to your proof of claim in the above captioned bankruptcy case has been filed by:
Thomas H. Fluharty, Trustee

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or your lawyer must file with the court a written response to the objection, explaining your position, at:

United States Bankruptcy Court
P.O. Box 70
Wheeling, WV 26003

Pursuant to Federal Rule of Bankruptcy Procedure 3007(a), unless otherwise ordered by the court, you must be afforded at least a 30-day period to file a response to the objection to your claim. Your written response deadline is: December 16, 2023

In addition to the court, you must also send a copy of your response, if any, to the entity objecting to your claim, and to any other entity specifically listed below:

Thomas H. Fluharty, Truste, 408 Lee Avenue, Clarksburg, WV 26301

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or opportunity for a hearing.

Date of Service: 11/16/23

Signature
Printed Name: Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

Case: 5-22-BK-00056

11-27-23

Claim 13.

Dear Mr Fluharty:

Based on the document of Edna's agreement with the school, she was to be paid yearly, at 8%.

She has not been paid since 2017. It appears we forwarded the signed agreement, a copy of the last 1099 they issued her and the calculation of what has been owed since.

We see from your letter of 11·16·23 on case 22·00056 we have time till 12·16·23 to request reconsideration.

After reviewing all the tangible assets being sold there should have been funds to pay this. We are aware it's not a secured claim but owed none the less.

Had the real estate, and oil rights been sold at FMV. rather than at about 10¢ on the dollar enough would have been raised to full pay everyone.

Admin Ftr Wheat for Edna

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University

Bk. No.: 22-00056

Debtor.

## ORDER ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 13 FILED BY EDNA MAE LINDAMOOD ESTATE

On November 16, 2023, the Trustee, Thomas H. Fluharty issued Notice regarding the Trustee's Objection to Proof of Claim No. 13. There being no written response filed to the Trustee's Objection to Proof of Claim No. 13, it is, accordingly, **ADJUDGED, ORDERED** and **DECREED** that the Trustee's Objection to Proof of Claim No. 13 filed by Edna Mae Lindamood Estate in the amount of $8,720.00, be and is hereby sustained.

Submitted by:

/s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832



# OHIO VALLEY
## UNIVERSITY

FOR LEARNING. FOR FAITH. FOR LIFE.

December 20, 2017

Mrs. Edna Mae Lindamood
2758 State Route 93 SE
New Lexington, OH 43764-9667

Dear Edna Mae:

Thank you for your gift of $500.00 which we recorded on December 20, 2017. As the fall semester winds down, many of our students look back and reflect on the experiences of their semester at OVU and anticipate the ones to come. To others, this may conclude their season with OVU. It is our prayer that each of our students, whether returning, graduating, or otherwise continuing their journey, remembers a time full of joy, achievement, and growth like we do.

You have been part of an answer to so many prayers for this semester. With your help and God's blessing, we will complete many such semesters. Thank you for your support for Ohio Valley University and the mission that we are pursuing by God's grace. I pray that God will continue to bless you during this holiday season.

We deeply appreciate everything you do!

For the students,

*Jack*

Jack Thorn
Vice President of Advancement

*P.S. Merry Christmas!*

***Ohio Valley University provided no goods or services on behalf of the donor in consideration of the gift received.***

1 Campus View Drive, Vienna, WV 26105-8000   |   ph: 304.865.6000   |   fax: 304.865.6001   |   www.ovu.edu

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 13 FILED BY EDNA MAE LINDAMOOD ESTATE** was served upon the individuals listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, to the addresses listed below, this ___16th___ day of ___November___, 2023.

Edna Mae Lindamood Estate
2758 St Rt 93 S E
New Lexington, OH 43764

served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*

U.S. Trustee Office
ustpregion04.ct.ecf@usdoj.gov

                                                                                       ___/s/ Thomas H. Fluharty___
                                                                                    Thomas H. Fluharty, Trustee



2758 J-R/93 SE
Newlexing for Ohio
43764

U.S Bankruptcy Court
PO Box 70
Wheeling WVa 26003

Claim 13