**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Ohio Valley University<br>Debtor | Bankruptcy Proceeding No.: 5:22–bk–00056<br><br>Chapter: 7<br>Judge: David L Bissett |

**PLEASE TAKE NOTICE that a telephonic hearing will be held**

on 12/21/23 at 10:30 AM

to consider and act upon the following:

*232* – Objection to Claim 13 With Notice of Objection to Claim filed by Edna Mae Lindamood Estate with Certificate of Service Filed by Thomas Fluharty. Response due by 12/18/2023. (Attachments: # 1 Notice # 2 Proposed Order)(Fluharty, Thomas)

**PARTIES MAY PARTICIPATE IN THE CONFERENCE/HEARING TELEPHONICALLY AT THE DIAL IN NUMBER OF: 1–877–848–7030 AND ENTERING ACCESS CODE: 6500181 .**

Dated: 12/8/23

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304–233–1655