IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                              Case No.: 22-00056
                                                                              Chapter 7
            Debtor

## REPORT OF SALE

DATE OF SALE: November 27, 2023

TYPE OF SALE: Public Sale

PROPERTY SOLD: Campus Real Estate in Parkersburg, WV, the Estate's share Was 3 parcels

PURCHASER: WVU at Parkersburg Foundation, Inc., 300 Campus Drive, Parkersburg, WV 26104

PRICE: $42,000.00

SALES AGENT, AUCTIONEER, BROKER, ETC.: None

COMMISSION PAID ON SALE: None

EXPENSES OF SALE: N/A

DEBTOR'S EXEMPTION: Not applicable

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS: N/A

NET TO ESTATE: $42,000.00

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE OR DEBTOR: None

TRUSTEE'S COMPENSATION: $4,950.00

Date: __December 13__, 2023         __/s/ Thomas H. Fluharty__
                                    Thomas H. Fluharty, Trustee
                                    WV Bar No.: 1231

                                    __408 Lee Avenue__
                                    Address

                                    __Clarksburg, West Virginia 26301__

                                    __304-624-7832__
                                    Telephone