IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University　　　　　　　　　　Bk. No.: 22-00056

　　　　Debtor.

## AMENDED OBJECTION TO PROOF OF CLAIM
## NO. 13 OF EDNA MAE LINDAMOOD ESTATE

　　　The trustee, Thomas H. Fluharty, hereby objects to the following claims for the reasons more particularly set forth herein:

　　　The Trustee amends his objection to Claim No. 13.  The documentation provided indicates that Claim No. 13 is the same claim as provided for in Claim No. 18.

　　　Accordingly, the Trustee amends his objection and objects to Claim No. 13 as a duplicate to Claim No. 18.

　　　**WHEREFORE**, your Trustee requests that a hearing be scheduled in the matter or notice be issued of the Trustee's Objection and absent a request for a hearing that the above claim be denied.

Submitted by:

　/s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AMENDED OBJECTION, NOTICE AND ORDER TO PROOF OF CLAIM NO. 13 OF EDNA MAE LINDAMOOD ESTATE** was served upon the individuals listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, to the addresses listed below, this   18th   day of    December   , 2023.

Edna Mae Lindamood Estate
2758 St Rt 93 SE
New Lexington, OH 43764


served electronically on:

Martin P. Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*


U.S. Trustee Office
ustpregion04.ct.ecf@usdoj.gov


                                                    /s/ Thomas H. Fluharty
                                                   Thomas H. Fluharty, Trustee