**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In Re:  Ohio Valley University                                               Bk. No.: 22-00056

       Debtor.

**ORDER ON TRUSTEE'S AMENDED OBJECTION TO
PROOF OF CLAIM NO. 13 OF EDNA MAE LINDAMOOD ESTATE**

On December 13, 2023, the Trustee, Thomas H. Fluharty issued Notice regarding the Trustee's Amended Objection to Proof of Claim No. 13 for being duplicate of Claim No. 18. There being no written response filed to the Trustee's Amended Objection to Proof of Claim No. 13, it is **ADJUDGED, ORDERED** and **DECREED** that the Trustee's Amended Objection to Proof of Claim No. 13 filed by Edna Mae Lindamood Estate in the amount of $8,720.00, be and is hereby sustained.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832