David L. Bissett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University                          Bk. No.: 22-00056

Debtor.

## ORDER ON TRUSTEE'S OBJECTION TO PROOF
## OF CLAIM NO. 23 FILED BY LEAF CAPITAL FUNDING, LLC.

On November 16, 2023, the Trustee, Thomas H. Fluharty issued Notice regarding the Trustee's Objection to Proof of Claim No. 23. There being no written response filed to the Trustee's Objection to Proof of Claim No. 23, it is, accordingly, **ADJUDGED, ORDERED** and **DECREED** that the Trustee's Objection to Proof of Claim No.  filed by LEAF Capital Funding, LLC. in the amount of $5,873.60, be and is hereby sustained.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832