

David L. Bissett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University        Bk. No.: 22-00056

Debtor.

ORDER ON TRUSTEE'S OBJECTION TO PROOF
OF CLAIM NO. 14 FILED BY DIRECT ENERGY

On November 16, 2023, the Trustee, Thomas H. Fluharty issued Notice regarding the Trustee's Objection to Proof of Claim No. 14.  There being no written response filed to the Trustee's Objection to Proof of Claim No. 14, it is, accordingly, **ADJUDGED, ORDERED** and **DECREED** that the Trustee's Objection to Proof of Claim No. 14 filed by Direct Energy in the amount of $1,995.28, be and is hereby allowed as a general unsecured claim.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832