# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 12/19/2023 |
| Case: 5:22–bk–00056 | Form ID: pdfdoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　ustpregion04.ct.ecf@usdoj.gov
tr　　Thomas Fluharty　　thfaal@aol.com
aty　　Martin P. Sheehan　　Martin@Msheehanlaw.net
aty　　Thomas Fluharty　　thfaal@aol.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
1650223　　Direct Energy　　P.O. Box 32179　　New York, NY 10087–2719

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1