**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Ohio Valley University, Debtor | Bankruptcy Proceeding No.: 5:22−bk−00056<br><br>Chapter: 7<br>Judge: David L Bissett |

**PLEASE TAKE NOTICE that a telephonic hearing will be held**

on 12/21/23 at 10:30 AM

to consider and act upon the following:

*239* − Amended Objection to Proof of Claim No. 13 of Edna Mae Lindamood Estate Filed by Thomas Fluharty on behalf of Thomas Fluharty (related document(s)232 Objection to Claim and Notice filed by Trustee Thomas Fluharty). (Attachments: # 1 Proposed Order) (Fluharty, Thomas)

**PARTIES MAY PARTICIPATE IN THE CONFERENCE/HEARING TELEPHONICALLY AT THE DIAL IN NUMBER OF: 1−877−848−7030 AND ENTERING ACCESS CODE: 6500181 .**

Dated: 12/18/23

                Clerk of Court
                U.S. Bankruptcy Court
                Northern District of WV
                Post Office Box 70
                Wheeling, WV 26003
                304−233−1655

United States Bankruptcy Court
Northern District of West Virginia

| | |
|---|---|
| In re: | Case No. 22-00056-dlb |
| Ohio Valley University | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0424-5 | User: ad | Page 1 of 2 |
| Date Rcvd: Dec 18, 2023 | Form ID: tphcrtid | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Edna Mae Lindamood Estate, 2758 St Rt 93 SE, New Lexington, OH 43764-9667 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandy M. Rapp | on behalf of Creditor ABTV Receivership Services  LLC brapp@whitefordlaw.com, twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com |
| Brandy M. Rapp | on behalf of Creditor State Court Receiver brapp@whitefordlaw.com twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com |
| Brian Gallagher | on behalf of Interested Party WVU Parkersburg Foundation  Inc. brian.gallagher@steptoe-johnson.com |
| Jennie Ovrom Ferretti | on behalf of Creditor UMB Bank  N.A. jferretti@gandllaw.com |
| Martin P. Sheehan | on behalf of Debtor Ohio Valley University Martin@Msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Assistant@Msheehanlaw.net |

No: 5:22-bk-00056    Doc 243    Filed 12/20/23    Entered 12/21/23 00:31:49    Page 3 of 3

| | |
|---|---|
| Michael R. Proctor | on behalf of Creditor E. Keith Stotts mproctor@bowlesrice.com lcrown@bowlesrice.com |
| Michael R. Proctor | on behalf of Creditor Anita Coultrap mproctor@bowlesrice.com lcrown@bowlesrice.com |
| Pete Pearl | on behalf of Creditor United Bank Inc. ppearl@spilmanlaw.com |
| Sarah C. Ellis | on behalf of Interested Party WVU Parkersburg Foundation Inc. sarah.ellis@steptoe-johnson.com |
| Shawn P George | on behalf of Creditor UMB Bank N.A. sgeorge@glgwv.com, apolites@gandllaw.com |
| Tai Kluemper | on behalf of Creditor United Bank Inc. tshadrick@spilmanlaw.com, hwiseman@spilmanlaw.com |
| Thomas Fluharty | on behalf of Trustee Thomas Fluharty thfaal@aol.com WV12@ecfcbis.com |
| Thomas Fluharty | thfaal@aol.com WV12@ecfcbis.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| W. Bradley Sorrells | on behalf of Creditor Dominion Energy West Virginia wbs@ramlaw.com |
| W. Bradley Sorrells | on behalf of Creditor Monongahela Power Company wbs@ramlaw.com |
| Zachary James Rosencrance | on behalf of Creditor Anita Coultrap zrosencrance@bowlesrice.com ajones@bowlesrice.com |
| Zachary James Rosencrance | on behalf of Creditor E. Keith Stotts zrosencrance@bowlesrice.com ajones@bowlesrice.com |

TOTAL: 18