

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| OHIO VALLEY UNIVERSITY, | ) | Case No. 5:22-bk-56 |
| | ) | |
| Debtor. | ) | Chapter 7 |

## O R D E R

On December 21, 2023, a telephonic hearing was held in the above-styled bankruptcy case to consider the Trustee's Amended Objection to Proof of Claim No. 13 (Doc 239). Upon consideration of the representations of the parties and for reasons fully stated on the record, the court does hereby

**ORDER** that the Trustee's Amended Objection to Proof of Claim No. 13 filed by the Edna Mae Lindamood Estate in the amount of $8,720.00, be and is hereby SUSTAINED.