# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 12/21/2023 |
| Case: 5:22–bk–00056 | Form ID: pdfdoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | Edna Mae Lindamood Estate | 2758 St Rt 93 SE | New Lexington, OH 43764 |

TOTAL: 1