IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                   Bk. No.: 22-00056

    Debtor.

**TRUSTEE'S APPLICATION TO PAY ACCOUNTANT'S FEES**

The Trustee, Thomas H. Fluharty, makes this final application to pay accountant's fees and in support thereof states as follows:

1. The debtor filed its voluntary chapter 7 bankruptcy on February 17, 2022.  The undersigned was appointed trustee on February 17, 2022.

2. The Trustee filed a motion to employ the firm of Smith, Elliott, Kearns & Company, LLC., on June 9, 2022.  The Trustee was in need of employing an accountant to prepare and file state and federal tax returns for the Estate.  The Trustee's motion was granted and the Court entered an order on June 24, 2022.

3. The Trustee hereby requests approval to pay the sum of $3,565.60 to Smith, Elliott, Kearns & Company, LLC.

**WHEREFORE**, the Trustee requests the Court to authorize the Trustee to pay the fees of the accountant and grant such other relief that is just and proper.

Submitted by:


  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

**SEK**
CPAs & ADVISORS

19405 Emerald Square, Suite 1400
Hagerstown, MD  21742
301.733.5020

| | |
|---|---|
| OHIO VALLEY UNIVERSITY | Invoice: 228501 |
| 408 LEE AVENUE | Date: February 9, 2024 |
| CLARKSBURG, WV  26301 | Due Date: March 10, 2024 |
| | ID: 10OH200 |
| | CRM: LANTZY, JOHN |

*For professional services rendered as follows:*

Ohio Valley University Case No. 22-00056

Preparation of U.S. Corporation Income Tax Return as follows:

Preparation of the federal and state returns for the period ending June 30, 2020, 2021, 2022, 2023 and final return ending December 31, 2023.

| Date | Employee | Description | Hrs | Rate | Total |
|---|---|---|---|---|---|
| 04/13/23 | JPL | Determine year end, Guidestar | .70 | 125 | 87.50 |
| 06/05/23 | JPL | Review taxation- loss of exemption | .80 | 125 | 100.00 |
| 12/04/23 | JPL | Prepare attachments to return-events | 2.10 | 125 | 262.50 |
| 01/12/23 | JPL | Preparation of 505(b) letter | 2.40 | 125 | 300.00 |
| 01/15/23 | JPL | Preparation of returns | 5.40 | 125 | 675.00 |
| 01/16/23 | JPL | Preparation of returns | 4.80 | 125 | 600.00 |
| 01/17/23 | JPL | Preparation of returns | 6.30 | 125 | 787.50 |
| 01/22/23 | SKW | Process returns | 1.00 | 65 | 65.00 |
| 01/23/23 | JPL | Sign | .40 | 125 | 50.00 |
| | | Total | 23.90 | | 2,927.50 |

Computer and mailing charges                                      638.10

| | |
|---|---|
| Invoice Subtotal | $3,565.60 |
| Invoice Total | $3,565.60 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **TRUSTEE'S APPLICATION TO PAY ACCOUNTANT FEES** was served upon the following individuals, at the addresses listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, this ___21st___ day of ___February___, 2024.

Jack P. Lantzy, CPA
Smith, Elliott, Kearns & Co., LLC.
19405 Emerald Square, Suite 1400
Hagerstown, MD 41742

Electronically served on:

Martin P. Sheehan, Esquire
sheehanbankruptcy@wvdsl.net
*Counsel for Debtor*

Office of the U.S. Trustee
ustpregion04.ct.ecf@usdoj.gov

                                                    /s/ Thomas H. Fluharty
                                                Thomas H. Fluharty, Trustee