# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 3/7/2024 |
| Case: 5:22–bk–00056 | Form ID: negntc | Total: 277 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The People's Saving Bank
                                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         ustpregion04.ct.ecf@usdoj.gov
tr          Thomas Fluharty               thfaal@aol.com
aty         Brandy M. Rapp                brapp@whitefordlaw.com
aty         Brian Gallagher               brian.gallagher@steptoe–johnson.com
aty         Jennie Ovrom Ferretti         jferretti@gandllaw.com
aty         Martin P. Sheehan             Martin@Msheehanlaw.net
aty         Michael R. Proctor            mproctor@bowlesrice.com
aty         Pete Pearl                    ppearl@spilmanlaw.com
aty         Sarah C. Ellis                sarah.ellis@steptoe–johnson.com
aty         Shawn P George                sgeorge@glgwv.com
aty         Tai Kluemper                  tshadrick@spilmanlaw.com
aty         Thomas Fluharty               thfaal@aol.com
aty         W. Bradley Sorrells           wbs@ramlaw.com
aty         Zachary James Rosencrance     zrosencrance@bowlesrice.com
                                                                                                                    TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ohio Valley University        1 Campus View Drive        Vienna, WV 26105
cr          UMB Bank, N.A.        120 South Sixth Street, Suite 1400        Minneapolis, MN 55402
cr          Leedy Elevator Inspection Service LLC        2878 Stewartstown Road        Morgantown, WV 26508
cr          YMCA of Parkersburg        Attn: Robin Dennis        1800 30th Street        Parkersburg, WV 26101
i           Cranehill Capital LLC        5206 McKinney Avenue        Suite 204        Dallas, TX 75225
acc         John Lantzy        Smith, Elliott, Kearns & Company, LLC        19405 Emerald Square        Suite 1400        Hagerstown, MD 21742
intp        Terre Verte Company, Inc.        Attn: Ryan C. Scott        PO Box 90265        San Diego, CA 92169
auc         Joe R. Pyle Complete Auction & Realty Services        546 Benedum Drive        Shinnston, WV 26431
intp        McCulliss Oil & Gas Inc.        PO Box 221515        Denver, CO 80222
intp        EQT Production Company        Attn: Mark S. Kidder        625 Liberty Avenue        Suite 1700        Pittsburgh, PA 15222
intp        Clearwater Royalty        Justin Ezell, Manager        6608 N. Western Ave PMB 183        Oklahoma City, OK 73116
cr          ABTV Receivership Services, LLC        c/o Brandy M. Rapp, Esq.        Whiteford, Taylor & Preston LLP        10 S. Jefferson St, Suite 1110        Roanoke, VA 24011
cr          E. Keith Stotts        c/o Shane Stotts        1220 Cisler Dr.        Marietta, OH 45750
cr          Anita Coultrap        901 E. Market Street        Cadiz, OH 43907
cr          Edna Mae Lindamood Estate        2758 St Rt 93 SE        New Lexington, OH 43764
aty         Angela Beblo        Jackson Kelly PLLC        500 Lee Street East        Suite 1600        Charleston, WV 25301
