

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| OHIO VALLEY UNIVERSITY, | ) Case No. 5:22-bk-00056 |
| | ) |
| Debtor. | ) Chapter 7 |
| _____ | ) |

## ORDER and NOTICE

On March 7, 2024, the Chapter 7 Trustee filed a Motion to Sell Assets of the Estate (Doc. No. 252). The accompanying Notice includes conflicting information as to the objection period and overbid period, suggesting both a 10-day and 21-day period.

To clarify, the court does hereby

**ORDER** that the Notice be and hereby is RESCINDED. The court does hereby

**FURTHER ORDER** that notice is hereby given that interested parties may object or file a competing bid no later than Monday, April 1, 2024.