# Notice Recipients

| District/Off: 0424–5 | User: ad | Date Created: 4/3/2024 |
| Case: 5:22–bk–00056 | Form ID: pdfdoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion04.ct.ecf@usdoj.gov
tr      Thomas Fluharty      thfaal@aol.com
aty      Martin P. Sheehan      Martin@Msheehanlaw.net
aty      Thomas Fluharty      thfaal@aol.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
i      Cranehill Capital LLC      5206 McKinney Avenue      Suite 204      Dallas, TX 75225

TOTAL: 1