**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling DIVISION**

In re:  Ohio Valley University

§   Case No. 22-00056
§
§
§

Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/17/2022. The undersigned trustee was appointed on 02/17/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          408,418.18

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 52,500.00 |
| Administrative expenses | 66,655.28 |
| Bank service fees | 7,166.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 282,096.37 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/02/2022 and the deadline for filing governmental claims was 06/02/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,670.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $23,670.91, for a total compensation of $23,670.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3,417.42 for total expenses of $3,417.42[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2024                           By: /s/ Thomas H. Fluharty
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 22-00056

**Case Name:** Ohio Valley University

**For Period Ending:** 06/24/2024

**Trustee Name:** (680230) Thomas H. Fluharty

**Date Filed (f) or Converted (c):** 02/17/2022 (f)

**§ 341(a) Meeting Date:** 04/13/2022

**Claims Bar Date:** 06/02/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Account - Unrestricted - Frozen<br>United Bank & Bond Holders hold liens. | 26,115.49 | 26,115.49 | | 0.00 | FA |
| 3 | Account - Wire transfer -- frozen<br>United Bank & Bond Holders hold liens. | 100,549.69 | 100,549.69 | | 0.00 | FA |
| 4 | Account - Restricted<br>United Bank & Bond Holders hold liens. | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Account - Athletics Restricted - frozen<br>United Bank & Bond Holders hold liens. | 5.00 | 5.00 | | 0.00 | FA |
| 6 | Account - Student Gov. Account<br>United Bank & Bond Holders hold liens. | 80.00 | 80.00 | | 0.00 | FA |
| 7 | Account - Private loans<br>United Bank & Bond Holders hold liens. | 5.00 | 5.00 | | 0.00 | FA |
| 8 | Account - Holding account<br>United Bank & Bond Holders hold liens. | 5.00 | 5.00 | | 0.00 | FA |
| 9 | Account - Missions restricted - frozen<br>United Bank & Bond Holders hold liens. | 38,634.00 | 38,634.00 | | 0.00 | FA |
| 10 | Account - Payroll<br>United Bank & Bond Holders hold liens. | 1,290.64 | 1,290.64 | | 0.00 | FA |
| 11 | Account - Perkins<br>United Bank & Bond Holders hold liens. | 14,288.60 | 14,288.60 | | 0.00 | FA |
| 12 | Account - PEX Debit Card<br>United Bank & Bond Holders hold liens. | 1,928.00 | 1,928.00 | | 0.00 | FA |
| 13 | DOE CD<br>United Bank & Bond Holders hold liens. | 423.00 | 423.00 | | 0.00 | FA |
| 14 | DOE CD<br>United Bank & Bond Holders hold liens. | 3,843.93 | 3,843.93 | | 0.00 | FA |
| 15 | A/R 90 days old or less. Face amount =<br>$427,826.38. Doubtful/Uncollectible<br>accounts = $0.00. | 427,826.38 | 427,826.38 | | 0.00 | FA |
| 16 | A/R Over 90 days old. Face amount =<br>$1,018,976.19. Doubtful/Uncollectible<br>accounts = $0.00.<br>United Bank & Bond Holders hold liens. | 1,018,976.19 | 1,018,976.19 | | 0.00 | FA |
| 17 | Vehicles:  2019 Ford 12 passenger van -<br>athletics<br>Leased - Merchant Fleet. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Vehicles:  2019 Ford 12 passenger van -<br>athletics<br>leased - Merchant Fleet. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 22-00056

**Case Name:** Ohio Valley University

**For Period Ending:** 06/24/2024

**Trustee Name:** (680230) Thomas H. Fluharty

**Date Filed (f) or Converted (c):** 02/17/2022 (f)

**§ 341(a) Meeting Date:** 04/13/2022

**Claims Bar Date:** 06/02/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Vechiles: 2006 Ford - 15 passenger van - athletics<br>catalytic converter stolen | Unknown | 3,500.00 | | 2,000.00 | FA |
| 20 | Vehicles: 2012 Toyota Prius - usage - Admission | Unknown | 6,000.00 | | 3,850.00 | FA |
| 21 | Vehicles: 2013 Toyota Prius - usage - Admission | Unknown | 5,500.00 | | 4,300.00 | FA |
| 22 | Vehicles: 2013 Toyota Prius - usage: Admission | Unknown | 5,600.00 | | 7,100.00 | FA |
| 23 | Vehicles: 2015 Toyota Prius - usage: President<br>This asset was mistakenly described in petition by debtor; Asset #39 is the correct description of vehicle. Mike Ross has vehicle. He surrendered vehicle for trustee to sell. | Unknown | 6,900.00 | | 0.00 | FA |
| 24 | Vehicles: Bus - 25 passenger - Athletics | Unknown | 3,000.00 | | 8,550.00 | FA |
| 25 | Vehicles: 2015 Toyota Avalon - usage: Chancellor<br>Keith Stotts has purchased vehicle. | Unknown | 13,000.00 | | 15,000.00 | FA |
| 26 | Vehicles: 2004 Chevy S-10 - usage: Maintenance | Unknown | 2,300.00 | | 0.00 | FA |
| 27 | Vechiles: 2006 Subaru Outback - usage: Security | Unknown | 2,500.00 | | 0.00 | FA |
| 28 | Real Property: Ohio Valley University<br>Bond Holders hold liens. | 6,000,000.00 | 0.00 | | 42,000.00 | FA |
| 29 | Oil & Gas (see attached) | 150,000.00 | 150,000.00 | | 188,315.69 | FA |
| 30 | Misc. Real Estate - AT&T rental of land for cell<br>monthly payment of $1,500.00 | Unknown | 1.00 | | 0.00 | FA |
| 31 | Oil Royalities | 152.00 | 152.00 | | 0.00 | FA |
| 32 | Millennia Note Apartment Sales | 1,425,000.00 | 1,425,000.00 | | 0.00 | FA |
| 33 | 3 Remainder Trusts: Gill; Barr; Ramsey | Unknown | 1.00 | | 0.00 | FA |
| 34 | United HealthCare Services, Inc. refund (u) | 0.00 | 0.00 | | 2.49 | FA |
| 35 | 1996 Subaru Legacy VIN 4S3BG6857T7385544 (u) | 0.00 | 0.00 | | 1,300.00 | FA |
| 36 | 1999 GMC Sonoma VIN 1GTCS19XXX8511594 (u) | 0.00 | 0.00 | | 1,700.00 | FA |
| 37 | VOID (u)<br>this was a duplicate of asset #35. | VOID | VOID | VOID | VOID | VOID |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit A

