IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RE: Ohio Valley University

Debtor(s)

Case No.: 22-00056

Chapter 7

## TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $23,670.91 and reimbursement of expenses in the amount of $3,417.42 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

### COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be                     $   408,418.18

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

|  | $ | 408,418.18 | 25% of First $5,000 | $ | 1,250.00 |
|---|---|---|---|---|---|
| Less | $ | -5,000.00 | ($1,250.00 Maximum) | | |
| Balance | $ | 0.00 | 10% of next $45,000 | $ | 4,500.00 |
| Less | $ | -45,000.00 | ($4,500.00 Maximum) | | |
| Balance | $ | 0.00 | 5% of next $950,000 | $ | 17,920.91 |
| Less | $ | -950,000.00 | ($47,500.00 Maximum) | | |
| Balance | $ | 0.00 | 3% of Balance | $ | 0.00 |

TOTAL COMPENSATION REQUESTED                                          $    23,670.91

TRUSTEE'S EXPENSES (ITEMIZED):
Premium on Trustee's bond .......................................................................$         0.00
Necessary travel (156 miles @ 0.585 cents/mile)..................................$        91.26
Necessary copies (14,927 @ 10.0 cents/copy)......................................$     1,492.70
Postage .....................................................................................................$     1,667.59
Telephone charges...................................................................................$         0.00
Clerical/Secretarial staff (0.0 hrs @ $0.00/hr) .......................................$         0.00
Paralegal Staff (0.0 hrs @ $0.00/hr)........................................................$         0.00

| | |
|---|---|
| Paralegal Staff (0.0 hrs @ $0.00/hr)......................................................... | $ 0.00 |
| Supplies/Stationery.................................................................................. | $ 159.38 |
| Distribution............................................................................................... | $ 0.00 |
| Professional ............................................................................................. | $ 0.00 |
| Other......................................................................................................... | $ 6.49 |
| TOTAL EXPENSES CLAIMED ............................................................. | $ 3,417.42 |
| TOTAL REQUESTED FEES AND EXPENSES ...................................... | $ 27,088.33 |

**WHEREFORE**, the Trustee request this application be approved by the Court and that the Trustee be awarded $23,670.91 as compensation and $3,417.42 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: 6-25-24

/s/ Thomas H. Fluharty, Trustee

WV Bar No.: 1231

408 Lee Avenue

Clarksburg, WV 26301
(304) 624-7832

| Printed: 05/15/24 10:09 AM | | | **Trustee Timesheet Report** <br> Trustee: Thomas H. Fluharty (680230) <br> Period: 03/07/22 - 04/03/24 | | | Page: 1 |
|---|---|---|---|---|---|---|

**Case Number:** 22-00056  **Case Name:** OHIO VALLEY UNIVERSITY
**Case Type:** Asset  **Judge:** David L. Bissett

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Travel | Thomas Fluharty, Trustee, Other | 03/07/22 | to Parkersburg & home | 2.00 | $0.00 | $0.00 |
| | **Subtotal for Category: Travel** | | | 2.00 | | $0.00 |

Printed: 05/15/24 10:09 AM

# Trustee Timesheet Report

**Trustee: Thomas H. Fluharty (680230)**

**Period: 03/07/22 - 04/03/24**

Page: 2

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Meeting of Creditors | Thomas Fluharty, Trustee, Other | 06/02/22 | prepare for 341 / review Marty's docs / | 2.50 | $0.00 | $0.00 |
| | **Subtotal for Category: Meeting of Creditors** | | | **2.50** | | **$0.00** |

Printed: 05/15/24 10:09 AM

**Trustee Timesheet Report**

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

Page: 3

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Telephone Conference | Thomas Fluharty, Trustee, Other | 08/08/23 | Dee Hoover & prepare for hearing | 0.20 | $0.00 | $0.00 |
|  | Thomas Fluharty, Trustee, Other | 01/03/23 | Brandy Rapp re: _____ | 0.50 | $0.00 | $0.00 |
|  | **Subtotal for Category: Telephone Conference** |  |  | **0.70** |  | **$0.00** |

Printed: 05/15/24 10:09 AM

# Trustee Timesheet Report
## Trustee: Thomas H. Fluharty (680230)
## Period: 03/07/22 - 04/03/24

Page: 4

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Case Administration | Thomas Fluharty, Trustee, Other | 04/03/24 | attn to docket / email - Cranehill | 0.30 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 08/30/23 | email to R. Scott re: estate matters | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 08/15/23 | TC - Dee Hoover | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 05/30/23 | attn to Kain email | 0.10 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 02/21/23 | respond to Ben Moore re: motion | 0.10 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 02/20/23 | respond to Ben Moore re: Motion | 0.10 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 02/14/23 | file motion re: transcripts | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 02/02/23 | attn to disbursement to terminate pension plan | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 12/22/22 | attn to deposit Structured Assets of O/G interest Tyler co | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 12/20/22 | attn to deposit - Tyler Co O/G interest | 0.20 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 12/19/22 | attn to disbursement to Receiver re: 1/2 proceeds of coal sales | 0.50 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 11/21/22 | revise letter to O/G purchasers re: Tyler Co | 0.50 | $0.00 | $0.00 |
| | Thomas Fluharty, Trustee, Other | 11/08/22 | attn to disbursement of fees to auctioneer | 0.20 | $0.00 | $0.00 |

Printed: 05/15/24 10:09 AM

**Trustee Timesheet Report**

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

Page: 5

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | Thomas Fluharty, Trustee, Other | 10/14/22 | attn to deposit - coal sales | 0.20 | $0.00 | $0.00 |
| | **Subtotal for Category: Case Administration** | | | **3.20** | | **$0.00** |

