IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                         Bk.No.: 22-00056

       Debtor.

## APPLICATION BY ATTORNEY FOR
## TRUSTEE FOR COMPENSATION

The Chapter 7 Trustee makes this statement in support of his application for attorney fees as counsel for Trustee. The Debtor, Ohio Valley University, filed a voluntary Chapter 7 bankruptcy petition on the 17th day of February, 2022, with the Chapter 7 Trustee being appointed on February 17, 2022. Your applicant was appointed as counsel for Trustee pursuant to an Order entered by the Court herein on March 22, 2022, with services beginning on March 7, 2022. The services contemplated and included in this application were performed for the Trustee to maximize any return to creditors. Counsel for Trustee seeks compensation at the rate of $350.00 per hour. This is a final application for fees and there have been no interim applications. The time periods for services contemplated by this application are from March 7, 2022 through April 3, 2024.

The assets of the estate of the Debtor administered by said Trustee have a value of approximately $408,418.18 and his disbursements in such operation were approximately $126,321.81, leaving a balance of cash on hand of approximately $282,096.37. Total costs and expenses of the Trustee total $27,088.33. All funds on hand are available for distribution to creditors filing claims and secured creditors whose liens attached to the funds. The Trustee's Final Report is expected to be filed with the Office of the Assistant U.S. Trustee by May 20, 2024. Barring any objection to this application and the Final Report, the case should be completed by August 1, 2024 and funds distributed by August 8, 2024. All services included therein were provided by counsel and his office staff.

Attached hereto as "Exhibit A" is a detailed accounting of services rendered in connection with this representation.

Attached as "Exhibit B" are project categories and abbreviations utilized in describing services rendered in Exhibit A.

Attached as "Exhibit C" is a Summary Sheet that synopsizes compensation and expenses requested, prior compensation and expenses awarded, if applicable, the billing rate for each person billed time, total hours billed, total amounts of billing for person who billed time and a blended hourly rate.

**WHEREFORE,** your applicant prays that an allowance is made to him in the sum of $54,032.14 which represents $53,235.00 as compensation and $797.14 in expenses, for professional services rendered in this proceeding.

Dated: May 20, 2024

Submitted by:

/s/

Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
WV Bar No.: 1231

| Printed: 05/15/24 10:07 AM | **Attorney Timesheet Report** | Page: 1 |
|---|---|---|
| | Trustee: **Thomas H. Fluharty (680230)** | |
| | Period: **03/07/22 - 04/03/24** | |

Case Number: 22-00056  Case Name: OHIO VALLEY UNIVERSITY
Case Type: Asset  Judge: David L. Bissett

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Travel | Thomas Fluharty, Attorney, Other | 06/21/23 | to Fairmont & New Martinsville, record room work on O/G interests | 4.00 | $175.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 12/14/22 | to & from Vienna (OVU) meet w/Mike Kain/Ben Moore, etal & met w/ transcripts. & met with M_____ | 2.50 | $175.00 | $437.50 |
| | Thomas Fluharty, Attorney, Other | 09/22/22 | to Parkersburg & Marietta OH meet w/auctioneer & Mr Stotts @ WV DMV, then DMV Marietta | 3.00 | $175.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 09/21/22 | to Tyler County Courthouse review O/G records | 1.50 | $175.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 08/30/22 | to Courthouses Tyler & Wetzel Counties O/G interests | 1.50 | $175.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 08/10/22 | to Courthouses of Tyler & Doddridge Counties do research on O/G interests | 1.50 | $175.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 07/28/22 | to Parkersburg & take picture of Ross' car | 2.50 | $175.00 | $437.50 |
| | Thomas Fluharty, Attorney, Other | 06/09/22 | to Parkersburg meet w/Pyle rep re: auction | 2.50 | $175.00 | $437.50 |
| | **Subtotal for Category: Travel** | | | **19.00** | | **$3,325.00** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

Page: 2

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Telephone Conference | Thomas Fluharty, Attorney, Other | 10/25/23 | TIAA & Kalish re: pensions / attn to file | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 09/27/23 | McCulliss O/G | 0.25 | $350.00 | $87.50 |
| | Thomas Fluharty, Attorney, Other | 08/29/23 | R. Scott Dept of Ed re: auction | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 05/16/23 | THF re: petition, accts _CFC.../4_ ? | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 09/20/22 | TC - Sherry re: orders on Harrison & Doddridge Counties O/G - etc. // return call of Ben Moore | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 04/21/22 | prospective purchaser of coal | 0.50 | $350.00 | $175.00 |
| **Subtotal for Category: Telephone Conference** | | | | **4.75** | | **$1,662.50** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

