**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Ohio Valley University, Debtor | Case No.: 5:22–bk–00056<br>Chapter: 7 |

### NOTICE OF PUBLICATION OF TRUSTEE'S FINAL REPORT
### AND NOTICE OF APPLICATION FOR COMPENSATION

Pursuant to Fed. R. Bankr.P. 2002(f)(8), you are hereby NOTIFIED that a Trustee's Final Report and Application for Compensation was filed in the above–referenced case on June 27, 2024 . The Report is available on the Court's website at www.wvnb.uscourts.gov/trustees–final–report. You may also request a free copy of the report by calling the Bankruptcy Clerk's Office at 304–233–1655 (M–F 8:30 – 4:00), or by writing to the Clerk's Office at P.O. Box 70, Wheeling, WV 26003. If no objection is received by the Bankruptcy Clerk's Office within **30** days of the filing of the Trustee's Final Report, a presumption will arise that the above–captioned bankruptcy estate has been fully administered under Fed.R.Bankr.P. 5009(a).

Pursuant to Fed.R.Bankr.P. 2002(a)(6), the following professional is seeking compensation from the assets of the above–captioned bankruptcy estate. An objection to compensation, if any, must be in writing and filed with Bankruptcy Clerk's Office at P.O. Box 70, Wheeling West Virginia, on or before **23** days from the date of issuance of this document. If you object, you should provide an explanation for the basis of your objection. If you are a business entity, any objection must be filed by an attorney. The Court, in its discretion, may grant or deny compensation based on the request for compensation and any written objection, or the Court may set the matter for hearing upon further notice by the Clerk to the affected parties.

| Professional | Amount Requested |
|---|---|
| Thomas Fluharty, Trustee Compensation | $23,670.91 |
| Thomas Fluharty, Trustee Expenses | $ 3,417.42 |
| Thomas Fluharty, Attorney Compensation | $53,235.00 |
| Thomas Fluharty, Attorney Expenses | $ 797.14 |

Date of Issuance: 6/27/24

Clerk of Court
U.S. Bankruptcy Court
Post Office Box 70
Wheeling, WV 26003
304–233–1655