**Notice Recipients**

District/Off: 0424–5                    User: ad                    Date Created: 6/27/2024
Case: 5:22–bk–00056                Form ID: 7fnlntc              Total: 278

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The People's Saving Bank

                                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Brandy M. Rapp | brapp@whitefordlaw.com |
| aty | Brian Gallagher | brian.gallagher@steptoe–johnson.com |
| aty | Jennie Ovrom Ferretti | jferretti@gandllaw.com |
| aty | Lou Ann S. Cyrus | lcyrus@shumanlaw.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |
| aty | Michael R. Proctor | mproctor@bowlesrice.com |
| aty | Pete Pearl | ppearl@spilmanlaw.com |
| aty | Sarah C. Ellis | sarah.ellis@steptoe–johnson.com |
| aty | Shawn P George | sgeorge@glgwv.com |
| aty | Tai Shadrick Kluemper | tkluemper@spilmanlaw.com |
| aty | Thomas Fluharty | thfaal@aol.com |
| aty | W. Bradley Sorrells | wbs@ramlaw.com |
| aty | Zachary James Rosencrance | zrosencrance@bowlesrice.com |

                                                                                                          TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ohio Valley University        1 Campus View Drive        Vienna, WV 26105
cr          UMB Bank, N.A.        120 South Sixth Street, Suite 1400        Minneapolis, MN 55402
cr          Leedy Elevator Inspection Service LLC        2878 Stewartstown Road        Morgantown, WV 26508
cr          YMCA of Parkersburg        Attn: Robin Dennis        1800 30th Street        Parkersburg, WV 26101
i           Cranehill Capital LLC        5206 McKinney Avenue        Suite 204        Dallas, TX 75225
acc         John Lantzy        Smith, Elliott, Kearns & Company, LLC        19405 Emerald Square        Suite 1400        Hagerstown, MD 21742
intp        Terre Verte Company, Inc.        Attn: Ryan C. Scott        PO Box 90265        San Diego, CA 92169
auc         Joe R. Pyle Complete Auction & Realty Services        546 Benedum Drive        Shinnston, WV 26431
intp        McCulliss Oil & Gas Inc.        PO Box 221515        Denver, CO 80222
intp        EQT Production Company        Attn: Mark S. Kidder        625 Liberty Avenue        Suite 1700        Pittsburgh, PA 15222
intp        Clearwater Royalty        Justin Ezell, Manager        6608 N. Western Ave PMB 183        Oklahoma City, OK 73116
cr          ABTV Receivership Services, LLC        c/o Brandy M. Rapp, Esq.        Whiteford, Taylor & Preston LLP        10 S. Jefferson St, Suite 1110        Roanoke, VA 24011
cr          E. Keith Stotts        c/o Shane Stotts        1220 Cisler Dr.        Marietta, OH 45750
cr          Anita Coultrap        901 E. Market Street        Cadiz, OH 43907
cr          Edna Mae Lindamood Estate        2758 St Rt 93 SE        New Lexington, OH 43764
aty         Angela Beblo        Jackson Kelly PLLC        500 Lee Street East        Suite 1600        Charleston, WV 25301
aty         Charles E. Nelson        Ballard Spahr, LLP        2000 IDS Center        80 South 8th Street        Minneapolis, MN 55402
aty         Dominick R. Pellegrin        Shuman McCuskey Slicer PLLC        1411 Virginia St. East Ste 200        PO Box 3953        Charleston, WV 25339–3953
aty         Julia A. Chincheck        Bowles Rice McDavid Graff & Love LLP        600 Quarrier Street        Post Office Box 1386        Charleston, WV 25325
aty         Julia A. Chincheck        Bowles Rice McDavid Graff & Love LLP        600 Quarrier Street        Post Office Box 1386        Charleston, WV 25325
