

David L. Bissett
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ohio Valley University                    Bk. No.: 22-00056

        Debtor

### ORDER AUTHORIZING EMPLOYMENT
### OF SPECIAL COUNSEL FOR THE TRUSTEE

On this day came Thomas H. Fluharty, Trustee, pursuant to his **MOTION TO EMPLOY SPECIAL COUNSEL FOR THE TRUSTEE** heretofore filed herein, upon consideration of which, it is **ORDERED** that Thomas H. Fluharty, Trustee, is authorized to employ Lou Ann Cyrus, Esquire, Dominick R. Pellegrin, Esquire and law firm of Shuman McCuskey Slicer PLLC, Charleston, WV, upon the terms described in his application.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832