# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 7/9/2024 |
| Case: 5:22–bk–00056 | Form ID: pdfdoc | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Lou Ann S. Cyrus | lcyrus@shumanlaw.com |
| aty | Lou Ann S. Cyrus | lcyrus@shumanlaw.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      Dominick R. Pellegrin      Shuman McCuskey Slicer PLLC      1411 Virginia St. East Ste 200      PO Box 3953      Charleston, WV 25339–3953

TOTAL: 1