

July 9, 2024

**CLERK OF COURT**
**U.S. BANKRUPTCY COURT**
**PO BOX 70**
**WHEELING    WV  26003**

**RE:    OHIO VALLEY UNIVERSITY           CASE NO: 22-000056**

Due to my last correspondence, I should have received a publication of trustee's final application for compensation that I needed to file a claim? I am writing this letter to file an objection. It appears the deadline to submit a claim was on June 2, 2024 per Section 6 on page 2 (Trustee's Final Report) that I recently received. I have not received such a letter from the US Bankruptcy Court stating I was to file your claim prior to the 6/2/2024 deadline. I have been exceptional well at my record keeping during the bankruptcy regarding O.V.U. and bankruptcy court and have not received this information.

Please, if you need more information from me, I do deeply appreciate a call. Years ago, I was only wanting to help this Christian College and the students, and I am so upset this is the end result. I did try to secure my account monies for personal reasons one year before it was announced that the college was in TROUBLE. I NEVER received an email or returned phone calls to explain the situation from O.V.U.

I am Incredibly sad that many of us have lost so much.

Best Regards,

Linda White
55 Private Drive 10010
Proctorville, Ohio 45669
304-412-9923

WHITE
TE DRIVE 10010
RVILLE, OHIO 45669



CERTIFIED MAIL®

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1290 0000 0210 9979

CLERK OF COURT
U.S. BANKRUPTCY COURT
PO BOX 70
WHEELING   WV  26003

FIRST-CLASS