July 9, 2024

**CLERK OF COURT**
**U.S. BANKRUPTCY COURT**
**PO BOX 70**
**WHEELING   WV  26003**

**RE:    OHIO VALLEY UNIVERSITY          CASE NO: 22-000056**

Due to my last correspondence, I should have received a publication of trustee's final application for compensation that I needed to file a claim? I am writing this letter to file an objection. It appears the deadline to submit a claim was on June 2, 2024 per Section 6 on page 2 (Trustee's Final Report) that I recently received. I have not received such a letter from the US Bankruptcy Court stating I was to file your claim prior to the 6/2/2024 deadline. I have been exceptional well at my record keeping during the bankruptcy regarding O.V.U. and bankruptcy court and have not received this information.

Please, if you need more information from me, I do deeply appreciate a call. Years ago, I was only wanting to help this Christian College and the students, and I am so upset this is the end result. I did try to secure my account monies for personal reasons one year before it was announced that the college was in TROUBLE. I NEVER received an email or returned phone calls to explain the situation from O.V.U.

I am Incredibly sad that many of us have lost so much.

Best Regards,

Linda White
55 Private Drive 10010
Proctorville, Ohio 45669
304-412-9923

Mailed certified mail July 9, 2024 at post office 8:35 am

Regular mail July 10, 2024

LINDA M. WHITE
55 PRIVATE DRIVE 10010
PROCTORVILLE, OHIO 45669

COLUMBUS OH 430
11 JUL 2024 PM
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 45615
02 7H
0006123177
$ 000.64°
JUL 11 2024

CLERK OF COURT
U.S. BANKRUPTCY COURT
PO BOX 70
WHEELING    WV   26003

26003-006070