IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ohio Valley University                    Bk. No.: 22-00056

    Debtor.

### AMENDED TRANSMITTAL OF UNCLAIMED FUNDS

Thomas H. Fluharty, Chapter 7 Trustee, reports the following:

1). Check number 1031 was issued on October 7, 2024 to Ana DaCosta, 1208 Market Street, Parkersburg, WV 26101 in the amount of $58.39. The check was never cashed. A stop payment was issued on the check on March 26, 2025 pursuant to Trustee guidelines.

2). Check number 1032 was issued on October 7, 2024 to Fernanda Araya Toloza, 1208 Market Street, Parkersburg, WV 26101 in the amount of $583.94. The check was never cashed. A stop payment was issued on the check on March 26, 2025.

3). Your Trustee's check for the amount of $642.33, payable to the Clerk of the Court, is attached to this report and list.

4). Nothing further remains to be done in this case.


Dated:    4/15/25                    /s/ Thomas H. Fluharty
                                                                  Thomas H. Fluharty, Trustee
                                                                  WV Bar No.: 1231
                                                                  408 Lee Avenue
                                                                  Clarksburg, WV   26301
                                                                  Phone: (304) 624-7832