# Notice Recipients

| District/Off: 0424–5 | User: ad | Date Created: 6/12/2025 |
|---|---|---|
| Case: 5:22–bk–00056 | Form ID: oclch7a | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| aty | Lou Ann S. Cyrus | lcyrus@shumanlaw.com |
|---|---|---|
| aty | Lou Ann S. Cyrus | lcyrus@shumanlaw.com |
| aty | Martin P. Sheehan | Martin@Msheehanlaw.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Ohio Valley University | 1 Campus View Drive | Vienna, WV 26105 |
|---|---|---|---|
| aty | Dominick R. Pellegrin | Shuman McCuskey Slicer PLLC | 1411 Virginia St. East Ste 200 PO Box 3953 Charleston, WV 25339–3953 |

TOTAL: 2