aty         Charles E. Nelson        Ballard Spahr, LLP        2000 IDS Center        80 South 8th Street        Minneapolis, MN 55402
aty         Julia A. Chincheck        Bowles Rice McDavid Graff & Love LLP        600 Quarrier Street        Post Office Box 1386        Charleston, WV 25325
aty         Julia A. Chincheck        Bowles Rice McDavid Graff & Love LLP        600 Quarrier Street        Post Office Box 1386        Charleston, WV 25325
aty         Thomas E. McIntire        Thomas E. McIntire & Associates, L.C.        82 1/2 14th Street        Wheeling, WV 26003
1650178     Accuplacer        1800 NW 69th Ave        Fort Lauderdale, FL 33313
1650179     Airgas, Inc.        P.O. Box 734672        Dallas, TX 75373–4672
1650180     Aladdin Food Management Services, LLC        16567 Collections Center        Chicago, IL 60693–1656
1650181     Allegheny Power        P.O. Box 3615        Akron, OH 44309–3615
1650182     Allegheny Power        800 Cabin Hill Rd        Greensburg, PA 15606–0001
1650183     Alvin Huff        219 Glenhill Lane        Chapel Hill, NC 27514–5917
1650184     American AED, Inc.        405 NW 10th Terrace        Hallandale, FL 33009–3105
1650185     Anita Coultrap        910 E. Market Street        Cadiz, OH 43907
1650186     Apex Feed & Supply, Inc.        600 Green Street        Marietta, OH 45750
1650187     Arms Software, LLC        808 Moorefield Park Drive        Suite 250        Richmond, VA 23236
1650188     Army Emergency Relief        2530 Crystal Drive        Suite 13161        Arlington, VA 22202
1650189     Artesian        224 Capitol Street        P.O. Box 3718        Charleston, WV 25301
1650190     Asset Health        2250 Butterfield Drive        Suite 100        Troy, MI 48084
1650191     AT&T Parkersburg        3417 Murdoh Avenue        Parkersburg, WV 26101
1650192     BB&T Commercial Equipment Capital        329 E. 8th Street        Parkersburg, WV 26101
1650193     BB&T of WV        329 E. 8th Street        Parkersburg, WV 26101
1650194     Becky McMahon        2901 Tolar Hwy        Tolar, TX 76476
1650195     BMI General Licensing        P.O. Box 630893        Cincinnati, OH 45263–0893

```
1650196    Bond & Pecaro         200 Princeton South Corporate Center      Ste 030      Trenton, NJ 08628
1650197    Brewer & Company      3601 7th Avenue       Charleston, WV 25387
1650198    Budget Charters Inc.  173 East Riverside Rd     Adah, PA 15410
1650199    C&E       70 N. Plains Rd       Ste 119       The Plains, OH 45780
1650200    Campus Partners       P.O. Box 184          Winston Salem, NC 27102-1840
1650201    Cardiac Life Products, Inc.    P.O. Box 25755       Rochester, NY 14625
1650202    Carvers Electric, Plumbing & Heating    214 Broughton Avenue     Marietta, OH 45750
1650203    Castle Branch Inc     1844 Sir Tyler Drive     Wilmington, NC 28405
1650204    CEATH Company         1788 Hwy 1016         Suite B      Berea, KY 40403-9110
1650205    Cengage Learning      P.O. Box 936743       Atlanta, GA 31193-6743
1650206    Champion Output Solutions      120 Hills Plaza      Charleston, WV 25387-2438