Page: 3

**Case No.:**  22-00056

**Case Name:**  Ohio Valley University

**For Period Ending:**  06/24/2024

**Trustee Name:**  (680230) Thomas H. Fluharty

**Date Filed (f) or Converted (c):**  02/17/2022 (f)

**§ 341(a) Meeting Date:**  04/13/2022

**Claims Bar Date:**  06/02/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 38 | VOID (u)<br>this was a duplicate of asset #36. | VOID | VOID | VOID | VOID | VOID |
| 39 | 2013 Toyota Prius VIN JTDKN3DU8D1724608 (u)<br>This asset was mistakenly described in petition by debtor; Asset #39 is the correct description of vehicle. | 0.00 | 0.00 | | 5,800.00 | FA |
| 40 | 2009 PACE American trailer small box VIN 4FPFB08199G135011 (u) | 0.00 | 0.00 | | 2,700.00 | FA |
| 41 | 2016 Cargo mate trailer, large box, VIN 5NHUBLV36GY072748 (u) | 0.00 | 0.00 | | 6,800.00 | FA |
| 42 | Coal Interests in every county in WV except Marshall County (u)<br>All coal interests sold to Tusc Land in every county in WV except Marshall County. | 0.00 | 0.00 | | 105,000.00 | FA |
| 43 | Olbricht Collection (religious books concerning the Church of Christ) (u)<br>being sold to the Abilene Christian University. | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 44 | Sale of Remnant Assets | 0.00 | 12,000.00 | | 12,000.00 | FA |
| **44** | **Assets Totals (Excluding unknown values)** | **$9,210,122.92** | **$3,272,424.92** | | **$408,418.18** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 4

| | |
|---|---|
| Case No.: 22-00056 | Trustee Name: (680230) Thomas H. Fluharty |
| Case Name: Ohio Valley University | Date Filed (f) or Converted (c): 02/17/2022 (f) |
| | § 341(a) Meeting Date: 04/13/2022 |
| For Period Ending: 06/24/2024 | Claims Bar Date: 06/02/2022 |

**Major Activities Affecting Case Closing:**

6-20-24:  corrected Forms 1 & 2, revised final report & resend to UST for review.
6-6-24:  draft appl employ attorneys to handle lawsuit in Circuit Ct Wood County.
5-20-24:  emailed final report to UST for review.
5-16-24: drafted final report & notice.
5-15-24 - worked on final report distribution, appl pay atty & trustee fees.
4-25-24: drafted reports of sale remnant assets & book collection.
4-2-24: drafted bills of sale books & remnant assets.
3-7-24: filed motion sell remnant assets & motion sell Olbricht Collection books.
2-26-24:  revised motion & apa
2-23-24: drafted asset purchase agreement & motion approve sale of remnant assets
2-20-24: drafted appl pay accountant fees & expenses.
12-13-23: filed report of sale.
12-7-23:  drafted report of sale of campus real estate.
11-16-23: filed objection to claims.
11-6-23:  drafted objection to claims.
9-20-23:  drafted rescheduled notice of hearing; revised; filed w/Court , mailed to all creditors.  Hearing: 9-28-23 @ 11 am.
9-6-23:  held hearing on sale of O&G Marion & Wetzel Counties
8-21-23: scanned Perkins loan docs & emailed them to DOE.
8-14-23:  prepared motion, order to sell for filing / draft, revise & prepare notice of telephonic hearing for filing w/Court.
8-10-23: revised the motion & order to sell real & personal property.
8-9-23:  filed motion, notice of hearing to sell O&G Marion, Wetzel Counties.
8-8-23: drafted motion, notice of hearing to sell O&G Marion, Wetzel Counties;  revised
7-5-23:  filed motion to sell & mailed to all creditors.
6-27-23: drafted motion sell real & personal property.
6-21-23: to Wetzel County, record room work on O/G interests.
6-5-23: filed motion expend funds assign Perkins Loans  - DOE
6-1-23:  draft motion expend funds assign Perkins loans to DOE
5-25-23:  draft motion expend funds to pay fees & costs to prepare assigned Perkins loans to Dept Education
5-11-23: paid funds over to workers on transcripts / paid royalty funds to Structured Assets from Tyler Co oil & gas interests.
4-5-23:  paid funds over to workers on transcripts.
4-4-23:  researched oil & gas minerals in Marion County- rec'd ck from XTO for O&G
2-14-23: filed motion preserve transcripts.
2-13-23: revised motion preserve transcripts
2-10-23: drafted motion expend funds preserve transcripts
1-18-23: draft motion preserve transcript records.
1-17-23: drafted corrective deeds, coal assets.
1-13-23: drafted corrective deed, coal assets
1-3-23:  filed order authorizing sale of O&G Tyler Co.
12-14-22:  filed motion to terminate pension plan / motion lease Wetzel County O&G // telephonic auction held sold O&G interest in Tyler County.
12-7-22:  drafted 2nd motion lease O&G in Wetzel Co.
12-5-22:  revised motion to terminate pension plan.
11-30-22:  revised both notices, filed w/Court.
11-29-22:  draft notice of upset bid-Tyler Co O&G & notice of telephonic auction
11-1-22:  TC M. Kitchen re deeds on coal assets.
10-10-22:  drafted order confirming auction & a deed.
10-5-22:  trustee conducted telephonic auction of coal assets; will file motion to confirm auction next week.
10-3-22:  received funds from auction of vehicles, deposited.
9-21-22: filed reports of sale-Dodd & Harr Counties.
9-20-22: draft deeds for sale of Doddridge & Harrison Counties oil & gas interests.
9-19-22: drafted notice of auction for Tyler  Co O&G interests.
8-31-22: held tele auction of oil & gas interests in Dodd & Harr Counties.
8-30-22: drafted order confirming auction of O&G Doddridge & Harrison Counties.