Printed: 05/15/24 10:09 AM

# Trustee Timesheet Report

Page: 6

**Trustee: Thomas H. Fluharty (680230)**

**Period: 03/07/22 - 04/03/24**

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | Thomas Fluharty, Trustee, Other | 03/07/22 | in Parkersburg to find vehicles, look at R/E | 1.00 | $0.00 | $0.00 |
| | **Subtotal for Category: Asset Analysis and Recovery** | | | **1.00** | | **$0.00** |

Printed: 05/15/24 10:09 AM

## Trustee Timesheet Report
### Trustee: Thomas H. Fluharty (680230)
### Period: 03/07/22 - 04/03/24

Page: 7

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| OC-Betty Matheny | Thomas Fluharty, Trustee, Other | 06/12/23 | re: oil & gas related matters | 0.20 | $0.00 | $0.00 |
| | **Subtotal for Category: OC-Betty Matheny** | | | 0.20 | | $0.00 |
| | | | **Total for case:** | 9.60 | | $0.00 |
| | | | **Grand Total:** | 9.60 | | $0.00 |

Printed: 05/15/2024 7.14 AM  
Page: 1

# Trustee Expense

Period: 03/07/2022 - 03/08/2024

Trustee: Thomas H. Fluharty

| Case Number: | 22-00056 | Case Name: | OHIO VALLEY UNIVERSITY |
|---|---|---|---|
| Case Type: | Asset | Judge: | David L. Bissett |
| Petition Date: | 02/17/2022 | 341a Meeting: | 06/16/2022 1.00 PM |

**Category: COPY**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/08/2024 | Motion Sell Remnant Assets to all creditors. (10 reams paper) | 5304.0 | $ 0.100000 | $530.40 |
| 09/21/2023 | rescheduled notice of telephonic auction of O&G interest in Marion & Wetzel Counties to all creditors. | 1664.0 | $ 0.100000 | $166.40 |
| 08/15/2023 | motion sell real & personal property to WVU Parkersburg Foundation | 7332.0 | $ 0.100000 | $733.20 |
| 02/15/2023 | motion preserve transcript records to all creditors. | 200.0 | $ 0.100000 | $20.00 |
| 08/17/2022 | motion conduct piecemeal auction to all creditors. | 204.0 | $ 0.100000 | $20.40 |
| 07/29/2022 | motion sell O&G Harrison Co, WV to all creditors. | 223.0 | $ 0.100000 | $22.30 |
| | **Total for category COPY** | **14927.0** | | **$1,492.70** |

**Category: OTHR**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/07/2024 | | 1.0 | $ 6.490000 | $6.49 |
| | **Total for category OTHR** | **1.0** | | **$6.49** |

**Category: POST**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/08/2024 | Motion Sell Remnant Assets to all creditors. | 204.0 | $ 2.350000 | $479.40 |
| 01/26/2024 | mailing tax returns | 5.0 | $ 1.630000 | $8.15 |
| 01/26/2024 | mailing tax returns | 5.0 | $ 1.870000 | $9.35 |
| 01/26/2024 | priority mail to IRS -mailing tax returns | 9.8 | $ 1.000000 | $9.80 |
| 10/11/2023 | mailing diploma's & transcripts to student /requests for transcripts to WV Wesleyan College, received in mail. | 1.0 | $ 14.230000 | $14.23 |
| 09/22/2023 | rescheduled notice of telephonic auction of O&G interest in Marion & Wetzel Counties to all creditors. | 48.0 | $ 1.340000 | $64.32 |

**Total for case 22-00056:** **$3,417.42**

Category: POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/21/2023 | rescheduled notice of telephonic auction of O&G interest in Marion & Wetzel Counties to all creditors. | 160.0 | $ 0.760000 | $121.60 |
| 08/29/2023 | box of original Perkins loan documents to Dept of Education. | 1.0 | $ 25.600000 | $25.60 |
| 08/15/2023 | motion sell real & personal property to WVU Parkersburg Foundation to all creditors. | 188.0 | $ 2.790000 | $524.52 |
| 02/15/2023 | motion preserve transcript records to all creditors. | 200.0 | $ 0.630000 | $126.00 |
| 11/22/2022 | Tyler County O&G production information | 1.0 | $ 8.800000 | $8.80 |
| 11/22/2022 | Tyler County O&G production information | 2.0 | $ 3.840000 | $7.68 |
| 11/15/2022 | mail coal deeds to Tusc Land, LLC. | 14.2 | $ 1.000000 | $14.20 |
| 10/05/2022 | letter to Mutschelknaus (O&G interest) | 1.0 | $ 3.120000 | $3.12 |
| 08/17/2022 | motion conduct piecemeal auction to all creditors. | 204.0 | $ 0.580000 | $118.32 |
| 07/29/2022 | motion sell O&G Harrison Co, WV to all creditors. | 223.0 | $ 0.580000 | $129.34 |
| 06/06/2022 | mail motion sell coal assets to Tusc Land, purchaser. | 3.16 | $ 1.000000 | $3.16 |
| | **Total for category POST** | **1270.16** | | **$1,667.59** |

Category: SUPP

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/07/2024 | 3 boxes of manilla envelopes mail out motion sell remnant assets to all creditors. | 3.0 | $ 35.300000 | $105.90 |
| 08/15/2023 | manila envelopes, mailing of motion sell real property to all creditors. | 2.0 | $ 26.740000 | $53.48 |
| | **Total for category SUPP** | **5.0** | | **$159.38** |

Category: TRAV

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/07/2022 | to Parkersburg & home // look at real property & vehicles | 156.0 | $ 0.585000 | $91.26 |
| | **Total for category TRAV** | **156.0** | | **$91.26** |

**Total for case 22-00056:**     **$3,417.42**

**Grand Total:**     **$3,417.42**