Page: 3

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Meeting | Thomas Fluharty, Attorney, Other | 09/22/22 | in Parkersburg meet w/ Auctioneer & Mr. Stotts at WV DMV & DMV Marietta | 1.50 | $350.00 | $525.00 |
| | **Subtotal for Category: Meeting** | | | **1.50** | | **$525.00** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 4

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Auction | Thomas Fluharty, Attorney, Other | 12/14/22 | prepare for & conduct Tyler Co O/G auction | 1.50 | $350.00 | $525.00 |
|  | Thomas Fluharty, Attorney, Other | 10/05/22 | conduct coal auction & attn to pending matters | 1.50 | $350.00 | $525.00 |
|  | **Subtotal for Category: Auction** |  |  | **3.00** |  | **$1,050.00** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 5

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Case Administration | Thomas Fluharty, Attorney, Other | 03/08/24 | mail notice | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 02/07/24 | email to Cranehill Capital re: remnant bid | 0.25 | $350.00 | $87.50 |
| | Thomas Fluharty, Attorney, Other | 12/19/23 | TC - Mike Kain re: status of case claims & anticipated distribution | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 11/16/23 | forwarded TIAA docs / inquiry to Kalish | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 08/14/23 | review motion & sign / check on hearing / etc | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 07/13/23 | attn to Perkins loans docs / various emails & participate in hearing | 0.70 | $350.00 | $245.00 |
| | Thomas Fluharty, Attorney, Other | 07/10/23 | draft motion to sell O/G to Armstrong TC - Ben re: PNs & send info to DOE | 0.50 | $350.00 | $175.00 |
| | Thomas Fluharty, Attorney, Other | 07/07/23 | text Wiley re: O/G | 0.25 | $350.00 | $87.50 |
| | Thomas Fluharty, Attorney, Other | 07/05/23 | TC - J. Wiley re: oil & gas text to Curtis et al re: Perkins loan | 0.75 | $350.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 06/14/23 | review reinstating 501(c)3 request / email to Mike Kain / TC- Ben Moore TC - Charlie Nelson re: cost of assignments of Perkins Loans // email to Augustus Curtis | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 06/02/23 | investigate 501(c)3 status | 1.25 | $350.00 | $437.50 |
| | Thomas Fluharty, Attorney, Other | 06/01/23 | OC - Betty re: state tax & sales exemption letter & inquiry w/Jack re: 501(c)3 status // email Mike Kain | 1.00 | $350.00 | $350.00 |

Printed: 05/15/24 10:07 AM

## Attorney Timesheet Report
### Trustee: Thomas H. Fluharty (680230)
### Period: 03/07/22 - 04/03/24

Page: 6

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | Thomas Fluharty, Attorney, Other | 05/31/23 | attn to O/G leases | 0.20 | $350.00 | $70.00 |
| | Thomas Fluharty, Attorney, Other | 01/20/23 | draft motion to expend funds for transcripts | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 01/18/23 | draft motion to Oklahoma to take over transcripts & draft agreement // correct coal deeds // left message w/Mueller at Oklahoma. | 5.00 | $350.00 | $1,750.00 |
| | Thomas Fluharty, Attorney, Other | 12/19/22 | revise order - Tyler Co & OC-BM re: deed | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 12/15/22 | attn to order re: sale - Tyler Co | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 12/14/22 | in Vienna meet with Mike Kain /Ben Moore, et al re: transcripts & met with M_____ | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 12/13/22 | prepare for travel to Parkersburg re: transcripts & prepare for Tyler Co O/G auction | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 12/12/22 | revise & file Motion to employ firm to terminate pension fund | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 12/07/22 | review production & OC- BM re: sending to prospective bidders // TC-Ben Moore re: transcripts // TC- Lisa @ Marietta re: 12/14 meeting & attn motion to lease O/G Wetzel Co. | 3.50 | $350.00 | $1,225.00 |
| | Thomas Fluharty, Attorney, Other | 11/30/22 | attn to emails re: Tyler Co // TC-Robertson & draft notice of auction | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 11/22/22 | review APA // email to Brad / TC Ben Moore re: hard dirve & transcripts | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 11/14/22 | text Augie re: OVU - Perkins loans & draft order. | 1.00 | $350.00 | $350.00 |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