aty         Thomas E. McIntire        Thomas E. McIntire & Associates, L.C.        82 1/2 14th Street        Wheeling, WV 26003
1650178     Accuplacer        1800 NW 69th Ave        Fort Lauderdale, FL 33313
1650179     Airgas, Inc.        P.O. Box 734672        Dallas, TX 75373–4672
1650180     Aladdin Food Management Services, LLC        16567 Collections Center        Chicago, IL 60693–1656
1650181     Allegheny Power        P.O. Box 3615        Akron, OH 44309–3615
1650182     Allegheny Power        800 Cabin Hill Rd        Greensburg, PA 15606–0001
1650184     American AED, Inc.        405 NW 10th Terrace        Hallandale, FL 33009–3105
1650185     Anita Coultrap        910 E. Market Street        Cadiz, OH 43907
1650186     Apex Feed & Supply, Inc.        600 Green Street        Marietta, OH 45750
1650187     Arms Software, LLC        808 Moorefield Park Drive        Suite 250        Richmond, VA 23236
1650188     Army Emergency Relief        2530 Crystal Drive        Suite 13161        Arlington, VA 22202
1650189     Artesian        224 Capitol Street        P.O. Box 3718        Charleston, WV 25301
1650190     Asset Health        2250 Butterfield Drive        Suite 100        Troy, MI 48084
1650191     AT&T Parkersburg        3417 Murdoh Avenue        Parkersburg, WV 26101
1650192     BB&T Commercial Equipment Capital        329 E. 8th Street        Parkersburg, WV 26101
1650193     BB&T of WV        329 E. 8th Street        Parkersburg, WV 26101

1650194   Fec22MnMain     2901 Totl30Hwy       Telan06J276474
1650195   BMI General Licensing       P.O. Box 630893       Cincinnati, OH 45263–0893
1650196   Borden & Perlman      200 Princeton South      Corporate Center      Ste 330      Trenton, NJ 08628
1650197   Brewer & Company      3601 7th Avenue      Charleston, WV 25387
1650198   Budget Charters Inc.      173 East Riverside Rd      Adah, PA 15410
1650199   C&E      70 N. Plains Rd      Ste 119      The Plains, OH 45780
1650200   Campus Partners      P.O. Box 184      Winston Salem, NC 27102–1840
1650201   Cardiac Life Products, Inc.      P.O. Box 25755      Rochester, NY 14625
1650202   Carvers Electric, Plumbing & Heating      214 Broughton Avenue      Marietta, OH 45750
1650203   Castle Branch Inc      1844 Sir Tyler Drive      Wilmington, NC 28405
1650204   CEATH Company      1788 Hwy 1016      Suite B      Berea, KY 40403–9110
1650205   Cengage Learning      P.O. Box 936743      Atlanta, GA 31193–6743
1650206   Champion Output Solutions      120 Hills Plaza      Charleston, WV 25387–2438
1650207   Chase Cardmember Service      P.O. Box 15153      Wilmington, DE 19886
1650208   Christian Copyright Licensing Internatio      P.O. Box 6729      Portland, OR 97230–5941
1650209   City Net      100 Citynet Drive      Bridgeport, WV 26330
1650210   City of Vienna      P.O. Box 5097      Vienna, WV 26105
1650211   Clark Hill PLC      c/o Mario Richard Bordogna      1290 Suncrest Town Center Drive      Morgantown, WV 26505
1650212   Collegiate Pacific      8616 Snowy Owl Way      Tampa, FL 33647
1650213   Crescendo Interactive, Inc      110 Camino Ruise      Camarillo, CA 93012
1650214   Crescent–McConnel Supply, LLC      P.O. Box 6219      Kinston, NC 28501
1650215   Crown Florals      1933 Ohio Avenue      Parkersburg, WV 26101
1650216   CST Co      2007 Lake Point Way      Louisville, KY 40223
1650217   Dan Blair      ACE Educatonal Foundation      3201 E. 32nd Street      Edmond, OK 73013