1650207    Chase Cardmember Service       P.O. Box 15153       Wilmington, DE 19886
1650208    Christian Copyright Licensing Internatio    P.O. Box 6729      Portland, OR 97230-5941
1650209    City Net      100 Citynet Drive     Bridgeport, WV 26330
1650210    City of Vienna        P.O. Box 5097         Vienna, WV 26105
1650211    Clark Hill PLC        c/o Mario Richard Bordogna        1290 Suncrest Town Center Drive        Morgantown, WV 26505
1650212    Collegiate Pacific    8616 Snowy Owl Way    Tampa, FL 33647
1650213    Crescendo Interactive, Inc     110 Camino Ruise     Camarillo, CA 93012
1650214    Crescent-McConnel Supply, LLC      P.O. Box 6219     Kinston, NC 28501
1650215    Crown Florals         1933 Ohio Avenue      Parkersburg, WV 26101
1650216    CST Co        2007 Lake Point Way   Louisville, KY 40223
1650217    Dan Blair     ACE Educatonal Foundation     3201 E. 32nd Street      Edmond, OK 73013
1650218    David & Emma Anderson    4372 Steuben Wood Drive      Steubenville, OH 43953
1650219    Davis Pickering & Co., Inc     165 Enterprise Drive     Marietta, OH 45750
1650220    De Lage Landen Financial Services      P.O. Box 41602       Philadelphia, PA 19101-1602
1650221    Deluxe Business Checks and Solutions    P.O. Box 742572      Cincinnati, OH 45274-2572
1650222    Devon Gosnell         9192 Chestwick Drive  Germantown, TN 38139
1650223    Direct Energy         P.O. Box 32179        New York, NY 10087-2719
1650224    Dodson Pest Control   P.O. Box 10249        Lynchburg, VA 24506-0249
1650225    Dominion Hope         PO Box 26783          Richmond, VA 23261-6783
1650226    Don Lallathin         1703 McGill Rd        Belpre, OH 45714
1650227    Dunbar Printing and Graphics   1310 Ohio Avenue     Dunbar, WV 25064
1650229    Eagle Research Corporation     1076 State Route 34    Hurricane, WV 25526-7049
1650230    Easy DNS Technologies, Inc.    304A 219 Dufferin Street     Toronto, Ontario    Canada M6K3JL
1650231    Edna Mae Lindamood    2758 St RR 93 SE      New Lexington, OH 43764
1650232    Educational Computer Systems, Inc.     P.O. Box 936565      Atlanta, GA 31193-6565
1650233    Educational Testing Service    4897 Collestion Center Drive       Chicago, IL 60693
1650234    Educause      Educause Lockbox      Denver, CO 80291-0781
1650235    Ellucian (Sungard)    62578 Collections Center Drive    Chicago, IL 60693-0625
1650236    Environmental Marketing Services, LLC     107 Wall Street     Suite 1     Clemson, SC 29631
1650237    ETS      P.O. Box 371986      Pittsburgh, PA 15251-7986
1650238    Explanation Age LLC   John Lewis, EdD       11804 Alder Ridge Place      Dixie, WV 25059
1650239    Favil or Verna Miller     538 Highland Avenue      Cambridge, OH 43725-2057
1650240    Frank-Collins Group, LLC       421 Fifth St     Marietta, OH 45750
1650241    Frontier Communications        P.O. Box 20550       Rochester, NY 14602-0550
1650242    Gary G. Chamblee      Shumard Family Office     45 Technology Parkway South      Suite 205     Norcross, GA 30092