**Form 1**

# Individual Estate Property Record and Report
# Asset Cases

| | |
|---|---|
| **Case No.:**   22-00056 | **Trustee Name:**   (680230) Thomas H. Fluharty |
| **Case Name:**   Ohio Valley University | **Date Filed (f) or Converted (c):**   02/17/2022 (f) |
| | **§ 341(a) Meeting Date:**   04/13/2022 |
| **For Period Ending:**   06/24/2024 | **Claims Bar Date:**   06/02/2022 |

8-25-22:  filed notice of telephonic auctions / order approving piecemeal auction of vehicles.
8-24-22:  drafted notice of auction, upset bids Harrison, Doddridge, Tyler, Wetzel Counties (O&G / coal)
8-23-22:  drafted motion sell Tyler Co minerals
8-16-22:  drafted motion conduct piecemeal auction/ TC w/auctioneer on vehicles being vandalized.
8-4-22:  drafted motion to compromise coal interests.
8-3-22:  filed appl employ auctioneer.
7-29-22:  TC w/auctioneer on motion to employ, changes/corrections & terms of employment.
7-28-22:  filed motion sell O&G Harrison Co.
7-21-22:  drafted appl sell real property (O&G in Harrison Co).
7-20-22:  TC w/ Nick D. JRPyle Auction, discussed vehicles & trailers, titles & keys for auction; drafted appl to employ; sent affidavit for employment.
7-8-22:  filed motion sell O&G interest Dodd Co.
6-30-22:  drafted motion sell oil & gas interest in Doddridge County.
6-28-22:  drafted motion authorize trustee to consent to relief requested in Mildred Stanley civil action case.
6-9-22:  filed appl employ accountant.
6-8-22:  set up auctioneer meeting on vehicles / drafted appl employ accountant / drafted motion sell O&G interests Harrison & Doddridge Counties.
6-7-22:  drafted motion consent relief requested in civil action (estate of Mildred Stanley)
6-1-22:  filed motion to sell coal assets.
5-31-22: corrected motion, notice & order to sell coal.
5-27-22:  reviewed boxes of various documents pertaining to case.
5-26-22:  corrected draft motion to sell / emailed to purchaser for review.
5-10-22:  drafted motion sell coal assets.
3-7-22:  filed appl employ atty.
3-4-22:  draft appl employ atty for trustee.
3-1-22:  conduct 341 Meeting / investigate oil & gas interests, cell tower / locate & liquidate vehicles /

---

**Initial Projected Date Of Final Report (TFR):**   08/31/2023          **Current Projected Date Of Final Report (TFR):**   05/20/2024 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 22-00056 | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|
| Case Name: | Ohio Valley University | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9865 | Account #: | ******1551 Checking |
| For Period Ending: | 06/24/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/11/22 | {34} | United HealthCare Services, Inc. | refund - overpayment | 1229-000 | 2.49 | | 2.49 |
| 05/16/22 | {25} | Gordon & Bertha Rampy | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 5,000.00 | | 5,002.49 |
| 05/16/22 | {25} | Bruce & Catherine Rampy | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 3,000.00 | | 8,002.49 |
| 05/16/22 | {25} | Nicholas Johnson | partial sale proceeds for a 20`5 Toyota Avalon | 1129-000 | 1,000.00 | | 9,002.49 |
| 05/16/22 | {25} | Rebekah Moore | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 1,000.00 | | 10,002.49 |
| 05/16/22 | {25} | Margaret E. Stover | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 1,000.00 | | 11,002.49 |
| 05/16/22 | {25} | Helen M & Robert A Stewart, Jr | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 1,000.00 | | 12,002.49 |
| 05/16/22 | {25} | Leon Tennant, Jeweldine Tennant, Craig Tennant | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 1,000.00 | | 13,002.49 |
| 05/16/22 | {25} | R. Benjamin & Stephanie Moore | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 500.00 | | 13,502.49 |
| 05/16/22 | {25} | William & Betty Phillis | partial proceeds for a 2015 Toyota Avalon | 1129-000 | 500.00 | | 14,002.49 |
| 05/16/22 | {25} | Jacquelyn & Cynthia Moore | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 500.00 | | 14,502.49 |
| 05/16/22 | {25} | Faynelle & Lacy Evans | partial sale proceeds for a 2015 Toyota Avalon | 1129-000 | 300.00 | | 14,802.49 |
| 05/16/22 | {25} | Earl R. Scyoc | partial proceeds for a 2015 Toyota Avalon | 1129-000 | 200.00 | | 15,002.49 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.61 | 14,992.88 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.43 | 14,966.45 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.18 | 14,943.27 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.34 | 14,916.93 |
| 09/02/22 | {29} | Clarence & Mary Mutschelknaus | sale proceeds O&G interests Doddridge County, WV | 1123-000 | 20,000.00 | | 34,916.93 |
| 09/02/22 | {29} | Clarence & Mary Mutschelknaus | sale proceeds O&G interests Harrison County, WV | 1123-000 | 10,000.00 | | 44,916.93 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 68.78 | 44,848.15 |
| 10/03/22 | | Joe R. Pyle Auction Service | auction sale proceeds of vehicles. | | 44,100.00 | | 88,948.15 |
| | {36} | | auction sale proceeds $1,700.00 | 1229-000 | | | |
| | {19} | | auction sale proceeds $2,000.00 | 1129-000 | | | |
| | {24} | | auction sale proceeds $8,550.00 | 1129-000 | | | |
| | {20} | | auction sales proceeds $3,850.00 | 1129-000 | | | |
| | {21} | | auction sale proceeds $4,300.00 | 1129-000 | | | |