Page: 7

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | Thomas Fluharty, Attorney, Other | 11/10/22 | email Kitchens re: coal & Anteros re: O/G & attn to file | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 11/09/22 | revise ap to sell Tyler Co O/G to McCulliss | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 11/03/22 | w/d ap to sell Tyler O/G & attn to Clearwater Royalty offer | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 10/26/22 | revise drafts of coal deeds | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 10/25/22 | review drarft & deeds for coal (36 deeds) | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 10/24/22 | revise Tyler Co O/G motion & review docket re: Pleasants Co O/G | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 10/11/22 | revise coal order & ap to sell Tyler O/G | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 10/10/22 | draft order on coal sale & ap to sell Tyler O/G & review Pleasant Co O/G motion to lease | 4.00 | $350.00 | $1,400.00 |
| | Thomas Fluharty, Attorney, Other | 09/26/22 | attn to corresp - Rapp / Sheehan / re: windup trust | 0.75 | $350.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 09/23/22 | draft / file Notice of Auction | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 09/19/22 | return various emails r: transcripts / TC-M. Kain re: transcripts | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 09/15/22 | revise Perkins Loan motion / OC-BM | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 09/14/22 | draft Perkins Loan motion / TC - Pyle auction | 1.00 | $350.00 | $350.00 |

No. 5:22-bk-00056   Doc 279-2   Filed 06/27/24   Entered 06/27/24 09:08:03   Page 10 of 20

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 8

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | Thomas Fluharty, Attorney, Other | 09/12/22 | attn to coal auction notice / transcript issues / scheduling // inquiry about trailer more, etc. | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 08/26/22 | review EQT - O& G lease Wetzel Co & advise Betty to start on application to lease | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 08/24/22 | draft notices on O/G auction | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 08/23/22 | TC - J. Bissett re: auction & draft order | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 08/15/22 | TC - Mike Kain re: vandalism / attn to auction / draft ap to sell by auction / & expedited hearing - etc. | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 08/02/22 | work on motion to compromise | 1.50 | $350.00 | $525.00 |
| | Thomas Fluharty, Attorney, Other | 08/01/22 | preparing brief & Court hearing re: coal | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 06/21/22 | review O/G info - Harr & Dodd / draft letter to C.M re: Harr Co. | 1.25 | $350.00 | $437.50 |
| | Thomas Fluharty, Attorney, Other | 06/09/22 | in Parkersburg meet w/ Pyle rep re: auction | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 06/02/22 | review record room docs / Dodd - Roane - Greenbrier & draft offer letters | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 05/31/22 | attn to ap to sell coal/revise, etc. // OC-BM re: vehicle sales | 2.00 | $350.00 | $700.00 |
| **Subtotal for Category: Case Administration** | | | | **73.40** | | **$25,690.00** |

Printed: 05/15/24 10:07 AM

**Attorney Timesheet Report**

Page: 9

**Trustee: Thomas H. Fluharty (680230)**

**Period: 03/07/22 - 04/03/24**

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Sale of Assets | Thomas Fluharty, Attorney, Other | 03/06/24 | attn to remnant APA etc. | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 02/21/24 | attn to file / draft remnant motion etc. | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 11/20/23 | email to Rapp re: closing | 0.25 | $350.00 | $87.50 |
| | Thomas Fluharty, Attorney, Other | 10/12/23 | attn to deed / emails Rapp re: closing | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 09/28/23 | Auction of O/G / prepare for auction. TC- Wiley | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 09/07/23 | revise notice of auction | 0.75 | $350.00 | $262.50 |
| | Thomas Fluharty, Attorney, Other | 08/10/23 | make slight revision to motion /order text BR | 0.20 | $350.00 | $70.00 |
| | Thomas Fluharty, Attorney, Other | 07/05/23 | review motion / draft notice / revise order / | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 06/29/23 | draft & review ap to sell r/e & pp | 2.50 | $350.00 | $875.00 |
| | Thomas Fluharty, Attorney, Other | 06/23/23 | review APA begin draft of ap to sell | 1.25 | $350.00 | $437.50 |
| | Thomas Fluharty, Attorney, Other | 06/22/23 | draft proposal on oil & gas interests | 1.00 | $350.00 | $350.00 |
| | Thomas Fluharty, Attorney, Other | 12/14/22 | prepare for telephonic auction & conduct auction | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 10/25/22 | drafted deed coal assets sale | 1.50 | $350.00 | $525.00 |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 10