1650218   David & Emma Anderson      4372 Steuben Wood Drive      Steubenville, OH 43953
1650219   Davis Pickering & Co., Inc      165 Enterprise Drive      Marietta, OH 45750
1650220   De Lage Landen Financial Services      P.O. Box 41602      Philadelphia, PA 19101–1602
1650221   Deluxe Business Checks and Solutions      P.O. Box 742572      Cincinnati, OH 45274–2572
1650222   Devon Gosnell      9192 Chestwick Drive      Germantown, TN 38139
1650223   Direct Energy      P.O. Box 32179      New York, NY 10087–2719
1650224   Dodson Pest Control      P.O. Box 10249      Lynchburg, VA 24506–0249
1650225   Dominion Hope      PO Box 26783      Richmond, VA 23261–6783
1650226   Don Lallathin      1703 McGill Rd      Belpre, OH 45714
1650227   Dunbar Printing and Graphics      1310 Ohio Avenue      Dunbar, WV 25064
1650229   Eagle Research Corporation      1076 State Route 34      Hurricane, WV 25526–7049
1650230   Easy DNS Technologies, Inc.      304A 219 Dufferin Street      Toronto, Ontario      Canada M6K3JL
1650231   Edna Mae Lindamood      2758 St RR 93 SE      New Lexington, OH 43764
1650232   Educational Computer Systems, Inc.      P.O. Box 936565      Atlanta, GA 31193–6565
1650233   Educational Testing Service      4897 Collestion Center Drive      Chicago, IL 60693
1650234   Educause      Educause Lockbox      Denver, CO 80291–0781
1650235   Ellucian (Sungard)      62578 Collections Center Drive      Chicago, IL 60693–0625
1650236   Environmental Marketing Services, LLC      107 Wall Street      Suite 1      Clemson, SC 29631
1650237   ETS      P.O. Box 371986      Pittsburgh, PA 15251–7986
1650238   Explanation Age LLC      John Lewis, EdD      11804 Alder Ridge Place      Dixie, WV 25059
1650239   Favil or Verna Miller      538 Highland Avenue      Cambridge, OH 43725–2057
1650240   Frank–Collins Group, LLC      421 Fifth St      Marietta, OH 45750
1650241   Frontier Communications      P.O. Box 20550      Rochester, NY 14602–0550
1650242   Gary G. Chamblee      Shumard Family Office      45 Technology Parkway South      Suite 205      Norcross, GA 30092
1650243   Gerald A. Isom      817 Pennstone Road      Bryn Mawr, PA 19010
1650244   Grande Pointe Conference & Reception      1500 Grand Central Avenue      Suite 118      Vienna, WV 26105
1650245   Great Midwest Athletic Conference, Inc.      200 S. Meridian St      Suite 343      Indianapolis, IN 46225
1650246   Growing Leaders, Inc.      270 Scientific Drive NW      Norcross, GA 30092
1650247   Hallmark Management Service      1 Campus View Drive      Vienna, WV 26105
1650248   Harold or Marjorie Ebert      821 Woodrow St NW      North Canton, OH 44720–1861
1650249   Henry Schein      135 Duryea Rd.      Melville, NY 11747–3824
1650250   Higher Learning Commission      230 S. La Salle Street      Suite 750      Chicago, IL 60640–1411
1650251   HigherED Consulting & Tours, LLC      1323 Frideriki Drive      Columbia, MO 65202
1650252   Hobart Inc      1623 Garfield Avenue      Parkersburg, WV 26101
1650253   Home Depot Credit Services      Dept 32–2505629463      P.O. Box 9055      Des Moines, IA 50368–9055
1650254   Hope for Haiti's Children      P.O. Box 62328      Cincinnati, OH 45262–0328
1650255   HubSpot, Inc.      P.O. Box 419842      Boston, MA 02241–9842
1650256   HUDL      29775 Network Place      Chicago, IL 60673–1775
1650257   IACBE      11374 Strang Lane Rd.      Lenexa, KS 66215
1650258   Ice Miller LLP      P.O. Box 68      Indianapolis, IN 46206–0068
1650259   Indiana University      IU Accounts Receivable      Dept 78896      P.O. Box 78000      Detroit, MI 48278–0896