1650243    Gerald A. Isom        817 Pennstone Road    Bryn Mawr, PA 19010
1650244    Grande Pointe Conference & Reception     1500 Grand Central Avenue      Suite 118     Vienna, WV 26105
1650245    Great Midwest Athletic Conference, Inc.     200 S. Meridian St      Suite 343     Indianapolis, IN 46225
1650246    Growing Leaders, Inc.     270 Scientific Drive NW       Norcross, GA 30092
1650247    Hallmark Management Service    1 Campus View Drive       Vienna, WV 26105
1650248    Harold or Marjorie Ebert       821 Woodrow St NW        North Canton, OH 44720-1861
1650249    Henry Schein          135 Duryea Rd.        Melville, NY 11747-3824
1650250    Higher Learning Commission     230 S. La Salle Street     Suite 750     Chicago, IL 60640-1411
1650251    HigherED Consulting & Tours, LLC    1323 Frideriki Drive     Columbia, MO 65202
1650252    Hobart Inc    1623 Garfield Avenue  Parkersburg, WV 26101
1650253    Home Depot Credit Services     Dept 32-2505629463    P.O. Box 9055     Des Moines, IA 50368-9055
1650254    Hope for Haiti's Children      P.O. Box 62328       Cincinnati, OH 45262-0328
1650255    HubSpot, Inc.         P.O. Box 419842       Boston, MA 02241-9842
1650256    HUDL      29775 Network Place       Chicago, IL 60673-1775
1650257    IACBE     11374 Strang Lane Rd.     Lenexa, KS 66215
1650258    Ice Miller LLP        P.O. Box 68           Indianapolis, IN 46206-0068
1650259    Indiana University    IU Accounts Receivable    Dept 78896    P.O. Box 78000    Detroit, MI 48278-0896
1650260    Innovative Learning Solutions     520 W. Summit Hill Drive     Suite 701     Knoxville, TN 37902
1650261    InState Limited       99 Upper Georges St   Dun Laoghaire Co      Dublin, Ireland
1650262    IntelliCorp   PO Box 27903          New York, NY 10087
1650263    Jabo Supply   P.O. Box 238          Huntington, WV 25705
1650264    John Hancock (U.S.A)     P.O. Box 7247-0274       Philadelphia, PA 19170-0274
1650265    John R. Keating, Esq.    Amato and Keating, P.C.      107 N. Commerce Way      Bethlehem, PA 18017
1650266    Joy Jones     6585 S. Black burn Rd.        Athens, OH 45701
1650267    Keith Stotts  1222 Cisler Drive     Marietta, OH 45750
```

| | | | | |
|---|---|---|---|---|
| 1650269 | Kohl's | 680 Greeley Pkwy. | Parkersburg, WV 26101 | |
| 1650270 | Komax | 500 D. Street | Charleston, WV 25303 | |
| 1650271 | Komax, LLC | 500 D Street | Charleston, WV 25303 | |
| 1650272 | Lacrosse Unlimited | 59 Gilpin Avenue | Hauppauge, NY 11788 | |
| 1650273 | Lads to Leaders Inc | 5280 West Alabama Christian Drive | Montgomery, AL 36109 | |
| 1650274 | Lakefront Lines | 13315 Brookpark Rd. | P.O. Box 81172 | Cleveland, OH 44181–0172 |
| 1650275 | Lawson Family Investments, Ltd. | 100 Great Oaks Blvd | Suite 125 | Albany, NY 12203–7925 |
| 1650276 | Laxcom, LLC | 345 Wilson Avenue | Norwalk, CT 06854 | |
| 1650277 | Lee Jones | 6585 S. Black Burn Rd | Athens, OH 45701 | |
| 1650279 | Linda Mayfield | 2276 Cow Creek Rd | Saint Marys, WV 26170 | |
| 1650280 | Linda Mayfield | P.O. Box 109 | Arthurdale | Arthurdale, WV 26520 |
| 1650281 | Linda Watson | 2213 Midway Avenue NE | Canton, OH 44705 | |