Page Subtotals: $89,102.49    $154.34

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 22-00056 | | **Trustee Name:** | | Thomas H. Fluharty (680230) | |
| **Case Name:** | Ohio Valley University | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***9865 | | **Account #:** | | ******1551 Checking | |
| **For Period Ending:** | 06/24/2024 | | **Blanket Bond (per case limit):** | | $3,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {22} | | auction sales proceeds $7,100.00 | 1129-000 | | | |
| | {39} | | auction sales proceeds $5,800.00 | 1229-000 | | | |
| | {40} | | auction sales proceeds $2,700.00 | 1229-000 | | | |
| | {41} | | auction sales proceeds $6,800.00 | 1229-000 | | | |
| | {35} | | auction sales proceeds $1,300.00 | 1229-000 | | | |
| 10/14/22 | {42} | Tusc Land, LLC | sale proceeds of coal interests in all counties, except Marshall County, WV | 1210-000 | 105,000.00 | | 193,948.15 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 214.88 | 193,733.27 |
| 11/02/22 | 101 | Joe R. Pyle Complete Auction & Realty Services | Auctioneer's Fees & Expenses | | | 5,759.10 | 187,974.17 |
| | | | auctioneer fees $4,410.00 | 3610-000 | | | |
| | | | auctioneer expenses $1,349.10 | 3620-000 | | | |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 324.45 | 187,649.72 |
| 12/06/22 | {29} | Antero Resources Corporation | oil & gas interest proceeds | 1123-000 | 2,967.21 | | 190,616.93 |
| 12/13/22 | 102 | ABTV Receivership Services, LLC | 1/2 proceeds from sale of coal assets except Marshall County, WV | 4110-000 | | 52,500.00 | 138,116.93 |
| 12/19/22 | {29} | Mark S. Kidder | deposit for Wetzel Lease, Center District, (Lease #1) | 1123-000 | 10.00 | | 138,126.93 |
| 12/19/22 | | Structured Asset Sales, LLC (NV) | 12-20-22: check amount & description amount not the same reverse deposit. // proceeds from sale of Tyler County oil & gas interests | 1129-000 | 109,000.00 | | 247,126.93 |
| 12/20/22 | | Structured Asset Sales, LLC (NV) | Deposit Reversal: 12-20-22: check amount & description amount not the same reverse deposit. // proceeds from sale of Tyler County oil & gas interests | 1129-000 | -109,000.00 | | 138,126.93 |
| 12/22/22 | {29} | Structured Asset Sales, LLC (NV) | proceeds from sale of Tyler County O&G interests | 1123-000 | 109,000.00 | | 247,126.93 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 320.29 | 246,806.64 |
| 01/03/23 | {29} | Antero Resources Corporation | September & October O&G royalty payment - Tyler County | 1123-000 | 1,015.90 | | 247,822.54 |
| 01/18/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX6150 | Transition Debit to TriState Capital Bank acct XXXXXX6150 | 9999-000 | | 247,822.54 | 0.00 |

Page Subtotals:    $217,993.11    $306,941.26

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 22-00056 | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|
| Case Name: | Ohio Valley University | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9865 | Account #: | ******1551 Checking |
| For Period Ending: | 06/24/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 307,095.60 | 307,095.60 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 247,822.54 | |
| | | Subtotal | | | 307,095.60 | 59,273.06 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $307,095.60 | $59,273.06 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 22-00056 | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|
| Case Name: | Ohio Valley University | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***9865 | Account #: | ******6150 Checking Account |
| For Period Ending: | 06/24/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX1551 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX1551 | 9999-000 | 247,822.54 | | 247,822.54 |
| 01/20/23 | {29} | Mark S. Kidder | 2nd Lease of Wetzel County O&G | 1123-000 | 10.00 | | 247,832.54 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 423.46 | 247,409.08 |
| 02/03/23 | 1000 | National Benefit Services, Inc. | Termination of OVU's 403(b) Plan | 2990-000 | | 24,785.00 | 222,624.08 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 360.82 | 222,263.26 |
| 03/06/23 | 1001 | Insurance Partners | Trustee Chapter 7 Bond / Acct#62949 | 2300-000 | | 296.11 | 221,967.15 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 367.75 | 221,599.40 |
| 04/04/23 | {29} | XTO Energy, Inc. | oil & gas minerals, Marion County, WV | 1123-000 | 37.75 | | 221,637.15 |
| 04/05/23 | 1002 | Kayla Martin | pulled transcripts in 3rd floor record room to be digitalized later | 2420-000 | | 153.00 | 221,484.15 |
| 04/05/23 | 1003 | Miley Hoover | pulling transcripts for digitizing later | 2420-000 | | 1,230.00 | 220,254.15 |
| 04/05/23 | 1004 | Lexi Hoover | pulling transcripts for digitizing later | 2420-000 | | 1,155.00 | 219,099.15 |
| 04/05/23 | 1005 | De Hoover | pulling transcripts for digitizing later & refund postage | 2420-000 | | 4,497.85 | 214,601.30 |
| 04/06/23 | {29} | Antero Resources Corporation | O&G royalties for Tyler County, WV, November - December, 2022 | 1123-000 | 1,898.46 | | 216,499.76 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 327.00 | 216,172.76 |
| 05/11/23 | 1006 | Structured Asset Sales, LLC. | Anteros royalties from oil & gas interests in Tyler County, WV to purchaser of O&G interests | 2990-000 | | 1,898.46 | 214,274.30 |
| 05/11/23 | 1007 | De Hoover | pull paper transcripts/work through lost data/cross ck all records/ process transcript requests | 2420-000 | | 5,388.20 | 208,886.10 |
| 05/11/23 | 1008 | Lexi Hoover | pull paper transcripts/work thru lost data/cross ck all records/ process transcript requests | 2420-000 | | 60.00 | 208,826.10 |
| 05/11/23 | 1009 | Miley Hoover | pull paper transcripts/work thru lost data/cross ck all records/process transcript requests | 2420-000 | | 60.00 | 208,766.10 |
| 05/16/23 | 1010 | Records Imaging & Storage | Phase 1 NECJC files (transcripts) | 2420-000 | | 1,214.67 | 207,551.43 |
| 05/26/23 | {29} | EQT Production Company | roylaties - Wetzel Co, 105.763 AC | 1123-000 | 4,121.35 | | 211,672.78 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 377.29 | 211,295.49 |
| 06/20/23 | {29} | EQT Production Company | O/G royalties, Lease #2 Wetzel County, WV | 1123-000 | 1,255.02 | | 212,550.51 |
| 06/22/23 | 1011 | Records Imaging & Storage | Invoice #10000272 / 2nd document image scan & 2 hard drive scans | 2420-000 | | 941.08 | 211,609.43 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 339.32 | 211,270.11 |
| 07/06/23 | 1012 | De Hoover | payroll from May 8, 2023 thru June 24, 2023 | 2420-000 | | 5,775.00 | 205,495.11 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 322.37 | 205,172.74 |

Page Subtotals: $255,145.12        $49,972.38

{ } Asset Reference(s)         UST Form 101-7-TFR (5/1/2011)         ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 8