Trustee: Thomas H. Fluharty (680230)

Period: 03/07/22 - 04/03/24

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| | Thomas Fluharty, Attorney, Other | 10/24/22 | drafted deeds coal assets sale | 5.50 | $350.00 | $1,925.00 |
| | Thomas Fluharty, Attorney, Other | 10/21/22 | drafted deeds coal assets sale | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 10/17/22 | drafted deeds coal assets sale | 6.00 | $350.00 | $2,100.00 |
| | Thomas Fluharty, Attorney, Other | 10/14/22 | drafted deeds coal assets sale | 5.50 | $350.00 | $1,925.00 |
| | Thomas Fluharty, Attorney, Other | 10/13/22 | drafted deeds for coal assets sale | 4.50 | $350.00 | $1,575.00 |
| | **Subtotal for Category: Sale of Assets** | | | **40.95** | | **$14,332.50** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 11

**Trustee: Thomas H. Fluharty (680230)**

**Period: 03/07/22 - 04/03/24**

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Record Room Work | Thomas Fluharty, Attorney, Other | 06/21/23 | in Fairmont & New Martinsville on O/G interests | 2.50 | $350.00 | $875.00 |
| | Thomas Fluharty, Attorney, Other | 09/21/22 | in Tyler Co to review O/G records | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 08/30/22 | in Courthouses of Tyler & Wetzel Counties O/G interest | 2.50 | $350.00 | $875.00 |
| | Thomas Fluharty, Attorney, Other | 06/13/22 | record room work in Vienna | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 04/21/22 | on line research re: coal / oil & gas | 2.00 | $350.00 | $700.00 |
| | Thomas Fluharty, Attorney, Other | 03/22/22 | Lewis, Upshur, Randolph Counties | 3.00 | $350.00 | $1,050.00 |
| **Subtotal for Category: Record Room Work** | | | | **14.00** | | **$4,900.00** |

Printed: 05/15/24 10:07 AM

# Attorney Timesheet Report

Page: 12

**Trustee: Thomas H. Fluharty (680230)**

**Period: 03/07/22 - 04/03/24**

| Category | Name | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Research | Thomas Fluharty, Attorney, Other | 08/10/22 | in Courthouses of Tyler & Dodd Counties research O/G interests | 3.00 | $350.00 | $1,050.00 |
| | Thomas Fluharty, Attorney, Other | 04/05/22 | Marion County online of oil & gas minerals | 2.00 | $350.00 | $700.00 |
| **Subtotal for Category: Research** | | | | 5.00 | | $1,750.00 |
| | | | **Total for case:** | 161.60 | | $53,235.00 |
| | | | **Grand Total:** | 161.60 | | $53,235.00 |

Printed: 05/15/2024 7.13 AM                                                                                        Page: 1

# Attorney Expense

**Period: 06/09/2022 - 06/21/2023**

**Trustee: Thomas H. Fluharty**

| Case Number: | 22-00056 | Case Name: | OHIO VALLEY UNIVERSITY |
|---|---|---|---|
| Case Type: | Asset | Judge: | David L. Bissett |
| Petition Date: | 02/17/2022 | 341a Meeting: | 06/16/2022 1.00 PM |