1650260   Innovative Learning Solutions      520 W. Summit Hill Drive      Suite 701      Knoxville, TN 37902
1650261   InState Limited      99 Upper Georges St      Dun Laoghaire Co      Dublin, Ireland
1650262   IntelliCorp      PO Box 27903      New York, NY 10087
1650263   Jabo Supply      P.O. Box 238      Huntington, WV 25705
1650264   John Hancock (U.S.A)      P.O. Box 7247–0274      Philadelphia, PA 19170–0274
1650265   John R. Keating, Esq.      Amato and Keating, P.C.      107 N. Commerce Way      Bethlehem, PA 18017

```
1650266  J       230 S. Blackburn Rd.        Athens, OH 45701
1650267  Keith Stotts      1222 Cisler Drive        Marietta, OH 45750
1650269  Kohl's      189 Bosley Pkwy        Parkersburg, WV 26101
1650270  Komax      500 D. Street        Charleston, WV 25303
1650271  Komax, LLC        500 D Street        Charleston, WV 25303
1650272  Lacrosse Unlimited        59 Gilpin Avenue        Hauppauge, NY 11788
1650273  Lads to Leaders Inc        5280 West Alabama Christian Drive        Montgomery, AL 36109
1650274  Lakefront Lines        13315 Brookpark Rd.        P.O. Box 81172        Cleveland, OH 44181–0172
1650275  Lawson Family Investments, Ltd.        100 Great Oaks Blvd        Suite 125        Albany, NY 12203–7925
1650276  Laxcom, LLC        345 Wilson Avenue        Norwalk, CT 06854
1650277  Lee Jones        6585 S. Black Burn Rd        Athens, OH 45701
1650279  Linda Mayfield        2276 Cow Creek Rd        Saint Marys, WV 26170
1650280  Linda Mayfield        P.O. Box 109        Arthurdale        Arthurdale, WV 26520
1650281  Linda Watson        2213 Midway Avenue NE        Canton, OH 44705
1650282  Lloyd Shockey        P.O. Box 211        Lodi, OH 44254–0211
1650283  LogMeIn.Com        Attn: Accounts Receivable        333 Summer Street        Boston, MA 02210
1650284  Longhouse Capital Advisors        1240 W. Barry Avenue        Chicago, IL 60657
1650285  Longhouse Capital Advisors        1240 West Barry Avenue        Chicago, IL 60657
1650286  LRAP Association        1011 Warrenville Rd        Suite 60532
1650287  Lumos        Convergent        925 Weschester Avenue        West Harrison, NY 10604
1650288  Manos de Esperanza        3960 E. San Pedro Avenue        Gilbert, AZ 85234
1650289  Matheny Motors        18 12th Street        Parkersburg, WV 26101
1650290  Merchant Fleet        14 Central Park Drive First Floor        Hooksett, NH 03106
1650291  Miller & Isaly Home Services LLC        10105 St. Rt. 60        Lowell, OH 45744
1650292  MON POWER        P.O. Box 3615        Akron, OH 44309–3615
1650293  Mongoose Research        6506 E. Quaker Rd.        Suite 202        Orchard Park, NY 14127
1650294  Motivis Learning Systems, Inc        25 Pelham Road        Suite 204        Salem, NH 03079
1650295  Mountaineer Mechanical Co.        16594 Canaanville Road        Suite 100        Athens, OH 45701–8076
1650296  National Benefit Services, Inc.        300 W. Adams Street        Suite No 415        Chicago, IL 60606
1650297  National Research Center for College        75 Remittance Drive        Dept. 1020        Chicago, IL 60675–1020
1650298  NCS Pearson, Inc.        5601 Green Valley Dr        Minneapolis, MN 55437–1099
1650299  Oak Hall Industries        840 Union St.        PO Box 1078        Salem, VA 24153
1650300  OCLC, Inc.        840 Union Street        Salem, VA 24153
1650301  Office Depot Inc.        P.O. Box 88040        Chicago, IL 60680–1040