| 1650282 | Lloyd Shockey | P.O. Box 211 | Lodi, OH 44254–0211 | |
| 1650283 | LogMeIn.Com | Attn: Accounts Receivable | 333 Summer Street | Boston, MA 02210 |
| 1650284 | Longhouse Capital Advisors | 1240 W. Barry Avenue | Chicago, IL 60657 | |
| 1650285 | Longhouse Capital Advisors | 1240 West Barry Avenue | Chicago, IL 60657 | |
| 1650286 | LRAP Association | 1011 Warrenville Rd | Suite 60532 | |
| 1650287 | Lumos Convergent | 925 Weschester Avenue | West Harrison, NY 10604 | |
| 1650288 | Manos de Esperanza | 3960 E. San Pedro Avenue | Gilbert, AZ 85234 | |
| 1650289 | Matheny Motors | 18 12th Street | Parkersburg, WV 26101 | |
| 1650290 | Merchant Fleet | 14 Central Park Drive First Floor | Hooksett, NH 03106 | |
| 1650291 | Miller & Isaly Home Services LLC | 10105 St. Rt. 60 | Lowell, OH 45744 | |
| 1650292 | MON POWER | P.O. Box 3615 | Akron, OH 44309–3615 | |
| 1650293 | Mongoose Research | 6506 E. Quaker Rd. | Suite 202 | Orchard Park, NY 14127 |
| 1650294 | Motivis Learning Systems, Inc | 25 Pelham Road | Suite 204 | Salem, NH 03079 |
| 1650295 | Mountaineer Mechanical Co. | 16594 Canaanville Road | Suite 100 | Athens, OH 45701–8076 |
| 1650296 | National Benefit Services, Inc. | 300 W. Adams Street | Suite No 415 | Chicago, IL 60606 |
| 1650297 | National Research Center for College | 75 Remittance Drive | Dept. 1020 | Chicago, IL 60675–1020 |
| 1650298 | NCS Pearson, Inc. | 5601 Green Valley Dr | Minneapolis, MN 55437–1099 | |
| 1650299 | Oak Hall Industries | 840 Union St. | PO Box 1078 | Salem, VA 24153 |
| 1650300 | OCLC, Inc. | 840 Union Street | Salem, VA 24153 | |
| 1650301 | Office Depot Inc. | P.O. Box 88040 | Chicago, IL 60680–1040 | |
| 1650302 | Office of Navajo Nation Scholarship | P.O. Box 1870 | Attn: Shiela Tsosie, Accountant | Window Rock, AZ 86515 |
| 1650303 | Orphan's International Worldwide | 40 Exchange Place | 12th Floor | New York, NY 10005 |
| 1650304 | Otter Creek Golf Course | 11522 E. 50 N. | Columbus, IN 47203 | |
| 1650305 | Papa Johns | 4421 Emerson Avenue | Suite 107 | Parkersburg, WV 26101 |
| 1650306 | Parkersburg Lodging | Holiday Inn Express & Suites Parkersburg | 10057 Emerson Ave | Parkersburg, WV 26104 |
| 1650307 | Parkersburg Utility Board | P.O. Box 1629 | Parkersburg, WV 26101 | |
| 1650308 | Philadelphia Insurance Companies | P.O. Box 70251 | Philadelphia, PA 19176–0251 | |
| 1650309 | Pitney Bowes Reserve Account | Attn: Vicki Samples | 120 Hill Plaza | Charleston, WV 25387–2438 |
| 1650310 | Postmaster | 401 Juliana Street | Parkersburg, WV 26101 | |
| 1650311 | Premier Speakers Bureau | 109 International Drive, | Suite 300 | Franklin, TN 37067 |
| 1650312 | PrestoSports | P.O. Box 936415 | Atlanta, GA 31193–6412 | |
| 1650313 | PT or Edith Halstead | 520 Carriage Drive | Beckley, WV 25801–2810 | |
| 1650314 | Regents Capital Corporation | 3200 Bristol St UNIT 400 | Costa Mesa, CA 92626 | |
| 1650315 | Robertson Heating Supply CO | 2155 West Main Street | Alliance, OH 44601 | |
| 1650316 | Rotary Club of Parkersburg | P.O. Box 11 | Parkersburg, WV 26102 | |