Page: 5

| | | |
|---|---|---|
| **Case No.:** | 22-00056 | |
| **Case Name:** | Ohio Valley University | |
| **Taxpayer ID #:** | **-***9865 | |
| **For Period Ending:** | 06/24/2024 | |

| | |
|---|---|
| **Trustee Name:** | Thomas H. Fluharty (680230) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******6150 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/23 | 1013 | U.S. Postal Service | postage | 2990-000 | | 524.52 | 204,648.22 |
| 08/24/23 | 1014 | De Hoover | final work on transcripts & financial information | 2420-000 | | 2,000.00 | 202,648.22 |
| 08/30/23 | 1015 | Oklahoma Christian University | for partial coverage converting electronic transcript data into pdf format to store | 2420-000 | | 5,000.00 | 197,648.22 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 361.50 | 197,286.72 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 308.70 | 196,978.02 |
| 10/24/23 | 1016 | Records Imaging & Storage | postage & prep, deliver, boxes to FedEx | 2990-000 | | 323.11 | 196,654.91 |
| 10/24/23 | 1017 | De Hoover | last 35 hours work on Perkins Loan information | 2420-000 | | 875.00 | 195,779.91 |
| 10/30/23 | {29} | McCulliss Oil & Gas, Inc. | sale proceeds of O&G Marion & Wetzel Counties, plus any in State of WV | 1123-000 | 38,000.00 | | 233,779.91 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 338.77 | 233,441.14 |
| 11/27/23 | {28} | United Bank | INCOMING WIRE FROM OHIO VALLEY UNIVERSITY INC 7099 1115 | 1110-000 | 42,000.00 | | 275,441.14 |
| 11/28/23 | 1018 | De Hoover | Reimbursement of postage for mailing transcripts | 2420-000 | | 521.02 | 274,920.12 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 380.92 | 274,539.20 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 425.56 | 274,113.64 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 482.06 | 273,631.58 |
| 02/26/24 | 1019 | Insurance Partners | Acct #62949 / Ch 7 Trustee Bond payment | 2300-000 | | 153.16 | 273,478.42 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 422.78 | 273,055.64 |
| 03/07/24 | {44} | Cranehill Capital Servicing | sale proceeds of Remnant Assets | 1129-000 | 12,000.00 | | 285,055.64 |
| 03/08/24 | 1020 | U.S. Postal Service | postage mail motion sell remnant assets to creditors | 2990-000 | | 479.40 | 284,576.24 |
| 03/22/24 | 1021 | Jack P. Lantzy | Accountant fees prepare tax returns for Estate | 3410-000 | | 3,565.60 | 281,010.64 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 435.07 | 280,575.57 |
| 04/22/24 | {43} | Abilene Christian University | sale of Olbright book collection | 1229-000 | 2,000.00 | | 282,575.57 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 479.20 | 282,096.37 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 349,145.12 | 67,048.75 | $282,096.37 |
| Less: Bank Transfers/CDs | 247,822.54 | 0.00 | |
| **Subtotal** | 101,322.58 | 67,048.75 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$101,322.58** | **$67,048.75** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:**            22-00056
**Case Name:**        Ohio Valley University
**Taxpayer ID #:**    **-***9865
**For Period Ending:** 06/24/2024

**Trustee Name:**            Thomas H. Fluharty (680230)
**Bank Name:**               TriState Capital Bank
**Account #:**               ******6150 Checking Account
**Blanket Bond (per case limit):** $3,000,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $408,418.18 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $408,418.18 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1551 Checking | $307,095.60 | $59,273.06 | $0.00 |
| ******6150 Checking Account | $101,322.58 | $67,048.75 | $282,096.37 |
| | **$408,418.18** | **$126,321.81** | **$282,096.37** |

UST Form 101-7-TFR (5/1/2011)

Printed: 06/24/2024 12:19 PM

Page: 1

**Exhibit C**

**Claims Register**

**Case: 22-00056 Ohio Valley University**

**Claims Bar Date:** 6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | Thomas H. Fluharty<br><br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br><br>05/15/24 | | $ 797.14<br>$ 797.14 | $0.00 | $797.14 |
| ATTY FEE | Thomas H. Fluharty<br><br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br><br>07/27/23 | | $ 53,235.00<br>$ 53,235.00 | $0.00 | $53,235.00 |
| CF | U.S. Bankruptcy Court<br><br>Northern District<br>P.O. Box 70<br>Wheeling, WV 26003<br><br><2700-00 Clerk of the Court Costs>, 200 | Admin Ch. 7<br><br>05/11/22 | 5-11-22: motion sell vehicle $188.<br>6-1-22: motion sell coal interests $188.<br>7-8-22: motion sell O&G Dodd Co. $188.<br>7-28-22: motion sell O&G Harr Co $188.<br>8-25-22: motion sell O&G Tyler Co $188.-withdrawn<br>10-11-22: motion sell O&G Tyler Co $188.<br>11-10-22: motion sell O/G Tyler Co $188.<br>7-5-23: motion sell real & personal property $188<br>8-8-23: motion sell Marion O&G interests $188.<br>8-14-23: motion sell O&G interests Marion & Wetzel Counties $188<br>3-7-24: motion sell remnant assets to Cranehill Capital $199<br>3-7-24: motion sell Olbricht Collection books $199. | $ 2,278.00<br>$ 2,278.00 | $0.00 | $2,278.00 |

Printed:   06/24/2024 12:19 PM

Page:  2

## Exhibit C

## Claims Register

**Case: 22-00056 Ohio Valley University**

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TR EXP | Thomas H. Fluharty<br><br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>05/15/24 | | $ 3,417.42<br>$ 3,417.42 | $0.00 | $3,417.42 |
| TR FEE | Thomas H. Fluharty<br><br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>04/29/24 | | $ 23,670.91<br>$ 23,670.91 | $0.00 | $23,670.91 |
| 1 | United Bank, Inc.<br><br>Peter M. Pearl, Spilman Thomas & Battle<br>310 First Street, Suite 1100<br>Roanoke, VA 24011<br><br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | Secured<br>02/23/22 | Sale of Christian Book Collection proceeds will be paid to claimant.<br>Deposit Accounts and Personal Property - Deed of Trust, Financing Statement, Possession | $ 60,799.92<br>$ 2,000.00 | $0.00 | $2,000.00 |
| 2 | Airgas USA<br><br>2015 Vaughn Road, Bldg 400<br>Kennesaw, GA 30144<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/04/22 | | $ 1,287.98<br>$ 1,287.98 | $0.00 | $1,287.98 |
| 3 | UnitedHealthcare Insurance Company<br><br>ATTN: CDM/Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/07/22 | | $ 1,336.40<br>$ 1,336.40 | $0.00 | $1,336.40 |