**Category: TRAV**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 06/21/2023 | to Fairmont & New Martinsville, record room work on O/G interests | 139.0 | $ 0.655000 | $91.04 |
| 12/14/2022 | to & from Vienna (OVU) meet w/Receiver & personnel re: future of students transcripts. | 156.0 | $ 0.585000 | $91.26 |
| 09/22/2022 | to Parkersburg & Marietta OH meet w/auctioneer & Mr Stotts @ WV DMV, then DMV Marietta | 184.0 | $ 0.585000 | $107.64 |
| 09/21/2022 | to Tyler County Courthouse review O/G records | 78.0 | $ 0.585000 | $45.63 |
| 08/30/2022 | to Courthouses Tyler & Wetzel Counties O/G interests | 112.0 | $ 0.585000 | $65.52 |
| 08/10/2022 | to Courthouses of Tyler & Doddridge Counties do research on O/G interests | 88.0 | $ 0.585000 | $51.48 |
| 07/29/2022 | to Parkersburg & home; look & take pictures of another vehicle dropped off at campus | 146.0 | $ 0.585000 | $85.41 |
| 07/28/2022 | to Parkersburg & take picture of Ross' car | 146.0 | $ 0.585000 | $85.41 |
| 06/13/2022 | record room work in Vienna | 151.0 | $ 0.585000 | $88.34 |
| 06/09/2022 | to Parkersburg meet w/Pyle rep re: auction | 146.0 | $ 0.585000 | $85.41 |
| | **Total for category TRAV** | **1346.0** | | **$797.14** |

                                                                        **Total for case 22-00056:**    **$797.14**

                                                                        **Grand Total:**    **$797.14**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                  Bk. No.: 22-00056

      Debtor.

## EXHIBIT - B

| Abbr. | Project categories |
|---|---|
| AAR | Asset Analysis and Recovery: Identification and review of potential assets including causes of action and nonlitigation recoveries. |
| AD | Asset Deposition: Sales, leads, (S365 matters), abandonment and related transaction work. |
| OP | Business Operations: Issues related to debtor-in possession operating in Chapter 11 such as employee, vendor, tenant issues and other similar problems. |
| CA | Case Administration: Coordination and compliance activities, including preparation of a statement of financial affairs; schedules, list of contracts; United States Trustee's interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries. |
| CL | Claims Administration and Objections: Specific claim inquires; bar date motions; analysis, objections and allowances of claims. |
| EE | Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plans. |
| FA | Fee/Employment Applications: Preparations of employment and fee application for self or others; motions to establish interim procedures. |
| FEO | Fee/Employment Objections: Review of and objections to the employment and fee application of others. |
| F | Financing: Matters under ss 361, 363 and 364 including cash collateral and secured claims; loan document analysis. |
| L | Litigation: There should be a separate category established for each matter. (E.g., XYZ Stay Litigation). |

| | |
|---|---|
| 341 | Meetings of Creditors: Preparing for and attending the conference of creditors, the 341 (a) meeting and other creditors' committee meetings. |
| PIN | Plan and Disclosure Statement: Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. |
| 362 | Relief From Stay Proceedings: Matters relating to termination or continuation of automatic stay under S 362. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                                  Bk. No.: 22-00056

       Debtor.

<u>EXHIBIT - C</u>

FEE APPLICATION                              CURRENT APPLICATION
                                                          Fees Requested            $53,235.00
                                                          Expenses requested        $     797.14

Names of Professionals/Hours Billed Rated Total for Application

   Thomas H. Fluharty, Attorney                      $350.00/hr.              $53,235.00

TOTAL BLENDED HOURLY RATE: $350.00 per hour

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **APPLICATION BY TRUSTEE FOR COMPENSATION** was served upon the following individuals, at the addresses listed below, by placing a true and correct copy thereof in the United States mail, postage prepaid, this _____ day of _____, 2024

Served electronically on:

Martin Sheehan, Esquire
Martin@MSheehanlaw.net
*Counsel for Debtor*

Office of the Assistant U.S. Trustee
ustpregion04.ct.ecf@usdoj.gov

/s/
_____
Thomas H. Fluharty, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University             Bk. No.: 22-00056

      Debtor.

### ORDER

Upon consideration of the Application of Thomas H. Fluharty, Attorney for the Trustee, for allowance of compensation for professional services rendered and for reimbursement for actual and necessary costs and expenses incurred by him in the administration of the above estate in the amount of $54,032.14 and it appearing to the Court that notices having been sent and no adverse interest appearing, it is **ORDERED** that Thomas H. Fluharty, Attorney for the Trustee, be and is hereby allowed compensation for professional services rendered and for reimbursement for actual and necessary costs and expenses incurred by him in the administration of the above estate in the amount of $54,032.14.

Submitted by:

/s/
_____
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832