1650302  Office of Navajo Nation Scholarship        P.O. Box 1870        Attn: Shiela Tsosie, Accountant        Window Rock, AZ 86515
1650303  Orphan's International Worldwide        40 Exchange Place        12th Floor        New York, NY 10005
1650304  Otter Creek Golf Course        11522 E. 50 N.        Columbus, IN 47203
1650305  Papa Johns        4421 Emerson Avenue        Suite 107        Parkersburg, WV 26101
1650306  Parkersburg Lodging        Holiday Inn Express & Suites Parkersburg        10057 Emerson Ave        Parkersburg, WV 26104
1650307  Parkersburg Utility Board        P.O. Box 1629        Parkersburg, WV 26101
1650308  Philadelphia Insurance Companies        P.O. Box 70251        Philadelphia, PA 19176–0251
1650309  Pitney Bowes Reserve Account        Attn: Vicki Samples        120 Hill Plaza        Charleston, WV 25387–2438
1650310  Postmaster        401 Juliana Street        Parkersburg, WV 26101
1650311  Premier Speakers Bureau        109 International Drive,        Suite 300        Franklin, TN 37067
1650312  PrestoSports        P.O. Box 936415        Atlanta, GA 31193–6412
1650313  PT or Edith Halstead        520 Carriage Drive        Beckley, WV 25801–2810
1650314  Regents Capital Corporation        3200 Bristol St UNIT 400        Costa Mesa, CA 92626
1650315  Robertson Heating Supply CO        2155 West Main Street        Alliance, OH 44601
1650316  Rotary Club of Parkersburg        P.O. Box 11        Parkersburg, WV 26102
1650317  Ruffalo Cody        Attn: Controller        P.O. Box 718        Des Moines, IA 50303–0718
1650318  Safelite Auto Glass        P.O. Box 633197        Cincinnati, OH 45263–3197
1650319  Salesforce.org        Department #34293        P.O. Box 39000        San Francisco, CA 94139
1650320  Savannah Watson        08 Mae Lane        Gamerco, NM 87317
1650321  Sheppard's Auto Supply        1903 7th Street        Parkersburg, WV 26101
1650322  Sherwin Williams        605 Grand Center Avenue, Ste 105        Vienna, WV 26105
1650323  Sidearm Sports, LLC        C/o Learfield Communications        P.O. Box 843038        Kansas City, MO 64184–3038
1650324  SMC Communications        452 Casteel Rd        Bruceton Mills, WV 26525
1650325  Softchoice Corporation        16609 Collections Center Drive        Chicago, IL 60693
1650326  Source One Digital        1137 N. Gateway Blvd.        Muskegon, MI 49441
1650327  St. Paul Travelers        CL & Specialtty Remittance Ctr        Hartford, CT 06183–1008
1650328  State Fire Marshal        1207 Quarrier St., 2nd Floor        Charleston, WV 25301
1650329  State Journal        13 Kanawha Blvd        Suite 100        Charleston, WV 25302
1650330  Statewide Service        603 Main Avenue        Nitro, WV 25143
1650331  Steers Heating and Cooling        3311 Dudley Avenue        Parkersburg, WV 26104
1650332  Stonewall Retail Marketing, Inc.        154 1/2 Loft Front Street        Marietta, OH 45750
1650333  Suttle & Stalnaker        201 Third St, Towne Square        P.O. Box 149        Parkersburg, WV 26102–0149
1650334  SW Resources, Inc.        1007 Mary Street        Parkersburg, WV 26101
1650335  Synergy Sports Technology        1004 Commercial Avenue PMB 264        Anacortes, WA 98221
1650336  Team Fitz Graphics        11320 Mosteller Rd.        Cincinnati, OH 45241
1650337  The Christian Chronicle        P.O. Box 11000        Oklahoma City, OK 73136–1100
1650338  The Goals Group        640 Lakeview Plaza        Suite D        Columbus, OH 43085
1650339  The Huntington National Bank        5555 Cleveland Avenue        Columbus, OH 43231