| 1650317 | Ruffalo Cody | Attn: Controller | P.O. Box 718 | Des Moines, IA 50303–0718 |
| 1650318 | Safelite Auto Glass | P.O. Box 633197 | Cincinnati, OH 45263–3197 | |
| 1650319 | Salesforce.org | Department #34293 | P.O. Box 39000 | San Francisco, CA 94139 |
| 1650320 | Savannah Watson | 08 Mae Lane | Gamerco, NM 87317 | |
| 1650321 | Sheppard's Auto Supply | 1903 7th Street | Parkersburg, WV 26101 | |
| 1650322 | Sherwin Williams | 605 Grand Center Avenue, Ste 105 | Vienna, WV 26105 | |
| 1650323 | Sidearm Sports, LLC | C/o Learfield Communications | P.O. Box 843038 | Kansas City, MO 64184–3038 |
| 1650324 | SMC Communications | 452 Casteel Rd | Bruceton Mills, WV 26525 | |
| 1650325 | Softchoice Corporation | 16609 Collections Center Drive | Chicago, IL 60693 | |
| 1650326 | Source One Digital | 1137 N. Gateway Blvd. | Muskegon, MI 49441 | |
| 1650327 | St. Paul Travelers | CL & Specialtty Remittance Ctr | Hartford, CT 06183–1008 | |
| 1650328 | State Fire Marshal | 1207 Quarrier St., 2nd Floor | Charleston, WV 25301 | |
| 1650329 | State Journal | 13 Kanawha Blvd | Suite 100 | Charleston, WV 25302 |
| 1650330 | Statewide Service | 603 Main Avenue | Nitro, WV 25143 | |
| 1650331 | Steers Heating and Cooling | 3311 Dudley Avenue | Parkersburg, WV 26104 | |
| 1650332 | Stonewall Retail Marketing, Inc. | 154 1/2 Loft Front Street | Marietta, OH 45750 | |
| 1650333 | Suttle & Stalnaker | 201 Third St, Towne Square | P.O. Box 149 | Parkersburg, WV 26102–0149 |
| 1650334 | SW Resources, Inc. | 1007 Mary Street | Parkersburg, WV 26101 | |
| 1650335 | Synergy Sports Technology | 1004 Commercial Avenue PMB 264 | Anacortes, WA 98221 | |
| 1650336 | Team Fitz Graphics | 11320 Mosteller Rd. | Cincinnati, OH 45241 | |
| 1650337 | The Christian Chronicle | P.O. Box 11000 | Oklahoma City, OK 73136–1100 | |
| 1650338 | The Goals Group | 640 Lakeview Plaza | Suite D | Columbus, OH 43085 |
| 1650339 | The Huntington National Bank | 5555 Cleveland Avenue | Columbus, OH 43231 | |
| 1650340 | The Shumard Foundation, Inc. | 3520 Piedmont Rd NE Ste 200 | Atlanta, GA 30305 | |
| 1650341 | TruGreen | 1790 Kirby Pkwy | Ste 300 | Germantown, TN 38138 |
| 1650342 | UMB Bank | P.O. Box 419226 | Kansas City, MO 64141 | |

| | | | | |
|---|---|---|---|---|
| 1650343 | UMB Bank, NA | c/o Michael Shade | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402 |
| 1650344 | UNITED BANK | 514 Market Street | Parkersburg, WV 26101 | |
| 1650345 | United Bank | Corporate Trust Department | P.O. Box 393 | Charleston, WV 25326 |
| 1650346 | University of Charleston | 2300 MacCorkle Avenue SE | Charleston, WV 25304 | |
| 1650347 | Unum Life Insurance Company of America | P.O. Box 406990 | Atlanta, GA 30384–6990 | |
| 1650348 | UPS | 55 Glenlake Parkway NE | Atlanta, GA 30328 | |
| 1650349 | USA Ultimate | 5825 Delmonico Dr | Suite 350 | Colorado Springs, CO 80919 |
| 1650350 | VARS Resources LLC | 2330 Interstate 30 | Mesquite, TX 75150 | |
| 1650351 | Verizon | 2504 Murdoch Ave | Parkersburg, WV 26104 | |
| 1650352 | VTZ | 304 W. Main St. | Shawnee, OK 74801 | |