Printed:   06/24/2024 12:19 PM

Page:  3

**Exhibit C**

**Claims Register**

**Case: 22-00056 Ohio Valley University**

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Parkersburg Lodging LLC | Unsecured | | $ 1,267.00 | $0.00 | $1,267.00 |
| | 10057 Emerson Ave | 03/08/22 | | $ 1,267.00 | | |
| | Parkersburg, WV 26104 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 5 | Ardeo Education Solutions, LLC | Unsecured | | $ 17,793.30 | $0.00 | $17,793.30 |
| | 1011 Warrenville Road | 03/09/22 | | $ 17,793.30 | | |
| | Suite 100 | | | | | |
| | Lisle, IL 60532-0906 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 6 | Oak Hall Industries | Unsecured | | $ 2,622.72 | $0.00 | $2,622.72 |
| | 840 Union St. | 03/14/22 | | $ 2,622.72 | | |
| | PO Box 1078 | | | | | |
| | Salem, VA 24153 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 7 | Ana DaCosta | Unsecured | | $ 10,000.00 | $0.00 | $10,000.00 |
| | 1208 Market Street | 03/16/22 | | $ 10,000.00 | | |
| | PARKERSBURG, WV 26101 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 8 | Fernanda Araya Toloza | Unsecured | | $ 100,000.00 | $0.00 | $100,000.00 |
| | 1208 Market Street | 03/16/22 | | $ 100,000.00 | | |
| | PARKERSBURG, WV 26101 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |

Printed:  06/24/2024 12:19 PM                                                                                                          Page: 4

## Exhibit C

## Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**  6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Leedy Elevator Inspection Service<br>2878 Stewartstown Rd<br>Morgantown, WV 26508<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/17/22 | | $ 200.00<br>$ 200.00 | $0.00 | $200.00 |
| 10 | Kincheloe's Motors, Inc.<br>PO Box 169<br>Parkersburg, WV 26102-0169<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/18/22 | | $ 330.20<br>$ 330.20 | $0.00 | $330.20 |
| 11 | Miller & Isaly Home Services LLC<br>10105 St. Rt. 60<br>Lowell, OH 45744<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/18/22 | | $ 703.84<br>$ 703.84 | $0.00 | $703.84 |
| 12 | Dodson Pest Control<br>P.O. Box 10249<br>Lynchburg, VA 24506-0249<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>03/18/22 | | $ 480.00<br>$ 480.00 | $0.00 | $480.00 |

Printed: 06/24/2024 12:19 PM

Page: 5

# Exhibit C

# Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:** 6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Edna Mae Lindamood Estate | Unsecured | | $ 8,720.00 | $0.00 | $0.00 |
| | 2758 St Rt 93 S E | 03/23/22 | | $ 0.00 | | |
| | New Lexington, OH 43764 | | Order (Doc 244) entered sustaining Tr's objection 12-21-23. | | | |
| | | | Trustee objects to claim- no supporting documentation evidencing the claim. | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | Dec 7, 2023 claimant filed a response. | | | |
| | | | Dec 13, 2023 TR amended his objection, duplicate of claim 18. | | | |
| 14P | Direct Energy | Unsecured | | $ 1,995.28 | $0.00 | $1,995.28 |
| | P.O. Box 32179 | 04/04/22 | | $ 1,995.28 | | |
| | New York, NY 10087-2719 | | Trustee's objection was granted, claim will be allowed as a general unsecured claim, order entered 12-19-23 (Doc. 242) | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | Trustee objects to claim- priority status does not appear to fit within the definition of "goods," will allow as a general unsecured claim. | | | |
| 14U | Direct Energy | Unsecured | | $ 16,378.41 | $0.00 | $16,378.41 |
| | P.O. Box 32179 | 04/04/22 | | $ 16,378.41 | | |
| | New York, NY 10087-2719 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 15 | Dominion Hope Gas | Unsecured | | $ 56,961.58 | $0.00 | $56,961.58 |
| | 48 Columbia Blvd | 04/04/22 | | $ 56,961.58 | | |
| | Clarksburg, WV 26301 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |

Printed:   06/24/2024 12:19 PM

Page:  6

## Exhibit C

## Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | City of Vienna | Unsecured | | $ 4,467.22 | $0.00 | $4,467.22 |
| | P.O. Box 5097 | 04/06/22 | | $ 4,467.22 | | |
| | Vienna, WV 26105 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 17 | Suttle & Stalnaker, PLLC | Unsecured | | $ 77,170.34 | $0.00 | $77,170.34 |
| | 1411 Virginia Street, East | 04/07/22 | | $ 77,170.34 | | |
| | Charleston, WV 25301 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 18 | Edna Mae Lindamood Estate | Unsecured | | $ 8,720.00 | $0.00 | $8,720.00 |
| | 2758 St Rt 93 S E | 04/07/22 | | $ 8,720.00 | | |
| | New Lexington, OH 43764 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 19 | Ronald Eugene White | Unsecured | | $ 587,322.40 | $0.00 | $587,322.40 |
| | 16631 S.R. 243 | 04/21/22 | | $ 587,322.40 | | |
| | Chesapeake, OH 45619 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 20 | Mon Power | Unsecured | | $ 70,870.80 | $0.00 | $70,870.80 |
| | 5001 NASA Blvd | 04/29/22 | | $ 70,870.80 | | |
| | Fairmont, WV 26554 | | | | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |

Printed:   06/24/2024 12:19 PM

Page:  7

# Exhibit C

## Claims Register

**Case: 22-00056 Ohio Valley University**

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | Longhouse Capital Advisors, LLC | Unsecured | | $ 7,479.00 | $0.00 | $7,479.00 |
| | 1240 W. Barry Avenue Chicago, IL 60657 | 05/02/22 | | $ 7,479.00 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 22 | LEAF Capital Funding, LLC | Secured | | $ 1,000.00 | $0.00 | $0.00 |
| | c/o Legal Department 2005 Market St. 14th Floor Philadelphia, PA 19103 | 05/05/22 | Cisco Hardware and Monitors -UCC. | $ 0.00 | | |
| | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | | | | | |
| 22A | LEAF Capital Funding, LLC | Unsecured | | $ 4,873.60 | $0.00 | $4,873.60 |
| | c/o Legal Department 2005 Market St. 14th Floor Philadelphia, PA 19103 | 05/05/22 | Cisco Hardware and Monitors -UCC. | $ 4,873.60 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 23 | LEAF Capital Funding, LLC | Secured | | $ 5,873.60 | $0.00 | $0.00 |
| | c/o Legal Department 2005 Market St. 14th Floor Philadelphia, PA 19103 | 05/09/22 | 12-19-23 order (Doc. 241) entered sustaining trustee's objection. Trustee objects to claim- duplicate of claim 22. | $ 0.00 | | |
| | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | | | | | |

Printed:   06/24/2024 12:19 PM                                      Page:  8

# Exhibit C

## Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 | Frontier Communications<br><br>Bankruptcy Dept<br>19 John St<br>Middletown, NY 10940<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>05/13/22 | | $ 22,940.87<br>$ 22,940.87 | $0.00 | $22,940.87 |
| 25 | Tonya Miller<br><br>1422 Washington Avenue<br>Milton, WV 25541<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>05/16/22 | | $ 14,910.61<br>$ 14,910.61 | $0.00 | $14,910.61 |
| 26 | United Bank, Inc.<br><br>Peter M. Pearl, Spilman Thomas & Battle<br>310 First Street, Suite 1100<br>Roanoke, VA 24011<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>05/18/22 | | $ 590,477.75<br>$ 590,477.75 | $0.00 | $590,477.75 |
| 27 | Citynet LLC<br><br>3600 University Ave<br>Morgantown, WV 26505<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>05/23/22 | | $ 89,389.62<br>$ 89,389.62 | $0.00 | $89,389.62 |
| 28 | The Christian Chronicle<br><br>2801 E. Memorial Road<br>Edmond, OK 73013<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br><br>05/26/22 | | $ 3,995.00<br>$ 3,995.00 | $0.00 | $3,995.00 |

Printed:   06/24/2024 12:19 PM

Page:  9

## Exhibit C

## Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 29 | Becky A. Ingram | Unsecured | | $ 173,100.00 | $0.00 | $173,100.00 |
| | aka Becky A. McMahon 2901 Tolar Hwy. Tolar, TX 76476 | 05/31/22 | | $ 173,100.00 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 30 | Philadelphia Indemnity Insurance Company | Unsecured | | $ 36,425.37 | $0.00 | $36,425.37 |
| | TMNA Services, LLC Attn: Legal 3 Bala Plaza , Suite 400 Bala Plaza, PA 19004 | 05/31/22 | | $ 36,425.37 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 31 | UMB Bank, N.A. | Unsecured | | $ 16,096,235.69 | $0.00 | $16,096,235.69 |
| | c/o Michael Slade 120 South Sixth Street, Suite 1400 Minneapolis, MN 55402 | 06/01/22 | | $ 16,096,235.69 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 32 | Anita Coultrap | Unsecured | | $ 2,559,738.00 | $0.00 | $2,559,738.00 |
| | 910 E. Market Street Cadiz, OH 43907 | 06/01/22 | | $ 2,559,738.00 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 33 | Keith Stotts | Unsecured | | $ 938,500.00 | $0.00 | $938,500.00 |
| | 1222 Cisler Drive Marietta, OH 45750 | 06/01/22 | | $ 938,500.00 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |

Printed:   06/24/2024 12:19 PM

Page:   10

## Exhibit C

## Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 34 | U.S. Department of Education | Unsecured | | $ 2,173,876.71 | $0.00 | $1,640,058.71 |
| | 400 Maryland Avenue SW Washington, DC 20202 | 06/01/22 | Claim 39 amends this claim | $ 1,640,058.71 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | | | | |
| 35 | Devon L Gosnell | Unsecured | | $ 241,965.02 | $0.00 | $241,965.02 |
| | 9192 Chestwick Dr Germantown, TN 38139-5511 | 06/02/22 | | $ 241,965.02 | | |
| | <7100-00 General Unsecured - § 726(a)(2)>, 610 | | 09/06/2022 06:38:36 | System was unable to recognize exact class of claims due to the mismatch in the amounts sum. Other amounts were as follows: Secured: $250,000.00 Claim Amount: $241,965.02 | | |
| 36 | Henry Schein | Unsecured | | $ 4,318.57 | $0.00 | $4,318.57 |
| | 135 Duryea Rd. Melville, NY 11747-3824 | 06/03/22 | | $ 4,318.57 | | |
| | <7200-00 Tardy General Unsecured - § 726(a)(3)>, 620 | | | | | |
| 37 | Sarah Alice Warner | Unsecured | | $ 31,166.00 | $0.00 | $31,166.00 |
| | 54 Willow Brook Way N Delaware, OH 43015 | 03/29/23 | | $ 31,166.00 | | |
| | <7200-00 Tardy General Unsecured - § 726(a)(3)>, 620 | | | | | |

Printed:   06/24/2024 12:19 PM

Page:   11

# Exhibit C

# Claims Register

### Case: 22-00056 Ohio Valley University

**Claims Bar Date:**   6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 38 | Ruth I Wharton Estate<br><br>Lisa A. Wharton-Turner, Executrix<br>261 Shiloh Lane<br>Buckhannon, WV 26201<br><br><7200-00 Tardy General Unsecured - § 726(a)(3)>, 620 | Unsecured<br>04/06/23 | | $ 10,000.00<br>$ 10,000.00 | $0.00 | $10,000.00 |
| 39 | U.S. Department of Education<br><br>400 Maryland Avenue SW<br>Washington, DC 20202<br><br><7200-00 Tardy General Unsecured - § 726(a)(3)>, 620 | Unsecured<br>09/20/23 | this claim is marked amending claim 34 | $ 1,640,058.71<br>$ 1,640,058.71 | $0.00 | $1,640,058.71 |
| 40 | Aladdin Food Management Services, LLC<br><br>16567 Collections Centr<br>Chicago, IL 60693-1656<br><br><4120-00 Real Estate - Non-consensual Liens (judgments)>, 100 | Secured<br>02/17/22 | Judgement Lien dated October 13, 2020 filed Ot 27, 2020 plus interest & costs, Lien Bk 2141, Pg 805 Clerk Co. Comm Wood Co. | $ 1,212,774.27<br>$ 42,000.00 | $0.00 | $42,000.00 |
| 41 | Hope Gas formerly known as Dominion Energy West Virginia<br><br><2990-00 Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7<br>09/23/22 | Order entered 9-23-22 (Doc #131) | $ 4,035.18<br>$ 4,035.18 | $0.00 | $4,035.18 |
| 42 | Mon Power<br><br><2990-00 Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7<br>09/23/22 | Order entered 9-23-22 (Doc #132) | $ 5,824.02<br>$ 5,824.02 | $0.00 | $5,824.02 |