1650340  The Shumard Foundation, Inc.        3520 Piedmont Rd NE Ste 200        Atlanta, GA 30305
```

| | | | |
|---|---|---|---|
| 1650341 | TruCentric | 6790 Kirby Pkwy | Ste 300 | Germantown TN 38138 |
| 1650342 | UMB Bank | P.O. Box 419226 | Kansas City, MO 64141 |
| 1650343 | UMB Bank, N.A. | c/o Michael Slade | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402 |
| 1650344 | UNITED BANK | 514 Market Street | Parkersburg, WV 26101 |
| 1650345 | United Bank | Corporate Trust Department | P.O. Box 393 | Charleston, WV 25326 |
| 1650346 | University of Charleston | 2300 MacCorkle Avenue SE | Charleston, WV 25304 |
| 1650347 | Unum Life Insurance Company of America | P.O. Box 406990 | Atlanta, GA 30384–6990 |
| 1650348 | UPS | 55 Glenlake Parkway NE | Atlanta, GA 30328 |
| 1650349 | USA Ultimate | 5825 Delmonico Dr | Suite 350 | Colorado Springs, CO 80919 |
| 1650350 | VARS Resources LLC | 2330 Interstate 30 | Mesquite, TX 75150 |
| 1650351 | Verizon | 2504 Murdoch Ave | Parkersburg, WV 26104 |
| 1650352 | VTZ | 304 W. Main St. | Shawnee, OK 74801 |
| 1650353 | Walsh University | 2020 E. Maple Street | North Canton, OH 44720 |
| 1650354 | Washington County Schools Career Center | 21740 St. Route 767 | Marietta, OH 45750 |
| 1650355 | Waste Management of WV | P.O. Box 13648 | Philadelphia, PA 19101 |
| 1650356 | Wellspring International Education LLC | Greg Schrader | 729 Main St. | Longmont, CO 80501 |
| 1650357 | West Virginia Elevator, LLC | P.O. Box 57 | Amma, WV 25005 |
| 1650358 | West Virginia Independent College | 1411 Virginia St. E | Charleston, WV 25301 |
| 1650359 | West Virginia Potato Chip Co. | 512 W. Virginia Ave | Parkersburg, WV 26101 |
| 1650360 | West Virginia University | P.O. Box 6090 | Morgantown, WV 26506 |
| 1650361 | West Virginia Weslyan College | 59 College Avenue | Buckhannon, WV 26201 |
| 1650362 | White Ferry Rd. Church of Christ | 3201 N. 7th | West Monroe, LA 71291 |
| 1650363 | William P. Wassweiler | Ballard Spahr | 2000 IDS Center | 80 South 8th Street | Minneapolis, MN 55402–2119 |
| 1650364 | William Phillis | 1019 Torrey Hill Drive | Columbus, OH 43228 |
| 1650365 | Winner's Choice, Inc. | 2018 Pleasant Valley Rd. | Fairmont, WV 26554 |
| 1650366 | Wood County Development Authority | P.O. Box 1683 | Parkersburg, WV 26102–1683 |
| 1650367 | WV Secretary of State | Building 1, Suite 157–K | 1900 Kanawha Blvd. East | Charleston, WV 25305 |
| 1650368 | YCWV of Parkersburg | 1800 30th St. | Parkersburg, WV 26101 |
| 1650597 | United Bank, Inc. | Peter M. Pearl, Spilman Thomas & Battle | 310 First Street, Suite 1100 | Roanoke VA 24011 |
| 1651190 | Airgas USA | 2015 Vaughn Road, Bldg 400 | Kennesaw, GA 30144 |
| 1651250 | UnitedHealthcare Insurance Company | ATTN: CDM/Bankruptcy | 185 Asylum Street – 03B | Hartford CT 06103 |
| 1651305 | Parkersburg Lodging LLC | 10057 Emerson Ave | Parkersburg, WV 26104 |
| 1651372 | Ardeo Education Solutions, LLC | 1011 Warrenville Road | Suite 100 | Lisle, IL 60532–0906 |
| 1651651 | Walt Auvil | 1208 Market Street | PARKERSBURG, WV 26101 |
| 1651652 | Ana DaCosta | 1208 Market Street | PARKERSBURG, WV 26101 |
| 1651653 | Fernanda Araya Toloza | 1208 Market Street | PARKERSBURG, WV 26101 |
| 1650278 | Leedy Elevator Inspection Service | 2878 Stewartstown Rd | Morgantown, WV 26508 |
| 1650268 | Kincheloe's Motors, Inc. | PO Box 169 | Parkersburg, WV 26102–0169 |
| 1651757 | Edna Mae Lindamood Estate | 2758 St Rt 93 S E | New Lexington, Ohio 43764 | , |