| 1650353 | Walsh University | 2020 E. Maple Street | North Canton, OH 44720 | |
| 1650354 | Washington County Schools Career Center | 21740 St. Route 767 | Marietta, OH 45750 | |
| 1650355 | Waste Management of WV | P.O. Box 13648 | Philadelphia, PA 19101 | |
| 1650356 | Wellspring International Education LLC | Greg Schrader | 729 Main St. | Longmont, CO 80501 |
| 1650357 | West Virginia Elevator, LLC | P.O. Box 57 | Amma, WV 25005 | |
| 1650358 | West Virginia Independent College | 1411 Virginia St. E | Charleston, WV 25301 | |
| 1650359 | West Virginia Potato Chip Co. | 512 W. Virginia Ave | Parkersburg, WV 26101 | |
| 1650360 | West Virginia University | P.O. Box 6090 | Morgantown, WV 26506 | |
| 1650361 | West Virginia Weslyan College | 59 College Avenue | Buckhannon, WV 26201 | |
| 1650362 | White Ferry Rd. Church of Christ | 3201 N. 7th | West Monroe, LA 71291 | |
| 1650363 | William P. Wassweiler | Ballard Spahr | 2000 IDS Center | 80 South 8th Street | Minneapolis, MN 55402–2119 |
| 1650364 | William Phillis | 1019 Torrey Hill Drive | Columbus, OH 43228 | |
| 1650365 | Winner's Choice, Inc. | 2018 Pleasant Valley Rd. | Fairmont, WV 26554 | |
| 1650366 | Wood County Development Authority | P.O. Box 1683 | Parkersburg, WV 26102–1683 | |
| 1650367 | WV Secretary of State | Building 1, Suite 157–K | 1900 Kanawha Blvd. East | Charleston, WV 25305 |
| 1650368 | YCWV of Parkersburg | 1800 30th St. | Parkersburg, WV 26101 | |
| 1650597 | United Bank, Inc. | Peter M. Pearl, Spilman Thomas & Battle | 310 First Street, Suite 1100 | Roanoke VA 24011 |
| 1651190 | Airgas USA | 2015 Vaughn Road, Bldg 400 | Kennesaw, GA 30144 | |
| 1651250 | UnitedHealthcare Insurance Company | ATTN: CDM/Bankruptcy | 185 Asylum Street – 03B | Hartford CT 06103 |
| 1651305 | Parkersburg Lodging LLC | 10057 Emerson Ave | Parkersburg, WV 26104 | |
| 1651372 | Ardeo Education Solutions, LLC | 1011 Warrenville Road | Suite 100 | Lisle, IL 60532–0906 |
| 1651651 | Walt Auvil | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1651652 | Ana DaCosta | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1651653 | Fernanda Araya Toloza | 1208 Market Street | PARKERSBURG, WV 26101 | |
| 1650278 | Leedy Elevator Inspection Service | 2878 Stewartstown Rd | Morgantown, WV 26508 | |
| 1650268 | Kincheloe's Motors, Inc. | PO Box 169 | Parkersburg, WV 26102–0169 | |
| 1651757 | Edna Mae Lindamood Estate | 2758 St Rt 93 S E | New Lexington, Ohio 43764 | , |
| 1652542 | Dominion Hope Gas | 48 Columbia Blvd | Clarksburg WV 26301 | |
| 1652667 | Suttle & Stalnaker, PLLC | 1411 Virginia Street, East | Charleston WV 25301 | |
| 1652766 | Allen & Melda Dimick | 923 N. Wilbur Ln | WichitaKS 67212–3131 | |
| 1652767 | Bob Lane | 925 Hickory Hills | Franklin TN 37065 | |
| 1652768 | Bruce & Cathy Rampy | CHEMetrics, Inc. | 7476 Admiral Nelson Drive | Warrenton VA 20186 |
| 1652769 | DaCosta & Toloza | c/o Walt Auvil and Kirk Auvil | The Employment Law Center | 1208 Market Street | Parkersburg WV 26101 |
| 1652770 | Jacqulyn Moore | 18 Cameron Road | Clarksburg WV 26301 | |