Printed:   06/24/2024 12:19 PM

**Exhibit C**

**Claims Register**

Page:   12

**Case: 22-00056 Ohio Valley University**

**Claims Bar Date:**  6/2/22 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|------------------------|--------------|---------------|
| | | | **Case Total:** | | $0.00 | $25,202,797.66 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-00056
Case Name:  Ohio Valley University
Trustee Name: Thomas H. Fluharty

**Balance on hand:**    $    282,096.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | United Bank, Inc. | 60,799.92 | 2,000.00 | 0.00 | 2,000.00 |
| 22 | LEAF Capital Funding, LLC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 23 | LEAF Capital Funding, LLC | 5,873.60 | 0.00 | 0.00 | 0.00 |
| 40 | Aladdin Food Management Services, LLC | 1,212,774.27 | 42,000.00 | 0.00 | 42,000.00 |

Total to be paid to secured creditors:    $    44,000.00
Remaining balance:    $    238,096.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas H. Fluharty | 23,670.91 | 0.00 | 23,670.91 |
| Trustee, Expenses - Thomas H. Fluharty | 3,417.42 | 0.00 | 3,417.42 |
| Attorney for Trustee Fees - Thomas H. Fluharty | 53,235.00 | 0.00 | 53,235.00 |
| Attorney for Trustee, Expenses - Thomas H. Fluharty | 797.15 | 0.00 | 797.15 |
| Charges, U.S. Bankruptcy Court | 2,278.00 | 0.00 | 2,278.00 |
| Other Chapter 7 Administrative Expenses - Hope Gas formerly known as Dominion Energy West Virginia | 4,035.18 | 0.00 | 4,035.18 |
| Other Chapter 7 Administrative Expenses - Mon Power | 5,824.02 | 0.00 | 5,824.02 |

Total to be paid for chapter 7 administrative expenses:    $    93,257.68
Remaining balance:    $    144,838.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:    $    144,838.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|-------------------------|------------------|
| None |  |  |  |  |

Total to be paid for priority claims:    $         0.00
Remaining balance:    $    144,838.69

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,379,996.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Airgas USA | 1,287.98 | 0.00 | 7.99 |
| 3 | UnitedHealthcare Insurance Company | 1,336.40 | 0.00 | 8.28 |
| 4 | Parkersburg Lodging LLC | 1,267.00 | 0.00 | 7.85 |
| 5 | Ardeo Education Solutions, LLC | 17,793.30 | 0.00 | 110.23 |
| 6 | Oak Hall Industries | 2,622.72 | 0.00 | 16.25 |
| 7 | Ana DaCosta | 10,000.00 | 0.00 | 61.95 |
| 8 | Fernanda Araya Toloza | 100,000.00 | 0.00 | 619.50 |
| 9 | Leedy Elevator Inspection Service | 200.00 | 0.00 | 1.24 |
| 10 | Kincheloe's Motors, Inc. | 330.20 | 0.00 | 2.05 |
| 11 | Miller & Isaly Home Services LLC | 703.84 | 0.00 | 4.36 |
| 12 | Dodson Pest Control | 480.00 | 0.00 | 2.97 |
| 13 | Edna Mae Lindamood Estate | 0.00 | 0.00 | 0.00 |
| 14P | Direct Energy | 1,995.28 | 0.00 | 12.36 |
| 14U | Direct Energy | 16,378.41 | 0.00 | 101.46 |
| 15 | Dominion Hope Gas | 56,961.58 | 0.00 | 352.88 |
| 16 | City of Vienna | 4,467.22 | 0.00 | 27.67 |
| 17 | Suttle & Stalnaker, PLLC | 77,170.34 | 0.00 | 478.07 |
| 18 | Edna Mae Lindamood Estate | 8,720.00 | 0.00 | 54.02 |
| 19 | Ronald Eugene White | 587,322.40 | 0.00 | 3,638.45 |
| 20 | Mon Power | 70,870.80 | 0.00 | 439.04 |
| 21 | Longhouse Capital Advisors, LLC | 7,479.00 | 0.00 | 46.33 |
| 22A | LEAF Capital Funding, LLC | 4,873.60 | 0.00 | 30.19 |
| 24 | Frontier Communications | 22,940.87 | 0.00 | 142.12 |
| 25 | Tonya Miller | 14,910.61 | 0.00 | 92.37 |
| 26 | United Bank, Inc. | 590,477.75 | 0.00 | 3,658.00 |
| 27 | Citynet LLC | 89,389.62 | 0.00 | 553.77 |
| 28 | The Christian Chronicle | 3,995.00 | 0.00 | 24.75 |
| 29 | Becky A. Ingram | 173,100.00 | 0.00 | 1,072.35 |
| 30 | Philadelphia Indemnity Insurance Company | 36,425.37 | 0.00 | 225.65 |
| 31 | UMB Bank, N.A. | 16,096,235.69 | 0.00 | 99,715.91 |
| 32 | Anita Coultrap | 2,559,738.00 | 0.00 | 15,857.53 |
| 33 | Keith Stotts | 938,500.00 | 0.00 | 5,813.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34 | U.S. Department of Education | 1,640,058.71 | 0.00 | 10,160.14 |
| 35 | Devon L Gosnell | 241,965.02 | 0.00 | 1,498.97 |

Total to be paid for timely general unsecured claims: $ 144,838.69

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $1,685,543.28 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Henry Schein | 4,318.57 | 0.00 | 0.00 |
| 37 | Sarah Alice Warner | 31,166.00 | 0.00 | 0.00 |
| 38 | Ruth I Wharton Estate | 10,000.00 | 0.00 | 0.00 |
| 39 | U.S. Department of Education | 1,640,058.71 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00