| 1652542 | Dominion Hope Gas | 48 Columbia Blvd | Clarksburg WV 26301 |
| 1652667 | Suttle & Stalnaker, PLLC | 1411 Virginia Street, East | Charleston WV 25301 |
| 1652766 | Allen & Melda Dimick | 923 N. Wilbur Ln | WichitaKS 67212–3131 |
| 1652767 | Bob Lane | 925 Hickory Hills | Franklin TN 37065 |
| 1652768 | Bruce & Cathy Rampy | CHEMetrics, Inc. | 7476 Admiral Nelson Drive | Warrenton VA 20186 |
| 1652769 | DaCosta & Toloza | c/o Walt Auvil and Kirk Auvil | The Employment Law Center | 1208 Market Street | Parkersburg WV 26101 |
| 1652770 | Jacqulyn Moore | 18 Cameron Road | Clarksburg WV 26301 |
| 1652771 | James Shewmaker | 7303 Walden Road | Paragould AR 72450 |
| 1652772 | Jan Swensen | 234 Shelter Lane | JupiterFL 33469 |
| 1652773 | Jim Smith | 5902 Pratt St | Alexandria VA 22310 |
| 1652774 | KJS Holdings, LP | 45 Technology Parkway, South | Norcross GA 30092 |
| 1652775 | Lawson Family Investments, Ltd | Richard Lawson | 14816 Winnwood Rd | Dallas TX 75254–7626 |
| 1652776 | Linda White | 55 Private Dr 10010 | Proctorville OH 45669–9211 |
| 1652777 | Llyod Shockey | 7600 Avon Lake Road | Lodi OH 44254 |
| 1652778 | Mark & Kimberly Haynes | 98 Cherry Blossom Lane | Little Hocking OH 45742 |
| 1652779 | Mary Ann Thorn | 5229 Briscoe rd | ViennaWV 26105 |
| 1652780 | Minsker Family, LLC | Morgan & Tonya Miller | 1422 Washinton Avenue | Milton WV 25541 |
| 1652781 | Norman Shivener | Pat Cronin | 16 Beehavin Drive | Wheeling WV 26003 |
| 1652782 | Philadelphia Insurance Company | c/o Bernadette Raguini Claims Specialist | P.O. Box 950 | Bala Cynwyd PA 19004 |
| 1652783 | Phillip Hudson | 35099 Hudson Rd | LaurelDE 19956–3080 |
| 1652784 | R. Benjamin & Stephanie Moore | 7405 Truman Ct | Mentor OH 44060 |
| 1652785 | Riley Dougan | 1801 Standord Rd | Columbus OH 43212 |
| 1652786 | Robert Kendrick | 1144 Brookmeade Dr | Nashville TN 37204 |
| 1652787 | Roger & Carolyn Dye | 2805 Alkire Rd | Columbus OH 43212 |
| 1652788 | Ron Laughery | 5103 School House Rd | Little Hocking OH 45742 |
| 1652789 | Ronald White | 16631 St. Rt. 243 | Chesapeake OH 45619 |
| 1652790 | William Ingram | 471 Next Rd | Sistersville WV 26175 |
| 1653544 | Ronald Eugene White | 16631 S.R. 243 | Chesapeake, OH 45619 |
| 1653921 | Mon Power | 5001 NASA Blvd | Fairmont, WV 26554 |
| 1654043 | Longhouse Capital Advisors, LLC | 1240 W. Barry Avenue | Chicago, IL 60657 |

1654082  LEAP Capital Funding, LLC   c/o Legal Department   2005 Market St. 6th Floor   Philadelphia PA 19103
1654400  Frontier Communications   Bankruptcy Dept   19 John St   Middletown, NY 10940
1654421  Tonya Miller   1422 Washington Avenue   Milton WV 25541
1654528  Citynet LLC   3600 University Ave   Morgantown, WV 26505
1654594  The Christian Chronicle   2801 E. Memorial Road   Edmond, OK 73013
1654735  Becky A. Ingram   aka Becky A. McMahon   2901 Tolar Hwy.   Tolar TX 76476
1654736  Philadelphia Indemnity Insurance Company   TMNA Services, LLC Attn: Legal   3 Bala Plaza , Suite 400   Bala Plaza PA 19004
1655084  U.S. Department of Education   400 Maryland Avenue SW   Washington DC 20202
1655203  Devon L Gosnell   9192 Chestwick Dr   Germantown, TN 38139–5511
1650228  Willis Dye Family Planning Trust   Katherine Williams, Trustee   549 Deer Lake Drive   Findlay, OK 45840
1666964  Sarah Alicer Warner   54 Willow Brook Way N   Delaware OH 43015
1667682  Ruth I Wharton Estate   Lisa A. Warton–Turner, Executrix   261 Shiloh Lane   Buckhannon WV 26201
1650183  Alvin Douglas Huff   co Judy C. Lucas, Executor   21801 SW Blackfoot Dr   Tualatin OR 97062

TOTAL: 262