| 1652771 | James Shewmaker | 7303 Walden Road | Paragould AR 72450 | |
| 1652772 | Jan Swensen | 234 Shelter Lane | JupiterFL 33469 | |
| 1652773 | Jim Smith | 5902 Pratt St | Alexandria VA 22310 | |
| 1652774 | KJS Holdings, LP | 45 Technology Parkway, South | Norcross GA 30092 | |
| 1652775 | Lawson Family Investments, Ltd | Richard Lawson | 14816 Winnwood Rd | Dallas TX 75254–7626 |
| 1652776 | Linda White | 55 Private Dr 10010 | Proctorville OH 45669–9211 | |
| 1652777 | Llyod Shockey | 7600 Avon Lake Road | Lodi OH 44254 | |
| 1652778 | Mark & Kimberly Haynes | 98 Cherry Blossom Lane | Little Hocking OH 45742 | |
| 1652779 | Mary Ann Thorn | 5229 Briscoe rd | ViennaWV 26105 | |
| 1652780 | Minsker Family, LLC | Morgan & Tonya Miller | 1422 Washinton Avenue | Milton WV 25541 |
| 1652781 | Norman Shivener | Pat Cronin | 16 Beehavin Drive | Wheeling WV 26003 |
| 1652782 | Philadelphia Insurance Company | c/o Bernadette Raguini Claims Specialist | P.O. Box 950 | Bala Cynwyd PA 19004 |
| 1652783 | Phillip Hudson | 35099 Hudson Rd | LaurelDE 19956–3080 | |
| 1652784 | R. Benjamin & Stephanie Moore | 7405 Truman Ct | Mentor OH 44060 | |
| 1652785 | Riley Dougan | 1801 Standord Rd | Columbus OH 43212 | |
| 1652786 | Robert Kendrick | 1144 Brookmeade Dr | Nashville TN 37204 | |
| 1652787 | Roger & Carolyn Dye | 2805 Alkire Rd | Columbus OH 43212 | |
| 1652788 | Ron Laughery | 5103 School House Rd | Little Hocking OH 45742 | |
| 1652789 | Ronald White | 16631 St. Rt. 243 | Chesapeake OH 45619 | |
| 1652790 | William Ingram | 471 Next Rd | Sistersville WV 26175 | |
| 1653544 | Ronald Eugene White | 16631 S.R. 243 | Chesapeake, OH 45619 | |
| 1653921 | Mon Power | 5001 NASA Blvd | Fairmont, WV 26554 | |
| 1654043 | Longhouse Capital Advisors, LLC | 1240 W. Barry Avenue | Chicago, IL 60657 | |
| 1654082 | LEAF Capital Funding, LLC | c/o Legal Department | 2005 Market St. 14th Floor | Philadelphia PA 19103 |
| 1654400 | Frontier Communications | Bankruptcy Dept | 19 John St | Middletown, NY 10940 |

| | | | | |
|---|---|---|---|---|
| 1654421 | Tonya Miller | 6422 Washington Avenue | Milton WV 25541 | |
| 1654528 | Citynet LLC | 3600 University Ave | Morgantown, WV 26505 | |
| 1654594 | The Christian Chronicle | 2801 E. Memorial Road | Edmond, OK 73013 | |
| 1654735 | Becky A. Ingram | aka Becky A. McMahon | 2901 Tolar Hwy. | Tolar TX 76476 |
| 1654736 | Philadelphia Indemnity Insurance Company | TMNA Services, LLC Attn: Legal | 3 Bala Plaza , Suite 400 | Bala Plaza PA 19004 |
| 1655084 | U.S. Department of Education | 400 Maryland Avenue SW | Washington DC 20202 | |
| 1655203 | Devon L Gosnell | 9192 Chestwick Dr | Germantown, TN 38139–5511 | |
| 1650228 | Willis Dye Family Planning Trust | Katherine Williams, Trustee | 549 Deer Lake Drive | Findlay, OK 45840 |
| 1666964 | Sarah Alicer Warner | 54 Willow Brook Way N | Delaware OH 43015 | |
| 1667682 | Ruth I Wharton Estate | Lisa A. Warton–Turner, Executrix | 261 Shiloh Lane | Buckhannon WV 26201 |
| | Abilene Christian University | c/o James Wiser, Ed.D., M.L.S. | 760 Library Court | Abilene, TX 79699 |

TOTAL: 262